# EXHIBIT 13



# PDR®
## 57 EDITION
## 2003

# PHYSICIANS' DESK REFERENCE®

---

**Executive Vice President, Directory Services:** Paul M. Walsh

**Vice President, Sales and Marketing:** Dikran N. Barsamian
**Director, PDR Pharmaceutical Sales:** Anthony Sorce
**Senior Account Managers:** Frank Karkowsky, Elaine Musco, Marion Reid, RPh
**Account Managers:** Lawrence C. Keary, Lois Smith, Eileen Sullivan, Suzanne E. Yarrow, RN
**Director of Trade Sales:** Bill Gaffney
**Director of Product Management:** Valerie E. Berger
**Senior Product Manager:** Jeffrey D. Dubin
**Finance Director:** Mark S. Ritchin
**Senior Director, Publishing Sales and Marketing:** Michael Bennett
**Direct Mail Managers:** Jennifer M. Fronzaglia, Lorraine M. Loening
**Senior Marketing Analyst:** Dina A. Maeder
**Promotion Manager:** Linda Levine
**Vice President, Clinical Communications and Strategic Initiatives:** Mukesh Mehta, RPh
**Manager, Professional Data Services:** Thomas Fleming, RPh
**Manager, Concise Data Content:** Christine Wyble, PharmD
**Drug Information Specialists:** Maria Deutsch, MS, PharmD; Anu Gupta, PharmD
**Editor, Directory Services:** David W. Sifton

**Project Manager:** Edward P. Connor
**Senior Associate Editor:** Lori Murray
**Associate Editor:** Gwynned L. Kelly
**Senior Director, Operations:** Brian Holland
**Senior Data Manager:** Jeffrey D. Schaefer
**Manager of Production Operations:** Thomas Westburgh
**Project Manager:** Amy B. Brooks
**Senior Production Coordinator:** Gianna Caradonna
**Production Coordinators:** DeeAnn DeRuvo, Christina Klinger
**Index Supervisor:** Joseph F. Rizzo
**Index Editors:** Noel Deloughery, Shannon Reilly
**Format Editor:** Kathleen M. Chaballa
**Production Associate:** Joan K. Akerlind
**Production Design Supervisor:** Adeline Rich
**Electronic Publishing Designers:** Bryan Dix, Rosalia Sberna, Livio Udina
**Digital Imaging Supervisor:** Shawn W. Cahill
**Digital Imaging Coordinator:** Frank J. McElroy, III
**Director of Client Services:** Stephanie Struble
**Fulfillment Manager:** Louis J. Bolcik

---

**THOMSON** PDR™

Copyright © 2003 and published by Thomson PDR at Montvale, NJ 07645-1742. All rights reserved. None of the content of this publication may be reproduced, stored in a retrieval system, resold, redistributed, or transmitted in any form or by any means (electronic, mechanical, photocopying, recording, or otherwise) without the prior written permission of the publisher. PHYSICIANS' DESK REFERENCE®, PDR®, Pocket PDR®, The PDR® Family Guide to Prescription Drugs®, The PDR® Family Guide to Women's Health and Prescription Drugs®, and The PDR® Family Guide to Nutrition and Health® are registered trademarks used herein under license. PDR for Ophthalmic Medicines™, PDR for Nonprescription Drugs and Dietary Supplements™, PDR Companion Guide™, PDR Pharmacopoeia™ Pocket Dosing Guide, PDR® for Herbal Medicines™, PDR® for Nutritional Supplements™, PDR® Medical Dictionary™, PDR® Nurse's Drug Handbook™, PDR® Nurse's Dictionary™, The PDR® Family Guide Encyclopedia of Medical Care™, The PDR® Family Guide to Natural Medicines and Healing Therapies™, The PDR® Family Guide to Common Ailments™, The PDR® Family Guide to Over-the-Counter Drugs™, The PDR® Family Guide to Nutritional Supplements™, and PDR® Electronic Library™ are trademarks used herein under license.

**Officers of Thomson Healthcare:** *President and Chief Executive Officer:* Richard Noble; *Chief Financial Officer and Executive Vice President, Finance:* Paul J. Hilger; *Executive Vice President, Directory Services:* Paul M. Walsh; *Senior Vice President, Planning and Business Development:* William J. Gole; *Senior Vice President and Chief Technology Officer:* Jeff Reihl; *Vice President, Corporate Human Resources:* Pamela M. Bilash

ISBN: 1-56363-445-7

| | | |
|---|---|---|
| Flatulence | 2 | 0 |
| Vomiting | 0 | 1 |
| Gastrointestinal Bleeding | 1 | 0 |
| Burning Throat | 1 | 0 |
| Thirst | 1 | 0 |
| **INTEGUMENTARY** | | |
| Rash | 1 | 4 |
| Pruritus | 2 | 2 |
| Dry Skin | 2 | 0 |
| Pigment Changes | 0 | 3 |
| Easy Bruising | 3 | 0 |
| Flushing | 0 | 1 |
| Night Sweats | 1 | 0 |
| Fingertip—Peeling Skin | 1 | 0 |
| Thinning Hair | 1 | 1 |
| **BREAST CHANGES** | | |
| Tenderness | 66 | 64 |
| Enlargement | | |
| Mild | 60 | 54 |
| Moderate | 10 | 16 |
| Marked | 0 | 5 |
| **MISCELLANEOUS** | | |
| Lethargy Alone | 4 | 3 |
| Depression | 2 | 0 |
| Emotional Lability | 2 | 0 |
| Insomnia | 3 | 0 |
| Headache | 1 | 1 |
| Anxiety | 1 | 0 |
| Chest Pain | 0 | 1 |
| Hot Flashes | 0 | 1 |
| Pain in Eyes | 0 | 1 |
| Tearing of Eyes | 1 | 0 |
| Tinnitus | 0 | 1 |
| **LABORATORY ABNORMALITIES** | | |
| Hematologic | | |
| Leukopenia | 4 | 2 |
| Thrombocytopenia | 1 | 1 |
| Hepatic | | |
| Bilirubin Alone | 1 | 0 |
| Bilirubin and LDH | 2 | 0 |
| Bilirubin and SGOT | 2 | 1 |
| Bilirubin, LDH and SGOT | 2 | 0 |
| LDH and/or SGOT | 31 | 28 |
| Miscellaneous | | |
| Hypercalcemia—Transient | 1 | 1 |

## OVERDOSAGE

Although there has been no experience with overdosage to date, it is reasonable to expect that such episodes may produce pronounced manifestations of the known adverse reactions. In the event of overdosage, the gastric contents should be evacuated by gastric lavage and symptomatic therapy should be initiated. Hematologic and hepatic parameters should be monitored for at least 6 weeks after overdosage of EMCYT Capsules.

## DOSAGE AND ADMINISTRATION

The recommended daily dose is 14 mg per kg of body weight (ie, one 140 mg capsule for each 10 kg or 22 lb of body weight), given in 3 or 4 divided doses. Most patients in studies in the United States have been treated at a dosage range of 10 to 16 mg per day.

Patients should be instructed to take EMCYT Capsules at least 1 hour before or 2 hours after meals. EMCYT should be swallowed with water. Milk, milk products, and calcium-rich foods or drugs (such as calcium-containing antacids) must not be taken simultaneously with EMCYT.

Patients should be treated for 30 to 90 days before the physician determines the possible benefits of continued therapy. Therapy should be continued as long as the favorable response lasts. Some patients have been maintained on therapy for more than 3 years at doses ranging from 10 to 16 mg per kg of body weight per day.

Procedures for proper handling and disposal of anticancer drugs should be considered. Several guidelines on this subject have been published.[1-8] There is no general agreement that all of the procedures recommended in the guidelines are necessary or appropriate.

## HOW SUPPLIED

White opaque capsules, each containing estramustine phosphate sodium as the disodium salt monohydrate equivalent to 140 mg estramustine phosphate—bottle of 100 (NDC 0013-0132-02).

**NOTE**

EMCYT Capsules should be stored at 36° to 46°F (2° to 8°C).

## REFERENCES

1. Recommendations for the Safe Handling of Parenteral Antineoplastic Drugs. NIH Publication No. 83–2621. For sale by the Superintendent of Documents, U.S. Government Printing Office, Washington, DC, 20402.
2. AMA Council Report, Guidelines for Handling Parenteral Antineoplastics, JAMA, 1985; 253 (11):1590–1592.
3. National Study Commission on Cytotoxic Exposure-Recommendations for Handling Cytotoxic Agents. Available from Louis P. Jeffrey, Sc.D., Chairman, National Study Commission on Cytotoxic Exposure, Massachusetts College of Pharmacy and Allied Health Sciences, 179 Longwood Avenue, Boston, Massachusetts 02115.
4. Clinical Oncological Society of Australia. Guidelines and Recommendations for Safe Handling of Antineoplastic Agents. Med J Australia. 1983; 1:426–428.
5. Jones RB, et al. Safe Handling of Chemotherapeutic Agents: A Report from the Mount Sinai Medical Center.

CA-A Cancer Journal for Clinicians. 1983; (Sept/Oct) 258–263.
6. American Society of Hospital Pharmacists Technical Assistance Bulletin on Handling Cytotoxic and Hazardous Drugs. Am J Hosp Pharm. 1990; 47:1033–1049.
7. OSHA Work-Practice Guidelines for Personnel Dealing with Cytotoxic (Antineoplastic) Drugs. Am J Hosp Pharm. 1986; 43:1193–1204.
8. ONS Clinical Practice Committee. Cancer Chemotherapy Guidelines and Recommendations for Practice. Pittsburgh, Pa: Oncology Nursing Society; 1999:32–41.

℞ only

Manufactured for: Pharmacia & Upjohn Company
A subsidiary of Pharmacia Corporation
Kalamazoo, MI 49001, USA
by: Pharmacia Italia S.p.A.
Ascoli Piceno, Italy
Revised: February 2002

819 171 000                    100002341.00.9

## ESTRING®                    ℞
[ĕs' trĭng]
2 mg
estradiol vaginal ring

1. ESTROGENS HAVE BEEN REPORTED TO INCREASE THE RISK OF ENDOMETRIAL CARCINOMA IN POSTMENOPAUSAL WOMEN.
   Close clinical surveillance of all women taking estrogens is important. Adequate diagnostic measures, including endometrial sampling when indicated, should be undertaken to rule out malignancy in all cases of undiagnosed persistent or recurring abnormal vaginal bleeding. There is no evidence that "natural" estrogens are more or less hazardous than "synthetic" estrogens at equi-estrogenic doses.

2. ESTROGENS SHOULD NOT BE USED DURING PREGNANCY.
   There is no indication for estrogen therapy during pregnancy or during immediate postpartum period. Estrogens are ineffective for the prevention or treatment of threatened or habitual abortion. Estrogens are not indicated for the prevention of postpartum breast engorgement.
   Estrogen therapy during pregnancy is associated with an increased risk of congenital defects in the reproductive organs of the fetus, and possibly other birth defects. Studies of women who received diethylstilbestrol (DES) during pregnancy have shown that female offspring have an increased risk of vaginal adenosis, squamous cell dysplasia of the uterine cervix, and clear cell vaginal cancer later in life; male offspring have an increased risk of urogenital abnormalities and possibly testicular cancer later in life. The 1985 DES Task Force concluded that the use of DES during pregnancy is associated with a subsequent increased risk of breast cancer in the mothers, although a causal relationship remains unproven and the observed level of excess risk is similar to that for a number of other breast cancer risk factors.

## DESCRIPTION

ESTRING (estradiol vaginal ring) is a slightly opaque ring with a whitish core containing a drug reservoir of 2 mg estradiol. Estradiol, silicone polymers and barium sulfate are combined to form the ring. When placed in the vagina, ESTRING releases estradiol, approximately 7.5 μg/24 hours, in a consistent stable manner over 90 days. ESTRING has the following dimensions: outer diameter 55 mm; cross-sectional diameter 9 mm; core diameter 2 mm. One ESTRING should be inserted into the upper third of the vaginal vault, to be worn continuously for three months. Estradiol is chemically described as estra-1,3,5(10)-triene-3,17β-diol. The molecular formula of estradiol is $C_{18}H_{24}O_2$ and the structural formula is:



The molecular weight of estradiol is 272.39.

## CLINICAL PHARMACOLOGY

### Pharmacokinetics

**ABSORPTION**

Estrogens used in therapeutics are well absorbed through the skin, mucous membranes, and the gastrointestinal (GI) tract. The vaginal delivery of estrogens circumvents first-pass metabolism possibly reducing the induction of several other hepatic proteins.

In a Phase 1 study of 14 postmenopausal women, the insertion of ESTRING (estradiol vaginal ring) rapidly increased serum estradiol ($E_2$) levels attesting to the rapid absorption of estradiol via the vaginal mucosa. The time to attain peak

serum estradiol levels ($T_{max}$) was 0.5 to 1 hour. Peak estradiol concentrations post-initial burst declined rapidly over the next 24 hours and were virtually indistinguishable from the baseline mean (range: 5 to 22 pg/mL). Serum levels of estradiol and estrone ($E_1$) over the following 12 weeks during which the ring was maintained in the vaginal vault remained relatively unchanged (see Table 1).

The initial estradiol peak post-application of the second ring in the same women resulted in ~ 38% lower $C_{max}$, apparently due to reduced systemic absorption via the revitalized vaginal epithelium. The relative systemic exposure from the initial peak of ESTRING accounted for approximately 4% of the total estradiol exposure over the 12 week period.

The constant and stable release of estradiol from ESTRING was demonstrated in a Phase II study of 166–222 postmenopausal women who inserted up to four rings consecutively at three month intervals. Low dose systemic delivery of estradiol from ESTRING resulted in mean steady state serum estradiol estimates of 7.8, 7.0, 7.0, 8.1 pg/mL at weeks 12, 24, 36, and 48, respectively. Similar reproducibility is also seen in levels of estrone. Lower systemic exposure to estradiol and estrone is further supported by serum levels measured during a pivotal Phase II study.

In post-menopausal women, mean dose of estradiol systemically absorbed unchanged from ESTRING is ~ 8% [95% CI: 2.8–12.8%] of the daily amount released locally. Low systemic exposure to estradiol and estrone resulting from ESTRING should elicit lower estrogen-dependent effects.

### DISTRIBUTION

Circulating, unbound estrogens are known to modulate pharmacological response. Estrogens circulate in blood bound to sex-hormone binding globulin (SHBG) and albumin. A dynamic equilibrium exists between the conjugated and the unconjugated forms of estradiol and estrone, which undergo rapid interconversion.

### METABOLISM

Exogenously delivered or endogenously derived estrogens are primarily metabolized in the liver to estrone and estriol, which are also found in the systemic circulation. Estrogen metabolites are primarily excreted in the urine as glucuronides and sulphates. Of the several estrogen metabolites, urinary estrone and estrone sulphate ($E_1S$), post-ESTRING use, are in the normal post-menopausal range.

### EXCRETION

Mean percent dose excreted in the 24-hour urine as estradiol, 4 and 12 weeks post-application of ESTRING in a Phase I study was 5% and 8%, respectively, of the daily released amount.

### Drug-Drug Interactions

No formal drug-drug interactions studies have been done with ESTRING. It is anticipated that lower exposure to systemic estrogens may reduce the potential for drug interactions thus maintaining the benefit to risk ratio of concomitant drugs.

**TABLE 1: PHARMACOKINETIC MEAN ESTIMATES FOLLOWING ESTRING APPLICATION**

| Estrogen | $C_{max}$ (pg/mL) | $C_{24-48 hr}$ (pg/mL) | $C_{12-wk}$ (pg/mL) | $C_{12-12v}$ (pg/mL) |
|---|---|---|---|---|
| Estradiol ($E_2$) | 63.2[a] | 11.2 | 9.5 | 8.0 |
| Baseline-adjusted $E_2$[a] | 55.6 | 3.6 | 2.0 | 0.4 |
| Estrone ($E_1$) | 66.3 | 52.5 | 43.8 | 47.0 |
| Baseline-adjusted $E_1$ | 20.0 | 6.2 | -2.4 | 0.8 |

a n=14    Based on means

### Pharmacodynamics

In-vivo, estrogens diffuse through cell membranes, distribute throughout the cell, bind to and activate the estrogen receptors, thereby eliciting their biological effects. Estrogen receptors have been identified in tissues of the reproductive tract, breast, pituitary, hypothalamus, liver and bone of women. ESTRING delivers estradiol constantly at a mean rate of ~ 7.5 μg/24 hours for a period of up to 90 days. In two post-menopausal patients in Phase I and II studies showed no apparent effects on systemic levels of hepatic protein SHBG, or FSH. Lowering of the pretreatment vaginal pH from a mean of 6.0 to a mean of 4.6 (as found in fertile women) over the 12 to 48 week treatment period, and improvements evident in the vaginal mucosal epithelium seen in all studies attest to the local dynamic effects of estrogens.

## INDICATIONS AND USAGE

ESTRING (estradiol vaginal ring) is indicated for the treatment of urogenital symptoms associated with post-menopausal atrophy of the vagina (such as dryness, burning, pruritus and dyspareunia) and/or the lower urinary tract (urinary urgency and dysuria).

## CLINICAL STUDIES

Two pivotal controlled studies have demonstrated the efficacy of ESTRING (estradiol vaginal ring) in the treatment of post-menopausal urogenital symptoms due to estrogen deficiency.

