# EXHIBIT 17

## EXHIBIT 1B

## SUPPLEMENTAL DISCLOSURE OF EXPECTED TESTIMONY
## OF CHERYL D. BLUME, PH.D

This disclosure supplements the report of Dr. Cheryl D. Blume disclosed in the MDL 1507. In the Browning case she will testify based on both her MDL expert report and on this disclosure. Dr. Blume will testify to all of the below opinions to a reasonable degree of scientific and professional probability.

### The History of Hormone Therapy

1.      The human female ovary manufactures specific molecular structure steroid hormones. These are three estrogens (estrone, estradiol and estriol), progesterone and small amounts of the male hormone testosterone. Every woman makes these hormones but in different amounts. The human female ovary, in females usually in their 40's or 50's, becomes inactive, including loss or decrease in hormone production and depletion of the ovarian follicles ("eggs"). This change occurs in women at the average age of 51. The generic term for this phenomenon is "menopause". The menopausal state occurs over time and on average takes ten (10) years. The time period preceding and leading to menopause is called "peri-menopause." During the menopausal and peri-menopausal period, many women experience symptoms of hot flashes, night sweats, and vaginal dryness, due to estrogen deficiency.

2.      For decades, the pharmaceutical industry has sold estrogen (both opposed and/or unopposed by progesterone or progestin). The only clear benefits of these Hormone Therapies ("HT") was short term relief of menopausal symptoms, such as hot flashes, and prevention of osteoporosis (but only if taken long term). Wyeth in particular made unsubstantiated claims for a host of benefits, including combating the effects of aging, dementia, osteoporosis and supposed cardio-protective benefits.[1] Contrary to these claims of benefits, studies have shown that these drugs increase the risk of invasive breast cancer, stroke, pulmonary embolism, dementia, and myocardial infarction. Progesterone is one of the two primary female hormones. As the name implies, progesterone prepares ("pro") the womb for pregnancy (gestation). Progesterone works in tandem with estrogen; indeed, if estrogen is taken as a medication without being balanced by progesterone (so called unopposed estrogen), there is an increased risk of uterine cancer.

---

[1] These cardio-protective benefits supposedly included the prevention of heart attacks, strokes and other acute cardiovascular events.

1

HRT Plaintiffs' Trial Exhibit # 08658   Page 1 of 23

3.      Ayerst Laboratories (one of the predecessor companies of defendant, Wyeth) in 1942 received approval for the marketing of a "conjugated"[2] equine **estrogen** ("CEE") named Premarin®. This drug, used singly in "unopposed" therapy, is extracted and purified from the urine of pregnant horses. Prempro®, used in "combined" therapy, is a single pill which contains both Premarin® and a **progestin** brand named Cycrin®. Cycrin® is medroxyprogesterone acetate ("MPA"), a semisynthetic compound that differs in structure from the naturally occurring human hormone, *progesterone*.

4.      There were two earlier medical disasters for women stemming from estrogen drugs, which should have alerted the manufacturers to the risks and led to intense study before subjecting (experimenting) millions of women to undisclosed, undiscovered or unexamined risks. The first historical wave of injuries involved a synthetic estrogen, diethylstilbestrol ("DES"), resulting in multiple birth defects and miscarriages. DES was given to prevent miscarriages and bleeding during pregnancy. The second wave involved the use of "*unopposed*" estrogen (estrogen without progesterone or progestin) which resulted in an epidemic of uterine cancer, which is well-documented in the medical literature.

5.      By the 1970's, it was known that DES was causing many serious birth defects: DES sons may have lowered sperm counts; sterility; increased risk of testicular cancer; missing, small, or undescended testicles; cysts; and abnormally small penises, as well as a higher than average risk of depression. DES daughters are the best-known victims of the drug. Among them, their mothers' DES use has been linked to immune system disorders, bone loss, and breast cancer. In addition, DES daughters have been shown to have suffered from cervical dysplasia, a potentially pre-cancerous condition; adenosis, a "pre-cancerous cell change"; a cancer known as clear cell adenocarcinoma (found in approximately one of every one thousand DES daughters); a T-shaped uterus; a small, hooded, or incompetent cervix; and an increased risk of miscarriages and ectopic pregnancies. These reproductive system malformations often result in difficulties conceiving and carrying children to term and contribute to the injuries in their children.

6.      Following the DES hormone episode, a second wave of hormone drug epidemics surfaced: The use of "unopposed" estrogen (Wyeth's best seller being Premarin®) resulted in an epidemic of endometrial cancer. After detected and reported and publicized, the prescription rate for estrogen fell, and so did the incidence of endometrial cancer.

_____
[2] "conjugated estrogen:

an amorphous preparation of naturally occurring, water-soluble, conjugated forms of mixed estrogens obtained from the urine of pregnant mares (conjugated equine estrogen); the principal estrogen present is sodium estrone sulfate; suitable for parenteral, oral, and topical administration, and used in conditions responsive to estrogen therapy." Stedman's Electronic Medical Dictionary 5.0 (hereafter SEMD 5.0).

2

HRT Plaintiffs' Trial Exhibit # 08658   Page 2 of 23

7.    By the 1980's, the increased risk of endometrial cancer from "exogenous estrogen," (like Wyeth's best seller, Premarin®) had become obvious. Studies consistently found that the long term use of estrogen increased the chances of cancer at least three times or perhaps more.[3]

8.    The supposed solution to endometrial cancer of the uterus was combined therapy. Before the 1980's, women were primarily prescribed "*unopposed*" estrogen. This caused a lack of hormonal balance because estrogen alone over stimulated the lining of the endometrium of the uterus causing uncontrolled growth. This hyper stimulation, in turn, resulted in a condition known as "hyperplasia." To avoid this risk, progestins were given, to induce menses.[4] Bleeding allowed the endometrial lining of the uterus to shed and brought the otherwise uncontrolled growth somewhat under control, due to a balance of the progestins "opposing" the estrogen.

9.    Although progestin was added to protect against uterine cancer, the role of progestin and estrogen concerning another type of cancer, namely that of the breast, was unclear. As early as 1980, studies found an association between HT and breast cancer.[5] The form of progestin used in most combined therapies, starting in the 1980's after the disaster of endometrial cancer, was Medroxyprogesterone acetate (MPA). Provera®, (Pharmacia / Upjohn/Pfizer), Cycrin®, Prempro® and Premphase® (Wyeth) contain MPA. Importantly, this HT combination of known carcinogens, after sales of "monotherapy" or "unopposed" estrogen alone were destroyed by the risk of uterine cancer, began without any "clinical trial."

