# EXHIBIT 37-1

‡ REC'D H.S.P. JAN 1 2 1976

# TRANSCRIPT OF PROCEEDINGS

DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE

FOOD AND DRUG ADMINISTRATION

OBSTETRICS AND GYNECOLOGY

ADVISORY COMMITTEE

**Date:** December 16, 1975

**Place:** Rockville, Maryland

Pages: 43 – 212

SECOND DAY

**BOWERS REPORTING COMPANY**
7309 Arlington Boulevard
Falls Church, Virginia 22042
Phone: 703-573-5900

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027344

HRT Plaintiffs' Exhibit # 0021    PAGE 1 of 170

DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE

FOOD AND DRUG ADMINISTRATION

OBSTETRICS AND GYNECOLOGY

ADVISORY COMMITTEE

9:00 A.M.,
Tuesday,
December 16, 1975

Conference Room G
Parklawn Office Bldg.
Rockville, Maryland

SECOND DAY

Confidential Pursuant to Confidentiality Order

W-MDL04782-00027345

HRT Plaintiffs' Exhibit #  0021      PAGE 2 of 170

# C O N T E N T S

| | Page |
|---|---|
| William Finkle, Ph.D. Kaiser Permanente Medical Center Los Angeles, California | 45 |
| Donald Smith, M.D. University of Washington Seattle, Washington | 59 |
| Ross Prentice, Ph.D. Fred Hutchinson Cancer Research Center Seattle, Washington | 63 |
| Donald Austin, M.D. State Department of Health Berkeley, California | 71 |
| Thomas Mack, M.D. Director of Cancer Surveillance University of Southern California Los Angeles, California | 89 |
| Steven Silverberg, M.D. University of Colorado Medical School Denver, Colorado | 105 |
| John Annegers, M.D. The Mayo Clinic | 114 |
| Bernard Greenberg University of North Carolina | 117 |
| Dr. Sidney Wolff | 137 |
| Daniel Cramer, M.D. Boston Hospital for Women | 145 |
| Douglas Shanklin, M.D. University of Chicago | 155 |
| Sheldon Sommers, M.D. Lennox Hill Hospital, New York | 166 |
| Gilbert Gordon, M.D. University of California, San Francisco | 172 |
| Charles Hammond, M.D. Duke University | 188 |
| David H. Kushner, M.D. Georgetown University | 204 |

Confidential Pursuant to Confidentiality Order

W-MDL04782-00027346

16/75
3YN

45

# P R O C E E D I N G S

1
2    DR. KING:  Let us come to order.  This open hearing
3  concerns the effect of estrogen on the endometrium.  The number
4  of people who have been asked to speak, and who have asked to
5  speak is quite large.  In order to move along, it is planned
6  that the presentations will be given by 12:30, completed by
7  12:30.

8    At the end of each presentation, in usual accordance
9  with the behavior of the committee, I will query the committee
10  if there are any questions or comments the committee would like
11  to made.  I will then ask if there are any questions from members
12  of the audience before we move on to the next presentation.

13    The first presentation this morning will be given by
14  Dr. William Finkle, Kaiser Permanente Medical Center, Los Angeles
15  California; title Increasing Risk of Endometrial Carcinoma Among
16  Users of Conjugated Estrogen.  Dr. Finkle.

17    DR. FINKLE:  First of all, on behalf of Dr. Ziel, I
18  would like to thank the committee for inviting our presentation.
19  The underlying question of the study, is there an increased
20  risk of endometrial cancer among users of conjugated estrogen?
21  The main result is that we estimate a 7.6 fold increase in risk
22  of developing endometrial cancer among users of conjugated estro-
23  gen, particularly Premarin.  The implication of this in the
24  southern California health plan population is that the estimated
25  chance of developing endometrial cancer for women at risk who

Confidential Pursuant to Confidentiality
Order

do not use Premarin is on the order of one in 2,000.  By contrast,

the approximate risk for women who do use conjugated estrogens

is on the order of one in 250.

Since this is per year, the increase in risk is quite

substantial.

The other result of the study is that the increase in

risk actually increases with duration of exposure.  While the

data are somewhat small on this point, they are statistically

significant, and we estimate that for exposures less than five

years the relative risk is 5.6, and for exposures greater than

seven years, the increase in relative risk is 13.9.

The last result is that the implication of the risk

ratio and the exposure data is a statistic called the etiologic

fraction, interpreted as the proportion of cases due to the use

of conjugated estrogen.  Our estimate is that the etiologic

fraction is 50 percent, that is, 50 percent of the cases, according

to this estimate, are due to the use of conjugated estrogen.

I would like to proceed now to the method and go through

the methods rather quickly since the time is quite short.

The overall methodology is described as a case control

study.  The cases are patients that were taken from the Kaiser

tumor registry, and there were 94 such patients during the pe-

riod July 1970 through December 1974.

The verification that the cases involved are indeed

cancer patients was predicated on the existence of a pathologic

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027348

HRT Plaintiffs' Exhibit #  0021      PAGE 5 of 170

3                                                                    47

1  diagnosis of adenocarcinoma or adenoacanthoma in all cases.

2  These slides are available as a permanent record and could be

3  reviewed a second time.

4         The only remark to be made on the existence of the

5  cases is that the pathologists tend to downgrade, that is, patho-

6  logists tend to not classify a woman as having cancer if the

7  case is borderline.  According to the Chief of Pathology, the

8  majority are frank adenocarcinoma.

9         The control subjects were chosen in the following way.

10  The membership of the Kaiser Permanente Health Plan is compute-

11  rized.  Consequently, we could draw a random sample of members

12  who had the same age, same sex, same area of residence, and the

13  same duration of health plan membership as the cases.  This was

14  done choosing two cases for each patient.

15         The record review was done in such a way that the

16  case and the two patients were passed to a record reviewer who

17  did not know which was a case and which was a control.  The re-

18  cord reviewer gathered information on exposure to Premarin,

19  exposure to other drugs, and characteristics of the patients,

20  without knowing whether the chart in question was a case or a

21  control.

22         The result, as we said, is a 7.6 fold risk ratio, that

23  is, increase in relative risk.  The chi square statistic was 49,

24  meaning the probability of this event occurring by chance is on

25  the order of less than one in 100,000,000.

Confidential Pursuant to Confidentiality
Order

4                                                                                                                    48

1      The etiologic faction is 50 percent with a lower bound

2   of 41 percent.

3      The technical points, which might be of interest to

4   the committee, from the epidemiologic point of view was that we

5   chose a period one year prior to the diagnosis and obliterated

6   all information after that date.  The reason for that was to

7   avoid the potential of a more probing clinical history taking

8   prior to the diagnosis.  That is, we did not want the pre-moni-

9   toring symptoms to be the cause of the more probing clinical

10  history taking, and therefore higher likelihood of identifying

11  exposure to Premarin.

12      The variables for which we controlled were those va-

13  riables listed in the MacMahon survey risk factors for endometrial

14  cancer.  Among the important ones were age, parity, excessive

15  weight, age at menopause.  None of these variables were signifi-

16  cant, and consequently, we do not believe there is any bias due

17  to the confounding of these other variables.

18      The other technical point before going on to the

19  comments is we also did the same study and asked is there any

20  increased risk due to the use of valium for endometrial cancer.

21  Since there is no theory whatsoever that suggests that there

22  should be, we expected that the answer would be no, and this is

23  really an overall check on the validity of the method.

24      We did this for valium thyroid medication reserpine

25  and got point estimates in contrast to 7.6 of .7, .5 and .9,

Confidential Pursuant to Confidentiality
Order

5                                                                    49

1   all of which are essentially insignificant.  In fact, they are

2   all less than 1.0.

3        The only other overall check on validity was we asked

4   are the indications for Premarin the same in the patients and

5   in the controls.  The answer to that was for those patients

6   where indications were given, 71 percent of the controls indica-

7   ted hot flashes as the reason, whereas 72 percent of the patients

8   indicated hot flashes as the reason.  In other words, the reasons

9   were essentially the same.

10       The only comment I would like to make before turning

11  the floor over to questions is why it is that this risk of this

12  magnitude might have been undetected until now?  We know that

13  Premarin and estrogens generally have been available for at

14  least 30 years.  This risk is substantially greater than the

15  risk identified in other epidemiologic studies in other contexts.

16       The explanation that I would offer is that even

17  though the second National Cancer Survey of 1947 and the third

18  National Cancer Survey of 1969-71 give almost the same incidence

19  of endometrial cancer, approximately 21 per 100,000, the preva-

20  lence of hysterectomy has increased enormously during that

21  period.  From incidental sources, we surmise that the prevalence

22  of hysterectomy was on the order of 10 or 15 percent in the

23  early 1950's.  But, as we know from the 1968 data provided by

24  the New England Journal of Medicine, an article by Bunker,

25  that the prevalence of hysterectomy for women at age 60 in 1968

Confidential Pursuant to Confidentiality
Order

6                                                                      50

was 31 percent.

So, the phenomenon that I think has occurred is that the increase in endometrial cancer during that period between 1947 and 1970 was not due to an increase in the numerator but to a falling of the denominator, that is, the number of women at risk fell substantially and consequently masked the actual increase in endometrial cancer for women at risk, that is, those with an intact uterus.

As for the period after 1971, the Kaiser registry actually reports a significant increase in the order of ten percent per year, uncorrected for hysterectomy. So, even without taking hysterectomy into account, the increase in the Kaiser registry which is not significant to determine that there has been a nationwide increase is on the order of five or ten percent per year during the period 72-74.

As to the matter of hysterectomy in the study itself, the control patients who had had hysterectomy were excluded from the membership in the study. We did a hypothetical experiment, and said what if they were included? Had they been included, the risk ratio would have fallen from 7.6 to 4.9. In other words, there is a significant number of women who are given Premarin after a hysterectomy.

Therefore, the aggregate figure, if we had used all controls without taking into account hysterectomy, would have been approximately 5. We estimate 7.6.

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027352

HRT Plaintiffs' Exhibit #  0021       PAGE 9 of 170

7                                                              51

1    I would like to open the floor for questions since the

2  time is short and there are other speakers.

3         DR. KING:  Thank you very much.  Are there any questions

4  or comments from the Advisory Committee?

5         DR. FINKEL:  I have a question.  One of our consultants,

6  who reviewed your paper, raised the question as to whether women

7  who are on estrogen are more likely to have diagnostic procedures,

8  and therefore would have an in situ malignancy picked up earlier

9  than non-estrogen users.  I wonder if you could respond to that.

10        DR. FINKLE:  There are a couple of things to be said

11  about that.  First of all, it is a very fair question.  The

12  data we have is the data on drug exposure.  We tried to ask the

13  question, are the people getting Premarin because they are in

14  the clinic more often, and is Premarin merely a correlate of

15  exposure to medical care.  For example, we might expect that

16  women who are in the system five times as much as women who are

17  not would simply get five times as much Premarin, and be diagnosed

18  more often, and we might get a superficial correlation with a

19  particular drug.

20        Our two pieces of data on that are that the controls

21  were members of the health plan as least as long as the patients

22  who actually had the disease, and consequently had at least as

23  much opportunity for exposure.

24        As for actual exposures, we know that the controls

25  actually had slightly more valium, slightly more thyroid, and

Confidential Pursuant to Confidentiality
Order

8                                                                52

1  slightly more reserpine than the patients.  So, these are two

2  indirect measures of opportunity for exposure to the medical

3  care system.

4       We do not have data on whether there were actual pro-

5  cedures, and to what extent they were more frequent in the pa-

6  tients than in controls.

7       DR. ORTIZ:  Is there any correlation to the dosage

8  of the Premarin at all?

9       DR. FINKLE:  The overwhelming majority, on the order

10 of 80 or 85 percent, had the dosage 1.25 micrograms cyclically.

11 Consequently, there is very little variety in the dosage, and

12 as a practical matter we cannot report on anything except saying

13 that these data are really about 1.25 taken cyclically.

14      DR. ORTIZ:  How about the use of progesterins?  Were

15 there any progesterins used?

16      DR. FINKLE:  No, this is a study in estrogen, not

17 mixtures of estrogen and progesterone.  In other words, the ex-

18 posure information is exposure to estrogen, in particular, ex-

19 posure to conjugated estrogen.  But, we did not record mixtures

20 of anything else actually, including progesterone.

21      DR. CONNELL:  Did you look at any other factors other

22 than hot flashes, which might have led these women to use estro-

23 gen?  Secondly, did you look at the cyclicity, where they stopped

24 every one month, every three months, every six months?  Did you

25 look at either of these factors?

Confidential Pursuant to Confidentiality
Order

10                                                          54

1        DR. TURKSOY:  Did you look at the past history to see

2   if there is any dysfunctioning in this group?

3        DR. FINKLE:  Yes, in fact in all patients we examined

4   whether there was radiation therapy to the uterus or any other

5   surgical procedure involving the uterus.  If there was anything

6   to indicate less than an intact uterus, the control subjects

7   were eliminated from the study.

8        DR. TURKSOY:  No, my question is specific for dysfunc-

9   tional uterine bleeding, increased hemorrhage, or menorrhagia

10  with this group?

11       DR. FINKLE:  No, there is no data on that.  We have

12  merely exposure information, plus the confounding variables

13  that are listed in the MacMahon survey of risk factors.

14       DR. SEGAL:  I wonder if any effort was made to determine

15  whether the control cases, at the time that they were selected

16  might have had an undiagnosed carcinoma in situ.

17       DR. FINKLE:  No, the control cases were intended to

18  be comparable individuals from the same population with equal

19  opportunity to be exposed to medical care at Kaiser Permanente.

20  There was no physical examination of the controlled subjects,

21  nor was there a physical examination of the patients.  The data

22  is from medical records and the pathology reports.  So, we have

23  estimates of exposure and estimates of frequency of use, but

24  that is all.

25       DR. TYRER:  Since Kaiser has a tendency to do things

Confidential Pursuant to Confidentiality
Order

11                                                                    55

1   that are rather systematized, I wonder if you looked at the way

2   the prescriptions were written.  In other words, were the directions

3   tions on there to take it continuously, or did the directions

4   say to take it three weeks on and three weeks off?

5       DR. FINKLE:  As I said, the overwhelming majority

6   were 1.25 taken cyclically, where cyclically is very slightly

7   varied between three weeks on and one week off, and 25 days on

8   and five days off.

9       DR. KING:  Are there any further question from the

10  committee?  Are there any questions from any one in the audience?

11  Please identify yourself, and speak into the microphone.

12      DR. SHANKLIN:  I am Dr. Shanklin, University of Chica-

13  go, Chief Pathologist, Chicago Lying-In Hospital.  This is some-

14  what of an unfair question to you, because I know that you are

15  not a physician, but I am very much disturbed by your remark

16  that the pathological slides were not reviewed prior to the

17  analysis of your case material.

18      The diagnostic criteria for carcinoma of the endome-

19  trium are not chiseled in stone, and I wondering what criteria

20  were used to distinguish cancer or cancer in situ from precursor

21  lesions.

22      DR. FINKLE:  This is an important point, and it has

23  been raised among our pathologists.  We did not review the slides

24  prior to the study.  All we can say on this matter is that these

25  slides are available, that the head of pathology who has discussed

Confidential Pursuant to Confidentiality
Order

1 this point in some detail and has reviewed it personally has

2 authorized me to say that the slides are available for outside

3 investigators, should it be appropriate.

4           More to the point, I think the sociology of how the

5 slides are actually labeled with each potential carcinoma being

6 identified as a potential carcinoma and then being reviewed by

7 the complete panel of pathologists from the southern California

8 region on a weekly basis prior to the actual labeling of a case

9 as being adenocarcinoma. The result of this procedure is a fairly

10 conservative labeling, and this again is a quotation from the

11 head of pathology, and I cannot go beyond that to say that I

12 have examined the slides, because it would not make a great deal

13 of difference what I thought.