In a U.S. study where ESTRING was compared with conjugated estrogens vaginal cream, no difference in efficacy be-

*Continued on next page*

Information on these Pharmacia & Upjohn products is based on labeling in effect June 1, 2002. Further information concerning these and other Pharmacia & Upjohn products may be obtained by direct inquiry to Medical Information, Pharmacia & Upjohn, Kalamazoo, MI 49001.

## Estring—Cont.

tween the treatment groups was found with respect to improvement in the physician's global assessment of vaginal symptoms (83% and 82% of patients receiving ESTRING and cream, respectively) and in the patient's global assessment of vaginal symptoms (83% and 82% of patients receiving ESTRING and cream, respectively) after 12 weeks of treatment. In an Australian study, ESTRING was also compared with conjugated estrogens vaginal cream and no difference in the physician's assessment of improvement of vaginal mucosal atrophy (79% and 75% for ESTRING and cream, respectively) or in the patient's assessment of improvement in vaginal dryness (82% and 76% for ESTRING and cream, respectively) after 12 weeks of treatment.

In the U.S. study, symptoms of dysuria and urinary urgency improved in 74% and 65%, respectively, of patients receiving ESTRING as assessed by the patient. In the Australian study, symptoms of dysuria and urinary urgency improved in 90% and 71%, respectively, of patients receiving ESTRING as assessed by the patient.

In both studies, ESTRING and conjugated estrogens vaginal cream had a similar ability to reduce vaginal pH levels and to mature the vaginal mucosa (as measured cytologically using the maturation index and/or the maturation value) after 12 weeks of treatment. In supportive studies, ESTRING was also shown to have a similar significant treatment effect on the maturation of the urethral mucosa. Endometrial overstimulation, as evaluated in non-hysterectomized patients participating in the U.S. study by the progestogen challenge test and pelvic sonogram, was reported for none of the 58 (0%) patients receiving ESTRING and 4 of the 35 patients (11%) receiving conjugated estrogens vaginal cream.

Of the U.S. women who completed 12 weeks of treatment, 95% rated product comfort for ESTRING as excellent or very good compared with 65% of patients receiving conjugated estrogens vaginal cream, 95% of ESTRING patients judged the product to be very easy or easy to use compared with 88% of cream patients, and 82% gave ESTRING an overall rating of excellent or very good compared with 58% for the cream.

## CONTRAINDICATIONS

1. Estrogens should not be used in women with any of the following conditions:
   a. Known or suspected pregnancy (see **BOXED WARNING**).
   b. Undiagnosed abnormal genital bleeding.
   c. Known or suspected cancer of the breast.
   d. Known or suspected estrogen-dependent neoplasia.
2. ESTRING (estradiol vaginal ring) should not be used in patients hypersensitive to any of its ingredients.

## WARNINGS

**1. Breast cancer.**
While the majority of studies have not shown an increased risk of breast cancer in women who have ever used estrogen replacement therapy, some have reported a moderately increased risk (relative risks of 1.3 to 2.0) in those taking higher doses or those taking lower doses for prolonged periods of time, especially in excess of ten years. Other studies have not shown this relationship.

**2. Other.**
Congenital lesions with malignant potential, gallbladder disease, cardiovascular disease, elevated blood pressure and hypercalcemia have been associated with systemic estrogen treatment.

## PRECAUTIONS

**A. General**
**1. Use of Progestins.**
It is common practice with systemic administration of estrogen to add progestin for ten or more days during a cycle to lower the incidence of endometrial proliferation or hyperplasia. From the available clinical data, it seems unlikely that ESTRING would have adverse effects on the endometrium. Furthermore, addition of progestins to a patient being treated with ESTRING is not expected to result in vaginal bleeding.

**2. Physical Examination.**
A complete medical and family history should be taken prior to the initiation of any estrogen therapy. The pretreatment and periodic physical examinations should include special reference to blood pressure, breasts, abdomen, and pelvic organs and should include a Papanicolaou smear. As a general rule, estrogen should not be prescribed for longer than one year without reexamining the patient.

**3. Uterine Bleeding and Mastodynia.**
Although uncommon with ESTRING, certain patients may develop undesirable manifestations of estrogenic stimulation, such as abnormal uterine bleeding and mastodynia.

**4. Liver Disease.**
ESTRING should be used with caution in patients with impaired liver function.

**5. Location of ESTRING.**
Some women have experienced moving or gliding of ESTRING within the vagina. Instances of ESTRING being expelled from the vagina in connection with moving the bowels, strain, or constipation have been reported. If this occurs, ESTRING can be rinsed in lukewarm water and reinserted into the vagina by the patient.

**6. Vaginal Irritation.**
ESTRING may not be suitable for women with narrow, short, or stenosed vaginas. Narrow vagina, vaginal stenosis, prolapse, and vaginal infections are conditions that make the vagina more susceptible to ESTRING-caused irritation or ulceration. Women with signs or symptoms of vaginal irritation should alert their physician.

**7. Vaginal Infection.**
Vaginal infection is generally more common in postmenopausal women due to the lack of the normal flora of fertile women, especially lactobacillus, and the subsequent higher pH. Vaginal infections should be treated with appropriate antimicrobial therapy before initiation of ESTRING. If a vaginal infection develops during use of ESTRING, then ESTRING should be removed and reinserted only after the infection has been appropriately treated.

**8. Other.**
Hypercoagulability and hyperlipidemia have been reported in women on other types of estrogen replacement therapy, but these have not been seen with ESTRING patients.

Fluid retention is another known risk factor with estrogen therapy and may be harmful to patients with asthma, epilepsy, migraine and cardiac or renal dysfunction. ESTRING treatment has not been associated with any indication of increase in body weight up to 48 weeks of treatment.

**B. Information for the Patient.**
See text of **Information for Patients** which appears at the end of this insert.

**C. Drug-Drug and Drug-Laboratory Interactions.**
It is recommended that ESTRING be removed during treatment with other vaginally administered preparations.

Drug-drug and drug-laboratory interactions have been reported with estrogen administration overall, but were not observed in clinical trials with ESTRING. However, the possibility of the following interactions should be considered when treating patients with ESTRING.

1. Accelerated prothrombin time, partial thromboplastin time, and platelet aggregation time; increased platelet count; increased factors II, VII antigen, VIII antigen, VIII coagulant activity, IX, X, XII, VII-X complex, II-VII-X complex, and beta-thromboglobulin; decreased levels of anti-factor Xa and antithrombin III, decreased antithrombin III activity; increased levels of fibrinogen and fibrinogen activity; increased plasminogen antigen and activity.

2. Increased plasma HDL and HDL-2 subfraction concentrations, reduced LDL cholesterol concentration, increased triglycerides levels.

**D. Carcinogenesis, Mutagenesis, and Impairment of Fertility.**
Long term continuous administration of natural and synthetic estrogens in certain animal species increases the frequency of carcinomas of the breast, uterus, cervix, vagina, and liver (see **CONTRAINDICATIONS** and **BOXED WARNING**).

**E. Pregnancy Category X.**
Estrogens should not be used during pregnancy (see **CONTRAINDICATIONS** and **BOXED WARNING**).

**F. Nursing Mothers.**
This product is not intended for nursing mothers. As a general principle, the administration of any drug to nursing mothers should be done only when clearly necessary since many drugs are excreted in human milk. In addition, estrogen administration to nursing mothers has been shown to decrease the quantity and quality of the milk.

**G. Geriatric Use.**
Of the total number of subjects in clinical studies of ESTRING (including subjects treated with ESTRING, placebo, and comparator drug; n=651), 25% were 65 and over, while 4% were 75 and over. No overall differences in safety or effectiveness were observed between these subjects and younger subjects, and other reported clinical experience has not identified differences in responses between the elderly and younger patients, but greater sensitivity of some older individuals cannot be ruled out.

## ADVERSE REACTIONS

The biological activity of the silicone elastomer has been studied in various in vitro and in vivo test models. The results show that the silicone elastomer is non-toxic, non-pyrogenic, non-irritating, and non-sensitizing. Long-term implantation induced encapsulation equal to or less than the negative control (polyethylene) used in the USP test. No toxic reaction or tumor formation was observed with the silicone elastomer.

In general, ESTRING (estradiol vaginal ring) was well tolerated. In the two pivotal controlled studies, discontinuation of treatment due to an adverse event was required by 5.4% of patients receiving ESTRING and 3.9% of patients receiving conjugated estrogens vaginal cream. The most common reasons for withdrawal from ESTRING treatment due to an adverse event were vaginal discomfort and gastrointestinal symptoms.

The adverse events reported with a frequency of 3% or greater in the two pivotal controlled studies by patients receiving ESTRING or conjugated estrogens vaginal cream are listed in Table 2.

**Table 2:** Adverse Events Reported by 3% or More of Patients Receiving Either ESTRING or Conjugated Estrogens Vaginal Cream in Two Pivotal Controlled Studies

| ADVERSE EVENT | Estring (n=257) % | Conjugated Estrogens Vaginal Cream (n=129) % |
|---|---|---|
| Musculoskeletal | | |
| Back Pain | 6 | 8 |
| Arthritis | 4 | 2 |
| Arthralgia | 3 | 5 |
| Skeletal Pain | 2 | 4 |
| CNS/Peripheral Nervous System | | |
| Headache | 13 | 16 |
| Psychiatric | | |
| Insomnia | 4 | 0 |
| Gastrointestinal | | |
| Abdominal Pain | 4 | 2 |
| Nausea | 3 | 2 |
| Respiratory | | |
| Upper Respiratory Tract Infection | 6 | 5 |
| Sinusitis | 4 | 4 |
| Pharyngitis | 1 | 3 |
| Urinary | | |
| Urinary Tract Infection | 4 | 5 |
| Female Reproductive | | |
| Leukorrhea | 7 | 3 |
| Vaginitis | 5 | 5 |
| Vaginal Discomfort/Pain | 5 | 2 |
| Vaginal Hemorrhage | 4 | 2 |
| Asymptomatic Genital Bacterial Growth | 4 | 6 |
| Breast Pain | 1 | 7 |
| Resistance Mechanisms | | |
| Genital Moniliasis | 6 | 7 |
| Body as a Whole | | |
| Flu-Like Symptoms | 3 | 2 |
| Hot Flushes | 3 | 4 |
| Allergy | 1 | 4 |
| Miscellaneous | | |
| Family Stress | 2 | 3 |

Other adverse events (listed alphabetically) occurring at a frequency of 1 to 3% in the two pivotal controlled studies by patients receiving ESTRING include: anxiety, bronchitis, chest pain, cystitis, dermatitis, diarrhea, dyspepsia, dysuria, flatulence, gastritis, genital eruption, genital pruritus, hemorrhoids, leg edema, migraine, otitis media, skin hypertrophy, syncope, toothache, tooth disorder, urinary incontinence.

The following additional adverse events were reported at least once by patients receiving ESTRING in the worldwide clinical program, which includes controlled and uncontrolled studies. A causal relationship with ESTRING has not been established.

**Body as a Whole:** allergic reaction
**CNS/Peripheral Nervous System:** dizziness
**Metabolic/Nutritional Disorders:** weight decrease or increase
**Psychiatric:** depression, decreased libido, nervousness
**Reproductive:** breast engorgement, breast enlargement, intermenstrual bleeding, genital edema, vulval disorder
**Skin/Appendages:** pruritus, pruritus ani
**Urinary:** micturition frequency, urethral disorder
**Vascular:** thrombophlebitis
**Vision:** abnormal vision

## OVERDOSAGE

Given the nature and design of ESTRING (estradiol vaginal ring), it is unlikely that overdosage will occur. However, should overdosage occur, it may manifest itself as nausea, vomiting, and/or vaginal bleeding. Serious ill effects have not been reported following acute ingestion of large doses of estrogen-containing oral contraceptives by young children.

## DOSAGE AND ADMINISTRATION

One ESTRING (estradiol vaginal ring) is to be inserted as deeply as possible into the upper one-third of the vaginal vault. The ring is to remain in place continuously for three months, after which it is to be removed and, if appropriate, replaced by a new ring. The need to continue treatment should be assessed at 3 or 6 month intervals. Should the ring be removed or fall out at any time during the 90-day treatment period, the ring should be rinsed in lukewarm water and re-inserted by the patient, or, if necessary, by a physician or nurse.

Retention of the ring for greater than 90 days does not represent overdosage but will result in progressively greater underdosage with the attendant risk of loss of efficacy and increasing risk of vaginal infections and/or erosions.

**Instructions for Use**
ESTRING (estradiol vaginal ring) insertion
The ring should be pressed into an oval and inserted into the upper third of the vaginal vault. The exact position is not critical. When ESTRING is in place, the patient should not feel anything. If the patient feels discomfort, ESTRING is probably not far enough inside. Gently push ESTRING further into the vagina.
ESTRING use
ESTRING should be left in place continuously for 90 days and then, if continuation of therapy is deemed appropriate, replaced by a new ESTRING.

PRODUCT INFORMATION

The patient should not feel ESTRING when it is in place and it should not interfere with sexual intercourse. Straining at defecation may make ESTRING move down in the lower part of the vagina. If so, it may be pushed up again with a finger.

If ESTRING is expelled totally from the vagina, it should be rinsed in lukewarm water and reinserted by the patient (or doctor/nurse if necessary).

**ESTRING removal**

ESTRING may be removed by hooking a finger through the ring and pulling it out.

For patient instructions, see **Information for Patients**.

**HOW SUPPLIED**

Each ESTRING (estradiol vaginal ring) is individually packaged in a heat-sealed rectangular pouch consisting of three layers, from outside to inside: polyester, aluminum foil, and low density polyethylene, respectively. The pouch is provided with a tear-off notch on one side.

NDC 0013-2150-36 ESTRING (estradiol vaginal ring) 2 mg—available in single packs.

**STORAGE**—Store at controlled room temperature 15° to 30° C (59° to 86° F).

℞ only

**INFORMATION FOR PATIENTS**

**INTRODUCTION**

This leaflet describes when and how to use ESTRING (estradiol vaginal ring), and the risks and benefits of estrogen treatment. Please read this information carefully before starting treatment.

Estrogens have important benefits but also some risks. You must decide, with your doctor, whether the risks to you of estrogen use are acceptable because of their benefits. If you use estrogens, check with your doctor to be sure you are using the dose that is appropriate for you, and that you don't use them longer than necessary. How long you need to use estrogens should be decided by you and your doctor.

> **1. ESTROGENS INCREASE THE RISK OF CANCER OF THE UTERUS IN WOMEN WHO HAVE HAD THEIR MENOPAUSE ("CHANGE OF LIFE")**
>
> If you use an estrogen-containing drug, it is important to visit your doctor regularly and report any unusual vaginal bleeding right away. Vaginal bleeding after menopause may be a warning sign of uterine cancer. Your doctor should evaluate any unusual vaginal bleeding to find out the cause.
>
> **2. ESTROGENS SHOULD NOT BE USED DURING PREGNANCY**
>
> Estrogens do not prevent miscarriage (spontaneous abortion) and are not needed in the days following childbirth. If you take estrogens during pregnancy, your unborn child has a greater than usual chance of having birth defects. The risk of developing these defects is small, but clearly larger than the risk in children whose mothers did not take estrogens during pregnancy. These birth defects may affect the baby's urinary system and sex organs. Daughters born to mothers who took DES (an estrogen drug) have a higher than usual chance of developing cancer of the vagina or cervix when they become teenagers or young adults. Sons may have a higher than usual chance of developing cancer of the testicles when they become teenagers or young adults.

**USES OF ESTROGEN**

Estrogens are hormones made by the ovaries of women during their reproductive years. Between ages 45 and 55, the ovaries normally stop making estrogens. This leads to a drop in body estrogen levels which causes the "change of life" or menopause (the end of monthly menstrual periods). If both ovaries are removed during an operation before natural menopause takes place, the sudden drop in estrogen levels results in what is known as "surgically induced menopause".

When the estrogen levels begin dropping, some women develop very uncomfortable symptoms, such as feelings of warmth in the face, neck, and chest, or sudden intense episodes of heat and sweating ("hot flashes" or "hot flushes"). Using estrogen drugs can help the body adjust to lower estrogen levels and reduce these symptoms. ESTRING (estradiol vaginal ring) DOES NOT PROVIDE ENOUGH ESTROGEN TO REDUCE THESE SYMPTOMS.

The declining estrogen levels associated with advancing age after menopause may also result in thinning and drying of the tissue in the urinary tract and vagina (urogenital atrophy). Vaginal symptoms of this condition include dryness in the vagina (atrophic vaginitis), genital itching and burning, and pain with intercourse. Urinary symptoms may include urinary urgency and pain on urination. Small amounts of estrogen delivered directly to the local tissue can be used to help reduce these symptoms.

**USE OF ESTRING (estradiol vaginal ring)**

ESTRING is a local estrogen therapy designed to relieve vaginal and urinary symptoms of postmenopausal estrogen deficiency for a full 90 days. ESTRING exerts its effect locally in the lower urogenital tract and has not been shown to have significant effects in other estrogen-sensitive organs or tissues of the body. Consequently, ESTRING PROVIDES RELIEF OF LOCAL SYMPTOMS OF MENOPAUSE ONLY.

**DESCRIPTION**

ESTRING (estradiol vaginal ring) contains a drug reservoir of 2 mg of the estrogen, estradiol, in its core. ESTRING releases estradiol into the vagina in a consistent, stable manner for 90 days. The soft, flexible ring is placed in the upper third of the vagina (by the physician or the patient) and worn continuously for 90 days, then removed and replaced if continuation of therapy is indicated.