10.   Clinical trial is explained by *Reference Manual on Scientific Evidence, 2nd* at 338:

   To determine whether an agent is related to the risk of developing a certain disease or an adverse health outcome, we might ideally want to conduct an experimental study in which the subjects would be randomly assigned to one of experimental study in which the subjects would be randomly assigned to one of

---

[3] *See, e.g.,* Hulka, B.S., et al.., *Estrogen and Endometrial Cancer: Cases and Two Control Groups from North Carolina,* 137 Am. J. Obstet. Gynecool. 92 (May, 1980) (relative risks were as high as 4.1 for estrogen taken more than 3 ½ years); *See also* Jelovek, F.R., et al, *Risk of Exogeenous Estrogen Therapy and Endometrial Cancer,* 137 Am. J. Obstet. Gynecol. 85 (May, 1980).

[4]"menses

A periodic physiologic hemorrhage, occurring at approximately 4-week intervals, and having its source from the uterine mucous membrane; usually the bleeding is preceded by ovulation and predecidual changes in the endometrium. See Also: menstrual cycle. Syn: menstrual period."

SEMD 5.0.

[5]Ross, R.R., et al., *A Case-Control Study of Menopausal Estrogen Therapy and Breast Cancer.* 243 J.A.M.A. 1635 (April 1980).

3

HRT Plaintiffs' Trial Exhibit # 08658    Page 3 of 23

two groups: one group exposed to the agent of interest and the other not exposed. After a period of time, the study participants in both groups would be evaluated for development of the disease. *This type of study, called a randomized trial, clinical trial, or true experiment, is considered the gold standard for determining the relationship of an agent to a disease or health outcome. Such a determining study design is often used to evaluate new drugs or medical treatments and is the best way to ensure that any observed difference between the two groups in outcome is likely to be the result of exposure to the drug or medical treatment.*

(Emphasis added.)

11.    New drugs in the United States, at least in the recent past, generally have been proven to be safe and effective through clinical trials. The FDA can typically refuse a New Drug Application ("NDA") if that drug is not supported by "adequate and well controlled investigations." 21 C.F.R. Section 314.126(b)(5). RCT's are generally considered to be the "gold standard" defined by FDA Regulations as the proof generally need for safety and efficacy. 21 C.F.R. Section 314.126(b).

12.    Until 1994, combination HT had never been subjected to the "gold standard" required of almost all modern medications.   This was because drugs like Premarin® and Provera® had been on the market so long, that they received less rigorous regulatory scrutiny than other more "modern" medications approved through New Drug Applications ("NDA's") by the FDA. In other words, no one had tested these drugs in clinical trials for safety and efficacy for the purpose they were primarily and overwhelmingly prescribed, long-term therapy for the prevention of disease. Due to this regulatory loophole, the individual component drugs did not require rigorous RCT's before approval, demonstrating safety.

13.    The Women's Health Initiative ("WHI") was not performed by the defendant drug companies to prove safety and efficacy. The National Heart, Lung, and Blood Institute ("NHLBI") funded the study although Wyeth did provide the medications (active and placebo) for the study.   The WHI study revealed the following alarming risks (and benefits) for women who took long-term combination therapy:[6]

> Breast cancer increased: 26%;
> Stokes increased: 41%;
> Blood Clots in the veins increased: 107%;
> Blood clots in the lungs increased: 113%;
> Heart disease increased: 29%.
> Hip fractures decreased: 34%;

---

[6] Rossouw, Jacques E., et al., *Risks and Benefits of Estrogen Plus Progestin in Health Postmenopausal Women: Principal Results From the Women's Health Initiative Randomized Controlled Trial*, 288 J.A.M.A. 321, 326 (July, 2002).

HRT Plaintiffs' Trial Exhibit # 08658   Page 4 of 23

Spinal fractures decreased: 34%;
Colorectal Cancer decreased: 37%.

14.    As stated in the accompanying editorial that appeared in JAMA on the date of the publication: "…the whole purpose of healthy women taking long-term estrogen/progestin therapy is to preserve health and prevent disease. The results of this study [WHI] provide strong evidence that the opposite is happening for important aspects of women's health…."[7]

15.    Importantly, long term "prior users" of HT more than doubled their risk of breast cancer, according to the findings in the WHI.

**Opinions Concerning the Existence of a Safer Alternative HRT Formulation**

16.    MPA is one of several progestins used in HT, and it is the one most commonly used in this country and is the ingredient in Provera, and one of the ingredients in Prempro and Premphase.   Oral micronized progesterone ("OMP") (identical molecule to the human progesterone and thus called "bio-identical") was approved by FDA in 1998 but has been available and widely used in Europe since the early 1980's.

17.    FDA has approved MPA and OMP as effective for the same indications. While there are no definitive studies proving that bio-identical progesterone is safe with respect to breast cancer, the available evidence (*see, e.g.*, below) supports a conclusion OMP is safer than MPA when combined with an estrogen. There is no evidence that OMP causes breast cancer in humans (although it does cause mammary tumors when implanted or injected (or ingested at high doses) in some animals), and the available evidence from several studies indicates that it does not increase the risk of breast cancer in women.   In addition, based on what is known today, and what could have been determined in the 1980's,   bio-identical progesterone has been shown to be a significantly safer progesterone with respect to breast cancer, and also with respect to other parameters, when compared with MPA, when used by peri-menopausal and post menopausal women for vasomotor symptoms, vaginal dryness and /or osteoporosis.

18.    OMP is significantly safer than MPA with  respect to breast cancer.

19.    HRT (OMP combined with estrogen) should be used for the shortest possible duration and at the lowest effective dose.

20.    The medical literature should have alerted Wyeth and Upjohn/Pfizer in the mid-1980's that MPA may not be an optimum progestagen. (Lane, et al, Is Provera the ideal progestagen for addition to postmenopausal estrogen therapy? 1986, Fertility

---

[7]  Fletcher, Suzanne W., et al., *supra.* at 367.

and Sterility, 45, 345-352. Wyeth should have availed itself of clinical safety data with respect to bio identical progesterone.