14           DR. SHANKLIN:  You said that a majority of them were

15 true cancers.  That could be 48 out of the 94.

16           DR. FINKLE:  Yes, it could.  On the other hand, the

17 phrase, the majority are frank adenocarcinomas, would lead me

18 to bet that the number of frank carcinomas in your opinion would

19 exceed 48.  I do not have data on that.

20           DR. GREENBERG:  In your paper you indicated that you

21 had 94 patients with the disease, but that these were taken from

22 the Cancer Tumor Registry, and you said that this represented

23 a vast majority of the cases diagnosed at Kaiser Permanente

24 Medical Center.  How many cases were there really diagnosed,

25 and was there any selectivity in terms of reporting?  That is,

Confidential Pursuant to Confidentiality
Order

13                                                                                    57

1   did the physician tend to report to the Tumor Registry any patient

2   who had been prescribed estrogen? Was there any selective bias

3   in these 94?

4        DR. FINKLE: There are two questions. One is does

5   the 94 represent 100 percent of the cases during the period

6   July 70 through December 74? The answer is no, it represents

7   slightly less than 100 percent. It represents the first 94 cases,

8   and there was a budgetary restriction, but we felt that this

9   was sufficient to identify the risk, if it was there.

10       The second and more interesting question is was there

11  any selection bias? And the answer to that is no. There was

12  no evidence of exposure to Premarin when the case was included

13  in the study.

14       DR. GREENBERG: You are missing my point. I am asking

15  if there was a tendency for the case to be reported to the Tumor

16  Registry if the patient had been prescribed estrogen, not that

17  you had picked out 94 from the Registry? I presume you took

18  all those on the Registry. Was there a bias in reporting it

19  to the registry if the physician knew the patient had estrogen?

20       DR. FINKLE: I am not sure how to answer that question,

21  because we believe that the Registry is a complete collection

22  of all adenocarcinomas diagnosed in the region, and we have no

23  reason to disbelieve that. Therefore, since there is not rela-

24  tionship between the frequency of diagnosis and the exposure

25  to Premarin, I do not see that as a problem for selection.

Confidential Pursuant to Confidentiality
Order

14                                                           58

1          MS. GREENBERGER:  My name is Marsha Greenberger.  I

2     am an attorney with the Women's Rights Poject of the Center for

3     Law and Social Policy.  Dr. Finkle, I would like to ask you

4     about the genesis of your study.  Could you explain what led

5     you to conduct the study to begin with?

6          DR. FINKLE:  The genesis of the study was an observation

7     by Dr. Ziel, the primary author, that the majority, in his opinion,

8     of endometrial cancers in his practice were taking Premarin.

9     He urged that a study be done to determine if this was a general

10    risk factor or if it was a superficial observation.

11         MS. GREENBERGER:  Was he acting at the prodding of any

12    governmental agency or state agencies or manufacturers of the

13    drug or anything of that sort, or was this his own idea based

14    on his own practice and his own observations?

15         DR. FINKLE:  Yes, that is correct.  There was no exter-

16    nal encouragement to do this study addressed to Dr. Ziel.  It

17    was his own initiative.

18         MS. GREENBERGER:  I would also like to ask whether

19    you know of any studies, similar and more recent studies, similar

20    to the one you have just done, which deal with benefits of Pre-

21    marin as well as the risks of Premarin?

22         DR. FINKLE:  Well, I am not an expert on the benefits

23    of Premarin.  It should be emphasized that this study has nothing

24    to say on the benefits of Premarin.  It is new material which

25    may point out previously unappreciated danger of Premarin.

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027359

HRT Plaintiffs' Exhibit #  0021      PAGE 16 of 170

1    There is a review in the Journal of the National Can-

2    cer Institute by Wynder and Schneiderman, which lists seven

3    studies on the effect of estrogen on breast and gynecologic can-

4    cer, but the conclusions of that paper are that more work needs

5    to be done, and I really do not want to summarize the literature

6    on what has been done.

7    MS. GREENBERGER:  Also, do you know, aside from the

8    papers that are being presented here dealing with the risk of

9    endometrial cancer finding an increased risk with women who have

10   uteruses in place, whether there are other studies focusing on

11   other possible risks of Premarin.

12   DR. KING:  This is deviating from the material that

13   Dr. Finkle presented.  If we could move on to the next presenta-

14   tion.  Thank you.  Thank you very much, Dr. Finkle.

15   The next presentation, entitled the Association of

16   Estrogen and Endometrial Carcinoma, is presented by Dr. Donald

17   Smith, University of Washington, Seattle, Washington.

18   DR. SMITH:  Ladies and gentlemen, I would like to just

19   address some comments toward the clinical aspects of our inves-

20   tigation and towards some of the question that have already

21   been raised from the floor towards Dr. Finkle.  Dr. Ross Prentice,

22   our primary biostatistician, will discuss the statistical metho-

23   dology following this presentation.

24   Some comments directed towards the work that we did

25   as far as the selection of the patients from the Mason Clinic

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027360

HRT Plaintiffs' Exhibit #  0021    PAGE 17 of 170

16

60

and University Hospital Group in Seattle.  We used the patient source list from the Washington-Alaska Tumor Registries for both institutions and for the selection of controls.  The only patients that were left out of the study were patients where the data base or the chart provided insufficient data.  For example, if no mention was made of estrogen use or non-use, of course, a patient had to be deleted.

The control groups were selected from the same registry involving cervical, vulvar and ovarian malignancies.  The controls were selected on the basis of a year of diagnosis or nearest year of diagnosis to the comparing case, and as far as the age as to the nearest year within four years.

We selected for estrogen use rather arbitrarily, six months of use.  This posed some problems.  For example, cases that presented with symptomatology, for example, bleeding, sometimes estrogen had been given for that very symptom, and the diagnosis made very shortly thereafter.  These patients were included therefore in the no estrogen group, although they may have received three or four cycles of estrogen.  There were probably less than five in the total series that fell into this group.

We have some additional data to present because of the many questions that have come up concerning the use of Premarin as opposed to other estrogens.  The reason we did not direct potential answers to these questions before is the fact

Confidential Pursuant to Confidentiality Order

W-MDL04782-00027361

17                                                                          61

1  that we were using clinic and hospital charts to obtain our data.

2  Very often they were incomplete as to the type of preparation,

3  the dosage, perhaps the length of duration, or the cyclicity.

4       The most common problem we would find in the evaluation

5  is that someone was on estrogen for many years, and from that we

6  were certainly unable to direct any valid data as to the rela-

7  tive risk, for example, with usage of time.

8       We did go back and look, and we have for our cases

9  in controls approximately 53 percent of the cases on Premarin.

10  Stilbestrol was used 24 percent of the time, and other prepara-

11  tions or parenteral medication were used 23 percent of the time.

12  This compares with the control group where Premarin was used 43

13  percent of the time, stilbestrol 21 percent and others 36 per-

14  cent.

15       Using an odds ratio, just to roughly calculate rela-

16  tive risk, there is no difference between Premarin and, for

17  example, Stilbestrol: 5.23 to 4.91. But, again, this is from

18  less than an entire group that we have reported, and there were

19  significant numbers of unknown preparations within that group.

20       We have gone on further to look at the pathology.

21  The pathology was being reviewed by Dr. Bauermeister at the

22  Mason Clinic, and we have some preliminary data on the staging

23  of the disease, the histologic rating and the degree of myometrial

24  invasion.  There do seem to be differences in these categories.

25       If we break down the group of patients from the

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027362

18                                                                          62

1   Virginia Mason Hospital Group, we had approximately 247. There

2   were 20 percent of the higher grades or upper stages of malig-

3   nancy within the group that developed the disease without estro-

4   gen, 20 percent of these had either stage 2, 3 or 4 lesions,

5   as opposed to only 4.5 percent for the group that developed the

6   disease while taking estrogens.

7        In partial answer to Dr. Shanklin's question, we had

8   23 cases in the entire group of the 250 that were stage zero's.

9   The rest were all stage one or above.

10        Looking at the histologic rating, or the relative

11   degree of D-differentiation of the tumor, again the more undiffer-

12   entiated grades, Grade III and IV, 55 percent were in this cate-

13   gory, in the group that developed a disease without estrogen,

14   and only 15 percent in the histologic Grades III and IV of the

15   group taking estrogen.

16        As far as the degree of myometrial invasion, myometrial

17   invasion occurred in 44 percent of the cases that developed the

18   disease without estrogen and only 17 percent in the group on

19   estrogen.

20        Deep myometrial invasion greater than one half the

21   depth of the myometrium occurred in 18 percent of those without

22   estrogen, and only in one case or one percent of the cases taking

23   estrogen.

24        So, there does seem to be a difference in the biologic

25   behavior of the tumor in the two groups of the cases of those

Confidential Pursuant to Confidentiality
Order

19                                                                                          6:

1   taking estrogen as opposed to those not.  This does not seem to

2   be explained on age alone.  In fact, the older patients do not

3   seem to be the ones who have more myometrial invasion in either

4   group.  You might think that perhaps with time this might occur.

5            A question came up as to whether or not the patients

6   taking estrogen might be diagnosed a little earlier, or perhaps

7   be subjected to more active diagnostic techniques.  We were dis-

8   cussing that, in fact, just last night, and I wonder if the oppo-

9   site just might not be the case.  I think that the amount of

10  bleeding that we see in patients taking estrogen is significant

11  and oftentimes difficult to assess, and one wonders whether or

12  not everyone should be D & C'ed, or who should have a D & C and

13  at what time, as opposed to someone who might come in bleeding

14  not on estrogen.  I think the vast majority of people might tend

15  to act somewhat earlier in that case, as opposed to the ones

16  taking estrogen.

17           Before I would like to field questions, I would like

18  to have Ross Prentice come up and discuss some of the analytic

19  techniques used in the study, and then perhaps we could review

20  any of the things that were not clear earlier.

21           DR. PRENTICE:  Thanks, Don.  Don has reviewed the

22  basic design and conduct of the case control study in Seattle

23  and also some ongoing study of differences between endometrial

24  cancer cases on estrogen, as compared to those not on estrogen.

25  I would like to return for just a short time to the basic case

Confidential Pursuant to Confidentiality
Order

1   control comparison, and discuss some refinements of the analysis.

2       To reiterate, the study was set up as a one to one

3   matching of the cases controlled.   There were 317 endometrial

4   cancer cases which were one to one match to controls with other

5   gynecologic malignancies, primarily cervical or ovarian cancer

6   control.

7       In 152 of the 317 endometrial cancer patients, that is

8   48 percent, were on estrogen by the criteria that Don mentioned,

9   as opposed to only 54, or 17 percent, of the 317 controls.   This

10  suggests completely unadjusted relative risk associated with

11  estrogen exposure of 4.5.

12      Now, clearly there is a substantial variation in the

13  probability of using estrogen with several other factors. For

14  instance, the use of estrogen has been going up rather dramati-

15  cally with chronological time, and that was the main motivation

16  for the matching that was done in the study, namely on year and

17  age of diagnosis.

18      This leads to conventional matched pair analysis.   Of

19  the 317 pairs, it turned out 128 were discordant with respect

20  to estrogen exposure.   That means that one, but not both of the

21  members of a pair, was on estrogen.   And, if there is no asso-

22  ciation between estrogen and endometrial cancer, at least no

23  difference in that respect between case and control, one expects

24  those 128 discordant pairs will be roughly equally divided

25  between a case being on estrogen and a control being on estrogen.

Confidential Pursuant to Confidentiality
Order

21                                                              65

1      Well, it turned out that of the 128 discordant pairs,

2   in 113 of those the case was on estrogen, and in only 15 the

3   control was on estrogen.   That leads to a relative risk estimate

4   of 7.5, which has been adjusted for year and age of diagnosis.

5   This is rather similar to the California study.   In fact, one

6   can look at how that relative risk appears to vary with year of

7   diagnosis.   For those diagnosed before or during 1967, one gets

8   a relative risk estimate of 5.8 as compared to 8.4 for those

9   diagnosed more recently, after 1967.   This presumably reflects

10  duration of use, although we did not have good data on that.

11      The next question that arises is what other factors

12  are related to estrogen use and possibly were not used in the

13  matching?   If such a factor also discriminates between case and

14  controls, then is classically called a confounding factor and

15  may give rise to bias.

16      As an illustration, a referral pattern was considered

17  in the study.   I will restrict attention to the main group of

18  patients for a minute, which was Virginia Mason data, 243 of

19  the 317 pairs, and these patients were either clinic patients

20  or were referred in, and the clinic patients had somewhat higher

21  use of estrogen.  53 percent of the clinic patients were on es-

22  trogen as compared to only 26 percent of the referral patients.

23      Now, it turned out that a somewhat larger fraction of

24  cases were clinic patients and controls.   48 percent of cases

25  were clinic patients, as compared to 36 percent of controls.

Confidential Pursuant to Confidentiality
Order

22                                                              66

1  So, the danger is that some of the higher use of estrogen in the

2  cases may be due to this influence of referral pattern rather

3  than estrogen per say.

4        Then, there were several other factors there were si-

5  multaneously taken into account.  I have mentioned referral

6  pattern, year of diagnosis, age of diagnosis; among the others

7  considered were hypertension and obesity.

8        So, the data were reanalyzed taking these factors into

9  account and a decrease in estrogen use was noted with referral

10  pattern, increased use with year, decreased use with age, and

11  decreased use with obesity.  That was defined as 30 percent

12  above the upper end point for normal weight.

13        After simultaneous adjustment for these potential

14  confounding factors, the relative risk estimate was 8.72 with

15  associated confidence intervals from 5.2 to 14.6, a 95 percent

16  confidence interval.  So, even after taking these factors into

17  account, the association is rather strong.

18        As a final refinement, one could note that the use of

19  estrogen might not only depend on these other factors, but the

20  dependence might differ between cases and controls.  When this

21  happens, the relative risk itself will depend on the factor.

22  This is what is sometimes referred to as effect modification.

23        So, again, with the Virginia Mason data these same

24  factors were considered as potential confounding and effect

25  modifying factors, and it was found that the risk associated

23                                                                          67

1   with estrogen was increasing with year of diagnosis, and a some-

2   what decreased risk was associated with hypertension.  There is

3   also a suggestion of a decreased risk with obesity, but it is

4   not clear at this time.

5        Unfortunately, some of these finer associations require

6   rather substantial data sets to study in any detail, and at the

7   moment we really are just able to show an apparent decreased

8   risk with hypertension, but not a very precise estimate of the

9   amount of that decrease.

10       Similarly, we could examine whether the relative risk

11  estimate depends on the type of control.  As I mention d, there

12  were three types of control, cervical, ovarian and vulvar cancer.

13  There was a rather small number of vulvar cancer controls.  In

14  fact, again with the Virginia Mason data, this difference is

15  not significant at the ten percent level, though there is a mild

16  suggestion of a lower relative risk in comparison with the vulvar,

17  comparing the endometrial cancer cases with the vulvar controls.

18  It suggests possible further study of an association between

19  estrogen use and vulvar cancer.

20       Most of my comments have been directed to the Virginia

21  Mason data.  The University of Washington data was a considera-

22  bly smaller sample size:  74 cases and controls.  A somewhat

23  less frequent use of estrogen gave generally the same results

24  for the basic relative risk but did not permit a study of some

25  of the finer points of confounding and effect modification.