**WHO SHOULD NOT USE ESTRING (estradiol vaginal ring)**

ESTRING should not be used:

**During pregnancy** (see **BOXED WARNING**).

Women who are definitely postmenopausal cannot become pregnant. Women who believe they are postmenopausal because their menstrual cycles have recently stopped should confirm that they are not pregnant before using any form of estrogen-containing drug. Using estrogens while pregnant may cause the unborn child to have birth defects. Estrogens do not prevent miscarriage.

**In the presence of unusual vaginal bleeding which has not been evaluated by a doctor** (see **BOXED WARNING**).

Unusual vaginal bleeding after menopause can be a warning sign of cancer of the uterus. Estrogens may increase the risk of cancer of the uterus in women who have had their menopause ("change of life"). If you use any estrogen-containing drug, it is important to visit your doctor regularly and report any unusual vaginal bleeding right away. Your doctor should evaluate any unusual vaginal bleeding to find out the cause.

**If there is a history of certain types of cancer.**

Estrogens may increase the risk of certain types of cancer. In general, ESTRING should not be used in women who have ever had cancer of the breast or uterus.

**During treatment for vaginal infection with vaginal antimicrobial therapy.**

It is recommended that ESTRING be discontinued while other vaginal medications are being used to treat a vaginal infection. Use of ESTRING can be resumed after termination of the other vaginal medication, and after first consulting with a physician.

**After childbirth or when breast-feeding a baby.**

ESTRING should not be used to try to stop the breasts from filling with milk after a baby is born. Women who are breast-feeding should avoid using any drugs because many drugs pass through to the baby in the milk. While nursing a baby, drugs should only be taken on the advice of your healthcare giver.

**POSSIBLE RISKS FROM TREATMENT WITH ESTROGENS**

The following risk factors apply to estrogens in general:

**Cancer of the uterus.**

Estrogens increase the risk of developing a condition (endometrial hyperplasia) that may lead to cancer of the lining of the uterus (endometrial cancer). The risk of endometrial cancer is greater in estrogen users than nonusers. Studies have shown that this increased risk depends on estrogen dose, duration of treatment, and treatment regimen.

If the uterus has been removed (total hysterectomy), there is no danger of developing cancer of the uterus.

**Cancer of the breast.**

Most studies have not shown a higher risk of breast cancer in women who have ever used estrogens. However, some studies have reported that breast cancer developed more often (up to twice the usual rate) in women who used estrogens for long periods of time (especially more than 10 years), or who used higher doses for shorter time periods.

Regular breast examinations by a health professional and monthly self-examination are recommended for all women.

**Gallbladder disease and abnormal blood clotting.**

Gallbladder disease and abnormal blood clotting are risk factors associated with medium to high doses of estrogens. These risks of low dose estrogen usage by women do not show an increased risk of these complications, and to date have not been seen with ESTRING (estradiol vaginal ring) treatment.

**SIDE EFFECTS**

Like all medications, ESTRING (estradiol vaginal ring) may cause side effects. The most frequently reported side effect is increased vaginal secretions. Many of these vaginal secretions are like those that occur normally prior to menopause and indicate that ESTRING is working. Vaginal secretions that are associated with a bad odor, vaginal itching, or other signs of vaginal infection are NOT normal and may indicate a risk or a cause for concern. Other side effects may include vaginal discomfort, abdominal pain, or genital itching.

**Estrogens in General**

In addition to the risks listed above, the following side effects have been reported with estrogen use:

— Nausea and vomiting.

— Breast tenderness or enlargement.

— Enlargement of benign tumors ("fibroids") of the uterus.

— Retention of excess fluid. This may worsen some conditions, such as asthma, epilepsy, migraine, heart disease, or kidney disease.

— Spotty darkening of the skin, particularly on the face.

**REDUCING RISK OF ESTROGEN USE**

If you use estrogens, you may reduce your risks by doing these things:

**See your doctor regularly.**

While you are using estrogens, it is important to visit your doctor at least once a year for a check-up. If you develop vaginal bleeding while taking estrogens, call your doctor—you may need further evaluation. If members of your family have had breast cancer or if you have ever had breast lumps or an abnormal mammogram (breast X-ray), you may need to have more frequent breast examinations.

**Reassess your need for estrogens.**

You and your doctor should reevaluate whether or not you still need estrogens at least every 6 months.

**Be alert for warning signs.**

If any of these warning signals (or any other unusual symptoms) happen while you are using estrogens, call your doctor immediately:

— Abnormal bleeding from the vagina (possible uterine cancer).

— Pains in the calves or chest, sudden shortness of breath, or coughing blood (possible clot in the legs, heart, or lungs).

— Severe headache or vomiting, dizziness, faintness, changes in vision or speech, weakness or numbness of an arm or leg (possible clot in the brain or eye).

— Breast lumps (possible breast cancer; ask your doctor or health professional to show you how to examine your breasts monthly).

— Yellowing of skin or eyes (possible liver problem).

— Pain, swelling, or tenderness in the abdomen (possible gallbladder problem).

**OTHER INFORMATION**

1. Estrogens increase the risk of developing a condition (endometrial hyperplasia) that may lead to cancer of the lining of the uterus. Progestin, another hormone drug, is usually prescribed with higher-dose estrogen preparations to lower the risk of developing endometrial hyperplasia. Progestins are not usually needed for women using ESTRING (estradiol vaginal ring) alone.

2. Some women have experienced moving or sliding of ESTRING within the vagina. If this happens, ESTRING can be gently pushed back into position with a clean finger. Instances of ESTRING slipping out of the vagina have been infrequent and were usually associated with moving the bowels, straining, or constipation within the first few weeks of treatment. If this occurs, ESTRING can be washed with lukewarm (NOT hot) water and reinserted. If this happens repeatedly, you should consult with your doctor or healthcare giver and determine whether continued treatment is appropriate for you.

3. ESTRING may not be suitable for women with narrow, short, or stenosed (constricted) vaginas. A narrow vagina, vaginal stenosis (constriction), significant prolapse, and vaginal infections are conditions that make the vagina more susceptible to irritation or ulceration caused by ESTRING. Women with signs or symptoms of vaginal irritation should alert their doctor or healthcare giver.

4. Vaginal infection is generally more common in postmenopausal women. Vaginal infections should be treated with appropriate antimicrobial therapy before initiation of ESTRING. If a vaginal infection develops during use of ESTRING, then ESTRING should be removed and reinserted only after the infection has been appropriately treated. See your doctor or healthcare giver if you have vaginal discomfort or suspect you have a vaginal infection.

5. Your doctor has prescribed this drug for you and you alone. Do not give the drug to anyone else.

6. Keep this and all drugs out of the reach of children.

7. This leaflet provides a summary of important information about ESTRING. If you want more information, ask your doctor or pharmacist to show you the professional labeling. The professional labeling is also published in a book called the "Physicians' Desk Reference®," which is available in book stores and public libraries. Generic drugs carry virtually the same labeling information as their brand name versions.

**HOW SUPPLIED**

Each ESTRING (estradiol vaginal ring) is individually packaged in a heat-sealed rectangular pouch. The pouch is provided with a tear-off notch on one side.

NDC 0013-2150-36 ESTRING (estradiol vaginal ring) 2 mg available in single units.

**Storage:** Store at controlled room temperature 15° to 30° C (59° to 86° F).

℞ only

**A Patient Guide to ESTRING**

(estradiol vaginal ring) 2 mg

**Insertion and Removal**



**FEMALE ANATOMY**

UTERUS
CERVIX
BLADDER
RECTUM
VAGINA
URETHRA
ANUS

**Continued on next page**

Information on these Pharmacia & Upjohn products is based on labeling in effect June 1, 2002. Further information concerning these and other Pharmacia & Upjohn products may be obtained by direct inquiry to Medical Department, Pharmacia & Upjohn, Kalamazoo, MI 49001.

## Estring—Cont.

### ESTRING INSERTION

ESTRING can be inserted and removed by you or your doctor. To insert ESTRING yourself, choose the position that is most comfortable for you: standing with one leg up, squatting, or lying down.





1. After washing and drying your hands, remove ESTRING from its pouch using the tear-off notch on the side. (Since the ring becomes slippery when wet, be sure your hands are dry before handling it.)
2. Hold ESTRING between your thumb and index finger and press the opposite sides of the ring together as shown.




3. Gently push the compressed ring into your vagina as far as you can:



### ESTRING PLACEMENT

The exact position of ESTRING is not critical, as long as it is placed in the upper third of the vagina.



When ESTRING is in place, you should not feel anything. If you feel uncomfortable, ESTRING is probably not far enough inside. Use your finger to gently push ESTRING further into your vagina.

There is no danger of ESTRING being pushed too far up in the vagina or getting lost. ESTRING can only be inserted as far as the end of the vagina, where the cervix (the narrow, lower end of the uterus) will block ESTRING from going any further (see diagram of Female Anatomy).

### ESTRING USE

Once inserted, ESTRING should remain in place in the vagina for 90 days.

Most women and their partners experience no discomfort with ESTRING in place during intercourse, so it is NOT necessary that the ring be removed. If ESTRING should cause you or your partner any discomfort, you may remove it prior to intercourse (see ESTRING Removal, below). Be sure to reinsert ESTRING as soon as possible afterwards.

ESTRING may slide down into the lower part of the vagina as a result of the abdominal pressure or straining that sometimes accompanies constipation. If this should happen, gently guide ESTRING back into place with your finger.

There have been rare reports of ESTRING falling out in some women following intense straining or coughing. If this should occur, simply wash ESTRING with lukewarm (NOT hot) water and reinsert it.

### ESTRING DRUG DELIVERY

Once in the vagina, ESTRING begins to release estradiol immediately. ESTRING will continue to release a low, continuous dose of estradiol for the full 90 days it remains in place.

[See figure at top of next column]

It will take about 2 to 3 weeks to restore the tissue of the vagina and urinary tract to a healthier condition and to feel the full effect of ESTRING in relieving vaginal and urinary symptoms. If your symptoms persist for more than a few weeks after beginning ESTRING therapy, contact your doctor.

One of the most frequently reported effects associated with the use of ESTRING is an increase in vaginal secretions. These secretions are like those that occur normally prior to

menopause and indicate that ESTRING is working. However, if the secretions are associated with a bad odor or vaginal itching or discomfort, be sure to contact your doctor.

### ESTRING REMOVAL

After 90 days there will no longer be enough estradiol in the ring to maintain its full effect in relieving your vaginal or urinary symptoms. ESTRING should be removed at that time and replaced with a new ESTRING, if your doctor determines that you need to continue your therapy.

To remove ESTRING:

1. Wash and dry your hands thoroughly.
2. Assume a comfortable position, either standing with one leg up, squatting, or lying down.
3. Loop your finger through the ring and gently pull it out.
4. Discard the used ring in a waste receptacle. (Do not flush ESTRING).



If you have any additional questions about removing ESTRING, contact your doctor or healthcare giver.
Manufactured for: Pharmacia & Upjohn Company
Kalamazoo, MI 49001, USA
By:     QPharma AB
Malmö, Sweden
818 049 000                612781
Revised January 2000

---

## FRAGMIN®                    ℞
dalteparin sodium injection
**For Subcutaneous Use Only**

### SPINAL/EPIDURAL HEMATOMAS
When neuraxial anesthesia (epidural/spinal anesthesia) or spinal puncture is employed, patients anticoagulated or scheduled to be anticoagulated with low molecular weight heparins or heparinoids for prevention of thromboembolic complications are at risk of developing an epidural or spinal hematoma which can result in long-term or permanent paralysis.

The risk of these events is increased by the use of indwelling epidural catheters for administration of analgesia or by the concomitant use of drugs affecting hemostasis such as non steroidal anti-inflammatory drugs (NSAIDs), platelet inhibitors, or other anticoagulants. The risk also appears to be increased by traumatic or repeated epidural or spinal puncture.

Patients should be frequently monitored for signs and symptoms of neurological impairment. If neurological compromise is noted, urgent treatment is necessary.

The physician should consider the potential benefit versus risk before neuraxial intervention in patients anticoagulated or to be anticoagulated for thromboprophylaxis (also see WARNINGS; Hemorrhage and PRECAUTIONS, Drug Interactions).

### DESCRIPTION

FRAGMIN Injection (dalteparin sodium injection) is a sterile, low molecular weight heparin. It is available in single-dose, prefilled syringes preassembled with a needle guard device, and multiple-dose vials. With reference to the W.H.O. First International Low Molecular Weight Heparin Reference Standard, each syringe contains either 2500, 5000, 7500, or 10,000 anti-Factor Xa international units (IU), equivalent to 16, 32, 48, or 64 mg dalteparin sodium, respectively. Each vial contains either 10,000 or 25,000 anti-Factor Xa IU per 1 mL (equivalent to 64 or 160 mg dalteparin sodium, respectively), for a total of 95,000 anti-Factor Xa IU per vial.

Each prefilled syringe also contains Water for Injection and sodium chloride, when required, to maintain physiologic ionic strength. The prefilled syringes are preservative free. Each multiple-dose vial also contains Water for Injection and 14 mg of benzyl alcohol per mL as a preservative. The pH of both formulations is 5.0 to 7.5.

Dalteparin sodium is produced through controlled nitrous acid depolymerization of sodium heparin from the intestinal mucosa followed by a chromatographic purification

process. It is composed of strongly acidic sulphated polysaccharide chains (oligosaccharide, containing 2,5-anhydro-D-mannitol residues as end-groups) with an average molecular weight of 5000 and about 90% of the material within the range 2000–9000. The molecular weight distribution is:

| < 3000 daltons | 3.0–15.0% |
| 3000 to 8000 daltons | 65.0–78.0% |
| > 8000 daltons | 14.0–26.0% |

**Structural Formula**
[See chemical structure below]

### CLINICAL PHARMACOLOGY

Dalteparin is a low molecular weight heparin with antithrombotic properties. It acts by enhancing the inhibition of Factor Xa and thrombin by antithrombin. In man, dalteparin potentiates preferentially the inhibition of coagulation Factor Xa, while only slightly affecting clotting time, e.g., activated partial thromboplastin time (APTT).

**Pharmacodynamics:**
Doses of FRAGMIN Injection of up to 10,000 anti-Factor Xa IU administered subcutaneously as a single dose or two 5000 IU doses 12 hours apart to healthy subjects do not produce a significant change in platelet aggregation, fibrinolysis, or global clotting tests such as prothrombin time (PT), thrombin time (TT) or APTT. Subcutaneous (s.c.) administration of doses of 5000 IU bid of FRAGMIN for seven consecutive days to patients undergoing abdominal surgery did not markedly affect APTT, Platelet Factor 4 (PF4), or lipoprotein lipase.

**Pharmacokinetics:**
Mean peak levels of plasma anti-Factor Xa activity following single s.c. doses of 2500, 5000 and 10,000 IU were 0.19 ± 0.04, 0.41 ± 0.07 and 0.82 ± 0.10 IU/mL, respectively, and were attained in about 4 hours in most subjects. Absolute bioavailability in healthy volunteers, measured as the anti-Factor Xa activity, was 87 ± 6%. Increasing the dose from 2500 to 10,000 IU resulted in an overall increase in anti-Factor Xa AUC that was greater than proportional by about one-third.

Peak anti-Factor Xa activity increased more or less linearly with dose over the same dose range. There appeared to be no appreciable accumulation of anti-Factor Xa activity with twice-daily dosing of 100 IU/kg s.c. for up to 7 days.

The volume of distribution for dalteparin anti-Factor Xa activity was 40 to 60 mL/kg. The mean plasma clearances of dalteparin anti-Factor Xa activity in normal volunteers following single intravenous bolus doses of 30 and 120 anti-Factor Xa IU/kg were 24.6 ± 5.4 and 15.6 ± 2.4 mL/hr/kg, respectively. The corresponding mean disposition half-lives are 1.47 ± 0.3 and 2.5 ± 0.3 hours.

Following intravenous doses of 40 and 60 IU/kg, mean terminal half-lives were 2.1 ± 0.3 and 2.3 ± 0.4 hours, respectively. Longer apparent terminal half-lives (3 to 5 hours) are observed following s.c. dosing, possibly due to delayed absorption. In patients with chronic renal insufficiency requiring hemodialysis, the mean terminal half-life of anti-Factor Xa activity following a single intravenous dose of 5000 IU FRAGMIN was 5.7 ± 2.0 hours, i.e. considerably longer than values observed in healthy volunteers, therefore, greater accumulation can be expected in these patients.

### CLINICAL TRIALS

**Prophylaxis of Ischemic Complications in Unstable Angina and Non-Q-Wave Myocardial Infarction:**
In a double-blind, randomized, placebo-controlled clinical trial, patients who recently experienced unstable angina with EKG changes or non-Q-wave myocardial infarction (MI) were randomized to FRAGMIN Injection 120 IU/kg every 12 hours subcutaneously (s.c.) or placebo every 12 hours s.c. In this trial, unstable angina was defined to include only angina with EKG changes. All patients, except when contraindicated, were treated concurrently with aspirin (75 mg once daily) and beta blockers. Treatment was initiated within 72 hours of the event (the majority of patients received treatment within 24 hours) and continued for 5 to 8 days. A total of 1506 patients were enrolled and treated; 746 received FRAGMIN and 760 received placebo. The mean age of the study population was 68 years (range 40 to 90 years) and the majority of patients were white (99.7%) and male (63.9%). The combined incidence of the double endpoint of death or myocardial infarction was lower for FRAGMIN compared with placebo at 6 days after initiation of therapy. These results were observed in an analysis of all-randomized and all-treated patients. The combined incidence of death, MI, need for intravenous (i.v.) heparin or i.v. nitroglycerin, and revascularization was also lower for FRAGMIN than for placebo (see Table 1).