## Basis for Opinions: Medical Literature and Studies

21.    In 1983, Lane and colleagues published the results of a 50 patient clinical trial in the *British Medical Journal* that investigated the use of three different doses of oral micronized progesterone used cyclically with CEE.  The study found that changes to the endometrium were dose dependant and that 300 mg of OMP achieved the appropriate physiological response. The investigators concluded that a "300 mg. dose of OMP was effective as an alternative to synthetic progestogens for therapeutic purposes." In 1985, Maxson and Hargrove, two U.S. researchers, in ten volunteers (9 women, one man), to test the bioavailability of oral micronized progesterone.   They noted that "the synthetic derivatives have a number of disadvantages and fail to mimic natural [progesterone] completely."  They concluded that their study "clearly demonstrated that a single oral dose of 200 mg. [OMP] provides [progesterone] concentrations within or above the levels normally seen during the luteal phase." This article was published in the journal *Fertility and Sterility*. They reported that the OMP was donated by the Upjohn Company. Hargrove and Maxson, both associated with the Vanderbilt University Medical Center, subsequently published the results of another study which evaluated the effect of continuous oral micronized estradiol and OMP versus  Premarin® and MPA in menopausal women.  This article was published in the journal *Obstetrics and Gynecology* in 1989.  The study followed ten women for a year. The study found that all women on micronized estradiol (E2) and OMP had a decrease in total cholesterol and an increase in high-density lipoprotein cholesterol from baseline (P < .01). Those on CEE and MPA had no significant change from baseline in total cholesterol; however, they did have an increase in high-density lipoprotein cholesterol values (P < .01). In the E2 and OMP group, the endometrial histology became completely quiescent and there was no uterine bleeding after 6 months of observation.  Four of five women on CEE and MPA continued regular withdrawal bleeding throughout the study period, but no endometrial hyperplasia was encountered. The authors also concluded, "Most significantly the adverse effects of synthetic progestins on lipoproteins and cholesterol were eliminated by using natural progesterone." The authors also concluded, "This study demonstrates that the daily administration of a combination of micronized E2 and progesterone results in symptomatic improvement, minimal side-effects, an improved lipid profile, and amenorrhea without endometrial proliferation or hyperplasia in menopausal women." The authors proposed that a "strong case" for using the E2/ OMP combination as a safer alternative to CEE/MPA based on the "clearly demonstrate[d] symptomatic benefits" of the former combination and because the "adverse effects of the synthetic progestins on lipoproteins and cholesterol were eliminated by using natural progesterone." They also pointed out the "further advantage" of E2/OMP preparation, as a single capsule administration.  Again, the OMP was provided by Upjohn.

6

22.     In a 1995 article published in *JAMA*, the report of the PEPI study results concluded that for women with a uterus, "estrogen plus MP [micronized progesterone] appears to spare the endometrium and to preserve the bulk of estrogen's favorable effects on risk factors including HDL-C." By contrast, the CEE/MPA combination was found to result in "significant losses" of HDL-C, "the most important readily measured determinant of cardioprotection."

23.     A study of 58 menopausal women conducted by Ottosson et al. published in the *Am. J. Obst and Gyn.*, in 1985, compared the effects of estradiol valerate in combination with levonorgestrel, MPA, or micronized progesterone on HDL (good cholesterol) values. The study found that both levonorgestrel and MPA reduced HDL, but micronized progesterone did not. This led the authors to conclude that "natural progesterone" ("micronized progesterone") may develop into "an attractive alternative to synthetic progestogens" and urged further study as "necessary".

24.     A 1991 study (63 women) by Moorjani et al. which was published in *Journal of Clinical Endocrinology and Metabolism*, examined the CVD biomarkers of women using Premarin®, an estrogen gel, and both estrogens combined with OMP. The study revealed that the addition of OMP did not negate the effects of Premarin® on HDL; to the contrary, it further increased HDL levels. OMP also offset the increase in triglycerides caused by Premarin®. OMP did not alter LDL levels.

25.     An Austrian study (589 women) published in 1999 by Hartl et al. published (in German) in the journal *Menopause* confirmed that OMP combined with estradiol gel reduces baseline cholesterol and triglyceride values and was effective in controlling menopausal symptoms.

26.     The KEEPS (Kronos Early Estrogen Prevention Study), is ongoing and is investigating whether combination hormone therapy given at the beginning of menopause offers cardiovascular protection. This study follows WHI and HERS which both found that CEE and MPA were not effective for preventing heart attacks. An article, published in the journal *Climacteric* in 2005 reporting on the ongoing study protocol, noted that Prometrium (OMP) is being used in this study. The authors state that the use of progesterone "minimizes side-effects seen with synthetic progestins."

27.     CEE/OMP was associated with fewer excess episodes of bleeding than CEE/ MPA in a study of 875 women, as reported in an article by Lindenfeld, et al published in 2002, in the journal *Obstetrics & Gynecology*, based on the results of the PEPI study the CEE plus OMP group had significantly fewer days, quantities, and episodes of excess bleeding compared to the CEE plus MPA (Prempro®) and CEE-only groups. The authors noted that OMP is "chemically identical to

7

endogenous progesterone" and that "differences in progestogens may be clinically important with respect to metabolic effects." The article endorses the consensus opinion of the North American Menopause Society, which urges patient education and involvement in decision making about treatment preferences.

28. OMP also has been shown to be superior to MPA with respect to sleep patterns. Peri-menopausal and menopausal women are known to have an increased incidence of insomnia. Gambacciani et al. (*Maturitas*, 2005) studied the effect of 0.3mg of CEE alone, and in combination with MPA or OMP. After eight weeks of treatment, the sleep score (sleep disturbances) was significantly lower in the OMP group compared to the MPA group. In a smaller study, Montplaisir at al. found that CEE plus OMP improved sleep efficiency by 8% from baseline. The CEE plus MPA group experienced no improvement in sleep efficiency. The authors concluded that the OMP appears to be more effective in improving quality of sleep. The 2002 Cummings study (23 women, blinded, randomized), published in the journal *Menopause* also found that the MPA group experienced more negative and extreme sleeping patterns when compared to the OMP group and that the MPA group had more side effects (more vaginal bleeding, more breast tenderness) than the OMP group. The article states that patients and physicians were showing a great deal of interest in OMP, noted studies that reported its efficacy regarding the anti-proliferative effects on the endometrium, and better lipid profiles as compared with MPA. The authors also cited to a study which found that OMP was more effective than MPA at controlling menopausal symptoms. The overall conclusion was that OMP was preferable to MPA for a variety of reasons.

29. There are serious health risks to women taking the CEE/MPA combination. The estrogen-plus-progestin RCT substudy of the Women's Health Initiative (WHI) reported increased risks of myocardial infarction, stroke, invasive breast cancer, pulmonary emboli, and deep vein thrombosis (DVT) in postmenopausal women (50 to 79 years of age) during 5.6 years of treatment with CEE ( 0.625 mg) combined with MPA (2.5 mg) per day relative to placebo. The estrogen-alone (CEE) substudy of the WHI reported increased risks of stroke and deep vein thrombosis in postmenopausal women (50 to 79 years of age) during 6.8 years and 7.1 years, respectively, of treatment with CEE ( 0.625 mg) per day relative to placebo.

30. Several studies have found that MPA combined with CEE increases the risk of breast cancer. (See,e.g., Colditz and Rosner, 2000; Ross, et al. 2000, Schairer, et al, 2000)

31. The Women's Health Initiative Memory Study (WHIMS), a substudy of WHI, reported an increased risk of developing probable dementia in postmenopausal women 65 years of age or older during four years of treatment with CEE (0.625 mg) combined with MPA (2.5 mg) and during 5.2 years of treatment with CEE 0.625 mg alone, relative to placebo.