Confidential Pursuant to Confidentiality
Order

24                                                                    68

1        DR. KING:  Are there any questions by any members of
2   the committee?

3        DR. SEGAL:  Was any consideration given to studying
4   cigarette smoking as a confounding or effect modifying factor?

5        DR. PRENTICE:  No, that was not considered.

6        DR. SEGAL:  Are the data available to be able to do
7   that?

8        DR. SMITH:  I do not think our data would supply that
9   information.

10       DR. KING:  Are there any other questions from any
11  member of the committee?

12       Please step to the microphone and identify yourself.

13       DR. KUSHNER:  I am David H. Kushner, and I would like
14  to ask Dr. Smith concerning his statement about the later diag-
15  nosis of women with endometrial carcinoma on estrogen than women
16  who are not taking estrogen.  I cannot understand or accept that,
17  because it takes less time and is simpler to do an endometrial
18  curetage in your office by vacuum than it is to do a colposcopy
19  and a Pap smear.  Now, if they are important, when a woman comes
20  in bleeding, particularly a woman who has not menstruated for
21  six months, she should immediately have an endometrial curetage
22  done in the office.  If you cannot do it, then of course she
23  will have to have a D & C in the hospital.

24       DR. SMITH:  I did not mean to imply that the people
25  on estrogen were being diagnosed later.  Just in answering to

Confidential Pursuant to Confidentiality
Order

25                                                                   69

1   the question, were they perhaps being diagnosed earlier, it is

2   not certain that they are.  Oftentimes, we would go right ahead

3   and do a D & C on a patient who comes in without bleeding for

4   some time, without being on estrogen, the chances of bleeding

5   from a significant pathology is somewhat greater than someone

6   who is taking estrogen who has often several episodes of bleeding

7   from a sort of benign lesion.

8           But, I certainly agree with you.  I do not mean to say

9   that it is picked up any later or earlier.

10          MS. HARE:  I am Doris Hare, and I am President of the

11  American Foundation for Maternal and Child Health.  As you all

12  know, I am sure that there are 30 or 40,000,000 women who have

13  been given diethylstlibestrol as a lactation suppressant.  Has

14  any attempt been made to evaluate the possible relationship

15  between earlier administration of DES and later cancer?

16          DR. KING:  We are talking about endometrial cancer,

17  if you would like to refer back to what has already been said

18  about the distribution of the cases.

19          DR. SMITH:  We have no data concerning that, and I am

20  not aware of any ongoing studies at the present time, although

21  there certainly may be.

22          DR. SHANKLIN:  I am very pleased to learn that now

23  that your paper has been published, you are reviewing the slides.

24  I wonder if these will be made available for review for some

25  group to be chosen to make criteria fairly firm?

Confidential Pursuant to Confidentiality
Order

26                                                                              70

1          DR. SMITH:  I am sure they certainly would be.  Dr.

2    Bauermeister I think would be more than happy to share that data

3    with anyone.

4          DR. CRAMER:  Did your rework of the data show that the

5    patients on estrogen had endometrial lesions diagnosed earlier,

6    or they had earlier grade lesions, stage zero and stage one?

7    Is that correct?

8          DR. SMITH:  The group on estrogen did have.  I just

9    cannot recall now.  I do not think there was a significantly

10   higher stage zero lesions in the estrogen treated group.  There

11   may be.  Again, just looking at that very briefly recently, but

12   not a great difference in the stage zero.  There were large

13   numbers.  The vast majority of both groups were stage one,

14   although there were 20 percent of the more advanced grades in

15   the group not on estrogen, and only 4 1/2 percent in the group

16   on estrogen.

17          MS. GREENBERGER:  Dr. Smith, I would like to ask you

18   the same question I asked Dr. Finkle.  Could you explain the

19   genesis of your study?  What led you to undertake the study to

20   begin with, and whether there were any outside requests from

21   governmental officials or from manufacturers, et cetera?

22          DR. SMITH:  There were no outside requests from any-

23   one to initiate the study.

24          MS. GREENBERGER:  Thank you.

25          DR. GORDAN:  I would like to ask the same question

27                                                                          71

1  that was asked originally of Dr. Finkle, and I believe it was

2  the thrust of Dr. Sheldon's subsequent question.  You have now

3  shown that in the estrogen treated women you are seeing earlier

4  endometrial carcinoma.  Is it possible that the increased number

5  that you have detected in women taking estrogen is simply due

6  to the fact that when you give women estrogen they bleed, but

7  when women bleed and are under good medical care they have D & C's

8  and therefore you are more apt to find them?

9          In other words, what I am asking you is are the two

10 groups comparable?  Are you comparing a group that has had fre-

11 quent D & C's with a group in whom early carcinoma of the endo-

12 metrium might not have been detected?

13         DR. SMITH:  That is possible.  We were unable to make

14 any good determination of just how early either group might

15 have received diagnostic procedures, and we do not have infor-

16 mation in that regard.

17         DR. KING:  Thank you very much, Dr. Smith and Dr.

18 Prentice.  The next presentation will be given by Dr. Donald

19 Austin entitled Aspects of Rising Rate of Endometrial Cancer in

20 the San Francisco Bay Area, Dr. Austin, State Department of

21 Health, Berkely, California.

22         DR. AUSTIN:  Thank you.  I would like to present some

23 data to you briefly, but first I would like to review the source

24 of the data and some of its limitations.

25         · California Tumor Registry collected the data.

Confidential Pursuant to Confidentiality
Order

28                                                                                      72

1   California Tumor Registry is a unit within the State Department

2   of Health.   It began its operations in 1947.   In 1960 it began

3   the Alameda County Cancer Registry, which is a population based

4   registry in one county in California.   The county had a popula-

5   tion of approximately 1,000,000.   In 1969, the California Tumor

6   Registry began the California portion of the third National

7   Cancer Survey, which was in five counties, including Alameda

8   County in the San Francisco Bay area, and since 1972 has conti-

9   nued an incidence determination system under the National Cancer

10  Institute SEER Program, which stands for Surveillance, Epidemio-

11  logy and End Results within the San Francisco, Oakland, standard

12  metropolitan statistical area.   This has a population of 3,000,

13  000.

14          May I have the first slide, please?

15          The San Francisco-Oakland SMSA, as I mentioned has

16  five counties.   Within these five counties there are approximately

17  75 hospitals.   Most of the larger hospitals, approximately 25

18  hospitals, have their own hospital tumor registries and report

19  to the California Tumor Registry.   The majority of the smaller

20  hospitals, approximately 50, do not have their own registries,

21  and the California Tumor Registry's field staff goes out and

22  collects the cases from those hospitals.

23          This is the SMSA in the bay area.   Alameda County

24  is this county right here, approximately 1,000,000.   The entire

25  area is approximately 3,000,000.   The information gathered on

Confidential Pursuant to Confidentiality
Order

29                                                                          73

1  each case includes pathologic characteristics of the tumor, such

2  as site and type and extent of disease.  These are collected

3  by tumor abstractors, tumor registry abstractors, or by the

4  Central Registry field staff.  They are not reported by physi-

5  cians.  Also gathered on each case are methods of treatment and

6  methods of diagnosis, and also the demographic characteristics

7  of the patients, such as age, race, sex, et cetera.

8          The address is also recorded, so that geographic loca-

9  tion of cancer can be mapped, and studies conducted using smaller

10  geographic locations and counties.

11          No information on drug usage or past exposure to po-

12  tential carcinogens is routinely gathered.

13          Slide off, please.

14          When the Alameda County Cancer Registry began, this

15  was the first experience that the California Tumor Registry had

16  in attempting a complete case ascertainment among the residents

17  of a geographical area.  How complete the information was in the

18  earliest of those years is not completely known, but it can be

19  estimated.

20          One way of estimating this that we have done is to

21  look at the increase in all sites of cancer from 1960 to 1970

22  in Alameda County, and comparing the increase in those sites

23  of cases that are routinely treated by radiotherapy as compared

24  to those cases which are not.  The reason we use that comparison

25  is the fact that in the mid-60's we began doing a surveillance

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027374

HRT Plaintiffs' Exhibit #  0021     PAGE 31 of 170

1  of radiotherapy units within Alameda County and surrounding

2  counties.  Now, this is theoretically redundant since all cases

3  treated in a radiotherapy unit would have to have a diagnosis

4  prior to be referred to a radiotherapy unit.

5      However, we found that those cases routinely treated

6  with radiotherapy had an increase in computed incidence several

7  percent higher than those who were not routinely treated with

8  radiotherapy.  This would seem to indicate that perhaps up to

9  three percent of an increase that we may see is due to an increase

10 in case findings.

11     Now that is regarding Alameda County.  We have 15

12 years of data for Alameda County, which will be presented.  In

13 addition, for all five counties we have data dating from 1969

14 through 1973, and some preliminary data for 1974.  We believe

15 that the data gathered since 1969 is very complete with the

16 possible exception of 1971, which may be as much as three percent

17 low.

18     We have a method of estimating the completeness of

19 reporting based upon an estimate of those cases which have been

20 lost, and that estimate is between one and one and a half percent,

21 which means that our estimate of the completeness of reporting

22 since 1969, with the possible exception of 1971, is on the basis

23 of 98 to 99 percent.

24     This data, 1969 through 1973 data, we feel is extremely

25 reliable and this will be presented first.  I also want to point

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027375

1  out that the 1974 data are preliminary, i.e., the total count

2  is not in for all counties.  The significance of this is if the

3  number is high, you can believe it.  If the number is low, it

4  may be because the total count is not in.

5      One county in particular, San Mateo County, is we know

6  to some degree underreported at the time that this data were

7  collected.

8      May I have the next slide, please?

9      This shows the incidence rates of invasive uterine

10 carcinoma for the entire SMSA.  I would like you to not two

11 things.  One is that the increase is in white females, as (?),

12 the increase is in each of the five counties.  It is also a

13 rather significant increase.

14     The standard error of the SMSA rates for white females

15 is on the order of 1.3 to 1.7.  As you know, plus or minus two

16 standard errors incorporates approximately 95 percent.  Two

17 standard errors would be approximately 3.0.  So, the difference

18 between the 1969 and the 1973 rates are approximately 5 1/2

19 standard errors.

20     SPEAKER:  Dr. Austin, in the back of the room, we can-

21 not read that slide.  So, if you would be kind enough to summa-

22 rize the essential meaning so that a layman can understand it,

23 we would be grateful.

24     DR. AUSTIN:  All right.  I apologize.  The number in

25 1969, the age adjusted incidence rates for white females, for

Confidential Pursuant to Confidentiality
Order

32                                                                                          76

1969, 26.3; for 1970, 29.9; for 1971, 32.9; for 1972, 36.4; for

1973, 42.2; and the preliminary data for 1974, 42.6.

In addition to demonstrating a significant increase,

this also shows that it is not limited to only one area within

the SMSA.  However it is limited to white females.

Next slide, please.

This is a graphic representation showing a steady rise

in invasive carcinoma for white females, and as seen down at

the bottom, the red line down at the bottom, there is also an

increase in the in situ diagnosis made in that time.

Next slide, please.

This demonstrates that the rise is in each county.

I should point out that this one county that goes up the highest

is Marin County.  This is the county with the highest median

income in the State of California, the highest per capita income

in the State.

Next slide, please.

This may be difficult to see.

DR. KING:  To save you the difficulty of giving the

exact figures, these tables can be made available by the Food

and Drug Administration for any interested individual in the

audience.

DR. AUSTIN:  Thank you.  This slide was put on there

to demonstrate one thing.  You can see from the age specific

rate -- this is in basic white females -- that there is no

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027377

HRT Plaintiffs' Exhibit #  0021      PAGE 34 of 170

1  demonstrable change under the age of 50, that if the increase

2  were due to increased case findings, or changes in diagnostic

3  practice, we would not expect to see an increase limited to one

4  age group and one race.

5          All the increase is from age 50 on.

6          Next slide, please.

7          These are in situ carcinomas.  Again, although the

8  numbers are much smaller, and there is an increase of variability,

9  we again see that the increase is limited to white women over

10  50, and a proportional increase is somewhat larger.

11          Now, it is sometimes easier to see age specific changes

12  by looking at proportional changes.

13          May I have the next slide, please?

14          This is all computed on the basis of 1969 rates, the

15  percent of change, or the ratio of subsequent years to 1969.

16  Again, you can see for invasive carcinoma of the uterine corpus

17  that there is no change under age 50, that there is approximately

18  a 50 to 100 percent increase in age groups over 50.

19          Next slide, please.

20          With in situ carcinoma, there is a more marked rise,

21  although the number again is smaller and there is more variabi-

22  lity.  Here you may notice that over age 50 there is up to a

23  460 percent increase noted in one of the age groups over 50.

24          Now, there may be some significance to the fact that

25  for invasive carcinoma the rise seems to be in the earlier

Confidential Pursuant to Confidentiality
Order

34                                                                              78

1  post-menopausal years as compared to the 80-85 age group, and

2  in the in situ, the rise is even greater than for invasive car-

3  cinoma, because this is what one would expect if a wave of new

4  carcinoma was moving through this age group.

5          That is, if that is in fact what this does signify,

6  then we might expect to see a continued increase in invasive

7  carcinoma so long as the in situ carcinoma continues to rise at

8  a faster rate.

9          Next slide, please.

10         Since the increase was primarily in the over 50 age

11 group, we then looked at two 25 year age groups:  under 25 to

12 49, and 50 to 74, and this represents the two broad 25 year age

13 groups.  Again, you can see that for each county the marked

14 contrast between the two age groups and the steady rise in the

15 post-menopausal age group.

16         Next slide, please.

17         This is a graphic representation of the same data.

18 The age group with the largest rise.  Again the line up here is

19 Marin County with the highest socio-economic status in the state.

20 This red line which goes down here is San Mateo County, which

21 we know is underrepresented in 1974.

22         Next slide, please.

23         Now, looking at that age group, 50-74, this is a

24 graphic representation for the entire SMSA.  We note that there

25 is approximately an 80 percent rise from 100 to 180 in invasive

Confidential Pursuant to Confidentiality
Order

HRT Plaintiffs' Exhibit #  0021      PAGE 36 of 170

79

35

1 carcinoma, but it is proportionally greater for the in situ

2 carcinoma, approximately a 200 percent rise from 10 to 30 per

3 100,000.

4 Now, it is important to see whether this could possi-

5 bly have been due to changes in pathologic diagnoses made. This

6 might be true if -- Well, if it is true in only one cell type,

7 this may suggest an etiology to us. And, if it is true in all

8 categories, that may suggest some artifactual cause for the

9 increase.

10 May I have the next slide, please?

11 We did look at diagnostic categories. This is a per-

12 cent representation, and this shows that in each diagnostic

13 category that we had, which have been lumped together for simpli-

14 city, that there was approximately the same percent in each

15 diagnostic category with the exception of sarcoma, which decreases

16 slightly. The reason for that can be seen in the next slide.

17 Next slide, please.

18 This is that the numeric rise is exclusively among

19 the endometrial cell, malignant adenoma, adenosquamous and epi-

20 thelial not otherwise specified. The numeric count for the

21 sarcoma remained stable over the five year period.

22 This suggests that whatever the cause is, it is due

23 to an agent which has the primary effect on the endometrium.

24 Now, it has long been known that corpus carcinoma, corpus cancer,

25 is highest in the upper socio-economic strata and lowest in

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027380

HRT Plaintiffs' Exhibit #  0021      PAGE 37 of 170

36                                                                      80

1  the lower strata.  Only our 72 and 73 data were available in

2  such a fashion as to permit an analysis of socio-economic status.

3        We did this using census tracts, by taking the 50 to

4  74 population for the entire SMSA and then ranking the cens s

5  tracts by median family income.  In case there were a tie, by

6  median education for the census tracts.  Then, dividing the

7  population into quartiles and computing the incidence rates for

8  each quartile, which is shown on the next slide.