[See table 1 at top of next page]

In a second randomized, controlled trial designed to evaluate long-term treatment with FRAGMIN (days 6 to 45), data were also collected comparing 1-week (5 to 8 days) treatment of FRAGMIN 120 IU/kg every 12 hours s.c. with heparin at an APTT-adjusted dosage. All patients, except when contraindicated, were treated concurrently with aspirin (100 to 165 mg per day). Of the total enrolled study population of 1499 patients, 1482 patients were treated; 751 re-





# EXHIBIT 14


CONNECTICUT
ONCOLOGY & HEMATOLOGY

**FRASER, MARGARET**                                                                 05/28/2010

In the interval since her previous visit, Margaret Fraser has felt quite good. Her appetite and energy level are good. She has had no recent increased musculoskeletal pain. A recent bilateral mammogram showed no suspicious radiographic abnormalities.

On examination, the patient appears well. Blood pressure is 106/66, pulse 68 and regular, afebrile. There is good skin turgor. There are scattered seborrheic keratosis. There is no pathologic lymphadenopathy. The sclerae are not icteric and the pharynx clear. The chest is clear to auscultation. The cardiac rhythm is regular without gallops or murmurs. There is no evidence of local recurrence involving the reconstructed left breast and no right breast masses. There are no abdominal masses or tenderness or palpable enlargement of liver or spleen. There is no lower extremity edema or focal neurologic deficits.

**ASSESSMENT:**
1. History of stage I carcinoma of the left breast with no clinical signs of cancer recurrence.
2. Osteoporosis.

**PLAN:** Yearly treatment with Reclast will be administered for treatment of osteoporosis. A follow up bilateral mammogram will be performed in one year.

Jedd F. Levine, M.D.

JFL/gmm

# EXHIBIT 15

CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 04/01/2000 AND 01/21/2009
PHARMACY # 5057

PAGE: 2
RUN DATE: 01/21/2009 TIME: 13:20:51
REQUEST NBR: 1644157

PHARMACY NAME: CVS/pharmacy #05057
ADDRESS: 108 RT 44
CITY, ST, ZIP: MILLERTON NY 12546

PATIENT KEY:
PATIENT NAME: FRASER MARGARET
ADDRESS
CITY, ST, ZIP:

TELEPHONE:
BIRTHDATE:

| RX NUMBER | NDC NUMBER | REL | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH INT | QUANT DISP | TOTAL PRICE | PATIENT PD AMT | PAYER # | PAYER PD AMT | TP AUTHORIZATION # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 213166 | 00093067315 | 0 | BETA-VAL 0.1% CREAM TEV | JANELLI, BRUCE D | 10/02/2002 | BR | 30 | 4.23 | 2.00 | 515 | 2.23 | |
| 215969 | 00693306075 | 0 | ZITHROMAX 250MG Z-PAK TAB PFI | JANELLI, BRUCE D | 10/28/2002 | PC | 6 | 39.11 | 7.00 | 515 | 32.11 | |
| 215969 | 60432045516 | 0 | HYDROCODONE COMPOUND SYRUP MOR | JANELLI, BRUCE D | 10/28/2002 | PC | 120 | 4.35 | 2.00 | 515 | 2.35 | |
| 221323 | 00006003144 | 0 | FOSAMAX 70MG TABLET MSD | JANELLI, BRUCE D | 12/19/2002 | PC | 4 | 60.04 | 7.00 | 515 | 53.04 | |
| 221323 | 00006003144 | 1 | FOSAMAX 70MG TABLET MSD | JANELLI, BRUCE D | 01/20/2003 | PC | 4 | 60.04 | 7.00 | 515 | 53.04 | |
| 221323 | 00006003144 | 2 | FOSAMAX 70MG TABLET MSD | JANELLI, BRUCE D | 02/17/2003 | PC | 4 | 60.04 | 7.00 | 515 | 53.04 | 03104550093559 |
| 221841 | 00009517304 | 2 | VAGIFEM 25MCG VAGINAL TAB UPJ | RICHARDSON, LORETTA | 12/27/2002 | SJ | 24 | 60.17 | 7.00 | 515 | 53.17 | |
| 228103 | 00006003144 | 0 | FOSAMAX 70MG TABLET MSD | JANELLI, BRUCE D | 03/10/2003 | JT | 4 | 60.04 | 7.00 | 515 | 53.04 | 03104733450293 |
| 228103 | 00006003144 | 1 | FOSAMAX 70MG TABLET MSD | JANELLI, BRUCE D | 04/06/2003 | PC | 4 | 60.29 | 7.00 | 515 | 53.29 | 03104964364324 |
| 228103 | 00006003144 | 2 | FOSAMAX 70MG TABLET MSD | JANELLI, BRUCE D | 05/04/2003 | PC | 4 | 62.85 | 7.00 | 515 | 55.85 | 03105205281634 |
| 228103 | 00006003144 | 3 | FOSAMAX 70MG TABLET MSD | JANELLI, BRUCE D | 06/02/2003 | BR | 4 | 62.85 | 7.00 | 515 | 55.85 | 03105456004919 |
| 228723 | 00013215508 | 0 | ESTRING 2MG VAGINAL RING P-U | SCHNURR, ROBERT | 03/10/2003 | JT | 1 | 82.08 | 7.00 | 515 | 75.08 | 03104733317691 |
| 223480 | 00062535001 | 0 | TERAZOL 7 CREAM ORT | JAFFE, JOSHUA S | 04/17/2003 | JT | 45 | 35.01 | 7.00 | 515 | 28.01 | 03105604272061 |
| 239477 | 00006003144 | 0 | FOSAMAX 70MG TABLET MSD | JANELLI, BRUCE D | 06/30/2003 | BR | 4 | 62.85 | 7.00 | 515 | 55.85 | 03105698979895 |
| 239477 | 00006003144 | 1 | FOSAMAX 70MG TABLET MSD | JANELLI, BRUCE D | 07/27/2003 | BR | 4 | 62.85 | 7.00 | 515 | 55.85 | 03105932331099 |
| 239477 | 00006003144 | 2 | FOSAMAX 70MG TABLET MSD | JANELLI, BRUCE D | 09/06/2003 | BR | 4 | 62.85 | 7.00 | 515 | 55.85 | 03106208278732 |
| 240818 | 64455069394 | 0 | ZOVIRAX 5% OINTMENT BIO | JANELLI, BRUCE D | 07/14/2003 | BR | 15 | 74.60 | 7.00 | 515 | 67.60 | 03105820681245 |
| 240819 | 64455069394 | 0 | ZOVIRAX 5% OINTMENT BIO | JANELLI, BRUCE D | 07/14/2003 | BR | 15 | 74.60 | 7.00 | 515 | 67.60 | 03105820735667 |
| 242463 | 00078036815 | 0 | FAMVIR 500MG TABLET SAN | JANELLI, BRUCE D | 08/01/2003 | BR | 15 | 67.11 | 7.00 | 515 | 60.11 | 03105975123146 |
| 249176 | 00006003144 | 0 | FOSAMAX 70MG TABLET MSD | JANELLI, BRUCE D | 10/11/2003 | BR | 4 | 64.06 | 7.00 | 515 | 57.06 | 03000013079816 |
| 249176 | 00006003144 | 1 | FOSAMAX 70MG TABLET MSD | JANELLI, BRUCE D | 11/11/2003 | PC | 4 | 64.06 | 7.00 | 515 | 57.06 | 03000019480030 |
| 249176 | 00006003144 | 2 | FOSAMAX 70MG TABLET MSD | JANELLI, BRUCE D | 12/14/2003 | BR | 4 | 64.06 | 7.00 | 515 | 57.06 | 03000026706462 |
| 249176 | 00006003144 | 3 | FOSAMAX 70MG TABLET MSD | JANELLI, BRUCE D | 01/11/2004 | BR | 4 | 64.06 | 7.00 | 515 | 57.06 | 03000033552006 |
| 249176 | 00006003144 | 4 | FOSAMAX 70MG TABLET MSD | JANELLI, BRUCE D | 02/09/2004 | BR | 4 | 64.06 | 7.00 | 515 | 57.06 | 03000042155138 |
| 249176 | 00006003144 | 5 | FOSAMAX 70MG TABLET MSD | JANELLI, BRUCE D | 03/09/2004 | PC | 4 | 64.06 | 7.00 | 515 | 57.06 | 03000051327592 |
| 249176 | 00006003144 | 6 | FOSAMAX 70MG TABLET MSD | JANELLI, BRUCE D | 04/09/2004 | BR | 4 | 64.06 | 7.00 | 515 | 57.06 | 03000060569505 |
| 249176 | 00006003144 | 7 | FOSAMAX 70MG TABLET MSD | JANELLI, BRUCE D | 05/08/2004 | BR | 4 | 67.11 | 7.00 | 515 | 60.11 | 03000069169073 |
| 249176 | 00006003144 | 8 | FOSAMAX 70MG TABLET MSD | JANELLI, BRUCE D | 06/25/2004 | BR | 4 | 67.11 | 7.00 | 515 | 60.11 | 03000077373603 |
| 249176 | 00006003144 | 9 | FOSAMAX 70MG TABLET MSD | JANELLI, BRUCE D | 06/23/2004 | BR | 4 | 67.11 | 7.00 | 515 | 60.11 | 03000086283034 |
| 249176 | 00006003144 | 10 | FOSAMAX 70MG TABLET MSD | JANELLI, BRUCE D | 07/30/2004 | BR | 4 | 67.11 | 10.00 | 515 | 57.11 | 03000093434115 |
| 249176 | 00006003144 | 11 | FOSAMAX 70MG TABLET MSD | JANELLI, BRUCE D | 08/28/2004 | BR | 4 | 67.11 | 10.00 | 515 | 57.11 | 03000101955412 |
| 251313 | 00078036815 | 0 | FAMVIR 500MG TABLET SAN | LEVINE, JEDD F | 09/23/2004 | PC | 15 | 67.11 | 10.00 | 515 | 57.11 | 03000109457520 |
| 251313 | 00078036815 | 1 | FAMVIR 500MG TABLET SAN | LEVINE, JEDD F | 11/04/2003 | PC | 15 | 105.41 | 7.00 | 515 | 98.41 | 03000019855412 |
| 252373 | 00378027493 | 0 | TAMOXIFEN 20MG TABLET MYL | LEVINE, JEDD F | 11/14/2003 | PC | 90 | 105.41 | 7.00 | 515 | 98.41 | 03000020306703 |
| 252605 | 00378027493 | 0 | TAMOXIFEN 20MG TABLET MYL | LEVINE, JEDD F | 03/07/2004 | BR | 90 | 137.80 | 2.00 | 515 | 135.80 | 03000050550276 |
| 257295 | 60432045516 | 0 | HYDROCODONE COMPOUND SYRUP MOR | LEVINE, JEDD F | 11/17/2003 | PC | 120 | 4.35 | 2.00 | 515 | 2.35 | 03000208377779 |
| 257295 | 00591049850 | 0 | DOXYCYCLINE 100MG CAPSULE WAT | JANELLI, BRUCE D | 11/17/2003 | BR | 20 | 3.78 | 2.00 | 515 | 1.78 | 03000208538149 |
| 257295 | 00083833301 | 0 | EFFEXOR XR 75MG CAPSULE SA WYE | LEVINE, JEDD F | 01/05/2004 | PC | 90 | 251.14 | 7.00 | 515 | 244.14 | 03000031593429 |
| 257295 | 00083833301 | 1 | EFFEXOR XR 75MG CAPSULE SA WYE | LEVINE, JEDD F | 05/16/2004 | BR | 90 | 262.36 | 7.00 | 515 | 255.38 | 03000071469835 |

MFraser-CVS-000009

# EXHIBIT 16





National Library of Medicine NLM

| PubMed | Nucleotide | Protein | Genome | Structure | PMC | Taxonomy | OMIM | Bc |

Search [PubMed] for [                    ] [Go] [Clear]

Limits    Preview/Index    History    Clipboard    Details

About Entrez

[Display] [Abstract]   Show: [20]   [Sort]   [Send to] [Text]

Text Version

Entrez PubMed
Overview
Help | FAQ
Tutorial
New/Noteworthy
E-Utilities

PubMed Services
Journals Database
MeSH Database
Single Citation Matcher
Batch Citation Matcher
Clinical Queries
LinkOut
Cubby

Related Resources
Order Documents
NLM Gateway
TOXNET
Consumer Health
Clinical Alerts
ClinicalTrials.gov
PubMed Central

Privacy Policy

☐ 1: JAMA. 2002 Jul 17;288(3):321-33.                    Related Articles, Link

Comment in:
- ACP J Club. 2002 Sep-Oct;137(2):41.
- Can Fam Physician. 2003 Feb;49:157-9.
- Curr Rheumatol Rep. 2003 Feb;5(1):43-4.
- Evid Based Nurs. 2003 Jan;6(1):20.
- JAMA. 2002 Dec 11;288(22):2819-20; author reply 2823-4.
- JAMA. 2002 Dec 11;288(22):2819; author reply 2823-4.
- JAMA. 2002 Dec 11;288(22):2820-1; author reply 2823-4.
- JAMA. 2002 Dec 11;288(22):2820; author reply 2823-4.
- JAMA. 2002 Dec 11;288(22):2820; author reply 2823-4.
- JAMA. 2002 Dec 11;288(22):2821-2; author reply 2823-4.
- JAMA. 2002 Dec 11;288(22):2821; author reply 2823-4.
- JAMA. 2002 Dec 11;288(22):2821; author reply 2823-4.
- JAMA. 2002 Dec 11;288(22):2822-3; author reply 2823-4.
- JAMA. 2002 Dec 11;288(22):2822; author reply 2823-4.
- JAMA. 2002 Dec 11;288(22):2822; author reply 2823-4.
- JAMA. 2002 Dec 11;288(22):2824-5; author reply 2825.
- JAMA. 2002 Jul 17;288(3):366-8.
- JAMA. 2003 Jun 25;289(24):3241-2.

Summary for patients in:
- CMAJ. 2002 Aug 20;167(4):377-8.
- J Fam Pract. 2002 Oct;51(10):821.

**JAMA**

**Risks and benefits of estrogen plus progestin in healthy postmenopausal women: principal results From the Women's Health Initiative randomized controlled trial.**

Rossouw JE, Anderson GL, Prentice RL, LaCroix AZ, Kooperberg C, Stefanick ML, Jackson RD, Beresford SA, Howard BV, Johnson KC, Kotchen JM, Ockene J; Writing Group for the Women's Health Initiative Investigators.

Division of Women's Health Initiative, National Heart, Lung, and Blood Institute, 6705 Rockledge Dr, One Rockledge Ctr, Suite 300, Bethesda, MD 20817, USA.rossouw@nih.gov

CONTEXT: Despite decades of accumulated observational evidence, the

HRT MED LIT

0030001
HRT PLAINTIFFS' EXHIBIT M0030 PAGE 0001

ORIGINAL CONTRIBUTION

JAMA-EXPRESS

# Risks and Benefits of Estrogen Plus Progestin in Healthy Postmenopausal Women

## Principal Results From the Women's Health Initiative Randomized Controlled Trial

Writing Group for the
Women's Health Initiative
Investigators

THE WOMEN'S HEALTH INITIA-tive (WHI) focuses on defin-ing the risks and benefits of strategies that could poten-tially reduce the incidence of heart dis-ease, breast and colorectal cancer, and fractures in postmenopausal women. Between 1993 and 1998, the WHI en-rolled 161 809 postmenopausal women in the age range of 50 to 79 years into a set of clinical trials (trials of low-fat dietary pattern, calcium and vitamin D supplementation, and 2 trials of post-menopausal hormone use) and an ob-servational study at 40 clinical centers in the United States.[1] This article re-ports principal results for the trial of combined estrogen and progestin in women with a uterus. The trial was stopped early based on health risks that exceeded health benefits over an aver-age follow-up of 5.2 years. A parallel trial of estrogen alone in women who have had a hysterectomy is being con-tinued, and the planned end of this trial is March 2005, by which time the av-erage follow-up will be about 8.5 years.

The WHI clinical trials were de-signed in 1991-1992 using the accu-mulated evidence at that time. The pri-mary outcome for the trial of estrogen plus progestin was designated as coro-nary heart disease (CHD). Potential car-dioprotection was based on generally

**Context** Despite decades of accumulated observational evidence, the balance of risks and benefits for hormone use in healthy postmenopausal women remains uncertain.

**Objective** To assess the major health benefits and risks of the most commonly used combined hormone preparation in the United States.

**Design** Estrogen plus progestin component of the Women's Health Initiative, a ran-domized controlled primary prevention trial (planned duration, 8.5 years) in which 16 608 postmenopausal women aged 50-79 years with an intact uterus at baseline were re-cruited by 40 US clinical centers in 1993-1998.

**Interventions** Participants received conjugated equine estrogens, 0.625 mg/d, plus medroxyprogesterone acetate, 2.5 mg/d, in 1 tablet (n=8506) or placebo (n=8102).

**Main Outcomes Measures** The primary outcome was coronary heart disease (CHD) (nonfatal myocardial infarction and CHD death), with invasive breast cancer as the primary adverse outcome. A global index summarizing the balance of risks and ben-efits included the 2 primary outcomes plus stroke, pulmonary embolism (PE), endo-metrial cancer, colorectal cancer, hip fracture, and death due to other causes.