8

32.     In the United States, where the use of CEE combined with MPA was predominant, there was a well-documented and dramatic drop-off in prescriptions and use of the CEE/MPA combination hormones following the release of the WHI results  This was followed by a dramatic drop in the incidence of hormone positive breast cancers in the United States.  This has been the subject of a number of recent analyses and published articles, and provides additional persuasive and compelling evidence that CEE plus MPA initiates or promotes breast cancer. (Ravdin et al. 2007; Clarke & Glaser 2007; Glass et al. 2007).  The evidence that CEE combined with MPA, causes invasive hormone positive breast cancer is now uncontroversial and generally accepted.  Indeed, the WHI results found a greater breast cancer risk from the combination of CEE and MPA than from CEE alone.  In addition to these data, multiple animal models suggest that MPA causes breast cancer.

## Basis for Opinions: Evidence Concerning The Effects of  MPA and OMP on Breast Cells

33.     There is a substantial body of scientific evidence that MPA is different than OMP in material respects that have an effect on breast cells.  Hofseth and colleagues published the results of their cross-sectional observational study to examine the proliferative effects of HT with estrogen or estrogen plus MPA, in breast tissue of post- menopausal women.  Benign breast biopsies from 88 postmenopausal women were analyzed to measure relative levels of cell proliferation.  Epithelial density and estrogen and progesterone receptor status were also determined.  Breast epithelial density was significantly greater in postmenopausal women treated with E and E+P, compared with no HT.  The study shows that postmenopausal HRT with E+P was associated with greater breast epithelial cell proliferation and breast epithelial cell density than E alone or no HT.  Furthermore, with E+P, breast proliferation was localized to the terminal duct-lobular unit of the breast, which is the site of development of most breast cancers.  LI. Hofseth. AM. Raafat. SR. Osuch. D.R. Pathak. C.A. Slomski. S .Z. Haslam.  HT with estrogen or estrogen plus MPA is associated with increased epithelial proliferation in the normal postmenopausal breast. S. Clin. Endocrinol. Metab. 84 (1999) 4559—4565.

34.     There is evidence that OMP reduces estrogen induced breast cell proliferation.  In 1998 Foidart and colleagues published an article reporting the results of a double blind randomized study designed to determine the effects of estradiol and progesterone on the proliferation of normal human breast epithelial cells in vivo.  In that study exposure to progesterone for 14 days reduced the estradiol-induced proliferation of normal breast epithelial cells in vivo.  They found that estradiol and human identical progesterone regulates the proliferation of human breast epithelial cells.   SM. Foidart. C. Cohn. X. Denoo, S. Desreux. A. Beliard.  S.Fournier. B. de Lignieres. Estradiol and progesterone regulate the proliferation of human breast epithelial cells. Fertil. Steril. 69(1998) 963, 969.

35.     Wood and colleagues published an article in 2006, reporting the results of a study testing the effects of estrogen (estradiol) plus MPA as compared to estrogen

(estradiol) plus OMP on risk markers for breast cancer in postmenopausal monkeys. The study results point to the OMP as safer with respect to breast cancer. The authors/ researchers concluded that compared to placebo oral estradiol plus MPA "resulted in significantly greater breast cell proliferation in lobular and ductal epithelium, while oral estradiol plus micronized progesterone did not." The authors concluded that "oral mocronized progesterone has more favorable effect on risk biomarkers for post menopausal breast cancer than MPA." Wood, C. E., Register, T. C., Lees, C. J., Chen, H., Kimrey, S., and Mark Cline, J., Effects of estradiol with micronized progesterone or medroxyprogesterone acetate on risk markers for breast cancer in postmenopausal monkeys. Breast. Cancer Res. Treat. 101, 125—134 (2007).

36.   Several studies have evaluated whether synthetic progestins for HT increase breast cancer risk.(Beral, 2003; Greendale, 1999) including the recent Women's Health Initiative. (Rossouw,2002; Anderson, 2004) They show that, in comparison with estrogens alone (including CEE), synthetic progestins such as MPA increase breast cancer risk. See Beral V, Million Women Study Collaborators: Breast Cancer and hormone-replacement therapy in the Million Women Study. Lancet 2003, 362:419-427; Greendale GA, Reboussin BA, Sie A, Singh HR, Olson LK, Gatewood, Bassett LW, Wasilauskas C, Bush I, Barrett-Connor E: Effects of estrogen and estrogen-progestin on mammographic parenchymal density. Postmenopausal Estrogen/Progestin Interventions (PEPI) Investigators. Ann In tern Med 1999,130:262-269; Rossouw JE, Anderson GL, Prentice RL, LaCroix AZ, Kooperberg C, Stefanick ML, Jackson RD, Beresford SA, Howard By, Johnson KC, Writing Group for the Women's Health Initiative Investigators, et al.: Risks and benefits of estrogen plus progestin in healthy postmenopausal women: principal results From the Women's Health Initiative randomized controlled trial. JAMA 2002, 288:321-333; Anderson GL, Limacher M, Assaf AR, Bassford T, Beresford SA,Black H, Bonds D, Brunner R, Brzyski R, Caan B, Women's HealthInitiative Steerin Committee, etal.: Effects of Conjugated Equine Estrogen in Postmenopausal Women with Hysterectomy: The Women's Health Initiative randomized controlled trial. JAMA2004, 291:1701-1712. See also Hankinson SE, Eliassen AH., Endogenous estrogen, testosterone and progesterone levels in relation to breast cancer risk. J Steroid Biochem Mol Biol. 2007 May 24.

37.   There is evidence that MPA binds with high affinity to the androgen receptor, (Bentel, 1999), that androgen signaling has a protective effect against breast cancer growth, and that MPA interferes with androgen action. The human female breast has an abundant population of receptors and they are interrelated and they affect the natural protective properties relating to cell mitosis. A recently published paper (Birrell, 2007) proposes this as a biologically plausible explanation for why MPA in combined HRT therapy is associated with an increase in breast cancer. The article states that there is "considerable evidence" that using a "synthetic progestin" and estrogen combination "increases the risk of breast cancer compared with estrogen alone." The article suggests a reason for this: the effect of the progestin on androgen receptors. The Birrell paper also provides

evidence that MPA, which is supposed to act exclusively through progesterone receptors, also is binding to the androgen receptors, even in small therapeutic doses, thereby interfering with androgen action. The authors express the concern that this effect on the androgen receptors could explain why MPA causes breast cancer in some women.  The authors state: "we propose that the observed excess of breast malignancies associated with combined HRT may be explained in part by synthetic progestins such as MPA acting as endocrine disruptors to negate the protective effects of androgen signaling in the breast."  The authors also provide evidence that MPA interacts with the glucocorticoid receptor, which increases levels of a metastesis suppressor gene, nm-23. See Bentel, J. M., Birrell, S. N., Pickering, M. A., Holds, D. J., Horsfall, D. J., and Tilley, W. D. (1999) Androgen receptor agonist activity of the synthetic progestin, medroxyprogesterone acetate, in human breast cancer cells. Mol. Cell Endocrinol. 154,11—20; Birrell, S.N., Butler, L.M., Harris, J.M.; Buchanan, G., Tilley, W.D. (2007) Disruption of androgen receptor signaling by synthetic progestins may increase risk of developing breast cancer. FASEB J. 21, 1-9.