9        Next slide, please.

10       This is a rather marked gradient.  I have not seen a

11 gradient this big for uterine cancer before, ranging from 43.6

12 in the highest economic quartile to 22.2 in the lowest economic

13 quartile.

14       I would like now to present some additional data to

15 you from Alameda County. When the Alameda County data were exa-

16 mined approximately five years ago, they looked like this.

17       May I have the next slide, please?

18       This is a slide made about five years ago showing that

19 for black females, uterine cancer rate shows a slight decrease

20 over a ten year period.

21       The next slide, please.

22       And for white females, uterine cancer showed a slight

23 increase.  Now, this is a log scale which diminishes the effect

24 of an increase.  It looks smaller on a slide.  Again, this is

25 all ages.

Confidential Pursuant to Confidentiality
Order

37                                                                                          81

However, if we look at it for a longer time period
now, and look at the 50-74 age group, which is broken out; look
at it for a longer time span and put it on an arithmetic scale,
we get a quite different impression.

The next slide, please.

The red line is for white females, 50 to 74, and shows
a rather impressive increase. The black line on the bottom is
black females, which does in fact show a real decrease. Now,
we feel as much as three percent of the rise in the early 60's
may be artifactual. However, you may notice that the major
increase is from 1965 on, and increased case findings cannot be
too significant in the face of a decreased trend in black females.

Now, those members of the committee have a hand-out
sheet, which again shows -- this is the long page -- it shows
that it is again in the 50 plus age group in white females that
the increase has been noted. Over that 15 year period, there
has been no demonstrable increase in black, and no demonstrable
increase in the under 50 age group.

Now, the Alameda County Cancer Registry also allow
an evaluation as to the effect of possible sources of bias. One
possible source of bias would be a change in diagnostic practice
or coding practice, such that carcinomas once counted as carci-
noma of the cervix now are diagnoses as carcinoma of the uterine
corpus. If that were the case, then the total of carcinoma of
the cervix plus uterine corpus would not change. Now we looked

Confidential Pursuant to Confidentiality
Order

38                                                                              82

1  at that.

2           May I have the next slide, please?

3           This shows that the total for the two does show appro-

4  ximately a 50 percent increase from 40.9 to 58.0 over a 13 year

5  period.  Corpus does in fact decrease, and cervix here does

6  decrease, although we believe that the computed incidence of

7  cervix has in fact decreased.  Part of this is due to the in-

8  creased use of the Pap smear and diagnosis of cases in the in

9  situ stage, which of course is not entered into the computed

10  incidence rates.

11          May I have the next slide, please.

12          This slide compared the increase in all sites, all

13  other sites, with the increase in uterine corpus cancer.  We

14  see that there is an increase of almost 50 percent -- I beg

15  your pardon.  This shows approximately, over a 15 year period,

16  a one percent rise per year for all sites, and approximately a

17  15 percent per year increase in uterine corpus sites, which is

18  an average.  That is an increase of 230 percent, as compared to

19  15 percent for all other sites.

20          Another potential source of artifact exists in a diag-

21  nosis by stage.  Some might argue that the diagnosis of uterine

22  cancer is technically difficult, and there may be an increasing

23  tendency among pathologists to call questionable diagnoses car-

24  cinoma.

25          Now, while it is difficult to imagine how this could

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027383

HRT Plaintiffs' Exhibit #  0021     PAGE 40 of 170

39

83

1  happen simultaneously in five counties representing 75 hospitals,

2  that for only whites over 50 years of age, we should examine

3  that possibility, and we can using Alameda County Registry for

4  1960 to 1969.

5      This argument, incidentally, could only hold true for

6  localized cases.  It could not hold true for regional spread or

7  remote spread.

8      May I have the next slide, please?

9      This is a three year moving average to eliminate the

10  effect of annual variability, but you can see that there has

11  been no large increase in localized cases.  It remains approxi-

12  mately the same percent.  There has been a slight decrease in

13  regional cases, and a slight increase in remote cases.

14      Now, how does this rise in uterine cancer compare to

15  other known cancer trends?  One of the most dramatic increases

16  in history of cancer epidemiology in the United States was that

17  seen in lung cancer in males.

18      May I have the next slide, please?

19      This is the age-adjusted lung cancer death rates for

20  a long period of time in California, 1920 to 1965, and you can

21  see that the rate approximately doubled from 1930 to 1940, and

22  approximately doubled again from 1940 to 1950, and again from

23  1950 to 1965.  Now, that was death rate, not incidence rate.

24  But, with lung cancer in that time period, the two were approxi-

25  mately equivalent.

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027384

HRT Plaintiffs' Exhibit #  0021     PAGE 41 of 170

40                                                                        84.

1        Now, the Alameda County Registry was able to observe

2   white male incidence rates over 1960 to 1969 for lung cancer.

3        The next slide, please.

4        This is bronchus and lung, over the time period of

5   observation and on a logarithmic scale, it does not look too

6   impressive, but it is still a significant increase.  Now, you

7   might compare that to the next slide.

8        May I have the slide off, please?

9        Our conclusions are that the increase is in fact real,

10  and that it is due to the relatively recent introduction of some

11  carcinogen or carcinogens into the white affluent postmenopausal

12  females, and that this is probably the most significant increase

13  that the California Tumor Registry has had been able to document.

14  I am available for questions.  Thank you.

15       DR. KING:  Are there any questions by any of the mem-

16  bers of the committee?

17       Are there any questions by anyone in the audience?

18       DR. KUSHNER:  I am David H. Kushner, Senior Consultant

19  of Columbia Hospital for Women and Clinical Professor at George-

20  town University Medical School.

21       I am not acquainted with San Francisco, except as a

22  visitor, but I have practiced in  Washington all my life, and

23  I agree with you that there are many more cases of adenocarcino-

24  ma of the uterus in the white population than in the black po-

25  pulation.  But, how can you compare that, or how can you not

Confidential Pursuant to Confidentiality
Order

41                                                                          85

1    look for another etiological factor, due to the fact that in

2    Washington, D.C., where we have a very large black population,

3    and a marked increase in the use of estrogen by these black

4    women who are active in the professional, business and cultural

5    activities, and many more black women are taking estrogen now

6    than they took five or eight years ago, and still we have not

7    had an increase?  How can you explain that, please?

8          DR. AUSTIN:  Thank you.  I think that I should empha-

9    size again that we have no information on the uses of estrogen

10   or any other drug within that population.  We are only reporting

11   an increase in the incidence of uterine carcinoma.

12         MR. MINTZ:  I am a reporter for the Washington Post.

13   My name is Martin Mintz.  Could you tell us how much the study

14   cost?

15         DR. AUSTIN:  Well, this is not a study in the sense of

16   a funded study.  This is a continuing monitoring procedure, which

17   is partially funded by the National Cancer Institute and partially

18   funded by the State of California.

19         MR. MINTZ:  You can give us no dollar figures?

20         DR. AUSTIN:  We have a contract with the National

21   Cancer Institute for slightly less than a million dollars a year

22   to monitor all sites of cancer in the five county area.

23         MR. MINTZ:  Would it be out of order to ask a similar

24   question regarding the first two studies that were reported

25   this morning?

Confidential Pursuant to Confidentiality
Order

HRT Plaintiffs' Exhibit #  0021      PAGE 43 of 170

42                                                                    86

1        DR. KING:  You certainly are free to ask the people

2   who reported that at your leisure after this session.

3        MR. MINTZ:  After this session?  I have a reason for

4   asking, which I think is of interest.

5        DR. KING:  Please ask.  Are the speakers here?

6        MR. MINTZ:  Dr. Finkle?

7        DR. FINKLE:  $1,900.

8        MR. MINTZ:  And could the author of the other study?

9        DR. SMITH:  I am not sure we could make a very accurate

10  estimate, because of the time factor, but I would say the actual

11  dollar amount is probably less than $1,000.

12       MR. MINTZ:  Less than $1,000.  I would like to ask

13  if there is a representative of Ayerst Laboratories here who

14  might tell us why they did not undertake these studies?  Is

15  there anyone here from Ayerst Laboratories?  Are they not inter-

16  ested in this subject?

17       DR. KING:  Thank you very much.  Next questioner, please.

18       DR. SILVERBERG:  It appears in your study that you are

19  equating the age of 50 with the menopause.  Is that true?  It

20  seems to me, we did a study in 1972, and noticed that one of

21  the things about certain histologic types of endometrial carci-

22  noma is that they seem to occur in women who are older than 50

23  but still premenopausal, in other words, women who are having

24  late menopause, which again appears to be a feature of our

25  society in recent years.

Confidential Pursuant to Confidentiality
Order

87

43

1   Now, are you equating age 50 with menopause, or do you

2   actually know that the women whom you are talking about are

3   indeed post menopausal.

4   DR. AUSTIN:  No, I equated it only in a conversational

5   way, not in any real scientific way.  The fact that we documented

6   an increase in the 50 plus age group.

7   DR. SILVERBERG:  So, many of these women could actually

8   be premenopausal?

9   DR. AUSTIN:  That is possible.

10   DR. GREENBERG:  In presenting your figures, you spent

11   a lot of time giving us details on how you got the data for the

12   numerator.  I am a little bit more concerned about the denomina-

13   tor, the population at risk.  In order to have the data that

14   you showed by year, you had to have very good estimates of the

15   population by county, by age, by race and by sex.  Now, if you

16   underestimated the population because of in-migration, and we

17   all know the bay area is a pretty popular place, your rates are

18   going to be highly inflated if you are using too small a popula-

19   tion base.

20   So, my first question is do you have any assurance

21   your figures on population at risk are correct?

22   The second one, if I may while I have the microphone,

23   is I am very much concerned that during the last three or four

24   years, with the growth of HMO's and the making available of

25   various medical and health services to groups that ordinarily

Confidential Pursuant to Confidentiality Order

W-MDL04782-00027388

1  did not have them, have we as a result detected more endometrial

2  carcinoma as a result of greater availability of diagnostic

3  services?

4           DR. AUSTIN:   Let me answer your second question first

5  I believe that we have seen an increase in invasive carcinoma

6  in all three of the general extent of disease categories, and I

7  do not believe that if we were, for example, considering only

8  the remote stages, if we see an increase in that, that these

9  are cancers which would not otherwise have come to light.

10          Now, regarding your first question, the population

11  estimates for inter-census years are made by the Department of

12  Finance in California, which are age specific and sex and race

13  specific.   There is always the chance that they have made a

14  faulty estimate of the population after 1970.   However, the po-

15  pulation estimates between 1960 and 1970 for Alameda County I

16  think are rather accurate, since we have two census years to

17  measure from.   That also showed the increase.

18          DR. PRENTICE:   This is really a comment instead of a

19  question.   Dr. Noel Weiss, who is an epidemiologist in our group

20  in Seattle, has recently looked at the endometrial cancer rates

21  in 1974 for the six county area of about 2,000,000 population

22  around Seattle, and noted about twice as many endometrial cancers

23  as one would have expected on the basis of the third National

24  Cancer Survey.

25          DR. KING:   Thank you very much.   Thank you very much,

Confidential Pursuant to Confidentiality
Order

45                                                                89

1 Dr. Austin. The next presentation will be by Dr. Thomas Mack,

2 the subject Conjugated Estrogen and Endometrial Carcinoma: in a

3 Retirement Community. Dr. Mack is Director of Cancer Surveillance

4 at the University of Southern California, Los Angeles. Dr. Mack.

5        DR. MACK: Mr. Chairman, I have a fair amount of infor-

6 mation to present, do you prefer about 20 minutes? If so, I

7 will sort of gloss over the details, and leave it for questions.

8        DR. KING: I appreciate it. No more than 20 minutes.

9 Ideally, 15 minutes.

10        DR. MACK: Our studies were conducted in a large

11 retirement community in southern California, which had several

12 advantages for purposes of epidemiological research. One is

13 that it is a retirement community and people have a mean age of

14 about 70 years of age. The second is that it is a closed com-

15 munity and a single health facility is available to the residents

16 of the community, which means that it is relatively easy to

17 ascertain the health status of people as they populate in unit.

18        Since 1971, we have been gathering information on all

19 incident cases of cancer in this particular community, which

20 numbers now about 18,000 people. We have in the course of time

21 gathered information up to middle November of 1975 on 65 cases

22 of endometrial cancer, of which one represented a case which

23 was metastatic from another site, and one other was in a lady

24 who had recently moved in and was not on the population list,

25 the registry list of the community.

Confidential Pursuant to Confidentiality
Order

46                                                                    90

1       For each of these cases of endometrial cancer, we

2   selected four controls, very carefully matched on date of moving

3   into the community and within individual year of age.  Then, we

4   abstracted each health facility chart of the 63 cases and four

5   controls for each case, looking for any mention of estrogen use

6   or any mention of a number of other drugs used, and for a variety

7   of individual and medical and other conditions.

8       In addition to abstracting each available chart, we

9   requested permission from the individuals for an interview and

10  attempted to interview each of the individual patients and con-

11  trols, getting information on the same conditions and drug use

12  patterns.

13      Finally, we got access to the pharmacy records of the

14  local pharmacy, which was a preponderant source of prescriptions,

15  although not the exclusive source of prescriptions to the commu-

16  nity.  We evaluated all estrogen prescriptions written and filled

17  at that pharmacy in the ten years prior to the study, 1964 on

18  through 1965.

19      We put together all these sources of information,

20  classified the individual drugs, and that is basically the in-

21  formation I am going to present.

22      Actually, I have some slides, and it might well be

23  worthwhile to put them up.  I was not going to, but I think I

24  will.

25      My apologies for not giving them to you before.

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027391

1    All right, here is the summarized information and most

2 important. We actually analyzed the study, first of all, as

3 though it was a separate study based on the individual source of

4 information. If one looked at the relative risk for previous

5 past conjugated estrogen use, and I might add all use, all mention

6 of use, and all other drug use and conditions mentioned within

7 the six months prior to the diagnosis in the case were excluded.

8 This represents only prior to six months before diagnosis in the

9 case.

10    If only the abstracts were used as the source of infor-

11 mation, from the 63 cases and 252 controls, the risk ratio was

12 estimated to be 4.1, with a 95 percent confidence limit of 2.2

13 to 7.7. If only the interview was used, the risk ratio was

14 estimated to be 2.8. If only pharmacy records were used, the

15 risk ratio was estimated to be 2.6. And, if all were pooled,

16 which we believe to be the best estimate of relative risk, it

17 turns out to be 5.6, with confidence limits between 2.8 and 11.3.

18    We also looked at estrogens other than conjugated

19 estrogens, and to our surprise found that they added somewhat

20 to the relative risk. In fact, within people who also use

21 conjugated estrogens, the relative risk was 2.5; and in people

22 who did not use conjugated estrogens, the relative risk was 11.6.

23    Among these non-conjugated estrogens that people had

24 taken, the most predominant ones were diethylstilbestrol and

25 ethinyl estradiol. I should point out, however, that the

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027392

HRT Plaintiffs' Exhibit #  0021     PAGE 49 of 170

48                                                                    92

1  unknown parenteral injections that people are given were placed

2  in this group, and it is certainly conceivable that esterone

3  had been used as well.

4        If then we turn to examining all the additional mate-

5  rial, using not conjugated estrogens alone but any estrogens,

6  and I might say that I do not know of any individual category

7  in which there is a difference between the two.  The relative

8  risks were up for all age groups, and as did the Seattle group,

9  we found a somewhat lower relative risk within obese people

10  alone, and within nulliparous people alone.  I might also add

11  that the single condition, as I will point out in a moment, that

12  we found to be of interest was a past history of gall bladder

13  disease.  We also examined gall bladder disease in this context

14  and found that it also was markedly reduced.  That is to say,

15  the relative risks of estrogens within people with fast gall

16  bladder disease was lower.