**Results** On May 31, 2002, after a mean of 5.2 years of follow-up, the data and safety monitoring board recommended stopping the trial of estrogen plus progestin vs placebo because the test statistic for invasive breast cancer exceeded the stopping boundary for this adverse effect and the global index statistic supported risks exceeding benefits. This report includes data on the major clinical outcomes through April 30, 2002. Estimated hazard ratios (HRs) (nominal 95% confidence intervals [CIs]) were as follows: CHD, 1.29 (1.02-1.63) with 286 cases; breast cancer, 1.26 (1.00-1.59) with 290 cases; stroke, 1.41 (1.07-1.85) with 212 cases; PE, 2.13 (1.39-3.25) with 101 cases; colorectal cancer, 0.63 (0.43-0.92) with 112 cases; endometrial cancer, 0.83 (0.47-1.47) with 47 cases; hip frac-ture, 0.66 (0.45-0.98) with 106 cases; and death due to other causes, 0.92 (0.74-1.14) with 331 cases. Corresponding HRs (nominal 95% CIs) for composite outcomes were 1.22 (1.09-1.36) for total cardiovascular disease (arterial and venous disease), 1.03 (0.90-1.17) for total cancer, 0.76 (0.69-0.85) for combined fractures, 0.98 (0.82-1.18) for total mortality, and 1.15 (1.03-1.28) for the global index. Absolute excess risks per 10 000 person-years attributable to estrogen plus progestin were 7 more CHD events, 8 more strokes, 8 more PEs, and 8 more invasive breast cancers, while absolute risk reductions per 10 000 person-years were 6 fewer colorectal cancers and 5 fewer hip fractures. The absolute ex-cess risk of events included in the global index was 19 per 10 000 person-years.

**Conclusions** Overall health risks exceeded benefits from use of combined estrogen plus progestin for an average 5.2-year follow-up among healthy postmenopausal US women. All-cause mortality was not affected during the trial. The risk-benefit profile found in this trial is not consistent with the requirements for a viable intervention for primary prevention of chronic diseases, and the results indicate that this regimen should not be initiated or continued for primary prevention of CHD.

*JAMA. 2002;288:321-333*                                www.jama.com

For editorial comment see p 366.

Author Information and Financial Disclosures appear at the end of this article.

©2002 American Medical Association. All rights reserved.

HRT PLAINTIFFS' EXHIBIT M0030 PAGE 0002

RISKS AND BENEFITS OF ESTROGEN PLUS PROGESTIN



**Figure 1.** Profile of the Estrogen Plus Progestin Component of the Women's Health Initiative



supportive data on lipid levels in intermediate outcome clinical trials, trials in nonhuman primates, and a large body of observational studies suggesting a 40% to 50% reduction in risk among users of either estrogen alone or, less frequently, combined estrogen and progestin.[2-5] Hip fracture was designated as a secondary outcome, supported by observational data as well as clinical trials showing benefit for bone mineral density.[6,7] Invasive breast cancer was designated as a primary adverse outcome based on observational data.[3,8] Additional clinical outcomes chosen as secondary outcomes that may plausibly be affected by hormone therapy include other cardiovascular diseases; endometrial, colorectal, and other cancers; and other fractures.[3,6,9]

The effect of hormones on overall health was an important consideration in the design and conduct of the WHI clinical trial. In an attempt to summarize important aspects of health benefits vs risks, a global index was defined as the earliest occurrence of CHD, invasive breast cancer, stroke, pulmonary embolism (PE), endometrial cancer, colorectal cancer, hip fracture, or death due to other causes. Compared with total mortality, which may be too insensitive, this index assigns additional weight to the 7 listed diseases. Procedures for monitoring the trial involved semiannual comparisons of the

estrogen plus progestin and placebo groups with respect to each of the elements of the global index and to the overall global index.

This report pertains primarily to estrogen plus progestin use among healthy postmenopausal women, since only 7.7% of participating women reported having had prior cardiovascular disease. During the course of the WHI trial, the Heart and Estrogen/progestin Replacement Study (HERS) reported its principal results.[10] HERS was another blinded, randomized controlled trial comparing the same regimen of estrogen plus progestin with placebo among women with a uterus; however, in HERS, all 2763 participating women had documented CHD prior to randomization. The HERS findings of no overall effect on CHD but an apparent increased risk in the first year after randomization seemed surprising given preceding observational studies of hormone use in women with CHD.[3] Subsequent to HERS, some investigators reanalyzed their observational study data and were able to detect an early elevation in CHD risk among women with prior CHD[11-13] but not in ostensibly healthy women,[14] prompting speculation that any early adverse effect of hormones on CHD incidence was confined to women who have experienced prior CHD events.

The WHI is the first randomized trial to directly address whether estrogen plus progestin has a favorable or unfavorable effect on CHD incidence and on overall risks and benefits in predominantly healthy women.

## METHODS

### Study Population

Detailed eligibility criteria and recruitment methods have been published.[1] Briefly, most women were recruited by population-based direct mailing campaigns to age-eligible women, in conjunction with media awareness programs. Eligibility was defined as age 50 to 79 years at initial screening, postmenopausal, likelihood of residence in the area for 3 years, and provision of written informed consent. A woman was

considered postmenopausal if she had experienced no vaginal bleeding for 6 months (12 months for 50- to 54-year-olds), had had a hysterectomy, or had ever used postmenopausal hormones. Major exclusions were related to competing risks (any medical condition likely to be associated with a predicted survival of <3 years), safety (eg, prior breast cancer, other prior cancer within the last 10 years except nonmelanoma skin cancer, low hematocrit or platelet counts), and adherence and retention concerns (eg, alcoholism, dementia).

A 3-month washout period was required before baseline evaluation of women using postmenopausal hormones at initial screening. Women with an intact uterus at initial screening were eligible for the trial of combined postmenopausal hormones, while women with a prior hysterectomy were eligible for the trial of unopposed estrogen. This report is limited to the 16608 women with an intact uterus at baseline who were enrolled in the trial component of estrogen plus progestin vs placebo. The protocol and consent forms were approved by the institutional review boards for all participating institutions (see Acknowledgment).

### Study Regimens, Randomization, and Blinding

Combined estrogen and progestin was provided in 1 daily tablet containing conjugated equine estrogen (CEE), 0.625 mg, and medroxyprogesterone acetate (MPA), 2.5 mg (Prempro, Wyeth Ayerst, Philadelphia, Pa). A matching placebo was provided to the control group. Eligible women were randomly assigned to receive estrogen plus progestin or placebo after eligibility was established and baseline assessments were made (FIGURE 1). The randomization procedure was developed at the WHI Clinical Coordinating Center and implemented locally through a distributed study database, using a randomized permuted block algorithm, stratified by clinical center site and age group. All study medication bottles had a unique bottle number and bar code to allow for blinded dispensing.

   ©2002 American Medical Association. All rights reserved.

HRT MED LIT

0030003
HRT PLAINTIFFS' EXHIBIT M0030 PAGE 0003

Initially, the design allowed women with a uterus to be randomized to receive unopposed estrogen, estrogen plus progestin, or placebo. After the release of the Postmenopausal Estrogen/Progestin Intervention (PEPI) trial results[15] indicating that long-term adherence to unopposed estrogen was not feasible in women with a uterus, the WHI protocol was changed to randomize women with a uterus to only estrogen plus progestin or placebo in equal proportions. The 331 women previously randomized to unopposed estrogen were unblinded and reassigned to estrogen plus progestin. These women are included in the estrogen plus progestin group in this report, resulting in 8506 participants in the estrogen plus progestin group vs 8102 in the placebo group. Analysis of the data excluding the women randomized before this protocol change did not affect the results. Considerable effort was made to maintain blinding of other participants and clinic staff. When required for safety or symptom management, an unblinding officer provided the clinic gynecologist, who was not involved with study outcomes activities, with the treatment assignment.

## Follow-up

Study participants were contacted by telephone 6 weeks after randomization to assess symptoms and reinforce adherence. Follow-up for clinical events occurred every 6 months, with annual in-clinic visits required. At each semi-annual contact, a standardized interview collected information on designated symptoms and safety concerns, and initial reports of outcome events were obtained using a self-administered questionnaire. Adherence to study interventions was assessed by weighing of returned bottles. The study protocol required annual mammograms and clinical breast examinations; study medications were withheld if safety procedures were not performed, but these participants continued to be followed up. Electrocardiograms were collected at baseline and at follow-up years 3 and 6.

## Data Collection, Management, and Quality Assurance

All data were collected on standardized study forms by certified staff according to documented study procedures. Study data were entered into a local clinical center database developed and maintained by the Clinical Coordinating Center and provided to each site in the form of a local area network connected to the Clinical Coordinating Center through a wide area network. Data quality was ensured through standard data entry mechanisms, routine reporting and database checks, random chart audits, and routine site visits.

## Maintenance/Discontinuation of Study Medications

During the trial, some flexibility of the dosages of both estrogen and progestin was allowed to manage symptoms such as breast tenderness and vaginal bleeding. Vaginal bleeding was managed according to an algorithm that accounted for the time since randomization, severity of the bleeding, treatment assignment, and endometrial histology. Women who had a hysterectomy after randomization for indications other than cancer were switched to unopposed estrogen or the corresponding placebo without unblinding. These women are included in the original randomization group for analyses.

Permanent discontinuation of study medication was required by protocol for women who developed breast cancer, endometrial pathologic state (hyperplasia not responsive to treatment, atypia, or cancer), deep vein thrombosis (DVT) or PE, malignant melanoma, meningioma, triglyceride level greater than 1000 mg/dL (11.3 mmol/L), or prescription of estrogen, testosterone, or selective estrogen-receptor modulators by their personal physician. Medications were temporarily discontinued in participants who had acute myocardial infarction (MI), stroke, fracture, or major injury involving hospitalization, surgery involving use of anesthesia, any illness resulting in immobilization for more than 1 week, or any other severe illness in which hormone use is temporarily inappropriate.

## Outcome Ascertainment

Cardiovascular Disease. Coronary heart disease was defined as acute MI requiring overnight hospitalization, silent MI determined from serial electrocardiograms (ECGs), or CHD death. The diagnosis of acute MI was established according to an algorithm adapted from standardized criteria[16] that included cardiac pain, cardiac enzyme and troponin levels, and ECG readings. The primary analyses included both definite and probable MIs as defined by the algorithm. Myocardial infarction occurring during surgery and aborted MIs were included. An aborted MI was defined as chest pain and ECG evidence of acute MI at presentation, an intervention (eg, thrombolysis) followed by resolution of ECG changes, and all cardiac enzyme levels within normal ranges. Silent MI was diagnosed by comparing baseline and follow-up ECGs at 3 and 6 years after randomization. Coronary death was defined as death consistent with CHD as underlying cause plus 1 or more of the following: preterminal hospitalization with MI within 28 days of death, previous angina or MI and no potentially lethal noncoronary disease, death resulting from a procedure related to coronary artery disease, or death certificate consistent with CHD as the underlying cause. Stroke diagnosis was based on rapid onset of a neurologic deficit lasting more than 24 hours, supported by imaging studies when available. Pulmonary embolism and DVT required clinical symptoms supported by relevant diagnostic studies.

Cancer. Breast, colorectal, endometrial, and other cancers were confirmed by pathological reports when available. Current data indicate that at least 98% of breast, colorectal, and endometrial cancers and 92% of other cancers were documented with pathological reports.

Fractures. Reports of hip, vertebral, and other osteoporotic fractures (including all fractures except those of

©2002 American Medical Association. All rights reserved.

HRT MED LIT

0030004
HRT PLAINTIFFS' EXHIBIT M0030 PAGE 0004

RISKS AND BENEFITS OF ESTROGEN PLUS PROGESTIN

**Table 1.** Baseline Characteristics of the Women's Health Initiative Estrogen Plus Progestin Trial Participants (N = 16 608) by Randomization Assignment*

| Characteristics | Estrogen + Progestin (n = 8506) | Placebo (n = 8102) | P Value† |
|---|---|---|---|
| Age at screening, mean (SD), y | 63.2 (7.1) | 63.3 (7.1) | .39 |
| Age group at screening, y | | | |
| 50-59 | 2839 (33.4) | 2683 (33.1) | |
| 60-69 | 3853 (45.3) | 3657 (45.1) | .80 |
| 70-79 | 1814 (21.3) | 1762 (21.7) | |
| Race/ethnicity | | | |
| White | 7140 (83.9) | 6805 (84.0) | |
| Black | 549 (6.5) | 575 (7.1) | |
| Hispanic | 472 (5.5) | 416 (5.1) | .33 |
| American Indian | 26 (0.3) | 30 (0.4) | |
| Asian/Pacific Islander | 194 (2.3) | 169 (2.1) | |
| Unknown | 125 (1.5) | 107 (1.3) | |
| Hormone use | | | |
| Never | 6280 (73.9) | 6024 (74.4) | |
| Past | 1674 (19.7) | 1588 (19.6) | .49 |
| Current‡ | 548 (6.4) | 487 (6.0) | |
| Duration of prior hormone use, y | | | |
| <5 | 1538 (69.1) | 1467 (70.6) | |
| 5-10 | 426 (19.1) | 357 (17.2) | .25 |
| ≥10 | 262 (11.8) | 253 (12.2) | |
| Body mass index, mean (SD), kg/m²§ | 28.5 (5.8) | 28.5 (5.9) | .66 |
| Body mass index, kg/m² | | | |
| <25 | 2579 (30.4) | 2479 (30.8) | |
| 25-29 | 2992 (35.3) | 2634 (35.2) | .89 |
| ≥30 | 2899 (34.2) | 2737 (34.0) | |
| Systolic BP, mean (SD), mm Hg | 127.6 (17.6) | 127.8 (17.5) | .51 |
| Diastolic BP, mean (SD), mm Hg | 75.6 (9.1) | 75.8 (9.1) | .31 |
| Smoking | | | |
| Never | 4178 (49.6) | 3999 (50.0) | |
| Past | 3362 (39.9) | 3157 (39.5) | .85 |
| Current | 880 (10.5) | 838 (10.5) | |
| Parity | | | |
| Never pregnant/no term pregnancy | 856 (10.1) | 832 (10.3) | |
| ≥1 term pregnancy | 7609 (89.9) | 7233 (89.7) | .67 |
| Age at first birth, y‖ | | | |
| <20 | 1122 (16.4) | 1114 (17.4) | |
| 20-29 | 4985 (73.0) | 4685 (73.0) | .11 |
| ≥30 | 723 (10.6) | 621 (9.7) | |
| Treated for diabetes | 374 (4.4) | 360 (4.4) | .88 |
| Treated for hypertension or BP ≥140/90 mm Hg | 3039 (35.7) | 2949 (36.4) | .37 |
| Elevated cholesterol levels requiring medication | 944 (12.5) | 962 (12.9) | .50 |
| Statin use at baseline¶ | 590 (6.9) | 548 (6.8) | .66 |
| Aspirin use (≥80 mg/d) at baseline | 1623 (19.1) | 1631 (20.1) | .09 |
| History of myocardial infarction | 139 (1.6) | 157 (1.9) | .14 |
| History of angina | 238 (2.8) | 234 (2.9) | .73 |
| History of CABG/PTCA | 95 (1.1) | 120 (1.5) | .04 |
| History of stroke | 61 (0.7) | 77 (1.0) | .10 |
| History of DVT or PE | 79 (0.9) | 62 (0.8) | .25 |
| Female relative had breast cancer | 1286 (16.0) | 1175 (15.3) | .28 |
| Fracture at age ≥55 y | 1031 (13.5) | 1029 (13.6) | .87 |

*continued*

 ©2002 American Medical Association. All rights reserved.

the ribs, chest/sternum, skull/face, fingers, toes, and cervical vertebrae) were routinely ascertained. All fracture outcomes were verified by radiology reports. Study radiographs were not obtained to ascertain subclinical vertebral fractures.

This report is based on outcomes adjudicated by clinical center physician adjudicators, as used for trial-monitoring purposes. Clinical center physician adjudicators were centrally trained and blinded to treatment assignment and participants' symptoms. Future communications will report results based on centrally adjudicated outcomes and will include a broader range of outcomes with more extensive explanatory analyses. Since this report is presented before the planned study closeout, outcome information is still being collected and adjudicated. Local adjudication is complete for approximately 96% of the designated self-reported events. To date, agreement rates between local and central adjudication are: MI, 84%; revascularization procedures, 97%; PE, 89%; DVT, 84%; stroke, 94%; invasive breast cancer, 98%; endometrial cancer, 96%; colorectal cancer, 98%; hip fracture, 95%; and specific cause of death, 82%. When related cardiovascular conditions are combined (eg, when unstable angina or congestive heart failure is grouped with MI), agreement rates exceed 94% for cardiovascular disease and 90% for specific cause of death.

## Statistical Analyses

All primary analyses use time-to-event methods and are based on the intention-to-treat principle. For a given outcome, the time of event was defined as the number of days from randomization to the first postrandomization diagnosis, as determined by the local adjudicator. For silent MIs, the date of the follow-up ECG applied. Participants without a diagnosis were censored for that event at the time of last follow-up contact. Primary outcome comparisons are presented as hazard ratios (HRs) and 95% confidence intervals (CIs) from Cox proportional haz-

HRT MED LIT

0030005
HRT PLAINTIFFS' EXHIBIT M0030 PAGE 0005

ards analyses,[17] stratified by clinical center, age, prior disease, and randomization status in the low-fat diet trial.