38.    There is evidence from multiple studies demonstrating that estrogen and MPA combination, results in increased breast epithelial cell proliferation in humans and other primates and increased mammographic breast density, which is an established risk factor for breast cancer (Soderqvist, 2004; Santen, 2003; Pike,2000; Cline, 1996). See Soderqvist, G., and von Schoultz, B. (2004) Lessons to be learned from clinical studies on hormones and the breast. Maturitas 49, 90—96; Santen, R. J. (2003) Risk of breast cancer with progestins: critical assessment of current data. Steroids. 68, 95 3—964; Pike, M. C., and Ross, R. K (2000) Progestins and menopause: epidemiological studies of risks of endometrial and breast cancer. Steroids. 65, 659—664; Cline,J. M., Soderqvist, G., von Schoultz, E., Skoog, L., and von Schoultz, B. (1996) Effects of hormone replacement therapy on the mammary gland of surgically postmenopausal cynomolgus macaques. Am. j Obstet. GynecoL 174, 93—100.

39.    In France, the majority of women taking combined HRT receive oral micronized progesterone rather than a synthetic progestin.  This has allowed for the study of the risk of using OMP for combined HRT.  In two French studies- the E3N-EPIC cohort of 54,548 women and a smaller study of 3175 women, no significant increase in breast cancer risk due to HRT use with OMP was observed compared with untreated women (de Lignieres, 2002; Fournier, 2005, Fournier, 2007). These findings come from a cohort study carried out in France, where OMP has been used in cyclic regimens of HT by large numbers of menopausal women for over two decades.  In this study, based on the E3N-EPIC cohort that included 54,548 postmenopausal teachers who had not taken any HT before enrollment and who were followed up for an average of $5.8 \pm 2.4$ years, OMP, in contrast to synthetic progestins, did not increase breast cancer risk in women treated with transdermal estradiol.   The relative risks, (table 3) compared with untreated women were: 1.2 (95% CI.: 0.8—1.8) for transdermal estradiol alone; 0.9 (95% CI.:0.7—1.2) for transderrnal estradiol with OMP and 1.4 (95% CI.: 1.2—1.7) for

HRT Plaintiffs' Trial Exhibit # 08658   Page 11 of 23

transdermnal estradiol with synthetic progestins. The results set forth in Table 4 of the article also show no increase in risk, and even at 4 or more years the increased risk is only significant for estrogens combined with synthetic progestins. In the follow-up study published in 2007 (Fournier, et al 2007) the objective was to assess and compare the association between different HT's and breast cancer risk, using data from the French E3N cohort study. Invasive breast cancer cases were identified through biennial self-administered questionnaires completed from 1990 to 2002. During follow-up (mean duration 8.1 postmenopausal years), 2,354 cases of invasive breast cancer occurred among 80,377 postmenopausal women. Compared with HT never-use, use of estrogen alone was associated with a significant 1.29-fold increased risk (95% confidence interval 1.02—1.65). The association of estrogen—progestigen combinations with breast cancer risk varied significantly according to the type of progestigen: the relative risk was 1.00 (0.83—1.22) for estrogen—progesterone, 1.16 (0.94—1.43) for estrogen—dydrogesterone, and 1.69 (1.50—1.91) for estrogen combined with other progestigens. Dydrogesterone has been reported to have progesterone-like activity only, (Gaspard, 1999, Campagnoli, 1999; Campagnoli, 2003; Heald, 2000; Nugent, 2003) and thus the results for dydrogesterone are relevant for consideration of the risks for OMP. The "other progestins" category involves progestins with different physiologic activities (androgenic, nonandrogenic, antiandrogenic), but their associations with breast cancer risk did not differ significantly from one another. Another study, the MISSION study, which collected information on 4949 patients, also found that micronized progesterone was a safer alternative for combination therapy with respect to breast cancer risk: "the safest HRT in terms of breast cancer risk is the association of cutaneous estrogen and micronized progesterone." OMP combined with estrogen is associated with less breast cancer than estrogen alone, or estrogen with other progestins. See de Lignieres, B., de Vathaire, F., Fournier, S., Urbinelli, R., Allaert, F., Le, M. G., and Kuttenn, F. (2002) Combined hormone replacement therapy and risk of breast cancer in a French cohort study of 3175 women. Climacteric 2002;5:332-340; Fournier, A., Berrino, F., Riboli, E., Avenel, V., and ClavelChapelon, F. (2005) Breast cancer risk in relation to different types of hormone replacement therapy in the E3N-EPIC cohort. Int. J. Cancer. 114, 448—454; Fournier, A., Berrino, F ; F. Clavel- Chapelon, Unequal risks of breast cancer associated with different hormone therapies: results from the E3N cohort study. Breast Cancer Res. Treat (2007);   U.J. Gaspard. O.J.. Wery. AJ. Scheen. C. Jaminet. PJ. Lefebvre. Long-term effects of oral estradiol and dydrogesterone on carbohydrate metabolism in postmenopausal women. Climacteric 2 (1999) 93--100.

40.    These studies are consistent with studies of breast epithelial cell proliferation in primates, which have shown that the combination of estrogen and progesterone has no effect on breast epithelial cell proliferation compared with estrogen alone (Zhou 2000, Wood, 2007). These studies highlight the fact that the actions of synthetic progestins can be very different from those of the human hormone progesterone. Based on the available epidemiologic and pharmacologic evidence,

HRT Plaintiffs' Trial Exhibit # 08658   Page 12 of 23

there is substantial evidence that OMP is a safer alternative to MPA, regardless of the type of estrogen used in combination.  See C. Campagnoli. N. Biglia. C. Peris. P. Sismondi. Potential impact on breast cancer risk of circulating insulin-like growth factor I modifications induced by oral HRT in menopause. Gynecol. Endocrinol. 9 (1995) 67 74; C. Campagnoli. C. Abbà. S. Ambroggio. C. Peris. Differential effects of progestins on the circulating IGF-I system. Maturitas 46 (2003) S39 S44; A. Heald. P.L. Selby. A. White. J.M. Gibson. Progestins abrogate estrogen-induced changes in the insulin-like growth factor axis. Am. S. Obstet. Gynecol. 183 (2000) 593 600; A.G. Nugent. K.C. Leung. D. Sullivan. A.T. Reutens. K.K. Ho. Modulation by progestogens of the effects of oestrogen on hepatic endocrine function in postmenopausal women. Clin. Endocrinol. (Oxf) 59 (2003) 690 698; Zhou, J., Ng, S., Adesanya-Famuiya, 0., Anderson, K, and Bondy, C. A. (2000).   Testosterone inhibits estrogen-induced mammary epithelial proliferation and suppresses estrogen receptor expression. FASEBJ 14, 1725— 1730; Wood, C. E., Register, T. C., Lees, C. J., Chen, H., Kimrey, S., and Mark Cline, J. (2007) Effects of estradiol with micronized progesterone or medroxyprogesterone acetate on risk markers for breast cancer in postmenopausal monkeys. Breast. Cancer Res. Treat. 101, 125—134.