17        People having any of the four conditions had a relative

18  risk of 6.4, and people having none of those risk factors for

19  endometrial cancer, in fact all of the cases had used estrogen,

20  giving an infinite relative risk, but with small numbers.

21        Next slide, please.

22        For purposes of looking at the methodology, we examined

23  a number of other drugs, and this list of drugs, the source of

24  the information, again the cases and controls analyzed, the fre-

25  quency of use in the controls, I might add that if you did not

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027393

HRT Plaintiffs' Exhibit #  0021      PAGE 50 of 170

49                                                              93

1  notice, the frequency use of estrogen was in the ballpark of

2  50 percent, 40 percent for conjugated estrogen and 50 percent

3  for any estrogens.

4         To make a long story short, we found no other signifi-

5  cant risk ratios among all of the other drugs analyzed, including

6  those which might be used or might be associated with frequent

7  visits to physicians in general.

8         As we had found in prior studies, rauwolfia and bar-

9  biturates were the best markers of high social and economic class

10  in the sense of access to physicians.  Parenthetically, analyzing

11  use of any non-estrogen drug, the initial risk ratio was 3.9.

12         Next slide, please.

13         3.9, which dropped to 1.6 among the users, and was

14  present in very small numbers among the non-users.  Again, this

15  simply reiterates what I just said, namely that endometrial

16  cancer is a disease that people with relatively high access to

17  physicians have.  If we postulate that estrogens are causal, then

18  this explains it entirely.

19         As I noted before, gall bladder cancer was the only

20  other risk factor which came out of our study.  All of those which

21  had been previously recognized, in fact, did not show up.

22         Next slide, please.

23         DR. ORTIZ:  Dr. Mack, did you mean to say gall bladder

24  cancer or disease?

25         DR. MACK:  Disease.  Did I say cancer?  Pardon me.

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027394

HRT Plaintiffs' Exhibit # 0021    PAGE 51 of 170

50                                                                 94

1        Now, we in fact did look at the dose and the duration

2   of estrogen routes.  These data come from the same series, so

3   individual cells represent small frequencies.  But, there is a

4   trend, so I think it is useful information.

5        This is duration going down here, 1 to 11 months of

6   use; 12 to 59; 60 to 96; and 96 plus.  This is mean dose.  That

7   means mean pill size over the course of a person's experience

8   with drugs across this margin.

9        First, let's look at the margins.  If one looks at the

10  margins of duration, one finds what seems to be a duration risk

11  effect.  That is to say there is an increase in risk with increa...

12  in duration of use.

13       If one looks at this margin by dose, similarly 5.5,

14  4.5, 9.4.  There seems to be a dose response.

15       If one looks within the body of the table, however,

16  the duration disappears and the dose remains, so that for all

17  of the three long duration use patterns there is in fact a con-

18  sistent dose response.

19       We did have pharmacy records which did give the doc-

20  tors instructions on the prescriptions.  That means that the

21  actual amount of information that was useful was relatively

22  small compared to that added to the abstract and to the inter-

23  view.  But, we made an attempt to use it.

24       The principal features of interest here are the pattern

25  of drug use.  This means continuous usage.  This means usage

Confidential Pursuant to Confidentiality
Order

51                                                           95

1    with the two or three day drug free break, and this means a drug

2    free break of four or more days per month.  In actual fact, in

3    this particular community, this is usually a weekly interval and

4    this is a monthly interval.

5         Within the lower drug group particularly, there seemed

6    to be a decrease in the four day interval group, but, of course,

7    this is very small numbers, and I wouldn't place too much faith

8    on it, but it is consistent with the clinicians view that the

9    cells need rest from time to time.

10        We also attempted to look at the effect of being off

11   the drug for awhile, and in this population as in most, there

12   are not very many women who actually stopped a significant period

13   of years ago.  But, for what it is worth, within both of the

14   two dose categories there was somewhat of a decrease if you had

15   been off the drug for two years or more.  My actual conclusion

16   is that I am sorry that there was not a greater decrease because

17   there seems to be still some effect of the drug two years after

18   having taken it last.

19        Next slide, please.

20        We also looked very carefully at the described patho-

21   logy of the cases.  We did not have the slides reread, but we

22   did examine what we had, and we divided them into the following

23   categories, in situ, localized without myometrial invasion,

24   and myometrial invasion two each of the three thirds of the myo-

25   metrium, and then direct extension or metastasis.

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027396

52

96

1    Again, to make a long story short, the risk ratios

2 for the non-invasive categories are all large, including super-

3 ficial invasion.  But, the risk ratios for the advanced disease

4 is quite substantial.

5    I might also say that we have no examined this by

6 grade, and looking at grade III lesions only, the risk ratio

7 was 4.0, the risk ratio for others being much higher than that.

8 We also have looked at the ten deaths among the 63 cases, and

9 the risk ratio was 7.0, as opposed to about the same in the

10 survivors.

11    We have also looked at the pattern of the presenting

12 illness, that is to say the length of time before diagnosis

13 that the woman complained of symptoms.  In relation to this

14 particular kind of information, and it is clear as has been

15 suggested before here, those persons having less than one month

16 of symptoms prior to diagnosis had a much higher risk for estro-

17 gen, suggesting that the physician was monitoring the lady to

18 whom he was giving estrogens and picking up disease earlier.

19    It should also be pointed out that the frequency

20 distribution of non-invasive to invasive disease, and in fact

21 also grades I and II to grade III was very representative of

22 most series.  In the histology, I believe, it was about 29 per-

23 cent for grade III.

24    . Next slide, please.

25    Is that all?  I do have two more tables that are not

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027397

HRT Plaintiffs' Exhibit #  0021    PAGE 54 of 170

53                                                                    97

1   on slides.  The first one attempts to look at the duration of

2   estrogen use versus the pathologic picture of cancer.  With the

3   possibility in mind that, since there is a much higher relative

4   risk for non-invasive cancer, there are actually three alterna-

5   tive explanations for that.

6        One is that tumors are being picked up much quicker

7   in people who are on Premarin.  The second explanation is that,

8   as has been suggested also, there is a good deal of pathologic

9   misclassification, and endometrial hyperplasia has accounted for

10  a large part of the mild disease.

11       The third explanation is that we are in the beginning

12  of the first wave of a very large tide of disease.  If that were

13  the case, large numbers of people who have gone on the drug

14  more recently might be showing up with mild diseases at this

15  point in anticipation of people with more severe disease later

16  on.

17       I am happy to report that there was not too much cor-

18  relation between the seriousness of the disease and the duration

19  of use, indicating that the last of the three alternatives is

20  less likely, and currently we favor the explanation that clini-

21  cians are simply picking up cancer earlier than those people

22  who are on Premarin.

23       We have made a couple of calculations which might be

24  worthwhile.  This community represents about 30,000 person years

25  of women being surveyed for cancer.  If one goes through the

Confidential Pursuant to Confidentiality
Order

54                                                                98

1  calculations, that means about 200 incident cases per 100,000

2  women years.  Now, that is an increase of twofold over the third

3  National Cancer Survey rates for 65 to 74 year old women, peak

4  age specific rates.  So, it represents at least a twofold increase.

5      Now, in matching these cases with controls, we have

6  of course excluded those people who have had hysterectomies,

7  which gave us an estimate of actually what the prevalence of

8  hysterectomy was in the community, and it averaged about 36

9  percent, being about a 30 percent in 70 plus year olds, and about

10 45 percent in under 60 year olds.

11      If one adjusts for that frequency of hysterectomy, the

12 actual rate goes up to 300 per 100,000.  One can then by a little

13 mathematical manipulation get some estimate of what the baseline

14 rate in the community would have been without estrogen, if estro-

15 gen is causal, and calculate what the actual burden of cancer

16 being added by estrogen is, and if one goes through those calcu-

17 lations, one comes up with a figure of almost 500 per 100,000

18 per year in women placed on estrogen.

19      Just to make that figure sink home, that is a larger

20 figure than the baseline risks to the same women of breast,

21 lung, ovary, colon added together.

22      Similarly, one can go through a little of an iffy cal-

23 culation to try to estimate whether or not we are in for more

24 disease over the next few years.  We obtained some secular trend

25 estrogen use information, which might be better than that usually

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027399

1  available from the people who gather such information for the

2  drug industry, and have tried to come up with a latent period

3  assumption, which would be compatible with information from

4  doctors from San Francisco and the Seattle people, in terms of

5  the actual guesstimate as to what the increase has been.

6        They estimated that about 1.5 is the factor involved

7  between 1969 and 1973. I am summarizing a whole bunch of diffe-

8  rent figures, 1.2 to 1.8. But, if you use 1.5, and you take

9  this estrogen use information, which is actually the number of

10 new prescriptions per year sampled from pharmacies in the United

11 States, one finds that you have to come up with something like a

12 four or five year latent period to get the 1.5 to correspond,

13 taking all of the appropriate things into consideration. If

14 that is true, then this year we should be in for a slight de-

15 crease actually in the amount of cancer, because the trend is

16 not a smooth one. It has its ups and downs. But, after this

17 year and this year, there should be another upswing. So, if

18 we were to stop estrogens right now, and if they are causal,

19 it may well be that we would still be seeing an increase in

20 carcinoma until 1980.

21        I think that should be taken with a very large bundle

22 of salt, because it is based on a lot of assumptions. But still

23 the best guess that I could make from the information available

24 is this.

25        I am ready for questions.

Confidential Pursuant to Confidentiality
Order

56

10)

1    DR. KING:  Any questions by any member of the committee?

2  Dr. Segal?

3    DR. SEGAL:  Dr. Mack, I just wanted to clarify one

4  point.  You indicated late in your presentations that you believe

5  that the higher risk ratio for early stages of the disease is

6  probably due to the fact that clinicians are picking up cancer

7  earlier on patients that are on estrogen.  Did I understand you

8  correctly?

9    But, I assume that you say that, but at the same time

10  feel that there is some evidence for a causal relationship in

11  addition to this phenomena.  Is that correct?

12    DR. MACK:  Yes, I think that is very clear.  In fact,

13  you will notice that the risk ratio for invasive disease was in

14  the ball park of 4 to 5.  And, I might say that even in people

15  picked up late, the risk ratios are high.  I think one would

16  have to put all of the cases together to come up with the appro-

17  priate figure anyway.

18    DR. SEGAL:  Well, in all of these presentations we

19  have been struck by the problem of the ascertainment bias, and

20  I would like to get your view on that.

21    DR. MACK:  You will have to define ascertainment bias

22  for me.

23    DR. SEGAL:  It is more likely that there would be a

24  diagnosis of endometrial cancer made on infants who are using

25  estrogen because they are bleeding, they contain more, they are

57                                                                      101

1   being biopsied more.

2          DR. MACK:  I do not believe they would be more readily

3   picked up.  I believe that they were picked up more early.  In

4   other words, it is my view that it is only a matter of time in

5   our particular measuring that we do.  It is conceivable that

6   they will be picked up a considerable amount earlier, because

7   they are in contact with their physicians on a regular basis,

8   but given a steady state, that is given things progressing as

9   they usually are, there should be delayed ones coming in at the

10  same time among those early ones.

11         Now, in relation to the actual carcinogenic event,

12  it is late, but over time they should be coming in.  So, I

13  really do not think that offers an explanation for the doubt.

14         I might just make another comment or two about com-

15  pleteness of the case count, because questions have been raised

16  about that in connection with the other studies.

17         We actually collected cases not only from the medical

18  facilities and from the adjacent hospitals of any size, but we

19  also collected all Orange and Los Angeles County death certifi-

20  cates, and we have an ongoing surveillance program in Los Ange-

21  les County that picks up all cases from all hopitals in Los

22  Angeles County.  So, I think that there is very little possibi-

23  lity that anybody would have escaped our net.

24         DR. KING:  Any other questions by the committee?  Any

25  questions by anyone in the audience?

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027402

HRT Plaintiffs' Exhibit #  0021      PAGE 59 of 170

58                                                                                               102

1      DR. MACK:  Shall I answer it before you get to the

2  microphone?

3      MS. GREENBERGER:  Yes.                                    /

4      DR. MACK:  Okay, our study was initiated because of

5  the reports about anecdotes about cancer in people taking di-

6  ethylstilbestrol, who had gonadal disgenesis, by our feeling.

7      Let me make another comment.  I am glad you came up.

8  We also have an estimate for current incidence in the Los Angeles

9  County area.  That estimate is about 1 1/2 times the third

10  National Cancer Survey estimate for risk for 70 year old white

11  women.

12      I might just note, though, that our rates among blacks

13  in Los Angeles are almost twice those of the third National

14  Cancer Survey estimates among blacks.  Now, it is not completely

15  fair to compare them, because those included a lot of southern

16  blacks.  But, in general patterns of disease in western blacks

17  are closer to southern blacks than are northern blacks.  So, I

18  think it is an indication that there is an increase in endome-

19  trial cancer among blacks.

20      In short, there was no governmental request.  It was

21  strictly scientific suggestion.

22      MS. GREENBERGER:  Thank you.

23      DR. MACK:  A couple of thousand dollars.

24      MR. MINTZ:  Thank you.

25      (Laughter.)

1   I have another question, but thank you anyway.  I

2   would like to ask you to give me your opinion of something that

3   I would like to read to you, and I would like to identify the

4   source first.

5       The source is a booklet called the Female Climacteric,

6   a discussion by Robert W. Kissinger, M.D., Assistant Professor

7   of Ob-Gyn at Harvard.  It is put out by Ayerst Laboratories,

8   and the 1973 version contains in the back the complete text of

9   the package circular which makes reference to the possibility of

10  vaginal carcinoma occurring in the offspring of women who got

11  DES.

12      The tape, which I have here in my pocket of this, does

13  not of course contain the package labeling.  Dr. Kissinger says

14  at the end, in response to this question, and I reach my question

15  immediately after I read this, do your patients have fear of

16  cancer in connection with this therapy?

17      Dr. Kissinger: "Well, I do not have many patients with

18  such fears.  When they do, I assure them that there is no scien-

19  tific evidence that estrogen causes cancer of the breast or

20  endometrium or any other organ in the human female.  I point

21  out that all of the studies that have been done are based on

22  animal investigation, using very large dosages of estrogen in

23  cancer susceptible animals.  I add that these data cannot be

24  transfered to the human female, and that numerous observations

25  of patients treated with estrogen for prolonged periods of time

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027404

60                                                                    104

1   show a lower incidence of both mammary and endometrial cancer

2   than one might expect on the basis of chance alone.

3          My question is, first, would you evaluate this advice

4   and information in the light of current knowledge, and would

5   you tell me if you know of any solid evidence to show a lower

6   incidence of endometrial cancer than one might expect on the

7   basis of chance alone?  Thank you.

8          DR. MACK:  That is a rather large order.  When was

9   the date of that advice?

10         DR. KING:  1973.

11         DR. MACK:  I think his statement that most of the

12  evidence was animal evidence was certainly true.  I think the

13  presence of studies which showed, if anything, a lower incidence

14  of carcinoma in populations having been on estrogens was an

15  accurate observation, but in studies which were not very care-

16  fully done and did not advertise themselves as being carefully

17  done with respect to endometrial cancer, specifically because

18  of the problem of past hysterectomy.  I think his statement has

19  to be taken with a grain of salt, that here is a physician in

20  one specialty evaluating information from another specialty,

21  and I think probably he would concur with that.