Two forms of CIs are presented, nominal and adjusted. Nominal 95% CIs describe the variability in the estimates that would arise from a simple trial for a single outcome. Although traditional, these CIs do not account for the multiple statistical testing issues (across time and across outcome categories) that occurred in this trial, so the probability is greater than .05 that at least 1 of these CIs will exclude unity under an overall null hypothesis. The adjusted 95% CIs presented herein use group sequential methods to correct for multiple analyses over time. A Bonferroni correction for 7 outcomes as specified in the monitoring plan (described herein) was applied to all clinical outcomes other than CHD and breast cancer, the designated primary and primary adverse effect outcomes, and the global index. The adjusted CIs are closely related to the monitoring procedures and, as such, represent a conservative assessment of the evidence. This report focuses primarily on results using the unadjusted statistics and also relies on consistency across diagnostic categories, supportive data from other studies, and biologic plausibility for interpretation of the findings.

### Data and Safety Monitoring

Trial monitoring guidelines for early stopping considerations were based on O'Brien-Fleming boundaries[18] using asymmetric upper and lower boundaries: a 1-sided, .025-level upper boundary for benefit and 1-sided, .05-level lower boundaries for adverse effects. The adverse-effect boundaries were further adjusted with a Bonferroni correction for the 7 major outcomes other than breast cancer that were specifically monitored (CHD, stroke, PE, colorectal cancer, endometrial cancer, hip fracture, and death due to other causes). The global index of monitored outcomes played a supportive role as a summary measure of the overall balance of risks and benefits. Trial monitoring for early stopping consider-

| Characteristics | Estrogen + Progestin (n = 8506) | Placebo (n = 8102) | P Value |
|---|---|---|---|
| **Table 1.** Baseline Characteristics of the Women's Health Initiative Estrogen Plus Progestin Trial Participants (N = 16 608) by Randomization Assignment* (cont) | | | |
| Gail model 5-year risk of breast cancer, % | | | |
| <1 | 1290 (15.2) | 1271 (15.7) | |
| 1-<2 | 5384 (63.4) | 5139 (63.4) | .64 |
| 2-<5 | 1751 (20.6) | 1621 (20.0) | |
| ≥5 | 81 (1.0) | 71 (0.9) | |
| No. of falls in last 12 mo | | | |
| 0 | 5168 (66.2) | 5172 (67.5) | |
| 1 | 1643 (21.0) | 1545 (20.2) | .18 |
| 2 | 651 (8.3) | 645 (8.4) | |
| ≥3 | 349 (4.5) | 303 (4.0) | |

*Data are presented as number (percentage) of patients unless otherwise noted. BP indicates blood pressure; CABG/PTCA, coronary artery bypass graft/percutaneous transluminal coronary angioplasty; DVT, deep vein thrombosis; and PE, pulmonary embolism.
†Based on $\chi^2$ tests (categorical variables) or $t$ tests (continuous variables).
‡Required a 3-month washout prior to randomization.
§Total number of participants with data available was 8470 for estrogen plus progestin and 8050 for placebo.
∥Among women who reported having a term pregnancy.
¶Statins are 3-hydroxy-3-methylglutaryl coenzyme A reductase inhibitors.

ations was conducted semiannually by an independent data and safety monitoring board (DSMB). Aspects of the monitoring plan have been published.[19]

### RESULTS

#### Trial Monitoring and Early Stopping

Formal monitoring began in the fall of 1997 with the expectation of final analysis in 2005 after an average of approximately 8.5 years of follow-up. Late in 1999, with 5 interim analyses completed, the DSMB observed small but consistent early adverse effects in cardiovascular outcomes and in the global index. None of the disease-specific boundaries had been crossed. In the spring of 2000 and again in the spring of 2001, at the direction of the DSMB, hormone trial participants were given information indicating that increases in MI, stroke, and PE/DVT had been observed and that the trial continued because the balance of risks and benefits remained uncertain.

In reviewing the data for the 10th interim analyses on May 31, 2002, the DSMB found that the adverse effects in cardiovascular diseases persisted, although these results were still within the monitoring boundaries. However, the design-specified weighted log-rank test statistic for breast cancer ($z=-3.19$)

crossed the designated boundary ($z=-2.32$) and the global index was supportive of a finding of overall harm ($z=-1.62$). Updated analyses including 2 months of additional data, available by the time of the meeting, did not appreciably change the overall results. On the basis of these data, the DSMB concluded that the evidence for breast cancer harm, along with evidence for some increase in CHD, stroke, and PE, outweighed the evidence of benefit for fractures and possible benefit for colon cancer over the average 5.2-year follow-up period. Therefore, the DSMB recommended early stopping of the estrogen plus progestin component of the trial. Because the balance of risks and benefits in the unopposed-estrogen component remains uncertain, the DSMB recommended continuation of that component of the WHI. Individual trial participants have been informed.

### Baseline Characteristics

There were no substantive differences between study groups at baseline; 8506 women were randomized into the estrogen plus progestin group and 8102 into the placebo group (TABLE 1). The mean (SD) age was 63.3 (7.1) years. Two thirds of the women who reported prior or current hormone use had taken combined hormones and one third had used unopposed estrogen.

©2002 American Medical Association. All rights reserved.

HRT MED LIT

0030406
HRT PLAINTIFFS' EXHIBIT M0030 PAGE 0006

RISKS AND BENEFITS OF ESTROGEN PLUS PROGESTIN

**Figure 2.** Cumulative Dropout and Drop-in Rates by Randomization Assignment and Follow-up Duration



Dropout refers to women who discontinued study medication; drop-in, women who discontinued study medication and received postmenopausal hormones through their own clinician.

Prevalence of prior cardiovascular disease was low and levels of cardiovascular risk factors were consistent with a generally healthy population of postmenopausal women. An assessment of commonly studied breast cancer risk factors, both individually and combined using the Gail model,[20] indicate that the cohort in general was not at increased risk of breast cancer.

**Follow-up, Adherence, and Unblinding**

Vital status is known for 16025 randomized participants (96.5%), including 449 (2.7%) known to be deceased. A total of 583 (3.5%) participants were lost to follow-up or stopped providing outcomes information for more than 18 months. The remaining 15576 (93.8%) provided recent outcome information (Figure 1).

At the time of this report, all women had been enrolled for at least 3.5 years, with an average follow-up of 5.2 years and a maximum of 8.5 years. A substantial number of women had stopped taking study drugs at some time (42% of estrogen plus progestin and 38% of placebo). Dropout rates over time (FIGURE 2) exceeded design projections, particularly early on, but compare favorably with community-based adherence to postmenopausal hormones.[21] Some women in both groups initiated hormone use through their own clinician (6.2% in the estrogen plus progestin group and 10.7% in the placebo group cumulatively by the sixth

**Table 2.** Clinical Outcomes by Randomization Assignment*

| Outcomes | No. of Patients (Annualized %) | | Hazard Ratio | Nominal 95% CI | Adjusted 95% CI |
|---|---|---|---|---|---|
| | Estrogen + Progestin (n = 8506) | Placebo (n = 8102) | | | |
| Follow-up time, mean (SD), mo | 62.2 (16.1) | 61.2 (15.0) | NA | NA | NA |
| Cardiovascular disease† | | | | | |
| CHD | 164 (0.37) | 122 (0.30) | 1.29 | 1.02-1.63 | 0.85-1.97 |
| CHD death | 33 (0.07) | 26 (0.06) | 1.18 | 0.70-1.97 | 0.47-2.98 |
| Nonfatal MI | 133 (0.30) | 96 (0.23) | 1.32 | 1.02-1.72 | 0.82-2.13 |
| CABG/PTCA | 183 (0.42) | 171 (0.41) | 1.04 | 0.84-1.28 | 0.71-1.51 |
| Stroke | 127 (0.29) | 85 (0.21) | 1.41 | 1.07-1.85 | 0.86-2.31 |
| Fatal | 16 (0.04) | 13 (0.03) | 1.20 | 0.58-2.50 | 0.32-4.49 |
| Nonfatal | 94 (0.21) | 59 (0.14) | 1.50 | 1.08-2.08 | 0.83-2.70 |
| Venous thromboembolic disease | 151 (0.34) | 67 (0.16) | 2.11 | 1.58-2.82 | 1.26-3.55 |
| Deep vein thrombosis | 115 (0.26) | 52 (0.13) | 2.07 | 1.49-2.87 | 1.14-3.74 |
| Pulmonary embolism | 70 (0.16) | 31 (0.08) | 2.13 | 1.39-3.25 | 0.99-4.56 |
| Total cardiovascular disease | 694 (1.57) | 546 (1.32) | 1.22 | 1.09-1.36 | 1.00-1.49 |
| Cancer | | | | | |
| Invasive breast | 166 (0.38) | 124 (0.30) | 1.26 | 1.00-1.59 | 0.83-1.92 |
| Endometrial | 22 (0.05) | 25 (0.06) | 0.83 | 0.47-1.47 | 0.29-2.32 |
| Colorectal | 45 (0.10) | 67 (0.16) | 0.63 | 0.43-0.92 | 0.32-1.24 |
| Total | 502 (1.14) | 458 (1.11) | 1.03 | 0.90-1.17 | 0.86-1.22 |
| Fractures | | | | | |
| Hip | 44 (0.10) | 62 (0.15) | 0.66 | 0.45-0.98 | 0.33-1.33 |
| Vertebral | 41 (0.09) | 60 (0.15) | 0.66 | 0.44-0.98 | 0.32-1.34 |
| Other osteoporotic‡ | 579 (1.31) | 701 (1.70) | 0.77 | 0.69-0.86 | 0.63-0.94 |
| Total | 650 (1.47) | 788 (1.91) | 0.76 | 0.69-0.85 | 0.63-0.92 |
| Death | | | | | |
| Due to other causes | 165 (0.37) | 166 (0.40) | 0.92 | 0.74-1.14 | 0.62-1.35 |
| Total | 231 (0.52) | 218 (0.53) | 0.98 | 0.82-1.18 | 0.70-1.37 |
| Global index§ | 751 (1.70) | 623 (1.51) | 1.15 | 1.03-1.28 | 0.95-1.39 |

*CI indicates confidence interval; NA, not applicable; CHD, coronary heart disease; MI, myocardial infarction; CABG, coronary artery bypass grafting; and PTCA, percutaneous transluminal coronary angioplasty.
†CHD includes acute MI requiring hospitalization, silent MI determined from serial electrocardiograms, and coronary death. There were 8 silent MIs. Total cardiovascular disease is limited to events during hospitalization except venous thromboembolic disease reported after January 1, 2000.
‡Other osteoporotic fractures include all fractures other than chest/sternum, skull/face, fingers, toes, and cervical vertebrae, as well as hip and vertebral fractures reported separately.
§The global index represents the first event for each participant from among the following types: CHD, stroke, pulmonary embolism, breast cancer, endometrial cancer, colorectal cancer, hip fracture, and death due to other causes.

 ©2002 American Medical Association. All rights reserved.

HRT MED LIT

0030007
HRT PLAINTIFFS' EXHIBIT M0030 PAGE 0007

year). These "drop-in" rates were also greater than expected.

At the time of this report, clinic gynecologists had been unblinded to treatment assignment for 3444 women in the estrogen plus progestin group and 548 women in the placebo group, primarily to manage persistent vaginal bleeding. During the trial, 248 women in the estrogen plus progestin group and 183 in the placebo group had a hysterectomy.

### Intermediate Cardiovascular Disease End Points

Blood lipid levels, assessed in an 8.6% subsample of fasting blood specimens collected from women at baseline and year 1, showed greater reductions in low-density lipoprotein cholesterol (−12.7%) and increases in high-density lipoprotein cholesterol (7.3%) and triglycerides (6.9%) with estrogen plus progestin relative to placebo (data not shown), consistent with HERS and PEPI.[10,22] Systolic blood pressure was, on average, 1.0 mm Hg higher in women taking estrogen plus progestin at 1 year, rising to 1.5 mm Hg at 2 years and beyond (data not shown). Diastolic blood pressures did not differ.

### Clinical Outcomes

Cardiovascular Disease. Overall CHD rates were low (TABLE 2). The rate of women experiencing CHD events was increased by 29% for women taking estrogen plus progestin relative to placebo (37 vs 30 per 10000 person-years), reaching nominal statistical significance (at the .05 level). Most of the excess was in nonfatal MI. No significant differences were observed in CHD deaths or revascularization procedures (coronary artery bypass grafting or percutaneous transluminal coronary angioplasty). Stroke rates were also higher in women receiving estrogen plus progestin (41% increase; 29 vs 21 per 10000 person-years), with most of the elevation occurring in nonfatal events. Women in the estrogen plus progestin group had 2-fold greater rates of venous thromboembolism (VTE), as well as DVT and PE individually, with almost all associated CIs excluding 1.

Rates of VTE were 34 and 16 per 10000 person-years in the estrogen plus progestin and placebo groups, respectively. Total cardiovascular disease, including other events requiring hospitalization, was increased by 22% in the estrogen plus progestin group.

Cancer. The invasive breast cancer rates in the placebo group were consistent with design expectations. The 26% increase (38 vs 30 per 10000 person-years) observed in the estrogen plus progestin group almost reached nominal statistical significance and, as noted herein, the weighted test statistic used for monitoring was highly significant. No significant difference was observed for in situ breast cancers. Follow-up rates for mammography were comparable in the estrogen plus progestin and placebo groups. Colorectal cancer rates were reduced by 37% (10 vs 16 per 10000 person-years), also reaching nominal statistical significance. Endometrial cancer incidence was not affected, nor was lung cancer incidence (54 vs 50; HR, 1.04; 95% CI, 0.71-1.53) or total cancer incidence.

Fractures. This cohort experienced low hip fracture rates (10 per 10000 person-years in the estrogen plus progestin group vs 15 per 10000 person-years in the placebo group). Estrogen plus progestin reduced the observed hip and clinical vertebral fracture rates by one third compared with placebo, both nominally significantly. The reductions in other osteoporotic fractures (23%) and total fractures (24%) were statistically significant (all associated CIs exclude 1).

The global index showed a nominally significant 15% increase in the es-

trogen plus progestin group (170 vs 151 per 10000 person-years). There were no differences in mortality or cause of death between groups (TABLE 3).

### Time Trends

The Kaplan Meier estimates of cumulative hazards (FIGURE 3) for CHD indicate that the difference between treatment groups began to develop soon after randomization. These curves provide little evidence of convergence through 6 years of follow-up. The cumulative hazards for stroke begin to diverge between 1 and 2 years after randomization, and this difference persists beyond the fifth year. For PE, the curves separate soon after randomization and show continuing adverse effects throughout the observation period. For breast cancer, the cumulative hazard functions are comparable through the first 4 years, at which point the curve for estrogen plus progestin begins to rise more rapidly than that for placebo. Curves for colorectal cancer show benefit beginning at 3 years, and curves for hip fracture show increasing cumulative benefit over time. The difference in hazard rates for the global index (FIGURE 4) suggests a gradual increase in adverse effects compared with benefits for estrogen plus progestin through year 5, with a possible narrowing of the difference by year 6; however, HR estimates tend to be unstable beyond 6 years after randomization. Total mortality rates are indistinguishable between estrogen plus progestin and placebo.

Tests for linear trends with time since randomization, based on a Cox proportional hazards model with a time-

**Table 3.** Cause of Death by Randomization Assignment

| | No. (Annualized %) | |
| --- | --- | --- |
| | Estrogen + Progestin (n = 8506) | Placebo (n = 8102) |
| Total deaths | 231 (0.52) | 218 (0.53) |
| Adjudicated deaths | 215 (0.49) | 201 (0.49) |
| Cardiovascular | 65 (0.15) | 55 (0.13) |
| Breast cancer | 3 (0.01) | 2 (<0.01) |
| Other cancer | 104 (0.24) | 86 (0.21) |
| Other known cause | 34 (0.08) | 41 (0.10) |
| Unknown cause | 9 (0.02) | 17 (0.04) |

©2002 American Medical Association. All rights reserved.

HRT MED LIT

0030008
HRT PLAINTIFFS' EXHIBIT M0030 PAGE 0008

RISKS AND BENEFITS OF ESTROGEN PLUS PROGESTIN

dependent covariate, detected no trend with time for CHD, stroke, colorectal cancer, hip fracture, total mortality, or the global index (TABLE 4). There was some evidence for an increasing risk of breast cancer over time with estrogen plus progestin ($z = 2.56$ compared with a nominal $z$ score for statistical signifi-

cance of 1.96) and a decreasing risk of VTE with time ($z = -2.45$). These results must be viewed cautiously because the number of events in each interval is modest, the data in later years are still incomplete, and later year comparisons are limited to women still at risk of their first event for that outcome.