41.    Ghatge and colleagues studied progesterone and MPA to determine if they had the same effect on androgen receptors, and published an article reporting their results. In their paper they cite to several studies that found various differences between MPA and progesterone.  They concluded: "Our comparison of the gene regulatory profiles of MPA and progesterone suggests that, for physiologic hormone replacement therapy, the actions of MPA do not mimic those of endogenous progesterone alone.  Clinically, the complex pharmacology of MPA not only influences its side-effect profile; but it is also possible that the increased breast cancer risk and/or the therapeutic efficacy of MPA in cancer treatment is in part mediated by androgen receptor."  Ghatge found that MPA had potent androgenic receptor effects, and that "the strong androgenic effects of MPA when compared with progesterone suggest that physiologic hormone replacement using progestins such as MPA in HRT do not mimic the actions of endogenous progesterone alone." Ghatge, R. P., Jacobsen, B. M., Schittone, S. A., and Horwitz, K B. (2005). The progestational and androgenic properties of medroxyprogesterone acetate: gene regulatory overlap with dihydrotestosterone in breast cancer cells. Breast Cancer Res. 7, R1036—R1050.

42.    An unpublished study completed in 1982 for Upjohn, on beagle dogs had results indicating OMP was  safer than MPA with respect to breast cancer in beagle dogs, which should have led to further studies. In that study high dose MPA was used on beagle dogs and compared with beagle dogs administered high dose MPA.  9/20 developed mammary carcinomas in the  high dose MPA group vs. 2/20 in the  high dose OMP group.

HRT Plaintiffs' Trial Exhibit # 08658    Page 13 of 23

## Availability of OMP

43.     OMP has been available for more than 25 years. OMP was first marketed in 1980 (foreign marketing). It has been marketed in 26 countries, including France, Belgium, Greece, Luxembourg, Germany, and Switzerland. No deaths or treatment emergent malignancies were reported during the Prometrium clinical trials, as compared with several malignancies in the Provera trials. OMP was available and was used in a study on beagle dogs completed in 1982, referenced above. Prometrium also was used in the PEPI study, which was designed in 1988, ten years prior to FDA approval of Prometrium. PEPI was completed and the results published by 1995. The PEPI trial, sponsored by NIH, concluded that Prometrium appeared to preserve many of estrogen's favorable effects on cardiovascular risk factors, including HDL-C. FDA asked at that time for a Phase 3 follow up to study OMP head to head with MPA.

44.     As manufacturers of hormone therapy products used by millions of women, Wyeth and Upjohn/Pfizer knew or should have known at least by the mid 1980's that there were differences between MPA and bio-identical progesterone. This was apparent from a review of the medical literature which was publicly available. These companies had an obligation to perform or sponsor various studies directly comparing MPA with bio-identical progesterone, and comparing Premarin®/MPA with Premarin®/OMP. The U.S. government paid for one study (PEPI) using OMP. Wyeth was or should have been aware that human OMP had been clinically evaluated and in use and marketed in Europe since early 1980's. In late 1980's, Wyeth was aware from its participation in the design and initiation of the PEPI trial of clinical investigations comparing safety and efficacy of bio-identical progesterones and MPA in post menopausal women. Wyeth's intended use for MPA (all women for all time) was for a population of women not studied and if properly studied would have necessitated extensive trials and long term evaluations).

45.     The human identical OMP has been approved by the FDA since 1998 as Prometrium, which is oral micronized bio-identical progesterone in a capsule suspended in peanut oil. There is no reason that a product like Prometrium could not have been developed much earlier. In 1997, the FDA approved vaginal human identical progesterone named Crinone. Crinone is used in fertility clinics to help women maintain pregnancies.

46.     The oral formulation of human identical progesterone has been widely used in France and Belgium. In the United States, it has been used with success for many years, but for reasons explained below, the predominant HT combination was: CEE and MPA. In recent years the use of the bio-identical hormones in the United States has become substantially more widespread as the interest in these products has grown exponentially, and as the medical community has become increasingly aware of the safety issues with the synthetic/imitative hormones.

## Advertising

47.   Dr. Blume has reviewed the specific print and television branded and unbranded advertising that was relied upon by Juanita Browning.  Included among these ads was the one entitled "Every Day" which FDA has noted twice was misleading (because it referenced unproven benefits) and twice requested that Wyeth remove the ad.  However, the FDA does not specifically regulate "unbranded" advertising and Wyeth was not required to submit its unbranded advertising to FDA.  A print ad with a Q and A format regarding estrogen therapy addressed the breast cancer risk in a fashion that camouflaged the known risk with combination studies and also did not discuss the ERT studies showing increased breast cancer risks.  There was a lack of balance in the presentation concerning breast cancer risks, by being overly reassuring based on the available evidence.  The discussion of the cardio-protective benefit is unsubstantiated., and contradicted by the HERS study.  In 1992, Wyeth asked FDA for permission to add a cardiac benefit indication to the label, and this was denied.   The claimed benefits regarding colon cancer, Alzheimer's (senile dementia), cosmetic benefits, arthritis, Parkinsons, and learning improvement are all unsubstantiated, "off-label" promotion.   As an unbranded ad used under the circumstances of the substantial hormone therapy market share enjoyed by Wyeth, this and other unbranded ads effectively functioned as branded ads, and focused the information on the Premarin® family of HT Drugs for unapproved uses.  The effect of this was to circumvent regulation, and to achieve through the unbranded ad loophole what Wyeth could not have achieved with branded advertising.  This applies to the unbranded ad campaign generally.

48.   "Body of Evidence: "Menopause isn't gone in a flash."  This ad is part of a Wyeth ad strategy of making menopause a scary, frightening disease, affecting all body symptoms (the conditions identified as long term effects of estrogen loss (Alzheimer's, vision loss, tooth loss, heart disease, colon cancer, etc.), suggesting that the problems are common in menopause whereas it is very often not a severe stage of life.  Many of the problems are age related and unrelated to hormones, and not typical of the menopause experience for most women.  In fact these are age related phenomena in men and women.  Also, there were no arrows pointing to the breast (breast cancer), heart (myocardial infarction), brain (stroke, dementia); or lung (pulmonary emboli).  These are the areas that were substantiated as risks.

49.   "I shrunk an inch" by Lauren Hutton in *Woman's Day, Better Homes and Gardens, and Family Circle* Magazines: even if true and not the result of measurement errors, this is a fear tactic, and is inappropriate. This is a very rare outcome made to appear as if it is common for otherwise healthy women, at age 46 to experience a one inch loss in height in a year on account of their hormone deficiency.  It is not appropriate for a manufacturer of pharmaceutical products in unbranded ads to communicate in a national advertising campaign an exaggerated portrayal of the risks of a disease—especially where the disease or condition is

HRT Plaintiffs' Trial Exhibit # 08658   Page 15 of 23

menopause, a stage of life all healthy women experience when they reach their 50's, for the purpose of selling a drug product that carries substantial health risks.