22         DR. KING:  Thank you very much.  At this point in

23  time, we will have a ten minute break and reconvene at 11:00

24  o'clock.

25         (Brief recess.)

Confidential Pursuant to Confidentiality
Order

61                                                                    105

1        DR. KING:  Let us come to order.  The next presentation

2  will be given by Dr. Steven Silverberg, entitled Endometrial

3  Carcinoma in Young Women Taking Oral Contraceptive Agents.  Dr.

4  Silverberg is from the University of Colorado Medical School,

5  Denver, Colorado.

6        DR. SILVERBERG:  (This presentation is based on the

7  first 21 cases recorded in the Registry for Endometrial Carci-

8  noma in Young Women Taking Oral Contraceptive Agents.  The first

9  slide shows the histologic classification of the 21 tumors.  The

10  prominent secretory pattern in many of these cases) is probably

11  related to the progestational content of the oral contraceptive

12  agents being taken.

13        The next slide, please.

14        This shows the examination of the hysterectomy specimen

15  in those cases in which we had hysterectomies.  And, you will

16  notice again that in the great majority of cases, either there

17  was no residual tumor, a seen in six cases here, or tumor

18  limited to the endometrium, as seen in another 11 cases.

19        Myometrial invasion was present in only one case and

20  extension beyond the uterus was present only in one case.  So,

21  again as would befit the histologic types, these seem to be,

22  if you will early carcinomas or carcinomas that have not displayed

23  a great deal of invasiveness.

24        Again, this is what we expect or what has been reported

25  in the literature in patients under 40 years of age.  I might

Confidential Pursuant to Confidentiality
Order

1  mention parenthetically that literature review shows that this

2  age group comprises about 2.5 percent of all endometrial cancer

3  patients.  So, it is a very small age group, and certainly one

4  in which one does not expect a very high incidence of endometrial

5  carcinoma, and it is one in which the majority of the tumors in

6  the literature, and in the series which we have reviewed our-

7  selves of patients not on oral contraceptives but under 40 years

8  of age, in which these tumors have been predominantly well dif-

9  ferentiated, predominantly non-invasive or only focally invasive

10  tumors.

11          The next slide, please.

12          As one would expect, these patients do have a very

13  good prognosis and thus far, although our follow-up period is

14  very short, we have only one patient out of the 27 that we have

15  now reviewed who has died of endometrial cancer, since the great

16  majority of the other cases are non-invasive tumors and well

17  differentiated.  We do not expect to see many more deaths.

18          One of the things that we felt as we did this study

19  was that in some of these patients, the relationship between

20  the oral contraceptive agents and the development of carcinoma

21  was very tenuous indeed.  Because of this, we decided to eliminate

22  from the major group patients with poor history, which means

23  those patients who were taking oral contraceptives for less

24  than one year before the diagnosis of endometrial carcinoma.

25          Number 2, patients who received oral contraceptive

Confidential Pursuant to Confidentiality
Order

63

1  therapy for bleeding, by this I mean rather than the oral contra-

2  ceptives being instituted purely for contraceptive purposes.

3  They were instituted in these patients, because the patients

4  came in with a history of abnormal bleeding.  In other words,

5  she may have already had carcinoma at the time when she was

6  first seen by the physician who started the oral contraceptive

7  agents.

8         Finally, some of these patients had polycystic ovaries,

9  and it is well known that in the under 40 age group, polycystic

10 ovarian disease is a significant precursor of endometrial cancer.

11 As a matter of fact, in the literature, approximately 50 percent

12 of all endometrial cancers occurring in women under 40 years of

13 age have occurred on a background of polycystic ovarian disease.

14        These three indications, thus, allowed us to set up

15 a separate group.  The other patients on the lower line on this

16 table represent patients who have none of these above findings.

17 This again represents the earlier series, and I can update this

18 to the current number of patients.  If you will read the first

19 line across as now reading 2, 6 and 1.  In other words, out of

20 these patients on the upper line, two of the nine patients that

21 we have were predominantly or exclusively taking sequential

22 agents, six were taking combined agents, and in one there was

23 a history of four different oral contraceptive agents adminis-

24 tered over a two year period,and neither the patient nor anyone

25 else we could contact remembered exactly what they were, except

Confidential Pursuant to Confidentiality
Order

HRT Plaintiffs' Exhibit #  0021      PAGE 65 of 170

64

108

1 for the fact that they were some sort of oral contraceptive.

2 On the other hand, in the patients who did not have

3 any of these findings that we have mentioned, the results are

4 very different, and we now have 17 patients in this category.

5 15 of them have taken predominantly or exclusively sequential

6 agents, and only 2 have taken combined agents.

7 This figure is almost exactly the opposite -- it is

8 about somewhere between 85 and 90 percent of these patients on

9 sequentials -- and in the population of the United States as

10 a whole over 90 percent of people are on combined agents. So,

11 if this were entirely a chance association, one would expect

12 that these figures would read exactly the opposite. The two

13 would be here, and the 15 in the more updated series would be

14 in the other column.

15 The next slide, please.

16 The next slide is not going to be readable in the back,

17 but just reviews for those who are not familiar, the mechanisms

18 of sequential and combined oral contraception agents. In the

19 combined regimen, essentially, a pill consisting of both estro-

20 gen and progesterone is given throughout the cycle.

21 In these cycles, as they are followed histologically

22 by people who have studied this, usually there is very little

23 gland development. In other words, a very shortened prolifera-

24 tive phase, similarly a foreshortened secretory phase and a

25 rather extensive, a rather prolonged regressive phase at the

Confidential Pursuant to Confidentiality Order

W-MDL04782-00027409

65                                                              109

1  end of each cycle.

2      With sequential agents, on the other hand, the first

3  14 pills are composed of estrogen alone, and only after this is

4  a series of pills given, which contain both estrogen and proges-

5  terone.  Again, in people who have analyzed series of patients

6  taking sequential agents, the glands develop in a normal or even

7  a hyperplastic proliferative phase under this regimen, whereas

8  the secretory phase is generally foreshortened.

9      Thus, on a theoretical basis, the difference between

10 the sequentials and the combineds is essentially that in sequen-

11 tial agents unopposed estrogen is administered for the first

12 half of the cycle, whereas with combined agents estrogen and

13 progesterone are administered throughout.

14     The conclusions that we can make are really somewhat

15 limited, but certainly we know that there appears to be in wo-

16 men who are taking oral contraceptives and who develop endome-

17 trial cancer, there appears to be a markedly increased incidence

18 of sequential therapy in this population.

19     Conclusions are essentially one of two, either sequen-

20 tial agents are causing or somehow contributing to the develop-

21 ment of endometrial carcinoma, or the opposite conclusion is

22 that combined agents may be protecting against the development

23 of endometrial carcinoma.  Thus, what we are seeing may be the

24 incidence that we would expect in any women not taking oral

25 contraceptive agents, showing up, however, only in those who

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027410

HRT Plaintiffs' Exhibit #  0021      PAGE 67 of 170

66                                                        110

1  are taking sequentials.

2      To answer which of these is the correct interpretation

3  we need population studies, as I mentioned. We need to compare

4  larger numbers of patients on oral contraceptives with larger

5  numbers of patients who are not taking oral contraceptives.

6      Thus far, we have made some beginning at the latter

7  part of this project. We have looked at a series, a small series

8  of patients in this age group not receiving oral contraceptives.

9  We have also analyzed these data from the literature, and we

10 suspect that there may be, indeed, some real differences.

11     For example, the incidence of nulliparity in patients

12 not taking oral contraceptives is as you would imagine quite

13 high, about 50 percent. In patients on sequential agents, in

14 which we have this history available, the incidence of nullipa-

15 rity thus far is two of the eleven patients that we have this

16 data on. And in patients predominantly on combined regimen,

17 the incidence of nulliparity was five of eight.

18     So, although these figures are certainly too small to

19 be significant, certainly it seems to be the sequentials that

20 may be somewhat different.

21     Similarly, in the incidence of polycystic ovaries, 50

22 percent in the literature, four of nine of our patients who are

23 on combined agents, and only one of 12 of those on sequential

24 agents had polycystic ovaries demonstrated and reviewed histo-

25 logically at the time of hysterectomy.

Confidential Pursuant to Confidentiality
Order

67                                                                              111

1       **Thus,** we believe that there may be some differences

2   in the populations between patients on sequential regimen, pa-

3   tients with endometrial cancer on combined regimen, and young

4   patients with endometrial cancer on no oral contraceptives what-

5   soever.

6       **We** think that certainly larger numbers of cases need

7   to be reviewed, and certainly a population based study to deter-

8   mine exactly what the incidence of oral contraceptive usage is

9   in these young patients developing endometrial cancer needs to

10  be undertaken.   Thank you.

11      DR. KING:  Does the committee have any questions that

12  they would like to direct to Dr. Silverberg?  Are there any

13  questions from anyone in the audience?

14      MS. GREENBERGER:  Dr. Silverberg, I know you have

15  answered one of the questions I have been asking everyone who

16  responded, but I have another one that I would like to ask you.

17      In your presentation you listed a variety of questions

18  that should be answered, some of which you are hoping to address

19  yourself.  I am wondering whether you know if any other group

20  who are physicians or scientists or researchers, et cetera,

21  around the country are beginning to study these questions and

22  whether manufacturers of the contraceptives in question have

23  approached you or others to develop such studies.

24      DR. SILVERBERG:  The answer to both of those questions

25  I think is yes.  I think several other physicians have become

Confidential Pursuant to Confidentiality
Order

68                                                                                          112

1  interested in this problem in very recent years. There was a

2  publication the month before ours appeared by Dr. Lyon in Minne-

3  apolis. There is also a group in Houston that is investigating

4  this problem.

5          The answer to the second part of the question is also

6  yes, and we have found that several of the drug manufacturers

7  have been concerned, have contacted us, and have volunteered to

8  help us if we want to expand this study in certain ways.

9          MS. GREENBERGER:  Thank you.

10         DR. GRIGGS:  In your paper, you had mentioned that

11  seven of the patients in your group of 21 had discontinued the

12  drug from periods of eight months to six years prior to having

13  been reported. Do you have any idea of what the bleeding patterns

14  were of these patients after discontinuing the oral contracep-

15  tives?

16         DR. SILVERBERG:  Not off hand, no.

17         MR. NEAL:  My name is David Neal and I represent my

18  deceased daughter, Janet.  I just wonder,Doctor, if you have

19  given any consideration to the young women who are on these pills

20  while you are continuing your studies.  To go a step beyond that,

21  whether you have any consideration to discontinuing the general

22  use of these lethal drugs to the general population while your

23  studies are continuing.

24         DR. SILVERBERG:  Certainly, I am not in a position to

25  continue or discontinue the use of these drugs in the general

Confidential Pursuant to Confidentiality
Order

population, nor in any women since I am not a clinician.  I am

a pathologist.  Certainly, thus far, I do not think that the

evidence is adequate to make the statement that these are lethal

drugs, however.

DR. KING:  Thank you very much, Dr. Silverberg.  Before

we go on to the next speaker, Dr. Segal, do you have a question.

DR. SEGAL:  I wonder whether you have either asked

the previous speakers or have analyzed their papers to determine

whether in the case control studies that they have done there

was any evidence of the women with carcinoma of the endometrium

in the younger age groups having some correlation with oral

contraceptives.

DR. SILVERBERG:  No, I have not yet asked, and certain-

ly in the papers that I have read, this information did not

appear.

MS. LEE:  My name is Fran Lee.  I am a consumer edi-

tor and a medical researcher, and I am here to speak on behalf

of estrogen.  I never thought I would be up at this end of the

mike.

DR. KING:  Do you have a question?

MS. LEE:  My question is are you going to throw out

the baby with the water?  Do you know what it is to be menopausal?

Do you know what it is to be on the point of a breakdown?  I

am here to speak on behalf of thousands of women who have been

saved and are back in the stream of life as a result of estrogen.

Confidential Pursuant to Confidentiality
Order

70                                                                      114

1    DR. KING:  Thank you very much for your comment.

2    MS. LEE:  I would like to continue later. I cancelled

3    a plane flight so that I could come here to see that silliness

4    does not come about.

5    DR. KING:  Very good.  The questions that will be

6    directed to the speakers will pertain to the presentations that

7    they have made.  Thank you.  Thank you, Dr. Silverberg.

8    Before we go on to the next speaker; I would like to

9    make certain of making this announcement.  The folders that many

10   of you have found inside the door on the desk have been prepared

11   by the speakers who have served as consultants for the Ayerst

12   Company, and that material is not being distributed by the Food

13   and Drug Administration.

14   The next speaker is Dr. John Annegers of the Mayo

15   Clinic to speak on the incidence of endometrial carcinoma in

16   Olmstead County in Minnesota, 1935-1975.

17   DR. ANNEGERS:  We became aware of this question about

18   the middle of the summer and began an initial study to determine

19   the incidence rates of endometrial cancer among the resident

20   population of Olmstead County, Minnesota.

21   The medical record resources of the Rochester Project

22   of the Mayo Clinic were utilized to identify the cases of endo-

23   metrial cancer which have occurred in the resident population

24   of Olmstead County during the four decades from 1935 to 1974.

25   A total of 176 cases met the residency and diagnostic criteria

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027415

HRT Plaintiffs' Exhibit #  0021      PAGE 72 of 170

71

1   The age adjusted incidence rate for the entire period

2   was 15.5, which is slightly lower than the Connecticut rates

3   for the same period of time.  This is age adjusted to the U.S.

4   1950 population.

5   The age specific rates follow the expected trend of

6   rising rapidly around 50 years of age and remaining stable at

7   about 60 per 100,000 in subsequent age groups.  It must be strong-

8   ly emphasized that the rate is based on the total female popu-

9   lation and not those at risks for developing endometrial cancer.

10  The incidence rate among the population at risk could be deter-

11  mined only if the age specific prevalence rates of intact uteri

12  were known.

13  For example, if a third of the population had had a

14  hysterectomy, the actual incidence rate would be 50 percent

15  higher than the quoted, while if half of the population were

16  not at risk, the rate would be doubled.

17  We are now considering an incidence study of hysterec-

18  tomies among Olmstead County residents during the past 40 or

19  more years.

20  The number of cases for the successive decades in the

21  period of the study were 22, 43, 56 and 55.  The age adjusted

22  rates for the corresponding decades were 11.7, 18.3, 17.9 and

23  13.9 respectively,  if the total population is used as a denomi-

24  nator. Thus, we do not show any trend as far as the pattern of

25  the incidence of endometrial cancer in Olmstead County, Minnesota.

Confidential Pursuant to Confidentiality
Order

72                                                                116

1          At this time, we do not know the pattern of estrogen

2   usage, and particularly Premarin usage for menopause among this

3   population.  Until the proper studies are carried out, we are

4   not in a position to comment on the possible association between

5   Premarin and endometrial cancer in this population.

6          There may have also been changes in the impact of

7   other risk factors on the Olmstead County incidence rates.  The

8   association between estrogen usage and endometrial cancer could

9   be examined through a case control study of the 176 cases.  We

10  are also contemplating a study in which a cohort of women with

11  menopausal symptoms diagnosed from 1945 through 1974 will be

12  identified.

13         Data on the usage of estrogens, as well as other sus-

14  pected risk factors will be collected.  The cohort will then

15  be followed to determine if estrogen therapy is associated

16  with elevated incidence of endometrial cancer.  The study would

17  also assist in answering other questions regarding estrogen

18  treatment such as the occurrence of other malignancies, ischemic

19  heart disease and fractures in the treated and untreated groups.