**Subgroup Analyses**

**Cardiovascular Disease.** A small subset of women (n=400; average follow-up, 57.4 months) in WHI reported conditions at baseline that would have made them eligible for HERS, ie, prior MI or revascularization procedures. Among these women with established coronary disease, the HR for subsequent CHD for estrogen plus progestin relative to placebo was 1.28 (95% CI, 0.64-2.56) with 19 vs 16 events. The remaining women, those without prior CHD, had an identical HR for CHD (145 vs 106; HR, 1.28; 95% CI, 1.00-1.65). Few women with a history of VTE were enrolled, but these data suggest a possibility that these women may be at greater risk of future VTE events when taking estrogen plus progestin (7 vs 1; HR, 4.90; 95% CI, 0.58-41.06) than those without a history of VTE (144 vs 66; HR, 2.06; 95% CI, 1.54-2.76). For stroke, prior history did not confer additional risk (1 vs 5 in women with prior stroke; HR, 0.46; 95% CI, 0.05-4.51; 126 vs 80 with no prior stroke; HR, 1.47; 95% CI, 1.11-1.95). No noteworthy interactions with age, race/ethnicity, body mass index, prior hormone use, smoking status, blood pressure, diabetes, aspirin use, or statin use were found for the effect of estrogen plus progestin on CHD, stroke, or VTE.

**Breast Cancer.** Women reporting prior postmenopausal hormone use had higher HRs for breast cancer associated with estrogen plus progestin use than those who never used postmenopausal hormones (among never users, 114 vs 102; HR, 1.06; 95% CI, 0.81-1.38; for women with <5 years of prior use, 32 vs 15; HR, 2.13; 95% CI, 1.15-3.94; for women with 5-10



**Figure 3.** Kaplan-Meier Estimates of Cumulative Hazards for Selected Clinical Outcomes

HR indicates hazard ratio; nCI, nominal confidence interval; and aCI, adjusted confidence interval.

©2002 American Medical Association. All rights reserved.

HRT MED LIT

0030009
HRT PLAINTIFFS' EXHIBIT M0030 PAGE 0009

years of prior use, 11 vs 2; HR, 4.61; 95% CI, 1.01-21.02; and for women with ≥10 years of prior use, 9 vs 5; HR, 1.81; 95% CI, 0.60-5.43; test for trend, $z = 2.17$). No interactions between estrogen plus progestin and age, race/ethnicity, family history, parity, age at first birth, body mass index, or Gail-model risk score were observed for invasive breast cancer.

**Further Analyses**

Because a number of women stopped study medications during follow-up, several analyses were performed to examine the sensitivity of the principal HR estimates to actual use of study medications. Analyses that censored a woman's event history 6 months after becoming nonadherent (using <80% of or stopping study drugs) produced the largest changes to estimated effect sizes. This approach increased HRs to 1.51 for CHD, to 1.49 for breast cancer, to 1.67 for stroke, and to 3.29 for VTE. Analyses attributing events to actual hormone use ("as treated," allowing for a 6-month lag) produced more modest changes to these estimates. Analyses excluding women randomized during the period when the unopposed-estrogen component was open to women with a uterus and analyses stratifying by enrollment period did not substantially



**Figure 4.** Kaplan-Meier Estimates of Cumulative Hazards for Global Index and Death

Global Index
HR, 1.15
95% nCI, 1.03-1.28
95% aCI, 0.95-1.39

Death
HR, 0.98
95% nCI, 0.82-1.18
95% aCI, 0.70-1.37

No. at Risk
Estrogen +
Progestin  8506 8291 8113 7927 6755 6755 4058 1964 758   8506 8388 8313 8214 7095 4320 2121 828
Placebo   8102 7939 7774 7607 6425 3794 1662 495   8102 8018 7936 7840 6697 3985 1777 530

HR indicates hazard ratio; nCI, nominal confidence interval; and aCI, adjusted confidence interval.

**Table 4.** Selected Clinical Outcomes by Follow-up Year and Randomization Assignment*

| Outcomes | Year 1 | | | Year 2 | | | Year 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| | E + P | Placebo | Ratio | E + P | Placebo | Ratio | E + P | Placebo | Ratio |
| No. of participant-years | 8435 | 8050 | | 8353 | 7980 | | 8268 | 7888 | |
| Coronary heart disease | 43 (0.51) | 23 (0.29) | 1.78 | 36 (0.43) | 30 (0.38) | 1.15 | 20 (0.24) | 18 (0.23) | 1.06 |
| Stroke | 17 (0.20) | 17 (0.21) | 0.95 | 27 (0.32) | 15 (0.19) | 1.72 | 30 (0.36) | 16 (0.20) | 1.79 |
| Venous thromboembolism | 49 (0.58) | 13 (0.16) | 3.60 | 26 (0.31) | 11 (0.14) | 2.26 | 21 (0.25) | 12 (0.15) | 1.67 |
| Invasive breast cancer | 11 (0.13) | 17 (0.21) | 0.62 | 26 (0.31) | 30 (0.38) | 0.83 | 28 (0.34) | 23 (0.29) | 1.16 |
| Endometrial cancer | 2 (0.02) | 2 (0.02) | 0.95 | 4 (0.05) | 4 (0.05) | 0.96 | 4 (0.05) | 5 (0.06) | 0.76 |
| Colorectal cancer | 10 (0.12) | 15 (0.19) | 0.64 | 11 (0.13) | 9 (0.11) | 1.17 | 6 (0.07) | 8 (0.10) | 0.72 |
| Hip fracture | 6 (0.07) | 9 (0.11) | 0.64 | 8 (0.10) | 13 (0.16) | 0.59 | 11 (0.13) | 12 (0.15) | 0.87 |
| Total death | 22 (0.26) | 17 (0.21) | 1.24 | 30 (0.36) | 30 (0.38) | 0.96 | 39 (0.47) | 35 (0.44) | 1.06 |
| Global index | 123 (1.46) | 96 (1.19) | 1.22 | 134 (1.60) | 117 (1.47) | 1.09 | 127 (1.54) | 107 (1.36) | 1.13 |

| Outcomes | Year 4 | | | Year 5 | | | Year 6 and Later | | | z Score for Trend† |
|---|---|---|---|---|---|---|---|---|---|---|
| | E + P | Placebo | Ratio | E + P | Placebo | Ratio | E + P | Placebo | Ratio | |
| No. of participant-years | 7926 | 7562 | | 5964 | 5566 | | 5129 | 4243 | | |
| Coronary heart disease | 25 (0.32) | 24 (0.32) | 0.99 | 23 (0.39) | 9 (0.16) | 2.38 | 17 (0.33) | 18 (0.42) | 0.78 | −1.19 |
| Stroke | 25 (0.32) | 14 (0.19) | 1.70 | 16 (0.27) | 8 (0.14) | 1.87 | 12 (0.23) | 15 (0.35) | 0.66 | −0.51 |
| Venous thromboembolism | 27 (0.34) | 14 (0.19) | 1.84 | 16 (0.27) | 6 (0.11) | 2.49 | 12 (0.23) | 11 (0.26) | 0.90 | −2.45 |
| Invasive breast cancer | 40 (0.50) | 22 (0.29) | 1.73 | 34 (0.57) | 12 (0.22) | 2.64 | 27 (0.53) | 20 (0.47) | 1.12 | 2.56 |
| Endometrial cancer | 10 (0.13) | 5 (0.07) | 1.91 | 1 (0.02) | 4 (0.07) | 0.23 | 1 (0.02) | 5 (0.12) | 0.17 | −1.58 |
| Colorectal cancer | 9 (0.11) | 20 (0.26) | 0.43 | 4 (0.07) | 8 (0.14) | 0.47 | 5 (0.10) | 7 (0.16) | 0.59 | −0.81 |
| Hip fracture | 8 (0.10) | 11 (0.15) | 0.69 | 5 (0.08) | 8 (0.14) | 0.58 | 6 (0.12) | 9 (0.21) | 0.55 | 0.25 |
| Total death | 55 (0.69) | 48 (0.63) | 1.09 | 41 (0.69) | 44 (0.79) | 0.87 | 44 (0.86) | 44 (1.04) | 0.83 | −0.79 |
| Global index | 155 (1.96) | 127 (1.68) | 1.16 | 112 (1.88) | 77 (1.38) | 1.36 | 100 (1.95) | 99 (2.33) | 0.84 | −0.87 |

*E + P indicates estrogen plus progestin. All outcome data are number of patients (annualized percentage).
†Tests for trends are based on Cox proportional hazards models with time-dependent treatment effects. The z scores shown indicate trends across all years.

©2002 American Medical Association. All rights reserved.

HRT MED LIT

0030010
HRT PLAINTIFFS' EXHIBIT M0030 PAGE 0010

affect the results. These analyses suggest that the intention-to-treat estimates of HRs may somewhat underestimate the effect sizes relative to what would be observed with full adherence to study medications.

## COMMENT

The WHI provides evidence from a large randomized trial that addresses the important issue of whether most women with an intact uterus in the decades of life following menopause should consider hormone therapy to prevent chronic disease. The WHI enrolled a cohort of mostly healthy, ethnically diverse women, spanning a large age range (50-79 years at baseline). It is noteworthy that the increased risks for cardiovascular disease and invasive breast cancer were present across racial/ethnic and age strata and were not influenced by the antecedent risk status or prior disease. Hence, the results are likely to be generally applicable to healthy women in this age range. At the time the trial was stopped, the increases in numbers of invasive breast cancers, CHD, stroke, and PE made approximately equal contributions to harm in the estrogen plus progestin group compared with placebo, which were not counterbalanced by the smaller reductions in numbers of hip fractures and colorectal cancers.

### Cardiovascular Disease

Even though the trial was stopped early for harm from breast cancer, a sufficient number of CHD events had occurred by 5.2 years of average follow-up to suggest that continuation to the planned end would have been unlikely to yield a favorable result for the primary outcome of CHD. Even if there were a reversal of direction toward benefit of a magnitude seen in the observational studies (ie, a risk reduction of 55%) during the remaining years, conditional power analyses indicate that less than 10% power remained for showing potential benefit if the trial continued.

The WHI finding that estrogen plus progestin does not confer benefit for preventing CHD among women with a uterus concurs with HERS findings among women with clinically apparent CHD,[10] with the Estrogen Replacement for Atherosclerosis trial, in which estrogen plus progestin did not inhibit progression,[23] and with a trial in women with unstable angina that did not observe a reduction in ischemic events.[24] The finding of an increased risk after initiation of treatment in WHI is similar to HERS. In HERS, after 4.1 and 6.8 years of follow-up, hormone therapy did not increase or decrease risk of cardiovascular events in women with CHD.[25] The WHI extends these findings to include a wider range of women, including younger women and those without clinically apparent CHD, and indicates that the risk may persist for some years.

Unlike CHD, the excess risk of stroke in the estrogen plus progestin group was not present in the first year but appeared during the second year and persisted through the fifth year. Preliminary analyses indicate that the modest difference in blood pressure between groups does not contribute much to an explanation of the increase in strokes (data not shown). The findings in WHI for stroke are consistent with but somewhat more extreme than those of HERS, which reported a nonsignificant 23% increase in the treatment group.[26] The results were also more extreme than those of the Women's Estrogen and Stroke Trial of estradiol (without progestin) in women with prior stroke, which found no effect of estrogen on recurrent strokes overall but some increase in the first 6 months.[27] Trials of the effect of estradiol on carotid intima-media thickness have yielded conflicting results.[28,29] At least 1 observational study has suggested that that use of estrogen plus progestin is associated with higher risk of stroke than estrogen alone.[14] In WHI, there was no indication that excess strokes due to estrogen plus progestin were more likely to occur in older women, in women with prior stroke history, by race/ethnicity, or in women with high blood pressure at baseline. Therefore, it appears that estrogen plus progestin increases the risk of strokes in apparently healthy women.

Venous thromboembolism is an expected complication of postmenopausal hormones, and the pattern over time in WHI is consistent with the findings from HERS and several observational studies.[30,31]

### Cancer

The WHI is the first randomized controlled trial to confirm that combined estrogen plus progestin does increase the risk of incident breast cancer and to quantify the degree of risk. The WHI could not address the risk of death due to breast cancer because with the relatively short follow-up time, few women in the WHI have thus far died as a result of breast cancer (3 in the active treatment group and 2 in the placebo group). The risk of breast cancer emerged several years after randomization. After an average follow-up of about 5 years, the adverse effect on breast cancer had crossed the monitoring boundary. The 26% excess of breast cancer is consistent with estimates from pooled epidemiological data, which reported a 15% increase for estrogen plus progestin use for less than 5 years and a 53% increase for use for more than 5 years.[32] It is also consistent with the (nonsignificant) 27% increase found after 6.8 years of follow-up in HERS.[33]

With more common use of estrogen plus progestin, several epidemiological studies have reported that estrogen plus progestin appears to be associated with greater risk of breast cancer than estrogen alone.[34-37] In the PEPI trial, women in the 3 estrogen plus progestin groups had much greater increases in mammographic density (a predictor of breast cancer) than women in the estrogen or placebo groups.[38] In WHI, the HR for estrogen plus progestin was not higher in women with a family history or other risk factors for breast cancer, except for reported prior use of postmenopausal hormones. This may suggest a cumulative effect of years of exposure to postmenopausal hormones.

Endometrial cancer rates were low and were not increased by 5 years of es-

©2002 American Medical Association. All rights reserved.

HRT MED LIT

0030011
HRT PLAINTIFFS' EXHIBIT M0030 PAGE 0011

trogen plus progestin exposure. Close monitoring for bleeding and treatment of hyperplasia may contribute to the absence of increased risk of endometrial cancer.

The reduction in colorectal cancer in the hormone group is consistent with observational studies, which have suggested fairly consistently that users of postmenopausal hormones may be at lower risk of colorectal cancer.[39] The mechanisms by which hormone use might reduce risk are unclear. Results from other trials of postmenopausal hormones will help resolve the effects of hormones on colorectal cancer.[40]

### Fractures

The reductions in clinical vertebral fractures, other osteoporotic fractures, and combined fractures supported the benefit for hip fractures found in this trial. These findings are consistent with the observational data and limited data from clinical trials[41] and are also consistent with the known ability of estrogen (with or without progestin) to maintain bone mineral density.[42] The WHI is the first trial with definitive data supporting the ability of postmenopausal hormones to prevent fractures at the hip, vertebrae, and other sites.

### Overall Risks and Benefits

At the end of the trial, the global index indicated that there were more harmful than beneficial outcomes in the estrogen plus progestin group vs the placebo group. The monitored outcomes included in the global index were selected to represent diseases of serious import that estrogen plus progestin treatment might affect, and do not include a variety of other conditions and measures that may be affected in unfavorable or favorable ways (eg, gallbladder disease, diabetes, quality of life, and cognitive function). The data on these and other outcomes will be the subject of future publications. All-cause mortality was balanced between the groups; however, longer follow-up may be needed to assess the impact of the incident diseases on total mortality.

The absolute excess risk (or risk reduction) attributable to estrogen plus progestin was low. Over 1 year, 10 000 women taking estrogen plus progestin compared with placebo might experience 7 more CHD events, 8 more strokes, 8 more PEs, 8 more invasive breast cancers, 6 fewer colorectal cancers, and 5 fewer hip fractures. Combining all the monitored outcomes, women taking estrogen plus progestin might expect 19 more events per year per 10 000 women than women taking placebo. Over a longer period, more typical of the duration of treatment that would be needed to prevent chronic disease, the absolute numbers of excess outcomes would increase proportionately.

During the 5.2 years of this trial, the number of women experiencing a global index event was about 100 more per 10 000 women taking estrogen plus progestin than taking placebo. If the current findings can be extrapolated to an even longer treatment duration, the absolute risks and benefits associated with estrogen plus progestin for each of these conditions could be substantial and on a population basis could account for tens of thousands of conditions caused, or prevented, by hormone use.

### Limitations

This trial tested only 1 drug regimen, CEE, 0.625 mg/d, plus MPA, 2.5 mg/d, in postmenopausal women with an intact uterus. The results do not necessarily apply to lower dosages of these drugs, to other formulations of oral estrogens and progestins, or to estrogens and progestins administered through the transdermal route. It remains possible that transdermal estradiol with progesterone, which more closely mimics the normal physiology and metabolism of endogenous sex hormones, may provide a different risk-benefit profile. The WHI findings for CHD and VTE are supported by findings from HERS, but there is no other evidence from clinical trials for breast cancer and colorectal cancer, and only limited data from trials concerning fractures.

Importantly, this trial could not distinguish the effects of estrogen from those of progestin. The effects of progestin may be important for breast cancer and atherosclerotic diseases, including CHD and stroke. Per protocol, in a separate and adequately powered trial, WHI is testing the hypothesis of whether oral estrogen will prevent CHD in 10 739 women who have had a hysterectomy. The monitoring of this trial is similar to that for the trial of estrogen plus progestin. At an average follow-up of 5.2 years, the DSMB has recommended that this trial continue because the balance of overall risks and benefits remains uncertain. These results are expected to be available in 2005, at the planned termination.

The relatively high rates of discontinuation in the active treatment arm (42%) and crossover to active treatment in the placebo arm (10.7%) are a limitation of the study; however, the lack of adherence would tend to decrease the observed treatment effects. Thus, the results presented here may underestimate the magnitude of both adverse effects on cardiovascular disease and breast cancer and the beneficial effects on fractures and colorectal cancer among women who adhere to treatment.

The fact that the trial was stopped early decreases the precision of estimates of long-term treatment effects. A longer intervention period might have shown more pronounced benefit for fractures and might have yielded a more precise test of the hypothesis that treatment reduces colorectal cancer. Nonetheless, it appears unlikely that benefit for CHD would have emerged by continuing the trial to its planned termination. The trial results indicate that treatment for up to 5.2 years is not beneficial overall and that there is early harm for CHD, continuing harm for stroke and VTE, and increasing harm for breast cancer with increasing duration of treatment. This risk-benefit profile is not consistent with the requirements for a viable intervention for the primary prevention of chronic diseases.