50.    Lauren Hutton in *Southern Living*. This is also making the claim about shrinking an inch, and the message is the most prominent part of the ad. The ad also makes a claim about fatigue and mood swings, and vitality. These are unproven benefits, off-label advertising, and use the unbranded loop hole referenced above.

51.    *Good Housekeeping*. Kelly Ripa on the cover. These same ads appear in *Southern Living* and *Family Circle*, and Dr. Blume has the same comments. Also in Ladies Home Journal with George Bush on the cover. *Reader Digest*: Same ad. As such the Wyeth promotion was reaching a wide variety of social, educational, and economic groups of women.

52.    TV ads, Lauren Hutton, "I've taken control of my life" (shorter and longer versions) message: menopause can contribute to osteoporosis, night sweats, heart disease, colon cancer, memory loss, sight loss, tooth loss. This is another unbalanced presentation concerning menopause, using scare tactics. If you care about your health…see your doctor. Wyeth obviously used this unbranded ad to drive women to its HT Drugs. These ads imply that the solution (for women taking control of their life who cares about her health) is a medical solution—i.e., the Premarin® family of HT Drugs. The longer version of the ad suggests a pharmaceutical solution. The inclusion of Wyeth's name on this otherwise unbranded ad puts the consumer in a position to access products with a search of the internet (or other research) and to identify Wyeth products with the ad.

53.    Labelle TV ad: I've got a new attitude. Message suggests that HRT is a solution for fatigue and irritability and mood—all off-label uses. Unbranded but having the effect of being a branded ad.

## Patient Package Insert – Premarin® 1995

54.    This Patient Package Insert ("PPI") does not accurately convey the risk of invasive breast cancer based on what is known today, and what should have been known in 1995 had Wyeth heeded the red flags and conducted the appropriate studies at an earlier date. The PPI does not caution to take at lowest dose for shortest duration. There is no black box. It fails to state the absence of beneficial effect on cardiovascular or dementia. The PPI does not state that Premarin® causes invasive breast cancer. For osteoporosis, the PPI does not advise to consider other alternatives. Finally, in the PPI does not caution against the increased risk of dementia, stroke, myocardial infarction, pulmonary emboli, and deep vein thrombosis.

## Patient Package Insert- Prempro 1997

55.    This PPI does not accurately convey the risk of invasive breast cancer based on what is known today, had Wyeth heeded the red flags and conducted the appropriate studies at an earlier date. The PPI does not caution to take the lowest dose for shortest duration. There is no black box. The PPI does not disclaim the supposed beneficial effect on cardiovascular disease or dementia. The PPI does not restrict the drug to short term use only. The PPI does not state that the drug causes invasive breast cancer. Unbranded ads contradict the PPI with respect to skin, moods, vitality, fatigue, etc. For osteoporosis, the PPI does not suggest using safer alternatives first. These opinions apply equally to subsequent labels until 2003. A more adequate PPI was used in 2003 for Prempro and Premphase, but even there it should have restricted the drug to short use and does not reference the safer alternatives. The PPI fails to state that the drug increases the risk of dementia, stroke, myocardial infarction, pulmonary emboli, and deep vein thrombosis.

## Patient Package Insert -Activella-1998

56.    This PPI does not accurately convey the risk of invasive breast cancer based on what is known today. The PPI does not warn to take at lowest dose for shortest duration. There is no black box. The PPI does not disclaim benefits regarding cardiovascular or dementia and does not restrict the drug to short term use only. The PPI does not plainly state that the drug causes invasive breast cancer. For osteoporosis, the PPI does not advise to consider other alternatives. The PPI does not report that studies found increasing risk of invasive breast cancer with increasing duration of use. Finally, the PPI does not state that HT increases the risk of dementia, stroke, myocardial infarction, pulmonary emboli, and deep vein thrombosis.

57.    Dr. Blume reserves the right to support the above opinions with additional medical literature and scientific studies or other information.

17

# EXHIBIT 1

## Blume Curriculum Vitae

# CHERYL D. BLUME, Ph.D.

• 13902 North Dale Mabry Avenue, Suite 122 • Tampa, Florida 33618 • Phone: 813-963-3062 • Fax: 813-963-0972
• E-mail: cblume@PharmDevGroup.com

* Generic, OTC, Rx and Biotech pharmaceutical industry knowledge * Executive and consultant experience in private/publicly held pharmaceutical companies * Drug discovery/pharmaceutical product development * NDA/ANDA/IND/BLA compilation/submission * Product launch strategies * Europe and United States government registrations/regulatory affairs * FDA interactions * Expert witness in clinical pharmacology, toxicology and in pharmaceutical related litigation * U.S. Patent/trademark submission/approval procedures * Pre-clinical and clinical development * Analytical/Bioanalytical laboratory development/management * Design, planning, and implementation of pivotal pre-clinical and clinical trials * Quality assurance management * Establishment and implementation of Good Laboratory and Good Manufacturing Practices
* Regulatory oversight of sales and marketing programs

## SUMMARY

Generic and ethical pharmaceutical development and registration strategist with more than 25 years experience including independent consultant to national and international pharmaceutical firms, expert witness in national pharmaceutical litigation, as well as executive positions in generic and ethical pharmaceutical companies. Accomplishments in complete NDA, ANDA, IND and BLA development, submission, approval, market launch and post-approval programs with extraordinary results. Successful in the development, implementation and direction of Regulatory Affairs, Pre-Clinical and Clinical Development, Pharmacokinetics, Statistics, Quality Assurance, Analytical and Bioanalytical Laboratories, Document Control, Marketing Oversight and Professional Services.

## HIGHLIGHTS/ACCOMPLISHMENTS

➢ As an independent consultant, formulate international and national pharmaceutical development programs, evaluate clinical and preclinical data and direct the elaboration and prosecution of government registration dossiers. Expert witness in national pharmaceutical litigation relating to product launches, product related liabilities, pharmaceutical adverse medical events, market definitions, product labeling and registration activities. Assist counsel in developing strategies relating to regulatory and marketing elements associated with litigation. Serve as clinical pharmacology, regulatory affairs and toxicology expert witness.

➢ Spearheaded research and development, submission and approval programs for three complete New Drug Applications (NDA) with accumulated United States sales exceeding $2 billion. FDA approved two of these NDAs within one year of submission. Accountable for several additional new product launches in the United States.

➢ Directed new product development, submission and approval of more than 100 Abbreviated New Drug Applications (ANDA) with the majority being the first generic approval granted by FDA.

➢ Accountable for the submission of at least 30 Investigational New Drug Applications (IND) that permitted initiation of clinical trials in the United States in the following areas: Cardiology, Neurology, Psychiatry, Pediatrics, Gastroenterology, Infectious Disease, Oncology, Dermatology, and Topical Analgesia.