20  Thank you.

21         DR. KING:  Does the committee have any questions that

22  they would like to direct to Dr. Annegers?  Are there any ques-

23  tions from any one in the audience directed toward Dr. Annegers?

24  Thank you very much, Dr. Annegers.

25         The next presentation will be given by Dr. Bernard

Confidential Pursuant to Confidentiality
Order

73                                                                117

1  Greenberg, University of North Carolina, speaking to the discus-

2  sion of retrospective studies on endometrial carcinoma.

3          DR. GREENBERG:  Mr. Chairman, members of the Advisory

4  Committee, and general audience, I was interested in the material

5  presented this morning, because all of the results purporting

6  to link estrogens with endometrial carcinoma were based upon

7  retrospective studies, and what I would like to do is to point

8  out some of the difficulties involved in retrospective studies,

9  and also indicate why one must be extremely cautious in jumping

10 to any conclusions with regard to the possible cause and effect

11 relationship.

12         If we are interested in establishing a cause and effect

13 relationship between some factor and disease, ordinarily, when

14 we can, we do a controlled clinical trial.

15         May I have the first transparency, please?

16         In a controlled clinical trial we start out with N

17 individuals, and a plus b of them are assigned to the particular

18 factor under study, and c plus d of these individuals are

19 assigned at random to be a group not under factor F.

20         Now, both of these groups are studied prospectively

21 in time to observe what proportion of a plus b developed cases

22 of the disease, and let us say that is a, so that the attack

23 rate, as shown in the last column, would be a over a plus b.

24 That would be rate number 1.

25         Similarly, those who were not put on factor F, c plus

Confidential Pursuant to Confidentiality
Order

74                                                                118

1  d of them, c of them will develop cases of the disease, and they

2  will have an attack rate $R_2$, which is c/c plus d.

3      Now, if one wanted to measure the true relative risks,

4  and I say true relative risk in comparison to the relative risk

5  as estimated from retrospective studies, it is simply the ratio

6  of $R_1/R_2$, which are the figures shown as indicated.

7      If one wants to get a little more statistical, he can

8  put confidence limits around this true relative risk, and I have

9  indicated two references that can be found to be used to put

10  confidence limits around this true relative risk.

11      Next transparancy.

12      Now, sometimes, we cannot do a controlled clinical

13  trial, because the factor we are talking about may be a very

14  harmful agent such as irradiation. It may be a factor which is

15  one such as rubella during pregnancy. You cannot ethically and

16  morally expose a group of subjects to the agent. So, you cannot

17  do a controlled clinical trial.

18      Similarly, sometimes a disease is such, such as cancer,

19  when you also cannot do a controlled clinical trial, because it

20  may take 20 or 30 years before the disease will develop. There-

21  fore, in order to overcome this limit, as far as controlled

22  clinical trials are concerned, we usually turn to one or two or

23  three other methods of trying to ascertain the relationship

24  between some Factor F and its possible relationship to a disease.

25      One of these, of course, is to do in vitro and animal

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027419

HRT Plaintiffs' Exhibit #  0021      PAGE 76 of 170

1   studies.  The problem there is, of course, trying to translate

2   this to humans, if you establish a dose relationship even among

3   primates, whether this applies to man is unknown.  Another kind

4   of study, which is sometimes used is an accidental exposure, such

5   as in irradiation or air pollution.  We try to take advantage

6   of accidental exposures.

7           A third technique is to do a retrospective study such

8   as the kind we have had reported this morning.  Now, a retrospec-

9   tive study is very different philosophically from the controlled

10  clinical trial.  First of all, we take a sample of cases of the

11  disease.  We have a plus c cases of the disease who are selected,

12  and among that group we try to find out what proportion of them

13  have had a history of factor F, and that turns out to be a.  So

14  we divide a over a plus c, and we get that proportion, and in the

15  Ziel and Finkle study in Los Angeles that was 57 percent.

16          We then take a comparison group of persons, and these

17  are not controls mind you.  A control should only be used when

18  you are dealing with a clinical trial.  This is a comparison

19  group of persons, b plus d of them.  They may be well persons.

20  They may be hospitalized persons.  They may be persons ill with

21  some disease other than the disease in question.

22          We take b plus d of them, and find out how many of

23  them have this factor F, b, and we divide b by b plus d, and we

24  get this ratio down here.

25          Based upon these two proportions then, we calculate

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027420

HRT Plaintiffs' Exhibit #  0021       PAGE 77 of 170

76                                                                    120

1  a relative risk, and that is what has been presented to us this

2  morning, a relative risk, not the true relative risk, an estimate

3  of it, and there are several ways of doing it.  One is by Jerome

4  Cornfield, and it is simply to take ad/bc.  Another one is by

5  Olli Miettinen, which is the one used incidentally in the Los

6  Angeles study, because there they actually matched the comparison

7  group to the cases observed by two or three characteristics.

8        Now, the retrospective study is fine as a device when

9  you cannot do a controlled clinical trial, but it is exceedingly

10  important that we understand the assumptions that go into the

11  retrospective study, and what its philosophy is based upon.

12        May I have the next transparency?

13        At the top of this are simply different ways of cal-

14  culating the relative risk.  I have shown the Cornfield method.

15  It gives you 7.40.  The Miettinen method gives 7.59 or 7.6, as

16  reported by the authors.  And, if one wants to put confidence

17  limits around that relative risk, there are at least a half a

18  dozen different methods in the statistical literature that can

19  be used to do so.

20        Now, the problem with the retrospective study is that

21  too often persons fail to realize that in designing these rela-

22  tive risk methods there were four assumptions made by the au-

23  thors, and I have listed these four assumptions because these

24  assumptions are not always, and in fact are rarely fulfilled.

25        The first assumption is that the sample of observed

Confidential Pursuant to Confidentiality
Order

77                                                                121

1  cases is assumed to be representative of all cases of the disease.

2  Second, the sample of comparison individuals is assumed to be

3  representative of all possible non-cases. The third, that factor

4  F may not be a true causal factor, but only highly associated

5  with another factor G, which may be the true cause of the disease.

6  The assumption implied here is that the two groups differ only

7  in factor F.   Fourth, the rate occurrence of the disease is

8  assumed to be small in magnitude.

9          Let me take these four assumptions and show you whether

10 they are fulfilled or not in the two studies that we had reported

11 this morning.

12         May I have the lights, please.

13         The first one I will dispose of was that last assump-

14 tion, assumption number 4, in which it was said that the rate

15 of disease is very small.  This is really not much of a problem,

16 because in this particular disease we are talking about endome-

17 trial carcinoma.  The rate is about 20 per 100,000 for all ages,

18 and even if you are talking about women over 50 the rate is only

19 60 per 100,000, that is, it is .0006, a number less than one in

20 a thousand.

21         Now, the first problem that comes about is with assump-

22 tion number 1.  That was the assumption that the sample of cases

23 was representative of all cases of the disease.  No one would

24 argue that the endometrial carcinoma cases in the Los Angeles

25 and Seattle areas are representative of all cases of that disease

Confidential Pursuant to Confidentiality
Order

78                                                                122

1    in the United States or the world. This would not be too impor-

2    tant if there was no special selection in the cases used in the

3    study reported. The word that was used by Dr. Segal this morning

4    was ascertainment.

5              Now, in the study by Ziel and Finkle, and I will

6    quote, the authors reported the vast majority of cases are re-

7    ported to the Cancer Registry. Now, when I asked Dr. Finkle

8    this morning whether that was true or not, he said, no. He said

9    they took all of the cases reported in the Cancer Registry.

10             Well, there is obviously a discrepancy between what

11   he told me to that question and what is in the article.

12             Secondly, the diagnosis of endometrial carcinoma was

13   accepted at face value from the Cancer Registry, whether the

14   person was reported to have had an adenocarcinoma or adenoacan-

15   thoma. There is no data provided on who did the diagnosis,

16   what pathologist confirmed it, where, how and when. The data

17   from the Cancer Registry were accepted at face value.

18             This again makes me wonder how true the 94 cases really

19   were.

20             The second assumption that I had listed on the board,

21   on the transparency, was that the comparison cases are represen-

22   tative of all persons who do not have the disease, the disease

23   in this case being endometrial carcinoma. Here a very difficult

24   philosophical question arises. How does one choose a comparison

25   group? In the case of a disease such as endometrial carcinoma,

Confidential Pursuant to Confidentiality
Order

1 should the comparison group consist of well persons, hospitalized

2 persons with non-cancerous diseases, hospitalized patients with

3 breast cancer, ovarian tumors, vulvar carcinoma or cervical can-

4 cer who are hospitalized at the same time as the endometrial

5 carcinoma patients?

6     Now, many studies have shown that the choice of the

7 comparison group will determine almost as a function, almost

8 exactly the magnitude of the relative risk.  For example, in

9 the Los Angeles study, they ended up with 7.6.  In the Smith

10 study, they had three different kinds of tumor, cervical cancer,

11 vulvar cancer and ovarian cancer, and they used two different

12 hospitals.  Their relative risk in one hospital ranged from 1.5

13 to 7.8, and in the other hospital it ranged from .6, that is

14 less than 1.0, up to 3.4.  So, the two studies obviously do not

15 end up with anything near the same relative risk, because they

16 are choosing a different group of comparison cases.

17     In fact, the Seattle group show that the relative risk

18 will also vary according to the year of diagnosis, the age of

19 diagnosis, the socio-economic status and many other factors.

20     Therefore, because there is this doubt as to what is

21 an appropriate comparison group, most epidemiologists recommend

22 the use of several comparison groups.

23     There are other problems with respect to the represen-

24 tativeness of this comparison group.  For example, the comparison

25 group was probably selected, if I understand the study, in 1975,

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027424

HRT Plaintiffs' Exhibit #  0021      PAGE 81 of 170

80                                                                          124

1  when the medical records clerk requested the files of the patient

2  and the two compeers, the two comparison individuals.  This means

3  that the compeers were still alive in 1975.  Yet many of the

4  patients in the patient group may have already died because the

5  diagnosis was made as early as 1970.

6      Hence, the comparison groups should, by the method

7  of ascertainment, automatically be a healthier group of women.

8  Also, we do not know how many individuals were selected and

9  rejected because they did not have an intact uterus.  In other

10  words, how did they go about selecting this comparison group?

11      The article should report the numbers that were re-

12  jected as comparisons.  For example, they pointed out 1/3 of

13  the women do not have an intact uterus.  I would like to see

14  if that is what they found out when they checked the records.

15  Did they really reject 1/3 of the women because they did not

16  have an intact uterus.

17      The comparison group was selected by matching for

18  age, residential zone by the Zip Code, and duration of member-

19  ship in the Kaiser Permanente Health Plan.  Other studies have

20  shown age at menopause, parity to be important predisposing

21  factors, and perhaps these are more important than the ones

22  that they used to match.  Also, race, socio-economic status

23  and all the other predisposing factors we know about it need

24  to be considered.

25      The choice of the comparison group also can affect

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027425

81                                                                    125

1    rate of false negatives.  If in the method selected, for example,

2    a group with a high proportion of women not on estrogen may

3    have a high rate of false negatives at the time of the reference

4    date that they chose, because such women are obtaining less

5    frequent observations by their physicians for various female

6    abnormalities.

7         This uncertainty about the ideal comparison group

8    leads epidemiologists, as I pointed out, to recommend that many

9    ways of selecting comparison groups be used in order to rule

10   out any potential bias.

11        Now, the third assumption was the one that the two

12   groups differed only in factor F, that there was no underlying

13   factor which was correlated with both of these.  Now, this is

14   undoubtedly the most serious problem facing us, and it can cause

15   more problems in inference than anything else.

16        Simply because a factor is more highly associated with

17   diseased patients than with noncases of the disease does not

18   establish a causal relationship.  The factor involved, say intake

19   of conjugated estrogen, may be associated with another factor

20   which is the true or more direct cause of the disease in question.

21        We sometimes try to eliminate some of these associated

22   variables by matching the comparison group for age, sex, race,

23   socio-economic status, place of residence, time of diagnosis,

24   weight, parity, hypertension, or any other factor known to be

25   predisposing.

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027426

82                                                                                    126

But, even when we do so, there is always the remaining uncertainty that some underlying condition that causes the disease influences to some extent the use of this particular factor F. For instance, let us take the lung cancer and cigarette smoking case. Do high strung persons tend to develop lung cancer more frequently, and do they also smoke more cigarettes? They smoke more cigarettes to relieve their anxiety, and maybe this is what is causing their lung cancer rather than the cigarette smoking. I throw that out just as food for thought.

Now, the study in Los Angeles matched the comparison group by age, area of residence and duration of membership in the health plan. They investigated the confounding effect of nulliparous women versus parous women, and found a confounding effect of four percent. They also found a confounding effect of weight or obesity, and they also found a confounding effect for age at menopause.

However, from my point of view, looking at these three independently and separately is fine, except that it doesn't go far enough. They examined the confounding effects of parity, obesity and age of menopause separately and individually. Unfortunately, this is not how these factors operate in life.

The interaction or synergism of these factors may be much more important, and matching for them may have been a better way of controlling them, then by measuring this confounding factor.

Confidential Pursuant to Confidentiality
Order

83                                                                    127

1      Finally, the major confounding factor the authors may

2   be overlooking is the reason why the women may be taking the

3   estrogen in the first place.  Were the women on estrogen a group

4   of persons who were already in trouble with an inadequate amount

5   of female hormones or other menstrual problems, and placed on

6   therapy for that reason.

7          If so, was their original diagnosis the fact that

8   caused the endometrial carcinoma rather than the estrogens them-

9   selves.  We do not know the answer to this.

10          Now, the authors tend to try to answer this question

11  by looking at the increased rate of endometrial carcinoma in

12  the Seattle and Los Angeles areas, and I am not going to go

13  into the details of of how I disagree with their analysis.  There

14  will be another speaker, Dr. Cramer, who will devote himself

15  to that aspect.

16          Now, because of these problems that we have with these

17  three assumptions in retrospective studies, epidemiologists'

18  recommend two approaches to try and rule out a miscellaneous or

19  extraneous factor.  One of them is to replicate the studies in

20  different centers with differing comparison groups.  The second

21  is to attempt to strengthen the hypothesis by looking for dosage

22  response curves, dosage response relationships, or time response

23  relationships.

24          Now, what do I mean by a dosage response relationship?

25  Well, for instance, persons who smoke two packs of cigarettes a

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027428

84                                                          128

1  day have a higher relative risk than those who smoke only one

2  pack a day, and the latter in turn have a higher relative risk

3  than those who smoke only a half a pack a day. That would be an

4  example of a dosage response relationship.

5       Now, the Los Angeles office looked for a dosage res-

6  ponse relationship and claimed that persons on estrogen for

7  seven or more years have a higher relative risk. Unfortunately,

8  the method they used to ascertain duration of therapy, as explained

9  in the footnote in their table 2, is open to serious question

10  and bias. Let me give you some of the reasons why.

11       First of all, the authors instructed the abstracters

12  to measure the difference in time between the first recorded

13  prescription for estrogen and the time of the latest prescription

14  up to one year before onset of the disease. In that case, the

15  duration that they are reporting in their paper is systematically

16  underestimated by one year, because they stopped at the referen-

17  ce date, yet the case occurred one year later. Therefore, if

18  the prescription went up to the last date, they obviously were

19  at least one year under in terms of the duration of therapy.

20       Secondly, this method of calculating duration of the-

21  rapy assumes the women stopped taking the estrogens on the date

22  of the latest prescription. Now, the women may have continued

23  to take the estrogens for years after the latest prescription,

24  especially if the prescription was renewable.