### Implications

The WHI trial results provide the first definitive data on which to base treat-

©2002 American Medical Association. All rights reserved.

0030012
HRT PLAINTIFFS' EXHIBIT M0030 PAGE 0012

RISKS AND BENEFITS OF ESTROGEN PLUS PROGESTIN

ment recommendations for healthy postmenopausal women with an intact uterus. This trial did not address the short-term risks and benefits of hormones given for the treatment of menopausal symptoms. On the basis of HERS and other secondary prevention trials, the American Heart Association recommended against initiating postmenopausal hormones for the secondary prevention of cardiovascular disease.[43] The American Heart Association made no firm recommendation for primary prevention while awaiting the results from randomized clinical trials such as WHI, and stated that continuation of the treatment should be considered on the basis of established noncoronary benefits and risks, possible coronary benefits and risks, and patient preference.

Results from WHI indicate that the combined postmenopausal hormones CEE, 0.625 mg/d, plus MPA, 2.5 mg/d, should not be initiated or continued for the primary prevention of CHD. In addition, the substantial risks for cardiovascular disease and breast cancer must be weighed against the benefit for fracture in selecting from the available agents to prevent osteoporosis.

Writing Group for the Women's Health Initiative Investigators: Jacques E. Rossouw, MBChB, MD, National Heart, Lung, and Blood Institute, Bethesda, Md; Garnet L. Anderson, PhD, Ross L. Prentice, PhD, Andrea Z. LaCroix, PhD, and Charles Kooperberg, PhD, Fred Hutchinson Cancer Research Center, Seattle, Wash; Marcia L. Stefanick, PhD, Stanford University Clinical Center, Stanford, Calif; Rebecca D. Jackson, MD, Ohio State University Clinical Center, Columbus; Shirley A. A. Beresford, PhD, Fred Hutchinson Cancer Research Center, Seattle, Wash; Barbara V. Howard, PhD, Medstar Research Institute, Washington, DC; Karen C. Johnson, MD, MPH, University of Tennessee, Memphis; Jane Morley Kotchen, MD, Medical College of Wisconsin, Milwaukee; Judith Ockene, PhD, University of Massachusetts Medical School, Worcester.

Financial Disclosures: Dr LaCroix is an investigator on 2 osteoporosis studies separately funded by Merck and Pfizer. Dr Jackson is an investigator on 1 osteoporosis study funded by Merck and 1 hormone study on libido in women funded by Procter & Gamble Pharmaceuticals.

For Correspondence: Jacques E. Rossouw, MBChB, MD, Division of Women's Health Initiative, National Heart, Lung, and Blood Institute, 6705 Rockledge Dr, One Rockledge Ctr, Suite 300, MS/7966, Bethesda, MD 20817 (e-mail: rossouw@nih.gov); Garnet L. Anderson, PhD, Division of Public Health Sciences, Fred Hutchinson Cancer Research Center, 1100 Fairview Ave N, MP-1002, PO Box 19024, Seattle, WA 98109-1024 (e-mail: garnet@whi.org).

Reprints: WHI Clinical Coordinating Center, Division of Public Health Sciences, Fred Hutchinson Cancer Research Center, 1100 Fairview Ave N, MP-1002, PO Box 19024, Seattle, WA 98109-1024.

Author Contributions: Dr Anderson, as co-principal investigator of the Women's Health Initiative Clinical Coordinating Center, had full access to the data in the study and takes responsibility for the integrity of the data and the accuracy of the data analyses.
Study concept and design: Rossouw, Anderson, Prentice.
Acquisition of data: Anderson, Prentice, LaCroix, Kooperberg, Stefanick, Jackson, Beresford, Howard, Johnson, Kotchen, Ockene.
Analysis and interpretation of data: Rossouw, Anderson, Prentice, LaCroix, Kooperberg, Stefanick, Jackson.
Drafting of the manuscript: Rossouw, Anderson, Prentice.
Critical revision of the manuscript for important intellectual content: Rossouw, Anderson, LaCroix, Kooperberg, Stefanick, Jackson, Beresford, Howard, Johnson, Kotchen, Ockene.
Statistical expertise: Anderson, Prentice, Kooperberg.
Obtained funding: Rossouw, Anderson, Prentice, Stefanick, Beresford, Howard, Kotchen, Ockene.
Administrative, technical, or material support: Rossouw, Anderson, Prentice, LaCroix, Kooperberg, Stefanick, Jackson, Beresford, Howard, Johnson, Kotchen, Ockene.
Study supervision: Rossouw, Anderson, LaCroix, Stefanick, Jackson, Beresford, Howard, Johnson, Kotchen, Ockene.
WHI Steering Committee: Clinical Centers: Marcia L. Stefanick (chair), Stanford Center for Research in Disease Prevention, Stanford University; Rebecca D. Jackson (vice chair), Ohio State University; Catherine I. Allen, University of Wisconsin, Madison; Annlouise R. Assaf, Brown University, Providence, RI; Tamsen Bassford, University of Arizona, Tucson/Phoenix; Shirley A. A. Beresford, Fred Hutchinson Cancer Research Center; Henry Black, Rush-Presbyterian-St Luke's Medical Center, Chicago, Ill; Robert Brunner, University of Nevada, Reno; Gregory L. Burke, Wake Forest University School of Medicine, Winston-Salem, NC; Bette Caan, Kaiser Permanente Division of Research, Oakland, Calif; Rowan T. Chlebowski, Harbor-UCLA Research and Education Institute, Torrance, Calif; David Curb, University of Hawaii, Honolulu; Margery Gass, University of Cincinnati, Cincinnati, Ohio; Jennifer Hays, Baylor College of Medicine, Houston, Tex; Gerardo Heiss, University of North Carolina, Chapel Hill; Susan Hendrix, Wayne State University School of Medicine/Hutzel Hospital, Detroit, Mich; Barbara V. Howard, MedStar Research Institute, Washington, DC; Judith Hsia, George Washington University, Washington, DC; F. Allan Hubbell, University of California, Irvine, Orange; Karen C. Johnson, University of Tennessee, Memphis; Howard Judd, University of California, Los Angeles; Jane Morley Kotchen, Medical College of Wisconsin, Milwaukee; Lewis Kuller, University of Pittsburgh, Pittsburgh, Pa; Dorothy Lane, State University of New York at Stony Brook; Robert D. Langer, University of California, San Diego, LaJolla/Chula Vista; Norman Lasser, University of Medicine and Dentistry of New Jersey, Newark; Cora E. Lewis, University of Alabama at Birmingham; Marian Limacher, University of Florida, Gainesville/Jacksonville; JoAnn Manson, Brigham and Women's Hospital, Harvard Medical School, Boston, Mass; Karen Margolis, University of Minnesota, Minneapolis; Judith Ockene, University of Massachusetts Medical School, Worcester; Mary Jo O'Sullivan, University of Miami, Miami, Fla; Lawrence Phillips, Emory University, Atlanta, Ga; Cheryl Ritenbaugh, Kaiser Permanente Center for Health Research, Portland, Ore; John Robbins, University of California, Davis, Sacramento; Robert Schenken, University of Texas Health Science Center, San Antonio; Sylvia Wassertheil-Smoller, Albert Einstein College of Medicine, Bronx, NY; Maurizio Trevisan, State University of New York at Buffalo; Linda Van Horn, Northwestern University, Chicago/Evanston, Ill; and Robert Wallace, University of Iowa, Iowa City/Davenport; Program Office: Jacques E. Rossouw, National Heart, Lung, and Blood Institute; Clinical Coordinating Center: Andrea Z. LaCroix, Ruth E. Patterson, and Ross L. Prentice, Fred Hutchinson Cancer Research Center.
Data and Safety Monitoring Board: Janet Wittes (chair), Eugene Braunwald, Margaret Chesney, Harvey Cohen, Elizabeth Barrett-Connor, David DeMets, Leo Dunn, Johanna Dwyer, Robert P. Heaney, Victor Vogel, LeRoy Walters, and Salim Yusuf.
Funding/Support: The National Heart, Lung, and Blood Institute funds the WHI program. Wyeth-Ayerst Research provided the study medication (active and placebo).
Acknowledgment: The WHI Steering Committee gratefully acknowledges the dedicated efforts of the WHI participants and of key WHI investigators and staff at the clinical centers and the Clinical Coordinating Center. A full listing of the WHI investigators can be found at http://www.whi.org.

## REFERENCES

1. The Women's Health Initiative Study Group. Design of the Women's Health Initiative clinical trial and observational study. Control Clin Trials. 1998;19:61-109.
2. Stampfer M, Colditz G. Estrogen replacement therapy and coronary heart disease: a quantitative assessment of the epidemiologic evidence. Prev Med. 1991;20:47-63.
3. Grady D, Rueben SB, Petitti DB, et al. Hormone therapy to prevent disease and prolong life in postmenopausal women. Ann Intern Med. 1992;117:1016-1037.
4. Rijpkema AH, van der Sanden AA, Ruijs AH. Effects of postmenopausal estrogen-progesterone therapy on serum lipids and lipoproteins: a review. Maturitas. 1990;12:259-285.
5. Adams MR, Kaplan JR, Manuck SB, et al. Inhibition of coronary artery atherosclerosis by 17-beta estradiol in ovariectomized monkeys: lack of an effect of added progesterone. Arteriosclerosis. 1990;10:1051-1057.
6. Weiss NS, Ure CL, Ballard JH, Williams AR, Daling JR. Decreased risk of fractures of the hip and lower forearm with postmenopausal use of estrogen. N Engl J Med. 1980;303:1195-1198.
7. Genant HK, Baylink DJ, Gallagher JC, Harris ST, Steiger P, Herber M. Effect of estrone sulfate on postmenopausal bone loss. Obstet Gynecol. 1990;76:579-584.
8. Steinberg KA, Thacker SB, Smith SJ, et al. A meta-analysis of the effect of estrogen replacement therapy on the risk of breast cancer. JAMA. 1991;265:1985-1990.
9. Gerhardsson de Verdier M, London S. Reproductive factors, exogenous female hormones, and colorectal cancer by subsite. Cancer Causes Control. 1992;3:355-360.
10. Hulley S, Grady D, Bush T, et al. Randomized trial of estrogen plus progestin for secondary prevention of coronary heart disease in postmenopausal women. JAMA. 1998;280:605-613.
11. Grodstein F, Manson JE, Stampfer MJ. Postmenopausal hormone use and secondary prevention of coronary events in the Nurses' Health Study. Ann Intern Med. 2001;135:1-8.
12. Alexander KP, Newby LK, Hellkamp AS, et al. Initiation of hormone replacement therapy after acute myocardial infarction is associated with more cardiac events during follow-up. J Am Coll Cardiol. 2001;38:1-7.
13. Heckbert SR, Kaplan RC, Weiss NS, et al. Risk of recurrent coronary events in relation to use and recent initiation of postmenopausal hormone therapy. Arch Intern Med. 2001;161:1709-1713.

   ©2002 American Medical Association. All rights reserved.

HRT MED LIT

0030013
HRT PLAINTIFFS' EXHIBIT M0030 PAGE 0013

14. Grodstein F, Manson JE, Colditz GA, Willit WC, Speizer FE, Stampfer MJ. A prospective, observational study of postmenopausal hormone therapy and primary prevention of cardiovascular disease. *Ann Intern Med*. 2000;133:933-941.

15. The Writing Group for the PEPI Trial. Effects of hormone replacement therapy on endometrial histology in postmenopausal women: the Postmenopausal Estrogen/Progestin Interventions (PEPI) Trial. *JAMA*. 1996;275:370-375.

16. Ives DG, Fitzpatrick AL, Bild DE, et al. Surveillance and ascertainment of cardiovascular events: the Cardiovascular Health Study. *Ann Epidemiol*. 1995; 5:275-285.

17. Cox DR. Regression analysis and life tables. *J R Stat Soc*. 1972;34:187-220.

18. O'Brien PC, Fleming RT. A multiple testing procedure for clinical trials. *Biometrics*. 1979;35:549-556.

19. Freedman LS, Anderson G, Kipnis V, et al. Approaches to monitoring the results of long-term disease prevention trials: examples from the Women's Health Initiative. *Control Clin Trials*. 1996;17:509-525.

20. Gail MH, Brinton LA, Byar DP, et al. Projecting individualized probabilities of developing breast cancer for white females who are being examined annually. *J Natl Cancer Inst*. 1989;81:1879-1886.

21. Pilon D, Castilloux AM, Lelorier J. Estrogen replacement therapy: determinants of persistence with treatment. *Obstet Gynecol*. 2001;97:97-100.

22. Writing Group for the PEPI Trial. Effects of estrogen or estrogen/progestin regimens on heart disease risk factors in postmenopausal women. *JAMA*. 1995; 273:199-208.

23. Herrington DM, Reboussin DM, Brosnihan KB, et al. Effects of estrogen replacement on the progression of coronary artery atherosclerosis. *N Engl J Med*. 2000;343:522-529.

24. Schulman SP, Thiemann DR, Ouyang P, et al. Effects of acute hormone therapy on recurrent ischemia in postmenopausal women with unstable angina. *J Am Coll Cardiol*. 2002;39:231-237.

25. Grady D, Herrington D, Bittner V, et al, for the HERS Research Group. Cardiovascular disease outcomes during 6.8 years of hormone therapy: Heart and Estrogen/progestin Replacement Study Follow-up (HERS II). *JAMA*. 2002;288:49-57.

26. Simon JA, Hsia J, Cauley JA, et al. Postmenopausal hormone therapy and risk of stroke: the Heart and Estrogen-progestin Replacement Study (HERS). *Circulation*. 2001;103:638-642.

27. Viscoli CM, Brass LM, Kernan WN, Sarrel PM, Suissa S, Horwitz RI. A clinical trial of estrogen-replacement therapy after ischemic stroke. *N Engl J Med*. 2001;345:1243-1249.

28. Hodis HN, Mack WJ, Lobo RA, et al. Estrogen in the prevention of atherosclerosis: a randomized, double-blind controlled trial. *Ann Intern Med*. 2001; 135:939-953.

29. Angerer P, Stork S, Kothny W, Schmitt P, von Schacky C. Effect of oral postmenopausal hormone replacement on progression of atherosclerosis: a randomized, controlled trial. *Arterioscler Thromb Vasc Biol*. 2001;21:262-268.

30. Castellsague J, Perez Gutthann S, Garcia Rodriguez LA. Recent epidemiological studies of the association between hormone replacement therapy and venous thromboembolism: a review. *Drug Saf*. 1998; 18:117-123.

31. Grady D, Wenger NK, Herrington D, et al. Postmenopausal hormone therapy increases risk for venous thromboembolic disease: the Heart and Estrogen/progestin Replacement Study. *Ann Intern Med*. 2000; 132:689-696.

32. Collaborative Group on Hormonal Factors in Breast Cancer. Breast cancer and hormone replacement therapy: collaborative reanalysis of data from 51 epidemiological studies of 52,705 women with breast cancer and 108,411 women without breast cancer. *Lancet*. 1997;350:1047-1059.

33. Hulley S, Furberg C, Barrett-Connor E, et al, for the HERS Research Group. Noncardiovascular disease outcomes during 6.8 years of hormone therapy: Heart and Estrogen/progestin Replacement Study Follow-up (HERS II). *JAMA*. 2002;288:58-66.

34. Schairer C, Lubin J, Troisi R, Sturgeon S, Brinton L, Hoover R. Menopausal estrogen and estrogen-progestin replacement therapy and breast cancer risk. *JAMA*. 2000;283:485-491.

35. Ross RK, Paganini-Hill A, Wan PC, Pike MC. Effect of hormone replacement therapy on breast cancer risk: estrogen versus estrogen plus progestin. *J Natl Cancer Inst*. 2000;92:328-332.

36. Colditz GA, Hankinson SE, Hunter DJ, et al. The use of estrogens and progestins and the risk of breast cancer in postmenopausal women. *N Engl J Med*. 1995; 332:1589-1593.

37. Magnusson C, Baron JA, Correia N, Bergstrom R, Adami H-O, Persson I. Breast-cancer risk following long-term oestrogen and oestrogen-progestin-replacement therapy. *Int J Cancer*. 1999;81:339-344.

38. Greendale GA, Reboussin BA, Sie A, et al. Effects of estrogen and estrogen-progestin on mammographic parenchymal density. *Ann Intern Med*. 1999; 130:262-269.

39. Grodstein F, Newcomb PA, Stampfer MJ. Postmenopausal hormone therapy and the risk of colorectal cancer: a review and meta-analysis. *Am J Med*. 1999;106:574-582.

40. Vickers MR, Meade TW, Wilkes HC. Hormone replacement therapy and cardiovascular disease: the case for a randomized controlled trial. *Ciba Found Symp*. 1995;191:150-160.

41. Torgerson DJ, Bell-Seyer SE. Hormone replacement therapy and prevention of nonvertebral fractures: a meta-analysis of randomized trials. *JAMA*. 2001;285:2891-2897.

42. Writing Group for the PEPI Trial. Effects of hormone therapy on bone mineral density: results from the Postmenopausal Estrogen/Progestin Interventions (PEPI) Trial. *JAMA*. 1996;275:1389-1396.

43. Mosca L, Collins P, Herrington DM, et al. Hormone replacement therapy and cardiovascular disease: a statement for healthcare professionals from the American Heart Association. *Circulation*. 2001;104:499-503.

©2002 American Medical Association. All rights reserved.

HRT MED LIT

0030014
HRT PLAINTIFFS' EXHIBIT M0030 PAGE 0014