➢ Inventor of record for 30 United States and foreign cardiovascular, neurologic and psychiatric product and method of use patents, as well as several pending applications.

➢ Ultimate responsibility for the design, development, implementation, finalization and submission of Phase I-IV clinical and all phases of toxicology trials to FDA and other regulatory scientific review bodies.

➢ Experienced in the design of development programs for oral, topical, transdermal and parenteral dosage forms.

➢ Successful in interacting with contract research organizations and all subsidiary and external manufacturers (bulk and finished product), formulators, packagers, and other suppliers of goods and services.

➢ Appeared before the United States House of Representatives, Wall Street, Financial Analysts meetings, national Pharmaceutical Association Meetings and on local and national television.

➢ Expert pharmaceutical witness in multiple national and international judicial proceedings.

➢ Author of multiple peer reviewed pharmaceutical and medical related articles.

➢ Responsible for the regulatory oversight of the sales and marketing development and implementation programs for generic, OTC and prescription drug products.

## PROFESSIONAL EXPERIENCE

Pharmaceutical Development Group, Inc.                          1999 to Present
**President**                                                   Tampa, Florida

University of South Florida College of Medicine                2004 to 2007
**Affiliate (Research Scientist) Associate Professor to the Voluntary**   Tampa, Florida
**Faculty of the Department of Pharmacology**

Somerset Pharmaceuticals, Inc.                                 1993 to 1998
**Executive Vice President/Chief Operations Officer**          Tampa, Florida
**Board of Directors**
**Vice President**

Mylan Laboratories, Inc.                                       1977 to 1995
**Vice President**                                             Morgantown, West Virginia
**Technical Director**                                         Tampa, Florida
**Director of Pharmacology/Assistant Director of Regulatory Affairs**

## EDUCATION

West Virginia University – **Bachelor of Arts Degree in Biology**
West Virginia University School of Medicine – **Doctorate Degree in Medical Pharmacology**
- Phi Beta Kappa (National Scholastic Honorary)
- Recipient NIH Pre-Doctoral Fellowship

## AWARDS/ORGANIZATIONS

- West Virginia University Alumni Association
- Active member of Phi Beta Kappa Alumni Association
- American Pharmaceutical Association
- Academy of Pharmaceutical Sciences
- Elected in 1997 to the Board of Fellows at the University of Tampa
- Affiliate (Research Scientist) Associate Professor to the Voluntary Faculty of the Department of Pharmacology – University of South Florida.

## CHERYL D. BLUME, Ph.D.

▪ 13902 North Dale Mabry Avenue, Suite 213  ▪  Tampa, Florida 33618  ▪  Phone: 813-963-3062  ▪  Fax: 813-963-0972
▪ E-mail: cblume@pharmdevgroup.com

## AWARDED UNITED STATES PATENTS

- Patent No. 4,444,769 - Antihypertensive diuretic combination composition and associated method
- Patent No. 4,526,777 - Pharmaceutical combination composition and associated method
- Patent No. 4,547,498 - Pharmaceutical combination composition and associated method
- Patent No. 6,299,901 - Methods and pharmaceutical compositions employing desmethylselegiline
- Patent No. 6,348,208 - Methods and pharmaceutical compositions employing desmethylselegiline
- Patent No. 6,419,948 - R(-)desmethylselegiline and its use in transdermal delivery compositions
- Patent No. 6,528,082 - Methods and pharmaceutical compositions employing desmethylselegiline to treat neoplastic diseases or conditions
- Patent No. 6,562,365 - Methods employing R(-)-desmethylselegiline
- Patent No. 6,699,495 - Methods for treating multiple sclerosis employing desmethylselegiline
- Patent No. 6,562,364 – Desmethylselegiline enantiomers and their use to treat drug withdrawal symptoms

## PUBLICATIONS

- Absorption and disposition of a  low-dose combination formulation of hydrochlorothiazide and triamterene.  Biopharm Drug Dispos. 1990 Apr;11(3):233-43. Williams RL, Lin ET, Liang-Gee W, Blume CD, Benet LZ.
- Effects of formulation and food on the absorption of hydrochlorothiazide and triamterene or amiloride from combination diuretic products.Pharm Res. 1987 Aug;4(4):348-52.  Williams RL, Mordenti J, Upton RA, Lin ET, Gee WL, Blume CD, Benet LZ.
- Absorption and disposition of two combination formulations of hydrochlorothiazide and triamterene: influence of age and renal function. Clin Pharmacol Ther. 1986 Aug;40(2):226-32. Williams RL, Thornhill MD, Upton RA, Blume C, Clark TS, Lin E, Benet LZ.
- Absence of a significant pharmacokinetic interaction between hydrochlorothiazide and triamterene when coadministered.J Pharmacokinet Biopharm. 1984 Dec;12(6):575-86. Upton RA, Williams RL, Lin ET, Gee WL, Blume CD, Benet LZ.
- Pharmacokinetic-pharmacodynamic analysis of unbound disopyramide directly measured in serial plasma samples in man. J Pharmacokinet Biopharm. 1984 Dec;12(6):559-73. Thibonnier M, Holford NH, Upton RA, Blume CD, Williams RL.

- Bioequivalence study of a tablet formulation of triamterene and hydrochlorothiazide. Am J Med. 1984 Nov 5;77(5A):59-61. Blume CD, Williams RL, Upton RA, Lin ET, Benet LZ.
- Clinical experience with a combination formulation of triamterene and hydrochlorothiazide (Maxzide) in patients with mild to moderate hypertension.Am J Med. 1984 Nov 5;77(5A):62-6. Williams RL, Clark T, Blume CD.
- A antihypertensive agent: Maxzide (75 mg triamterene/50 mg hydrochlorothiazide). Am J Med. 1984 Nov 5;77(5A):52-8. Blume CD, Williams RL.
- Relative bioavailability of chlorthalidone in humans: adverse influence of polyethylene glycol.
  J Pharm Sci. 1982 May;71(5):533-5. Williams RL, Blume CD, Lin ET, Holford NH, Benet LZ.
- Comparative effects and mechanisms of castration, estrogen anti-androgen, and anti-estrogen-induced regression of accessory sex organ epithelium and muscle. Invest Urol. 1981 Jan;18(4):229-34. Neubauer B, Blume C, Cricco R, Greiner J, Mawhinney M.
- Estrophilic molecules in the male guinea pig. J Steroid Biochem. 1978 Jun;9(6):515-25. No abstract available. Blume CD, Mawhinney MG.
- Androphilic and estrophilic molecules in canine prostate glands. Invest Urol. 1978 Mar;15(5):425-31. No abstract available. Robinette CL, Blume CD, Mawhinney MG.
- Androgen and estrogen binding in male guinea pig accessory sex organs. Endocrinology. 1977 Sep;101(3):726-40. No abstract available. Belis JA, Blume CD, Mawhinney MG.