25       Thirdly, no attempt was made in this study in Los

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027429

85

Angeles to ascertain the validity of these data by interviewing the women, or the comparison women, to find out if they took the drug. We know that there is not complete compliance, and they are simply taking at face value what was written in the chart that estrogens were prescribed. They have no basis for knowing whether the women actually took the drug.

Finally, no attempt was made to ascertain the dosage schedule, whether the patient was on the drug continuously, or whether a progestin was prescribed periodically.

Now, there are some statistical aspects of the study. I will not go into that, in order to save time.

Let me summarize my conclusions based upon what I feel are defects in these retrospective studies. I feel it would be premature to impose any ban -- and this may help the woman who couldn't get her say in at the end a few minutes ago -- it would be premature to impose any ban or restriction on the use of estrogen therapy at this time. Obviously, the millions of women using this drug derive considerable medical benefit from it in the way of controlling weight, decreasing the thinning out of bone tissue, slowing down the processes of aging, perhaps prevention of heart attacks, and a general feeling of well being.

We must avoid repeating what happened in New York State in the early 1950's, when antigen inocculations were suspected of having a provoking effect on poliomyelitis. Suspension of inocculations during the three or four summer months

Confidential Pursuant to Confidentiality Order

W-MDL04782-00027430

86                                                                          130

1  when poliomyelitis was at a peak was attempted one year in New

2  York State and the rise in cases of diphtheria and whooping cough

3  were a greater loss than the few cases of poliomyelitis that

4  were prevented.

5          As the Los Angeles authors themselves point out, the

6  risk ratios for valium, reserpine and thyroid drugs were less

7  than unity.  That would mean a protective effect from estrogen

8  against the diseases for which those three drugs are prescribed.

9          What I think is needed now are more epidemiological

10 studies designed more validly than the previous two, using other

11 groups of cases as well as other comparison individuals.  I

12 would especially like to see a comparison group of breast cancers.

13         Furthermore, one must examine the question of dosage

14 schedule, duration of therapy, and the conjoint use of proges-

15 tins.  It may very well be that the use of estrogens should be

16 recommended in conjunction with the periodic use of a progestin

17 added to counteract any proliferation of the endometrium.

18         Similarly, we should learn more about restrictions on

19 duration of therapy, dosage, age of patient when the dosage may

20 be most dangerous, and other factors in the patient that may

21 be contraindications for such therapy.

22         Any rash action at this point will cause more harm

23 than the possible gain, especially where the annual incidence

24 of endometrial carcinoma is only 20 per 100,000 on an age-adusted

25 basis.

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027431

87

1   Even among women 50 years of age and older the annual

2   incidence rate is only 60 cases per 100,000.  If estrogens were

3   to prevent as little as ten percent of cardiovascular problems

4   among women 50 years of age and older, the overwhelming magnitude

5   of cardiovascular disease makes the benefits far outweigh any

6   possible disadvantages with respect to endometrial carcinoma --

7   a disadvantage which as far as I am concerned is far from proved

8   at this time.  Thank you.

9          DR. KING:  Any questions from the committee?

10          DR. SEGAL:  A very interesting and illuminating ana-

11   lysis of the methodological problems.  You ended by drawing

12   attention to the risk/benefit issue, and forgive me if I am

13   blunt with this, but it seems to me that since you have raised

14   this question, I have to ask you whether you are satisfied with

15   the statistical design of all those studies on the estrogens

16   that you are referring to, showing the benefits that you referred

17   to?

18          DR. GREENBERG:  Shelly, I do not know all of the

19   studies you are referring to.  I do know that in the current

20   issue of the Archives of Medicine, and I think it is in this

21   month's issue, there is an article showing the beneficial effect

22   of estrogens on osteoporosis.

23          I am sure that there are similar studies, and perhaps

24   some of the speakers who will follow me will talk about some of

25   these benefits on controlling weight, and controlling hypertension

Confidential Pursuant to Confidentiality
Order

88

132

1   and many of the other presumed benefits, and we heard a lovely

2   testimony from the lady in the back who did not get her two cents

3   in, and there are millions of women who obviously get some medi-

4   cal benefit from it, or else they would not be taking this drug.

5       DR. SEGAL:  Well, really, just on that one study you

6   referred to, since you have seen that one, was that designed

7   well, that one on osteoporosis?  Can we say now that we are

8   satisfied that it is established with sufficient valid data

9   that estrogens are beneficial for osteoporosis?

10      DR. GREENBERG:  Shelly, on that one I am going to have

11  to plead that I am not completely familiar with the article.

12  I simply read the summary of it.  So, I cannot answer your ques-

13  tion.

14      DR. KING:  Any other questions from the committee?

15  Are there any questions from anyone in the audience?

16      Just one minute.  Dr. Ortiz?

17      DR. ORTIZ:  Those benefits that Dr. Segal pointed out

18  are not in the approved labelling for the drug.

19      DR. STADEL:  I am Bruce Stadel from NIH.  When you

20  were discussing confounding, you said that one possible unanalyzed

21  confounding variable was that women who take estrogens might

22  have an underlying hypoestrogenic state, which would predispose

23  them to take estrogens and conceivably predispose them to deve-

24  lop endometrial carcinoma.

25      It seems to me that the concept of a hypoestrogenic

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027433

HRT Plaintiffs' Exhibit #  0021    PAGE 90 of 170

39                                                                                          133

1  state predisposing to endometrial carcinoma runs counter to all

2  of the existing investigations of endometrial carcinoma.

3       DR. GREENBERG:  There are many reasons why the estro-

4  gens are prescribed.  That might be one of them.  That is, a low

5  level of endogenous estrogen, but other questions are vaginal

6  bleeding and other reasons why estrogens are prescribed, and it

7  may be any of these other factors that may be causing the endo-

8  metrial carcinoma.

9       DR. STADEL:  But, am I correct in understanding that

10  you do not feel that a hypoestrogenic state could confound in

11  this sense?

12       DR. GREENBERG:  I do not know.

13       DR. STADEL:  Thank you.

14       DR. PRENTICE:  I agree with the criticism of the

15  weaknesses of retrospective studies, as you mentioned, and most

16  of these have been known for a very long time.  The general

17  suggestions that Dr. Greenberg made were toward multi-center

18  trials and multi-comparison groups, and I think it is comforting

19  that that has already happened to some extent, that similar risks

20  were identified both in Seattle and in California, and that in

21  the Seattle study in particular the relative risk did not signi-

22  ficantly depend on the type of control.

23       DR. GREENBERG:  Did not depend significantly what?

24       DR. PRENTICE:  Did not significantly depend on the

25  type of control that was selected.

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027434

90                                                                          134

1        DR. GREENBERG:  In which study?  The Los Angeles?

2        DR. PRENTICE:  This is the Seattle.

3        DR. GREENBERG:  But, it certainly did in the Seattle

4  study.

5        DR. PRENTICE:  No, this is the Seattle study that I

6  am talking about.

7        DR. GREENBERG:  The relative risk did not depend on

8  the type of control?

9        DR. PRENTICE:  Did not significantly depend on the

10  type of control.  There was a suggestion of a lower risk for

11  the vulvar cancer controls which were --

12        DR. GREENBERG:  Well, let me read to you from the

13  article.

14        DR. PRENTICE:  Well, you do not need to.  I wrote

15  that part.  I remember it.

16        DR. GREENBERG:  Well, look at page 1165, the relative

17  risk for cervical cancer in Virginia Clinic is 7.8, for vulvar

18  cancer 1.5, for ovarian cancer 3.9.

19        DR. PRENTICE:  And what I am saying is those are not

20  statistically significant in difference.  Basically, there are

21  very few vulvar cancer controls.

22        DR.GREENBERG:  Okay, how about the difference between

23  the University of Washington and Virginia Clinic, 3.4 versus

24  7.8; 0.6 versus 1.5; and 2.8 versus 3.9.

25        DR. PRENTICE:  That difference was also not significant.

Confidential Pursuant to Confidentiality
Order

91                                                                          135

1          DR. GREENBERG:  The point estimates are sure far off,

2     though.

3          DR. PRENTICE:  That is right, and when you have a

4     very small number of control patients, the standard deviation

5     is rather large.

6          DR. KING:  Thank you.  Next question.

7          DR. MACK:  Dr. Greenberg, I have to ask you, you have

8     not had the opportunity of reading this paper, but you saw a

9     paper which we have written recently using a very similar study

10    design, and I wonder if you would comment on the quality of the

11    study design in our paper.

12         DR. GREENBERG:  I am sorry.  I did not hear the referen-

13    ce.  To which study?

14         DR. MACK:  We studied reserpine in breast cancer some

15    months ago in a paper which you had access to and spent a lot

16    of time looking at.  So, I think you are familiar with our gene-

17    ral study design, and I wonder if you have similar comments about

18    our study.

19         DR. GREENBERG:  I have not seen this study.  I do know

20    though that there are studies supposedly relating reserpine to

21    breast cancer, and now those just the opposite.

22         DR. MACK:  No, I am sorry.  I was not trying to bring

23    that into the meeting.  I spoke at a similar FDA committee mee-

24    ting, at which Dr. Greenberg also spoke, and this time we were

25    on the same side.  I wonder if my study design characteristics

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027436

92                                                                      136

1  have changed a lot in the last year.

2          DR. KING:  Thank you very much.  Next question, please.

3          DR. FINKLE:  This is directed to the Chair.  It looks

4  like we do not really have enough time to get into a debate on

5  this matter.  Does the Chair invite written answers to the re-

6  marks?

7          DR. KING:  Yes, it certainly is appropriate.

8          MS. LEE:  Doctor, do animals go through menopause,

9  and do they ever go through what women do?  Do they have an es-

10 trogen problem?  Therefore, would that not make the test unre-

11 liable if not used only on humans?

12         DR. GREENBERG:  Well, we have some obstetricians here

13 who probably know more about this than I do, and can answer the

14 question.  Certainly, the biggest problem with animal studies

15 is in order to study a carcinogenic effect, you have to multiply

16 the dosage by sometimes as much as 100 times what it would be

17 in humans in order to study the dosage response relationship

18 and to develop the response within a reasonable period of time.

19         The question that then comes up is how applicable is

20 that to humans?

21         MS. LEE:  Well, am I right?  Is there someone here

22 who can answer my question?  Isn't it true that only women in

23 living things go through lack of estrogen, that there is no

24 menopause in animals?

25         DR. KING:  That is correct.

Confidential Pursuant to Confidentiality
Order

93

1    The next speaker is Dr. Sidney Wolff of the Health

2  Research Group.  Dr. Wolff.

3    DR. WOLFF:  Thank you, my remarks will be very brief,

4  and I have copies of them for the members of the panel, so that

5  they do not need to scurry around writing any numbers that they

6  might be interested in.

7    Although estrogens as a class have been as well studied

8  as any compounds for their carcinogenic properties with positive

9  animal evidence of carcinogenicity going back to the 1930's,

10  their use as human drugs has proliferated rapidly during the

11  last ten years.

12    I would like to add with respect to Dr. Greenberg's

13  question, yes, some animal evidence of carcinogenicity in estro-

14  gens and other compounds are achieved with high doses, but as

15  Dr. Greenberg probably knows, there are a number of experiments

16  in animals where a very low dose has caused carcinogenic effects.

17    The recent human evidence of the cancer causing pro-

18  perties of estrogens, however, has understandably served to

19  reopen the discussion of the use of estrogen therapy for meno-

20  pausal women.  Whereas it is unfortunate that the animal evidence

21  of cancer was not enough to prevent the massive inappropriate

22  use of such drugs that now exist, at least now a reassessment

23  of such use with a modification of prescribing will hopefully

24  occur.

25    In the face of the older animal evidence and these two

Confidential Pursuant to Confidentiality
Order

94                                                                                      138

1  new human studies, the two published ones and the additional

2  one mentioned by Dr. Mack, I would hope that time not be spent

3  on whether or not conjugated estrogens are carcinogens.  Rather

4  a careful review of present prescribing practices of these drugs

5  will occur with a strong position developed against their indis-

6  criminate use.

7       During the most recent year for which data are available,

8  this is mid-1974 through mid-1975, there were 7.7 million pres-

9  criptions written for women for Premarin, the Ayerst brand name

10  for its conjugated estrogen preparation.  This does not include

11  Premarin combinations, and is only for tablets and capsules.  It

12  does not include injections.

13       The recent survey in the State of Washington, and the

14  survey was authored by Dr. Stadel, who just made a comment a

15  few minutes ago, I will refer to this several times because it

16  has some very interesting information as to how, and why, and

17  to what extent these drugs are prescribed.

18       The recent survey in the State of Washington is appli-

19  cable as far as the fraction of menopausal estrogen use repre-

20  sented by Premarin.  The total prescriptions per year in the

21  United States for these drugs is about 22,000,000.  A further

22  finding in the Washington survey, and this is a study that was

23  published in the American Journal of Epidemiology in the last

24  several months, volume 102, page 209; a further finding in the

25  Washington survey was that about 60 percent of women using these

Confidential Pursuant to Confidentiality
Order

95                                                              139

1 drugs use them for more than three months, the median length of

2 use being ten years. I will repeat that. The median length of

3 use being ten years. This means essentially that half of the

4 people who are using these drugs in the survey in the area of

5 Washington State were using them for more than ten years.

6         Since the average prescription, this is based on how

7 many pills it is, is for about two months, it can be estimated

8 that three to four million American women take these estrogen

9 preparations, and that at least two to three million of these

10 take the drug for longer than three months. This is a very

11 conservative estimate, and it is much lower than the estimate

12 that might likely be derived if one took the data, again from

13 this Washington study, because in this study they found that

14 51 percent of all post-menopausal women were using these drugs

15 for more than three months. This would result in a figure even

16 higher than two to three million.

17         An examination of the diagnoses for which the 7.7

18 million prescriptions for Premarin are written, these are based

19 on data from IMS in Philadelphia, which is a company which audits

20 doctors'prescribing practices in order to provide data for a

21 number of people, most of whom are the drug industry, who use

22 the data to alter their promotion of the drugs.

23         But, I will review some of the data in this most recent

24 survey of the use of Premarin. Special conditions without sick-

25 ness, in other words conditions where there is no medical diagnos.

Confidential Pursuant to Confidentiality
Order

W-MDL04782-00027440

HRT Plaintiffs' Exhibit # 0021     PAGE 97 of 170

96                                                           140

1   made, 1,000,000 prescriptions.  Diseases of bones and organs of

2   movement, 253,000; whereas a study will be presented by Dr.

3   Hammond alleging that these drugs are good for preventing osteo-

4   porosis.  I think that with the exception of this study and per-

5   haps the one that Dr. Greenberg referred, unless that is the

6   same one, I think the review of most of the studies raise serious

7   questions as to whether it works for that.

8       Symptoms of senility, and these are largely ill-defined

9   conditions, 598,000 prescriptions.  Mental disorders, 246,000

10  prescriptions.

11      In addition to the 2.1 million prescriptions, the sum

12  of the numbers I just gave, written for the above diagnoses,

13  which are at best questionably effective uses for the drug, I

14  suspect that most of the 5.6 million additional prescriptions

15  for Premarin may well be for benefits which are minor in compa-

16  rison to the risk of cancer.

17      Conservatively then, I would estimate that more than

18  3/4 of the prescriptions for these drugs are not warranted,

19  either by virtue of lack of efficacy or by offering benefits

20  trivial in comparison to the risk of cancer.  Almost three years

21  ago, the Medical Letter said the following about these drugs,

22  and I quote from the Medical Letter early in 1973, volume 15,

23  page 5.  "The Medical Letter advises against the routine pres-

24  cribing", and routine would be consistent with half of the women

25  getting them for over ten years, the routine prescribing of

Confidential Pursuant to Confidentiality
Order