# EXHIBIT 191

**BRIAN S. ENGLANDER, MD**
Director, Women's Imaging Center
Director, Imaging, Integrated Breast Center
Pennsylvania Hospital
Department of Radiology
800 Spruce Street
Philadelphia, PA  19107

**EXPERT REPORT**
**FRASER v. WYETH**

## Background and Qualifications

I am a board certified radiologist specializing in breast cancer and diseases of the breast. I attended medical school at Jefferson Medical College, Thomas Jefferson University, where I also completed a residency in Diagnostic Radiology (Chief Resident 2001-2002) and a fellowship in Women's Imaging.  Since 2004, I have served as the Director of the Women's Imaging Center at Pennsylvania Hospital in Philadelphia, Pennsylvania.  I have also served as the Director of Imaging at the Integrated Breast Center at Pennsylvania Hospital since 2005.  I am a Clinical Assistant Professor of Radiology in the University of Pennsylvania Health System, where I educate medical students, residents, and fellows on various aspects of radiology, including breast cancer and breast disease.  I am currently licensed to practice medicine in Pennsylvania.

I am actively involved in the evaluation of over 7,000 patient mammograms per year, and routinely interpret more than 500 diagnostic ultrasounds and 1,000 breast MRIs per year.  I also perform more than 1,000 image-guided core biopsies per year.  I personally counsel all patients whom I newly diagnose with breast cancer and speak with most patients who visit the Women's Imaging Center for routine and diagnostic studies.  I also participate in multi-disciplinary tumor board meetings related to breast cancer.

I am a member of numerous medical organizations devoted to radiology and breast disease, including the American College of Radiology, the American Society of Breast Disease, and the Society of Breast Imaging.  I also previously served as President of the Mammography Society of Philadelphia.  Additional details regarding my training and experience are provided in the attached curriculum vitae.

## Basis of Opinions

I have reviewed the available medical records and copies of mammogram films, digitized mammogram films, and available digital mammography pertaining to Mrs. Margaret Fraser.  I have also reviewed the expert reports of Dr.'s John Cronin, Roger Graham, and Jedd Levine, and the testimony of witnesses deposed in this case.  These materials, along with my training, experience and review of pertinent medical literature, provide the basis of my opinions, all of

which are stated to a reasonable degree of medical certainty. A list of medical references is attached.

## General Opinions

Breast cancer is the number one diagnosed cancer in American women, and is the second most common oncologic cause of death in women. Research demonstrates that annual screening mammography remains the single most important tool for early diagnosis of breast cancer. Numerous studies have demonstrated a reduction in breast cancer mortality with the use of screening mammography.

There is no consensus over the risk factors for breast cancer. Age and gender are the most commonly cited risk factors for the development of breast cancer. Other than genetic mutations (such as BRCA1 and BRCA2) and significant radiation, there are no known risk factors that markedly increase the risk of breast cancer. Factors associated with an increased risk of breast cancer include menarche, age of first childbirth, nulliparity, age at menopause, history of previous breast biopsies or surgeries, benign breast disease, in situ carcinoma, and family history of breast and other cancers. Lifestyle factors, including obesity, diet, smoking, or alcohol use, can also have some role in increasing or decreasing breast cancer risk. Exogenous hormones have been associated with a small increased risk of breast cancer. Hormone therapy has also been used to treat breast cancer.

It is not possible to determine the cause of a known breast cancer in any patient. There is no test, no blood marker, and no pathologic finding used to identify the cause of breast cancer, nor is there any diagnostic method to determine the cause of any breast cancer. There is no scientific support for the assertion that combination hormone replacement therapy ("HRT") initiates, promotes, influences, aggravates, or otherwise "causes" or "contributes to" the development of breast cancer in a specific patient.

A method of using population-based risk models, such as the Gail model, is inappropriate to evaluate whether a particular woman within a population will develop breast cancer, or to determine if any particular factor can be associated with the development of breast cancer. It is also inappropriate to suggest a "differential diagnosis" or "causality assessment" to determine the cause of an individual's breast cancer. I have never encountered the use of the Gail model, a "differential diagnosis," or "causality assessment" to determine the cause of a patient's breast cancer.

The American College of Radiology has classified mammographic breast density into four categories: Category 1, primarily fatty replaced; Category 2, scattered fibroglandular densities; Category 3, heterogeneously dense; Category 4, extremely dense. These categories relate to the appearance of the breast on mammogram. In general, fatty breasts appear predominantly black on mammogram, and extremely dense breasts appear predominantly white. Breasts with scattered fibroglandular densities contain 25 to 50% glandular tissue compared to fat, and heterogeneously dense breasts, which contain 50 to 75% glandular tissue compared to fat. Women may undergo fatty replacement of breast tissue as they grow older, making their breasts appear less dense on mammogram, though some women maintain breast density after menopause. Some studies have shown a significant relationship between increased native breast

density and breast cancer. There is no scientific evidence to suggest any correlation between HRT-associated increases in breast density and increased risk of breast cancer.

The Women's Health Initiative study initially reported a relative risk of developing breast cancer of 1.24 in patients who used combined continuous HRT for five years. Recent WHI follow-up analysis reported a 1.25 risk of invasive breast cancer associated with HRT use. The WHI did not find any increased risk of breast cancer among patients who used estrogen-only therapy. The WHI also did not find an increased risk of in situ carcinoma associated with HRT use.

Plaintiff's experts claim that the reduction in HRT prescriptions following publication of the WHI study in 2002 explains a recent drop in breast cancer incidence in the United States. In my opinion, the decrease in breast cancer incidence is explained by a drop in mammography during the same time period. In addition, a national breast cancer screening program was implemented which in turn resulted in earlier detection of in situ and invasive breast cancer. Further, during the same time period, the incidence of a number of other cancers decreased in the United States. Additionally, in recent years breast cancer incidence has increased while HRT prescriptions have decreased. In my opinion, the data do not demonstrate that the decline in breast cancer incidence was related to a reduction in HRT use following the WHI.

## Margaret Fraser — Medical History

Mrs. Fraser was born on November 21, 1946. Her first menstrual period was at age 14, and she first gave birth at age 34. She breastfed for 13-14 months. After the birth of her son, she subsequently suffered a miscarriage.

Mrs. Fraser's medical history is significant for osteoporosis and several bone fractures. She smoked up to 1 pack of cigarettes per day for up to 30 years. She reported having 1-6 alcoholic drinks per week. Her family history is significant for a niece with inflammatory breast cancer in her 30's, melanoma (father, sister, and brother), probable colon cancer in her mother, and osteoporosis. Mrs. Fraser is 5'00" tall and currently weights 127 lbs.

Mrs. Fraser entered menopause at approximately age 49. She started experiencing menopausal symptoms in her mid-40's. She reported experiencing severe and frequent hot flashes and night sweats, and vaginal atrophy. Medical records from Mrs. Fraser's gynecologist, Dr. Michael Tesoro are unavailable. Mrs. Fraser testified that she took Prempro from 1995-1996 until the time of her suspicious mammogram in September of 2001. However, the first mention of hormone use is reflected in a routine pap smear in November of 1997. Prempro is not documented in Mrs. Fraser's medical records until May of 1999 in an office note from Dr. Arnold Rossi.

The first available mammogram report for Mrs. Fraser is from a 3/21/96 study at St. Francis Hospital and Medical Center. This report refers to two prior studies from 3/23/95 and 9/1/95 (copies of films from this study were available for review, however there is no report from this study available), when Mrs. Fraser would have been 49 years-old. The 3/21/96 report notes the presence of calcifications that were determined to "most likely represent sclerosing

3

adenosis." This finding of sclerosing adenosis was again reported in 4/13/98 mammogram report. The medical records indicate that Mrs. Fraser continued to receive routine mammograms.

Mrs. Fraser underwent a bilateral mammogram on September 10, 2001. The study revealed "a new cluster of numerous micro-calcifications in the 6 o'clock position of the left breast. The microcalcifications were irregular." On October 26, 2001, Mrs. Fraser underwent a left breast needle core biopsy. Invasive mammary duct carcinoma, nuclear grade II, histologic grade II, and a rare foci of intraductal carcinoma were present. The cancer was reported as ER/PR positive and Her-2 neu negative. Mrs. Fraser subsequently underwent a left breast lumpectomy and lymph node dissection. The pathology revealed invasive duct carcinoma, nuclear grade-II, histologic grade-II, with a tumor dimension of 1.4 x 0.8 cm. A minor intraductal carcinoma was reported to be adjacent to the previous biopsy site. The surrounding breast parenchyma showed "fibrosis, intraductal hyperplasia, sclerosing adenosis and scattered microcalcifications." Five lymph nodes were negative for invasive carcinoma. Following surgery, Mrs. Fraser underwent chemotherapy, radiation, and a course of Tamoxifen/Aromasin therapy. In August of 2007 she had left sided breast reconstruction with a silicone gel implant and right sided breast augmentation. She underwent a revision of the left breast implant in May of 2009.

Following her cancer diagnosis, Mrs. Fraser continued to undergo routine mammography. Reports from these studies were provided to me to review, however the images from studies conducted on 11/18/2002, 12/8/2003 and 12/29/2004 were not available.

## Margaret Fraser - Review of Available Mammogram Films

9/1/1995: Left Unilateral Mammogram. Extremely dense. Loosely grouped faint microcalcifications are visible in the upper outer quadrant. ACR BIRADS category 3, probably benign findings. Follow-up with bilateral mammography to ensure continued stability and to resume normal schedule.

3/21/1996: Bilateral Mammogram. Extremely Dense. There is no change and the microcalcifications within the upper outer quadrant of the left breast are stable. Faint bilateral typically benign microcalcifications are more visible due to variability in technique or differences in the copies. ACR BIRADS category 3, probably benign findings. Short term follow-up left breast mammography in six months to ensure continued stability.

9/17/1996: Left Unilateral Mammogram with Magnification Views. No interval change. Stable typically benign microcalcifications within the upper outer quadrant of the left breast. ACR BIRADS category 3, probably benign findings. Short term follow-up bilateral mammogram to ensure continued stability and to resume normal schedule.

3/19/1997: Bilateral Mammogram (diagnostic because of magnification view of the left breast). Extremely dense. Calcifications are unchanged. No change. ACR BIRADS Category 2, benign findings.

4/13/1998: Bilateral Mammogram. There is some loss of density and fatty involution, however tissue remains extremely dense. The calcifications remain stable in morphology and distribution.

4

Magnification views of both breasts demonstrate loosely grouped and scattered benign type calcifications that are more conspicuous in the left upper outer quadrant but stable. The copies are not optimal for evaluation. ACR BIRADS Category 2, benign findings.

3/17/1999: Bilateral Mammogram with Magnification Views. No Change. Stable bilateral typically benign microcalcifications. ACR BIRADS Category 2, benign findings.

3/8/2000: Bilateral Mammogram. There is a slight continued symmetric fatty involution, however the tissue remains extremely dense. The calcifications are stable. ACR BRADS Category 2, benign findings.

9/10/2001: Bilateral Mammogram. There is more involution of the glandular tissue, and the breast tissue is now heterogeneously dense. There is a new cluster of heterogeneous, pleomorphic microcalcifications within the lower central left breast with associated soft tissue density. A biopsy is recommended for definitive diagnosis. ACR BIRADS Category 4, suspicious abnormality, biopsy should be considered.

11/6/2001: Needle Localization. There are two wires placed from the inferior approach to bracket the suspicious microcalcifications and core biopsy site marker from previous stereotactic core biopsy.

11/6/2001: Specimen Radiograph. Study was performed after surgery and demonstrates the core biopsy site marker and targeted residual calcifications.

11/6/2001: Lymphoscintigraphy. Images obtained which demonstrate the sentinel lymph node prior to surgery.

1/3/2006: Bilateral mammogram. [first digitized film/screen images]. Heterogeneously dense. Previously identified typically benign calcifications are stable. There are post surgical changes within the left breast and changes associated with radiation therapy. Routine annual mammography is recommended. ACR BIRADS Category 2, benign findings.

3/13/2007: Bilateral mammogram. No interval change. There are faint scattered microcalcifications seen bilaterally. Routine annual mammography is recommended. ACR BIRADS Category 2, benign findings.

4/8/2008: Bilateral mammogram. Bilateral subpectoral silicone implants are in place with no mammographic evidence of implant rupture. Heterogeneously dense. Less tissue is evaluated secondary to the implants. Routine annual mammography is recommended. ACR BIRADS Category 2, benign findings.

5/6/2009: Digital Bilateral mammogram. There has been continued fatty involution; the breasts contain scattered fibroglandular densities. This may be due to technical differences with the implants in place. Routine annual mammography is recommended. ACR BIRADS Category 2, benign findings.

5/26/2010: Digital Bilateral mammogram. No interval change. Routine annual mammography is recommended. ACR BIRADS Category 2, benign findings.

5

Margaret Fraser -- Specific Opinions

There is no evidence that HRT had any effect on Mrs. Fraser's mammographic density. Based on available films, Mrs. Fraser's breast density was extremely dense from the first available film in September 1995 until September 2001 when her breasts became heterogeneously dense due to expected post-menopausal fatty involution. This is during the time she alleges to have taken HRT.   She remained heterogeneously dense until 2009 when the breasts appear to contain scattered fibroglandular densities.

As I stated in my general opinions, we do not know the cause of breast cancer. Moreover, I am not aware of any scientifically validated way in which one can infer what caused an individual woman's breast cancer, whether through the use of breast cancer risk models or by looking at breast imaging studies, pathology results, or any other method. The first reported use of unspecified HT in Mrs. Fraser's medical records occurred in November of 1997 and she used HRT until her diagnosis in September of 2001.  The WHI did not show an increased risk of being diagnosed with breast cancer in women taking HRT for 4 years.

Mrs. Fraser did not have an unusual or uncommon breast cancer.  Ductal breast cancers are the most common type of breast cancer.  In addition, the majority of post-menopausal breast cancers are ER+/PR+, regardless of whether HRT was used, and the majority of ductal cancers are ER+/PR+.

My rates are $500 per hour for review of medical records and for testimony.  Within the past four years, I have testified at the *Kendall* trial, but I have never been deposed.

I reserve the right to use imaging, graphics, and other materials to illustrate my opinions in this case at the time of trial.

I reserve the right to supplement my opinions upon review of additional medical records, physical evidence, medical literature, or other information pertinent to this case.  I also reserve the right to supplement my opinions based on the deposition or trial testimony of Mrs. Fraser's expert witnesses.

By Ryan S. Englander, MD

Date: 29 April 2011

6

## Case-Specific Materials Reviewed

### Brian S. Englander, M.D.

I was provided with the following materials for review in connection with *Margaret B. Fraser, et al. v. Wyeth, et al.*:

- Medical records for Mrs. Fraser
- Plaintiff's Fact Sheet
- Plaintiff's Fact Sheet Deficiency Answers
- Case depositions (Margaret B. Fraser, 7/21/09; Dr. Jedd Levine, 03/17/11; Dr. John Cronin, 04/08/11; Dr. Michael Tesoro, 4/11/11)
- Plaintiffs' expert reports (Dr. John Cronin; Dr. Roger Graham; Dr. Jedd Levine)[*]

---

[*] Dr. Englander reserves the right to review and respond to any expert reports.

# EXHIBIT 192

## FIVE AUTHORS REPLY

We thank Dr. Langer (1) for his views on the data reported in our paper (2). In that paper on estrogen plus progestin (E + P) and breast cancer incidence, we describe a dependence of the breast cancer hazard ratio for E + P use on time from menopause to first use of postmenopausal hormone therapy or "gap" time, with higher hazard ratios among women having short gap times. Acknowledgment of this dependence provides an explanation not provided by other time scales or by other study subject characteristics for the higher hazard ratios in the Women's Health Initiative observational study compared with the clinical trial.

Dr. Langer expresses concern that the E + P hazard ratio dependence on gap time may be biased by differential control for confounding factors between the clinical trial and the observational study in these analyses, or by confounding by age or by duration of hormone therapy use. On the first point, our observational study analyses took into account a range of baseline breast cancer risk factors, with separate regression coefficients according to prior hormone therapy status and with provision for the type and duration of hormone therapy use among prior users of this therapy. Additionally, we included an E + P observational study/clinical trial hazard ratio in combined cohort analyses, toward controlling any residual confounding in the observational study. Although corresponding risk factor modeling could be included in the clinical trial component of our analyses, it is unnecessary to do so because randomization assignment (E + P vs. placebo) is independent of all baseline risk factors (regardless of whether they are recognized as such). In choosing not to include such modeling, we avoided the exclusion of clinical trial women who had missing data for these variables, thereby also preserving the independence just mentioned.

We interpret Dr. Langer's concern about confounding by age or duration of hormone therapy as pertaining to the modeling of the E + P hazard ratio function (i.e., effect modification), rather than standard confounding. Table 4 in our paper (2) shows some results from analyses in which the E + P hazard ratio depends on prior hormone therapy status, years from E + P initiation, and gap time. Under this model, women who begin E + P at menopause experience elevated hazard ratios within the subsequent few years, in both the clinical trial and observational study and in combined analyses.

As described in the Results section narrative (2, p. 1211), the hazard ratio dependence on gap time remained highly significant and essentially unchanged, in combined clinical trial and observational study analyses, when the E + P hazard ratio was additionally allowed to depend on age or on further refinements of time since E + P initiation, while dependence of the hazard ratio on these latter factors was comparatively minor. Our Figure 1 shows strong

Plaintiffs' Trial Exhibit M5012 Page 1 of 2

dependencies of the E + P hazard ratio on both gap time and time from E + P initiation, when the combined cohort analyses were restricted to women without prior hormone therapy. However, as noted in the Discussion, the clinical trial included few women who were without prior hormone therapy and had short gap times, so that these analyses do rely substantially on observational study data.

Although modeling exercises of this type necessarily have some uncertainty as to whether all relevant effect-modifying factors have been considered, and although hazard ratios within some subgroups are estimated with limited precision, it is noteworthy that hormone therapy hazard ratios demonstrate a strong dependence on 2 basic time variables: 1) time from menopause to first use of hormone therapy and 2) time since hormone therapy initiation. It is also noteworthy that consideration of these variables, but not other potential effect-modifying factors, is sufficient to bring together breast cancer hazard ratios from the Women's Health Initiative clinical trial and observational study, not only for E + P (2) but also for estrogen alone as shown in our companion paper (3), which used the same methodology.

ACKNOWLEDGMENTS

Conflict of interest: none declared.

REFERENCES

1. Langer RD. Re: "Estrogen plus progestin therapy and breast cancer in recently postmenopausal women" [letter]. *Am J Epidemiol*. 2009;169(6):784–785.
2. Prentice RL, Chlebowski RT, Stefanick ML, et al. Estrogen plus progestin therapy and breast cancer in recently postmenopausal women. *Am J Epidemiol*. 2008;167(10):1207–1216.
3. Prentice RL, Chlebowski RT, Stefanick ML, et al. Conjugated equine estrogens and breast cancer risk in the Women's Health Initiative clinical trial and observational study. *Am J Epidemiol*. 2008;167(12):1407–1415.

Ross L. Prentice[1], Rowan T. Chlebowski[2], Marcia L. Stefanick[3], Jacques E. Rossouw[4], and Garnet L. Anderson[1] (e-mail: rprentic@fhcrc.org)
[1] *Division of Public Health Sciences, Fred Hutchinson Cancer Research Center, Seattle, WA 98109*
[2] *Los Angeles Biomedical Research Institute at Harbor-UCLA Medical Center, Torrance, CA 90502*
[3] *Stanford Prevention Research Center, School of Medicine, Stanford University, Stanford, CA 94305*
[4] *National Heart, Lung, and Blood Institute, Bethesda, MD 20824*

DOI: 10.1093/aje/kwn423; Advance Access publication February 10, 2009

Plaintiffs' Trial Exhibit M5012 Page 2 of 2

# EXHIBIT 193

*Reprinted from*

**Volume 0, Number 2009**                                      **September 14, 2009**

# JOURNAL OF CLINICAL ONCOLOGY

## Estrogen-Progestagen Menopausal Hormone Therapy and Breast Cancer: Does Delay From Menopause Onset to Treatment Initiation Influence Risks?

*Agnes Fournier, Sylvie Mesrine, Marie-Christine Boutron-Ruault, and Francoise Clavel-Chapelon*

Disclaimer
The ideas and opinions expressed in the *Journal of Clinical Oncology* (JCO) do not necessarily reflect those of the American Society of Clinical Oncology (ASCO). The mention of any product, service, or therapy in any JCO article should not be construed as an endorsement of the products mentioned.

It is the responsibility of the treating physician or other health care provider, relying on independent experience and knowledge of the patient, to determine drug dosages and the best treatment for the patient. Readers are advised to check the appropriate medical literature and the product information currently provided by the manufacturer of each drug to be administered to verify the dosage, method, and duration of administration, or contraindications. Readers are also encouraged to contact the manufacturer with questions about the features or limitations of any products. ASCO assumes no responsibility for any injury or damage to persons or property arising out of or related to any use of the material contained in JCO or to any errors or omissions.



Case 3:04-cv-01373-JBA   Document 120-39   Filed 11/30/11   Page 14 of 31

JOURNAL OF CLINICAL ONCOLOGY

ORIGINAL REPORT

# Estrogen-Progestagen Menopausal Hormone Therapy and Breast Cancer: Does Delay From Menopause Onset to Treatment Initiation Influence Risks?

*Agnès Fournier, Sylvie Mesrine, Marie-Christine Boutron-Ruault, and Françoise Clavel-Chapelon*

From Institut National de la Santé et de la Recherche Médicale; Université Paris-Sud, Villejuif, France.

Submitted December 19, 2008; accepted May 4, 2009; published online ahead of print at www.jco.org on September 14, 2009.

Supported by Mutuelle Générale de l'Education Nationale, European Community, French League Against Cancer, Gustave Roussy Institute, Institut National de la Santé et de la Recherche Médicale, 3M Company, several General Councils of France, Direction Générale de la Santé, and Agence Française de Sécurité Sanitaire des Produits de Santé.

Authors' disclosures of potential conflicts of interest and author contributions are found at the end of this article.

Corresponding author: Françoise Clavel-Chapelon, PhD, Institut National de la Santé et de la Recherche Médicale ERI 20, Equipe E3N, Institut Gustave Roussy, 39 rue Camille Desmoulins, F-94805 Villejuif Cedex, France; e-mail: clavel@igr.fr.

© 2009 by American Society of Clinical Oncology

0732-183X/09/2799-1/$20.00

DOI: 10.1200/JCO.2008.21.6432

A B S T R A C T

**Purpose**
To investigate whether the relation between estrogen-progestagen menopausal hormone therapy (EP-MHT) and breast cancer risk varies according to the delay between menopause onset and treatment initiation.

**Participants and Methods**
Between 1992 and 2005, 1,726 invasive breast cancers were identified among 53,310 postmenopausal women from the French E3N cohort (mean duration of follow-up, 8.1 years). Hazard ratios (HRs) and CIs were estimated using Cox models, with MHT never users as the reference.

**Results**
Among recent users of EP-MHT, the risk of breast cancer varied according to the timing of treatment initiation. This variation was confined to short durations of use (≤ 2 years): the HR was 1.54 (95% CI, 1.28 to 1.86) for short treatments initiated in the 3-year period following menopause onset and 1.00 (95% CI, 0.68 to 1.47) for short treatments initiated later ($P = .04$ for homogeneity). However, this pattern of risks was not observed in users of EP-MHT containing progesterone, among whom there was no significantly increased risk associated with short duration of use (HR was 0.87 [95% CI, 0.57 to 1.32] for treatments initiated ≤ 3 years after menopause, and HR was 0.90 [95% CI, 0.45 to 1.81] for treatments initiated later). Longer durations of EP-MHT use were generally associated with increases in breast cancer risk, whatever the gap time.

**Conclusion**
Our results suggest that, for some EP-MHT, the timing of treatment initiation transiently modulates the risk of breast cancer and that, when initiated close to menopause, even short durations of use are associated with an increased breast cancer risk. Estrogen + progesterone combinations might be an exception in this regard.

*J Clin Oncol 27. © 2009 by American Society of Clinical Oncology*

Up to the end of the 1990s, menopausal hormone therapy (MHT) was largely considered beneficial, especially regarding relief of climacteric symptoms and prevention of osteoporosis and coronary heart disease (CHD); however, concerns regarding risks of breast cancer and thromboembolic disease had been raised.[1] In 1998, a secondary prevention trial challenged belief in the protective effect of MHT regarding CHD.[2] This doubt extended to primary prevention after the release of the Women's Health Initiative (WHI) trial in 2002.[3] These cardiovascular safety concerns (later supported by the WISDOM trial findings[4]), together with the WHI and Million Women Study reports of an increased breast cancer risk among estrogen-progestagen (EP) MHT users,[3,5,6] led some health agencies to restrict indica-

tions of MHT to the treatment of climacteric symptoms,[7] considering that, otherwise, risks outweigh benefits.

Recently, it has been hypothesized that the benefit/risk ratio of MHT varies according to the delay between menopause onset and treatment initiation: the CHD risk might be lessened when MHT is started soon after menopause rather than a few years later.[8-10] This "timing hypothesis" is widespread and has been discussed. However, it concerns only the risk of heart disease and has not been definitively confirmed.

Especially around menopause, the burden of breast cancer is important. In American women age 45 to 59 years, it is comparable to that of CHD.[11] It is thus of utmost importance to determine the impact of using MHT close to the onset of menopause on breast cancer risk. Recent analyses of the WHI data

© 2009 by American Society of Clinical Oncology   **1**

Information downloaded from jco.ascopubs.org and provided by Cadmus ArticleWorks on September 16, 2009 from 65.196.76.80.
Copyright © 2009 by American Society of Clinical Oncology. All rights reserved.

PX MB 147   Page 2 of 8

Printing or photocopying permitted for up to three copies   Copyright 2008 ASCO - All Rights Reserved

**Fournier et al**

suggest that women who initiate MHT soon after menopause have a higher breast cancer risk than those who start treatment later.[12,13]

We therefore investigated the relation between MHT use and breast cancer risk according to the timing of treatment initiation. We used data from the French E3N cohort study, with biennial information on menopausal status, MHT use, and occurrence of breast cancer. Because unopposed estrogen therapy has been shown to be associated with a lower breast cancer risk than EP-MHT,[14] and because we had limited numbers of users of unopposed estrogen, we focused on EP-MHT.

### The E3N Cohort

E3N is a prospective cohort of 98,995 French women born between 1925 and 1950 and insured by a health insurance plan that covers mostly teachers. Participants, who gave written informed consent, completed self-administered questionnaires (sent biennially between 1990 and 2005) that addressed medical history, menopausal status, and a variety of lifestyle characteristics. The study was approved by the French National Commission for Data Protection and Privacy. E3N is the French component of the European Prospective Investigation into Cancer and Nutrition.[15]

### Identification of Participants With Breast Cancer

Occurrence of cancer was self-reported in each questionnaire, and a small number of cancers were further identified from the insurance files or information on causes of death obtained from the National Service on Causes of Deaths.

The pathology report, used to confirm the diagnosis of invasive breast cancer (our primary outcome), was obtained for 93% of declared breast cancers. We also included in our analyses the participants who reported a breast cancer diagnosis for whom pathology reports had not been obtained because the proportion of false-positive self-reports was low ($< 5\%$).

### Assessment of MHT Use

Information on lifetime use of MHT was recorded in the 1992 questionnaire, which formed the baseline of this report. It requested the start date, brand names, and duration of each episode of hormone use. Women were given a booklet with color photographs that listed the hormonal treatments marketed in France. MHT information was updated in each of the subsequent questionnaires.

EP-MHTs were classified as estrogen combined with progesterone, estrogen combined with dydrogesterone, or estrogen combined with other progestagens, following our previous finding that associations with breast cancer risk varied significantly across these different treatments.[16] In this study, we did not evaluate MHTs consisting of unopposed estrogen or tibolone; those containing promestriene, estriol, or androgen; those vaginally, nasally, or intramuscularly administered; those with transdermally administered progestagen; or MHT with no specified formulation. Women who used these MHTs were censored at the date of first report of use. "Recent" MHT use was defined as current use or use occurring within the previous 12-month period.

### Assessment of Menopause

Information on menopausal status was updated in each questionnaire. Women were considered postmenopausal if they had had 12 consecutive months without menstrual periods (unless due to hysterectomy), had undergone bilateral oophorectomy, had ever used MHT, or self-reported that they were postmenopausal. Age at menopause was defined as age at last menstrual period, age at bilateral oophorectomy, or self-reported age at menopause. We excluded women for whom age at menopause could not be determined accurately (eg, in the case of no self-report age at menopause and an unknown age at last menstrual period, of no self-reported age at menopause and MHT use preceding the cessation of menstruation, or of cessation of menstruation due to hysterectomy).

### Population for Analysis and Follow-Up

Follow-up started at the date of return of the baseline questionnaire for women who were already postmenopausal at that time or at the date of the first report of menopause. Participants contributed person-years of follow-up until the date of diagnosis of any type of malignancy, of the last completed questionnaire, of the first report of use of an MHT other than EP, or July 2005 (date at which the eighth questionnaire was sent to participants), whichever occurred first.

Among the women who reported menopause at the time of the seventh questionnaire or before (n = 90,297), we excluded those with no follow-up information (n = 4,906), those who had been diagnosed with a cancer other than a basal cell carcinoma before the start of follow-up (n = 6,172), those who did not answer the baseline questionnaire about lifetime use of MHT while being postmenopausal at the date this questionnaire was sent (n = 3,661), those for whom no age at first MHT use was available (n = 1,595), those for whom age at menopause could not be determined accurately (n = 12,942), and those who had used an MHT other than EP before the start of follow-up (n = 7,711). Thus 53,310 women were available for study.

### Statistical Analysis

Hazard ratios (HRs) of breast cancer and 95% CIs were estimated using Cox proportional hazards models, with age as the time scale. We retained potential confounding variables (Table 1) in the final models if they altered the risk estimates for at least one of the MHT-related parameters by 10% or more; only age at menopause fitted this requirement and was thus included in the parsimonious models. Models were additionally stratified on year of birth, using 5-year categories.

Regarding EP-MHT exposure status, the information reported in questionnaires n and earlier was used to prospectively categorize participants for the period between completion of questionnaires n and n + 1. For women who did not answer questionnaire n, MHT exposure status was classified as missing for the period between the date at which questionnaire n was sent to the participants and the date of completion of the subsequent questionnaire. In analyses estimating HRs associated with different types of EP-MHT, estimates were computed for the type of treatment used the most recently, and indicators corresponding to previous use of other types of MHT were simultaneously entered in the models. Tests for trend with duration of use were computed by adding duration of use as a continuous variable in the models. Comparison of HRs was performed by using Wald $\chi^2$ test of homogeneity.

Time from menopause onset to treatment initiation (hereafter referred to as "gap time") was initially planned to be categorized as $\leq 1$ year (MHT ever users, 60%); 1 to 3 years (22%); 3 to 5 years (7%); and more than 5 years (11%). However, to gain statistical precision and simplicity in reporting results, and on the basis of the similarity of the estimates in each group, categories were collapsed into $\leq 3$ years and more than 3 years (estimates in the initial four gap time categories are listed in Appendix Tables A1 and A2, online only).

All tests of statistical significance were two-sided, and significance was set at the .05 level. We performed all analyses using SAS software, version 9.1 (SAS Institute, Cary, NC).

A total of 1,726 first primary invasive breast cancers were diagnosed during 433,647 person-years of follow-up (mean duration, 8.1 years). The main characteristics of the participants are listed in Table 1.

EP-MHT ever-users were at significantly increased breast cancer risk compared with MHT never-users, whatever the gap time ($\leq 3$ years or $> 3$ years) (Table 2). In EP-MHT recent users, there was a variation in HRs according to gap time (HR, 1.61 [95% CI, 1.43 to 1.81] for gap time $\leq 3$ years and HR, 1.35 [95% CI, 1.13 to 1.63] for gap time $> 3$ years), which did not reach statistical significance ($P$ for homogeneity = .07). In past users, ie, those who had stopped using EP-MHT for more than 1 year, there were no significantly increased risks, whatever the gap time. Therefore, estimates were subsequently shown only for recent EP-MHT use.

Copyright 2008 ASCO - All Rights Reserved   Printing or photocopying permitted for up to three copies

Information downloaded from jco.ascopubs.org and provided by Cadmus ArticleWorks on September 16, 2009 from 65.196.76.80.
Copyright © 2009 by the American Society of Clinical Oncology. All rights reserved.

PX M5147 Page 3 of 8

**MHT and Breast Cancer According to Timing of Treatment Initiation**

**Table 1.** Selected Characteristics of Participants at Start of Follow-Up, Overall, and According to MHT Exposure Status at the End of Follow-Up: E3N Study 1992 to 2005

| Characteristic | All (N = 53,310) No. | % | MHT Never Users (n = 21,231) No. | % | EP-MHT Ever Users (gap time ≤ 3 years; n = 26,171) No. | % | EP-MHT Ever Users (gap time > 3 years; n = 5,908) No. | % |
|---|---|---|---|---|---|---|---|---|
| Year of birth | | | | | | | | |
| 1925-1930 | 3,944 | 7.4 | 3,320 | 15.6 | 135 | 0.5 | 489 | 8.3 |
| 1930-1935 | 6,598 | 12.4 | 3,943 | 18.6 | 1,173 | 4.5 | 1,482 | 25.1 |
| 1935-1940 | 10,406 | 19.5 | 3,643 | 17.2 | 4,831 | 18.5 | 1,932 | 32.7 |
| 1940-1945 | 14,121 | 26.5 | 3,719 | 17.5 | 9,060 | 34.6 | 1,342 | 22.7 |
| ≥ 1945 | 18,241 | 34.2 | 6,606 | 31.1 | 10,972 | 41.9 | 663 | 11.2 |
| Age at start of follow-up, years | | | | | | | | |
| Mean | 54.6 | | 56.4 | | 52.9 | | 55.4 | |
| SD | 4.5 | | 4.9 | | 3.3 | | 4.9 | |
| Age at menarche, years | | | | | | | | |
| < 13 | 24,472 | 45.9 | 9,788 | 46.1 | 12,074 | 46.1 | 2,610 | 44.2 |
| ≥ 13 | 28,838 | 54.1 | 11,443 | 53.9 | 14,097 | 53.9 | 3,298 | 55.8 |
| Parity | | | | | | | | |
| Nulliparous | 6,313 | 11.8 | 2,932 | 13.8 | 2,682 | 10.2 | 699 | 11.8 |
| Parous, first child before age 30 years, 1 or 2 children | 26,347 | 49.4 | 9,526 | 44.8 | 14,082 | 53.8 | 2,739 | 46.4 |
| Parous, first child before age 30 years, 3+ children | 14,988 | 28.1 | 6,386 | 30.1 | 6,731 | 25.7 | 1,871 | 31.7 |
| Parous, first child after age 30 years | 5,662 | 10.6 | 2,387 | 11.2 | 2,676 | 10.2 | 599 | 10.1 |
| Breastfeeding* | | | | | | | | |
| No | 14,503 | 30.9 | 5,613 | 30.7 | 7,177 | 30.6 | 1,713 | 32.9 |
| < 12 months | 27,042 | 57.5 | 10,117 | 55.3 | 13,997 | 59.6 | 2,928 | 56.2 |
| ≥ 12 months | 2,836 | 6.0 | 1,535 | 8.4 | 929 | 4.0 | 372 | 7.1 |
| Unknown | 2,616 | 5.6 | 1,034 | 5.7 | 1,386 | 5.9 | 196 | 3.8 |
| Age at menopause, years | | | | | | | | |
| Mean | 50.6 | | 50.8 | | 50.8 | | 49.1 | |
| SD | 3.6 | | 4.0 | | 3.0 | | 4.3 | |
| Type of menopause | | | | | | | | |
| Artificial | 3,583 | 6.7 | 1,802 | 8.5 | 1,293 | 4.9 | 488 | 8.3 |
| Natural/unknown | 49,727 | 93.3 | 19,429 | 91.5 | 24,878 | 95.1 | 5,420 | 91.7 |
| Personal history of benign breast disease | | | | | | | | |
| Yes | 14,070 | 26.4 | 5,143 | 24.2 | 7,669 | 29.3 | 1,258 | 21.3 |
| No | 39,240 | 73.6 | 16,088 | 75.8 | 18,502 | 70.7 | 4,650 | 78.7 |
| Family history of breast cancer in first-degree relatives | | | | | | | | |
| Yes | 6,118 | 11.5 | 2,683 | 12.6 | 2,788 | 10.7 | 647 | 11.0 |
| No | 47,192 | 88.5 | 18,548 | 87.4 | 23,383 | 89.3 | 5,261 | 89.0 |
| Family history of breast cancer in other relatives | | | | | | | | |
| Yes | 8,087 | 15.2 | 3,211 | 15.1 | 4,062 | 15.5 | 814 | 13.8 |
| No | 45,223 | 84.8 | 18,020 | 84.9 | 22,109 | 84.5 | 5,094 | 86.2 |
| Height, cm | | | | | | | | |
| Mean | 161.4 | | 161.1 | | 161.7 | | 161.0 | |
| SD | 5.7 | | 5.8 | | 5.6 | | 5.7 | |
| Body mass index, kg/m² | | | | | | | | |
| ≤ 20 | 7,670 | 14.4 | 2,582 | 12.2 | 4,214 | 16.1 | 874 | 14.8 |
| 20-25 | 33,843 | 63.5 | 12,350 | 58.2 | 17,580 | 67.2 | 3,913 | 66.2 |
| 25-30 | 9,502 | 17.8 | 4,836 | 22.8 | 3,708 | 14.2 | 958 | 16.2 |
| > 30 | 2,295 | 4.3 | 1,463 | 6.9 | 669 | 2.6 | 163 | 2.8 |
| Total physical activity, MET-h/wk | | | | | | | | |
| < 27 | 13,445 | 25.2 | 5,055 | 23.8 | 6,900 | 26.4 | 1,490 | 25.2 |
| 27-39 | 13,312 | 25.0 | 4,971 | 23.4 | 6,975 | 26.7 | 1,366 | 23.1 |
| 39-57 | 13,344 | 25.0 | 5,110 | 24.1 | 6,762 | 25.8 | 1,472 | 24.9 |
| ≥ 57 | 13,209 | 24.8 | 6,095 | 28.7 | 5,534 | 21.1 | 1,580 | 26.7 |
| Previous use of oral contraceptives | | | | | | | | |
| Never | 21,513 | 40.4 | 11,202 | 52.8 | 7,358 | 28.1 | 2,953 | 50.0 |
| In the past 5 years | 2,861 | 5.4 | 579 | 2.7 | 2,086 | 8.0 | 196 | 3.3 |
| More than 5 years ago | 16,209 | 30.4 | 5,192 | 24.5 | 9,678 | 37.0 | 1,339 | 22.7 |
| Ever, but unknown recency | 12,727 | 23.9 | 4,258 | 20.1 | 7,049 | 26.9 | 1,420 | 24.0 |
| Use of oral progestagens alone in premenopause | | | | | | | | |
| Never | 31,835 | 59.7 | 15,166 | 71.4 | 12,257 | 46.8 | 4,412 | 74.7 |
| In the past 5 years | 15,043 | 28.2 | 3,754 | 17.7 | 10,537 | 40.3 | 752 | 12.7 |
| More than 5 years ago | 4,718 | 8.9 | 1,800 | 8.5 | 2,441 | 9.3 | 477 | 8.1 |
| Ever, but unknown recency | 1,714 | 3.2 | 511 | 2.4 | 936 | 3.6 | 267 | 4.5 |
| Mammography in the previous follow-up period | | | | | | | | |
| Yes | 34,497 | 64.7 | 12,119 | 57.4 | 18,494 | 70.7 | 3,824 | 64.7 |
| No | 14,092 | 26.4 | 8,067 | 38.0 | 4,136 | 15.8 | 1,889 | 32.0 |
| Unknown | 4,721 | 8.9 | 985 | 4.6 | 3,541 | 13.5 | 195 | 3.3 |

Abbreviations: MHT, menopausal hormone therapy; EP, estrogen-progestagen; SD, standard deviation; MET-h/wk, metabolic equivalent task-hour/week.
*Among parous women.

© 2009 by American Society of Clinical Oncology   **3**

Information downloaded from jco.ascopubs.org and provided by Cadmus ArticleWorks on September 16, 2009 from 65.196.76.80.
Copyright © 2009 by the American Society of Clinical Oncology. All rights reserved.

PX M5147 Page 4 of 8

Copyright 2008 ASCO - All Rights Reserved   Printing or photocopying permitted for up to three copies

**Table 2.** Hazard Ratios of Invasive Breast Cancer for EP-MHT Use Compared With MHT Never Use: E3N Study 1992 to 2005

| Gap Time (years) | Ever Use of EP-MHT | | | Recent Use of EP-MHT | | | Past Use of EP-MHT | | |
|---|---|---|---|---|---|---|---|---|---|
| | No. of Participants With Breast Cancer* | Hazard Ratio† | 95% CI | No. of Participants With Breast Cancer | Hazard Ratio† | 95% CI | No. of Participants With Breast Cancer | Hazard Ratio† | 95% CI |
| ≤ 3 | 885 | 1.54 | 1.37 to 1.72 | 786 | 1.61 | 1.43 to 1.81 | 85 | 1.09 | 0.86 to 1.38 |
| > 3 | 182 | 1.31 | 1.10 to 1.55 | 151 | 1.35 | 1.13 to 1.63 | 28 | 1.04 | 0.71 to 1.52 |
| P for homogeneity | .06 | | | .07 | | | .82 | | |

Abbreviation: EP-MHT, estrogen-progestagen menopausal hormone therapy.
*Seventeen cases were diagnosed among women for whom recency of use was not known, 567 cases were further diagnosed among MHT never users, and 92 among women with a missing MHT exposure status.
†Adjusted for age (time scale) and age at menopause (continuous). Further stratified on year of birth (1925 to 1930, 1930 to 1935, 1935 to 1940, 1940 to 1945, and 1945 to 1950).

In EP-MHT recent users, the variation in HRs according to gap time was confined to short durations (≤ 2 years) of use (Table 3). The HR was 1.54 (95% CI, 1.28 to 1.86) for treatments of short duration initiated within 3 years of menopause and 1.00 (95% CI, 0.68 to 1.47) for treatments of short duration initiated later (P for homogeneity = .04). This pattern of risks was not observed in recent users of estrogen + progesterone: there was no significantly increased risk associated with short durations of use, whatever the gap time. In contrast, short durations of use of estrogen + dydrogesterone were associated with an increased risk of borderline statistical significance (HR, 1.44; 95% CI, 0.99 to 2.09; P = .055) for gap times ≤ 3 years and HR of 1.14 (95% CI, 0.51 to 2.55) for longer gap times, but the variation in risks was not statistically significant (P for homogeneity = .60). Short durations of use of estrogens combined with other progestagens were associated with an HR of 1.89 (95% CI, 1.53 to 2.34) for gap times ≤ 3 years and an HR of 1.02 (95% CI, 0.59 to

1.78) for longer gap times (P for homogeneity = .04). When the latter type of treatments was used for more than 2 years, HRs of the order of 2 were generally observed, whatever the gap time.

Finally, among women who initiated MHT soon after menopause, significant trends of increasing risk with increasing duration of use were seen with recent use of estrogen associated with progesterone, but not with estrogen associated with dydrogesterone or other progestagens (Table 3).

Our results suggest that, in recent users of some EP-MHT, the timing of treatment initiation modulates the risk of breast cancer: short durations (≤ 2 years) of use were associated with significant increases in risk—with the exception of MHT containing progesterone—when

**Table 3.** Hazard Ratios of Invasive Breast Cancer for EP-MHT Recent Use, According to Gap Time, Type of Progestagen, and Total Duration of Use, Compared With MHT Never Use: E3N Study 1992 to 2005

| Recent Use of EP-MHT and Gap Time (years) | Total Duration of EP-MHT Use (years) | | | | | | | | | | | | P for Trend With Duration of Use |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ≤ 2 | | | 2-5 | | | 5-10 | | | > 10 | | | |
| | No. of Participants With Breast Cancer | Hazard Ratio* | 95% CI | No. of Participants With Breast Cancer | Hazard Ratio* | 95% CI | No. of Participants With Breast Cancer | Hazard Ratio* | 95% CI | No. of Participants With Breast Cancer | Hazard Ratio* | 95% CI | |
| Any type of EP-MHT | | | | | | | | | | | | | |
| ≤ 3 | 178 | 1.54 | 1.28 to 1.86 | 229 | 1.49 | 1.26 to 1.76 | 260 | 1.60 | 1.37 to 1.88 | 119 | 1.89 | 1.53 to 2.34 | .09 |
| > 3 | 27 | 1.00 | 0.68 to 1.47 | 52 | 1.52 | 1.14 to 2.03 | 60 | 1.59 | 1.21 to 2.09 | 12 | 1.14 | 0.64 to 2.04 | .68 |
| P for homogeneity | .04 | | | .89 | | | .96 | | | .10 | | | |
| Estrogen + progesterone | | | | | | | | | | | | | |
| ≤ 3 | 23 | 0.87 | 0.57 to 1.32 | 39 | 1.01 | 0.72 to 1.41 | 67 | 1.47 | 1.11 to 1.95 | 39 | 1.92 | 1.34 to 2.74 | .002 |
| > 3 | 8 | 0.90 | 0.45 to 1.81 | 18 | 1.55 | 0.96 to 2.48 | 12 | 0.89 | 0.50 to 1.59 | 4 | 0.97 | 0.36 to 2.62 | .54 |
| P for homogeneity | .93 | | | .14 | | | .11 | | | .20 | | | |
| Estrogen + dydrogesterone | | | | | | | | | | | | | |
| ≤ 3 | 31 | 1.44 | 0.99 to 2.09 | 34 | 1.21 | 0.85 to 1.72 | 40 | 1.38 | 0.98 to 1.93 | 16 | 1.35 | 0.81 to 2.26 | .92 |
| > 3 | 6 | 1.14 | 0.51 to 2.55 | 6 | 0.95 | 0.42 to 2.13 | 13 | 1.77 | 1.02 to 3.09 | 4 | 1.83 | 0.68 to 4.93 | .61 |
| P for homogeneity | .60 | | | .59 | | | .44 | | | .59 | | | |
| Estrogen + other progestagen | | | | | | | | | | | | | |
| ≤ 3 | 124 | 1.89 | 1.53 to 2.34 | 156 | 1.88 | 1.56 to 2.27 | 153 | 1.87 | 1.54 to 2.27 | 64 | 2.32 | 1.76 to 3.06 | .18 |
| > 3 | 13 | 1.02 | 0.59 to 1.78 | 28 | 1.79 | 1.22 to 2.63 | 35 | 2.21 | 1.56 to 3.14 | 4 | 1.07 | 0.40 to 2.87 | .27 |
| P for homogeneity | .04 | | | .81 | | | .38 | | | .13 | | | |

Abbreviation: EP-MHT, estrogen-progestagen menopausal hormone therapy.
*Adjusted for age (time scale) and age at menopause (continuous). Further stratified on year of birth (1925-1930, 1930-1935, 1935-1940, 1940-1945, and 1945-1950). In analyses according to type of recent EP-MHT, models are additionally adjusted for past use of estrogen + progesterone, estrogen + dydrogesterone, and estrogen + other progestagens.

Information downloaded from jco.ascopubs.org and provided by Cadmus ArticleWorks on September 16, 2009 from 65.196.76.80.
Copyright © 2009 by the American Society of Clinical Oncology. All rights reserved.

PX M5147 Page 5 of 8

Printing or photocopying permitted for up to three copies   Copyright 2008 ASCO - All Rights Reserved

initiated in the 3-year period following menopause, but not when initiated later. This variation in risk according to the timing of treatment initiation appeared to be transient: longer durations ($> 2$ years) of use were generally associated with increases in breast cancer risk, whatever the gap time.

Because breast cancer risk may vary according to the characteristics of EP-MHT, we must specify that, in our cohort, the estrogenic component consisted almost exclusively of estradiol compounds, with progesterone and dydrogesterone as the most frequently associated progestagens; other progestagens were mostly nomegestrol acetate and promegestone (each accounting for approximately one quarter of the person-years associated with recent use of estrogen plus other progestagens), followed by chlormadinone acetate, norethisterone acetate, medroxyprogesterone acetate, medrogestone, and cyproterone acetate (approximately one tenth of the person-years each).

In this study, we found specific patterns of risks for estrogen + progesterone combinations: we did not observe elevated risks with short durations of use, even when initiated close to menopause. Significantly increased risks were seen with more than 5 years of use, which still appeared less elevated than those observed in the estrogen + other progestagen group. However, because widespread use of progesterone has been a French peculiarity, the relationship between estrogen + progesterone and breast cancer risk has not been studied in other settings. The present analysis adds to our previous results that different progestagens in EP-MHT may impact breast cells differently.[16,17]

Only the WHI group assessed the impact of the timing of MHT initiation on breast cancer risk.[12,13] In line with our results, this group found that HRs associated with EP-MHT use (consisting of conjugated equine estrogens combined with medroxyprogesterone acetate) decreased with increasing gap time. For women who initiated EP-MHT within 5 years of menopause, the HR estimate in the WHI was 1.32 during the first 2 years of treatment, but this estimate, based on only seven participants with breast cancer was imprecise. With more than 100 participants diagnosed with breast cancer among those using EP-MHT (containing progestagens other than progesterone or dydrogesterone) for 2 years or less, we found a significant doubling in risk when MHT began within 3 years of menopause compared with MHT never use. For the other durations of use, estimates of the WHI and ours are consistent.

Our results of breast cancer risks being increased even with relatively short durations of some EP-MHT are consistent with epidemiologic studies that found significant increases in risk for current or recent short-term ($< 5$ years) use of EP-MHT,[6,18-22] although some did not find significant increases.[23-28]

One potential mechanistic explanation for our findings regarding timing of treatment initiation is found in a recently proposed hypothesis that progestins can reactivate cancer stem cells in women with pre-existing breast cancers.[29] One might postulate that, in postmenopause, the reservoir of occult tumors that request progestagens to be reactivated becomes dormant without exposure to MHT and that time is needed for the reservoir to awake after delayed introduction of EP-MHT. Adaptive changes in breast cancers after estrogen deprivation that would decrease their susceptibility to proliferative stimulation by estrogens may also explain our results.[30] We previously found that short-term ($< 5$ years) use of EP-MHT was associated with no significantly increased risk of lobular breast cancer

when it contained progesterone, a 1.5-fold increased risk when it contained dydrogesterone, and a doubled risk when it contained other progestagens.[17] Interestingly, this pattern of lobular breast cancer risk closely parallels what we observed in this study with short durations ($\leq 2$ years) of EP-MHT initiated close to menopause (ie, no significantly increased risk of invasive breast cancer when it contained progesterone, an intermediate increase in risk when it contained dydrogesterone, and a doubling in risk when it contained other progestagens). In light of these results and following the suggestion of Milanese et al[31] that MHT use may delay age-related lobular involution, which has been found to be associated with a decreased breast cancer risk and to accelerate at approximately age 50 years, one might therefore make the following hypothesis: MHT use close to menopause allows a reservoir of epithelial lobular breast cells potentially influenced by EP-MHT to remain important, whereas later introduction of MHT allows time for the reservoir to decrease substantially. These are only hypotheses, and other complex mechanisms may intervene.

The main strengths of our study include the large population and regular updating of both exposure and menopausal status during follow-up. In particular, we were able to include in our analyses a substantial number of recently postmenopausal women, and hence of recent MHT initiators, allowing relatively precise estimation of HRs associated with recent, short-term use of EP-MHT, which was not the case in the WHI analysis. Furthermore, around 20% of women in our cohort had initiated EP-MHT more than 3 years after menopause onset, which can be explained first by the fact that MHT gained much popularity in the 1990s when some participants had already been menopausal for several years and second by the fact that MHT was indicated until 2003 as a first-line treatment for prevention of osteoporosis. Finally, exposure was assessed in a prospective way, thus eliminating the possibility of a differential recall between those diagnosed with breast cancer and those without. This prospective assessment, however, leads to an underestimation of the real duration of use, but the frequency of exposure updates limits this bias.

One of the limitations of our study is that data on MHT use were self-reported, and thus affected by (nondifferential) recall bias, which should be limited since data on MHT use were updated in each follow-up questionnaire. Thus, apart from the first assessment of MHT where women had to recall lifetime use, only treatments taken during the previous 2-year period had to be recalled. Good agreement between prescription data and self-reported use of MHT is generally found, especially for recent use.[32,33] Menopausal status was also regularly updated, which allowed menopause-related parameters to be as accurate as possible. When we restricted our analyses to women who reached menopause during follow-up (ie, women for whom menopause occurred just before information on menopausal status was collected) or to women who did not use exogenous hormones in the year preceding menopause (ie, those for whom menopause cannot have been masked by hormone use), estimates (data not shown) were consistent with our main results. We therefore believe that data on menopause and exposure were reported in a satisfactory way by participants. A screening bias is possible because hormone users have mammograms more frequently than nonusers. However, further adjustment for recent mammogram (ie, "mammogram performed in the preceding follow-up period [yes/no]", as a time-dependent variable) did not meaningfully alter our risk estimates; moreover, analyses

Copyright 2008 ASCO - All Rights Reserved   Printing or photocopying permitted for up to three copies

© 2009 by American Society of Clinical Oncology    5

Information downloaded from jco.ascopubs.org and provided by Cadmus ArticleWorks on September 16, 2009 from 65.196.76.80.
Copyright © 2009 by the American Society of Clinical Oncology. All rights reserved.

PX M5147 Page 6 of 8

restricted to women who reported a recent mammogram yielded concordant results (data not shown). Finally, we acknowledge that the relatively small number of participants with breast cancer in some subgroups may have limited our ability to detect significant associations or variations in HRs.

In conclusion, our results indicate that, contrary to what is currently hypothesized regarding the risk of heart disease, initiation of MHT close to menopause onset rather than later may not limit the increased risk of breast cancer. Instead, even short durations of use of some EP-MHTs were associated with substantially elevated risks of breast cancer when treatment was initiated close to menopause. Our finding that, for short durations of use around menopause, progesterone in EP-MHT may be safer regarding breast cancer risk than other progestagens needs to be confirmed in other settings.

The author(s) indicated no potential conflicts of interest.

**Conception and design:** Agnès Fournier, Françoise Clavel-Chapelon
**Collection and assembly of data:** Agnès Fournier, Françoise Clavel-Chapelon
**Data analysis and interpretation:** Agnès Fournier, Sylvie Mesrine
**Manuscript writing:** Agnès Fournier, Sylvie Mesrine, Marie-Christine Boutron-Ruault, Françoise Clavel-Chapelon
**Final approval of manuscript:** Agnès Fournier, Sylvie Mesrine, Marie-Christine Boutron-Ruault, Françoise Clavel-Chapelon

**1.** Barrett-Connor E: Hormone replacement therapy. BMJ 317:457-461, 1998

**2.** Hulley S, Grady D, Bush T, et al: Randomized trial of estrogen plus progestin for secondary prevention of coronary heart disease in postmenopausal women. Heart and Estrogen/progestin Replacement Study (HERS) Research Group. JAMA 280:605-613, 1998

**3.** Rossouw JE, Anderson GL, Prentice RL, et al: Risks and benefits of estrogen plus progestin in healthy postmenopausal women: Principal results from the Women's Health Initiative randomized controlled trial. JAMA 288:321-333, 2002

**4.** Vickers MR, MacLennan AH, Lawton B, et al: Main morbidities recorded in the women's international study of long duration oestrogen after menopause (WISDOM): A randomised controlled trial of hormone replacement therapy in postmenopausal women. BMJ 335:239, 2007

**5.** Chlebowski RT, Hendrix SL, Langer RD, et al: Influence of estrogen plus progestin on breast cancer and mammography in healthy postmenopausal women: The Women's Health Initiative Randomized Trial. JAMA 289:3243-3253, 2003

**6.** Beral V, Million Women Study Collaborators: Breast cancer and hormone-replacement therapy in the Million Women Study. Lancet 362:419-427, 2003

**7.** The European Agency for the Evaluation of Medicinal Products. EMEA public statement on recent publications regarding hormone replacement therapy; December 3, 2003. http://www.emea.europa.eu/pdfs/human/press/pus/3306503en.pdf

**8.** Phillips LS, Langer RD: Postmenopausal hormone therapy: Critical reappraisal and a unified hypothesis. Fertil Steril 83:558-566, 2005

**9.** Barrett-Connor E: Hormones and heart disease in women: The timing hypothesis. Am J Epidemiol 166:506-510, 2007

**10.** Rossouw JE, Prentice RL, Manson JE, et al: Postmenopausal hormone therapy and risk of cardiovascular disease by age and years since menopause. JAMA 297:1465-1477, 2007

**11.** World Health Organization: The global burden of disease: 2004 update. Geneva, World Health Organization, 2008. http://www.who.int/evidence/bod

**12.** Prentice RL, Chlebowski RT, Stefanick ML, et al: Estrogen plus progestin therapy and breast cancer in recently postmenopausal women. Am J Epidemiol 167:1207-1216, 2008

**13.** Prentice RL, Chlebowski RT, Stefanick ML, et al: Conjugated equine estrogens and breast cancer risk in the Women's Health Initiative clinical trial and observational study. Am J Epidemiol 167:1407-1415, 2008

**14.** Collins JA, Blake JM, Crosignani PG: Breast cancer risk with postmenopausal hormonal treatment. Hum Reprod Update 11:545-560, 2005

**15.** Riboli E, Hunt KJ, Slimani N, et al: European Prospective Investigation into Cancer and Nutrition (EPIC): Study populations and data collection. Public Health Nutr 5:1113-1124, 2002

**16.** Fournier A, Berrino F, Clavel-Chapelon F: Unequal risks for breast cancer associated with different hormone replacement therapies: Results from the E3N cohort study. Breast Cancer Res Treat 107:103-111, 2008

**17.** Fournier A, Fabre A, Mesrine S, et al: Use of different postmenopausal hormone therapies and risk of histology- and hormone receptor-defined invasive breast cancer. J Clin Oncol 26:1260-1268, 2008

**18.** Persson I, Weiderpass E, Bergkvist L, et al: Risks of breast and endometrial cancer after estrogen and estrogen-progestin replacement. Cancer Causes Control 10:253-260, 1999

**19.** Newcomb PA, Titus-Ernstoff L, Egan KM, et al: Postmenopausal estrogen and progestin use in relation to breast cancer risk. Cancer Epidemiol Biomarkers Prev 11:593-600, 2002

**20.** Chen CL, Weiss NS, Newcomb P, et al: Hormone replacement therapy in relation to breast cancer. JAMA 287:734-741, 2002

**21.** Lee S, Kolonel L, Wilkens L, et al: Postmenopausal hormone therapy and breast cancer risk: The Multiethnic Cohort. Int J Cancer 118:1285-1291, 2006

**22.** Brinton LA, Richesson D, Leitzmann MF, et al: Menopausal hormone therapy and breast cancer risk in the NIH-AARP Diet and Health Study Cohort. Cancer Epidemiol Biomarkers Prev 17:3150-3160, 2008

**23.** Schairer C, Lubin J, Troisi R, et al: Menopausal estrogen and estrogen-progestin replacement therapy and breast cancer risk. JAMA 283:485-491, 2000

**24.** Porch JV, Lee IM, Cook NR, et al: Estrogen-progestin replacement therapy and breast cancer risk: The Women's Health Study (United States). Cancer Causes Control 13:847-854, 2002

**25.** Weiss LK, Burkman RT, Cushing-Haugen KL, et al: Hormone replacement therapy regimens and breast cancer risk(1). Obstet Gynecol 100:1148-1158, 2002

**26.** Li CI, Malone KE, Porter PL, et al: Relationship between long durations and different regimens of hormone therapy and risk of breast cancer. JAMA 289:3254-3263, 2003

**27.** Stahlberg C, Pedersen AT, Lynge E, et al: Increased risk of breast cancer following different regimens of hormone replacement therapy frequently used in Europe. Int J Cancer 109:721-727, 2004

**28.** Wu AH, Yu MC, Tseng CC, et al: Body size, hormone therapy and risk of breast cancer in Asian-American women. Int J Cancer 120:844-852, 2007

**29.** Horwitz KB, Sartorius CA: Progestins in hormone replacement therapies reactivate cancer stem cells in women with preexisting breast cancers: A hypothesis. J Clin Endocrinol Metab 93:3295-3298, 2008

**30.** Jordan VC: The 38th David A. Karnofsky lecture: The paradoxical actions of estrogen in breast cancer–survival or death? J Clin Oncol 26:3073-3082, 2008

**31.** Milanese TR, Hartmann LC, Sellers TA, et al: Age-related lobular involution and risk of breast cancer. J Natl Cancer Inst 98:1600-1607, 2006

**32.** Banks E, Beral V, Cameron R, et al: Agreement between general practice prescription data and self-reported use of hormone replacement therapy and treatment for various illnesses. J Epidemiol Biostat 6:357-363, 2001

**33.** Sandini L, Pentti K, Tuppurainen M, et al: Agreement of self-reported estrogen use with prescription data: An analysis of women from the Kuopio Osteoporosis Risk Factor and Prevention Study. Menopause 15:282-289, 2008

■ ■ ■

Information downloaded from jco.ascopubs.org and provided by Cadmus ArticleWorks on September 16, 2009 from 65.196.76.80.

Copyright © 2009 by the American Society of Clinical Oncology. All rights reserved.

Printing or photocopying permitted for up to three copies   Copyright 2008 ASCO - All Rights Reserved

PX M5147 Page 7 of 8

MHT and Breast Cancer According to Timing of Treatment Initiation

## Acknowledgment

We thank all participants for providing data and to practitioners for providing pathology reports; R. Chaït, M. Fangon, L. Hoang, C. Kernaleguen, and M. Niravong for technical assistance; the E3N group; and F. Berrino for support and fruitful discussions.

## Appendix

**Table A1.** Hazard Ratios of Invasive Breast Cancer for EP-MHT Use Compared With MHT Never Use

| Gap Time (years) | Ever Use of EP-MHT | | | Recent Use of EP-MHT | | | Past Use of EP-MHT | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | No. of Participants With Breast Cancer* | Hazard Ratio† | 95% CI | No. of Participants With Breast Cancer | Hazard Ratio† | 95% CI | No. of Participants With Breast Cancer | Hazard Ratio† | 95% CI |
| ≤ 1 | 660 | 1.56 | 1.38 to 1.76 | 586 | 1.63 | 1.43 to 1.84 | 64 | 1.16 | 0.89 to 1.51 |
| 1-3 | 225 | 1.45 | 1.24 to 1.71 | 200 | 1.54 | 1.30 to 1.82 | 21 | 0.91 | 0.59 to 1.41 |
| 3-5 | 68 | 1.20 | 0.93 to 1.55 | 61 | 1.33 | 1.02 to 1.74 | 7 | 0.69 | 0.33 to 1.46 |
| > 5 | 114 | 1.37 | 1.12 to 1.69 | 90 | 1.37 | 1.09 to 1.72 | 21 | 1.24 | 0.80 to 1.93 |

Abbreviation: EP-MHT, estrogen-progestagen menopausal hormone therapy.
*Seventeen cases were diagnosed among women for whom recency of use was not known, 567 cases were further diagnosed among MHT never users, and 92 among women with a missing MHT exposure status.
†Adjusted for age (time scale) and age at menopause (continuous). Further stratified by year of birth (1925 to 1930, 1930 to 1935, 1935 to 1940, 1940 to 1945, and 1945 to 1950).

**Table A2.** Hazard Ratios of Invasive Breast Cancer for EP-MHT Recent Use, According to Gap Time, Type of Progestagen, and Total Duration of Use Compared With MHT Never Use: E3N Study 1992-2005

| Recent Use of EP-MHT and Gap Time (years) | Total Duration of EP-MHT Use (years) | | | | | | | | | | | | P for Trend With Duration of Use |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | ≤ 2 | | | 2-5 | | | 5-10 | | | > 10 | | | |
| | No. of Participants With Breast Cancer | Hazard Ratio* | 95% CI | No. of Participants With Breast Cancer | Hazard Ratio* | 95% CI | No. of Participants With Breast Cancer | Hazard Ratio* | 95% CI | No. of Participants With Breast Cancer | Hazard Ratio* | 95% CI | |
| **Any type of EP-MHT** | | | | | | | | | | | | | |
| ≤ 1 | 133 | 1.61 | 1.30 to 1.98 | 163 | 1.45 | 1.20 to 1.74 | 196 | 1.64 | 1.38 to 1.95 | 94 | 1.91 | 1.51 to 2.41 | .10 |
| 1-3 | 45 | 1.38 | 1.01 to 1.89 | 66 | 1.60 | 1.23 to 2.08 | 64 | 1.48 | 1.13 to 1.93 | 25 | 1.83 | 1.22 to 2.76 | .46 |
| 3-5 | 10 | 0.94 | 0.50 to 1.77 | 19 | 1.36 | 0.86 to 2.16 | 25 | 1.56 | 1.04 to 2.34 | 7 | 1.41 | 0.67 to 3.00 | .36 |
| > 5 | 17 | 1.03 | 0.64 to 1.68 | 33 | 1.63 | 1.14 to 2.33 | 35 | 1.61 | 1.13 to 2.29 | 5 | 0.90 | 0.37 to 2.19 | .81 |
| **Estrogen + progesterone** | | | | | | | | | | | | | |
| ≤ 1 | 17 | 0.95 | 0.58 to 1.55 | 27 | 0.99 | 0.67 to 1.47 | 55 | 1.67 | 1.23 to 2.25 | 31 | 1.93 | 1.31 to 2.85 | .004 |
| 1-3 | 6 | 0.69 | 0.31 to 1.55 | 12 | 1.02 | 0.57 to 1.82 | 12 | 0.93 | 0.52 to 1.66 | 8 | 1.77 | 0.87 to 3.60 | .28 |
| 3-5 | 2 | 0.64 | 0.16 to 2.58 | 6 | 1.37 | 0.61 to 3.07 | 5 | 0.92 | 0.38 to 2.23 | 3 | 1.62 | 0.52 to 5.10 | .40 |
| > 5 | 6 | 1.04 | 0.46 to 2.32 | 12 | 1.65 | 0.93 to 2.92 | 7 | 0.86 | 0.41 to 1.82 | 1 | 0.43 | 0.06 to 3.10 | .14 |
| **Estrogen + dydrogesterone** | | | | | | | | | | | | | |
| ≤ 1 | 22 | 1.40 | 0.90 to 2.16 | 24 | 1.14 | 0.75 to 1.74 | 30 | 1.42 | 0.97 to 2.08 | 11 | 1.18 | 0.64 to 2.18 | .88 |
| 1-3 | 9 | 1.54 | 0.79 to 2.99 | 10 | 1.36 | 0.72 to 2.54 | 10 | 1.23 | 0.65 to 2.31 | 5 | 1.87 | 0.77 to 4.56 | .98 |
| 3-5 | 2 | 0.93 | 0.23 to 3.71 | 4 | 1.61 | 0.60 to 4.31 | 4 | 1.28 | 0.48 to 3.43 | 2 | 1.71 | 0.43 to 6.90 | .86 |
| > 5 | 4 | 1.29 | 0.48 to 3.45 | 2 | 0.52 | 0.13 to 2.09 | 9 | 2.12 | 1.09 to 4.12 | 2 | 1.92 | 0.48 to 7.77 | .59 |
| **Estrogen + other progestagen** | | | | | | | | | | | | | |
| ≤ 1 | 94 | 1.96 | 1.55 to 2.49 | 112 | 1.81 | 1.46 to 2.24 | 111 | 1.82 | 1.46 to 2.25 | 52 | 2.37 | 1.76 to 3.20 | .25 |
| 1-3 | 30 | 1.70 | 1.17 to 2.47 | 44 | 2.07 | 1.51 to 2.83 | 42 | 1.99 | 1.44 to 2.74 | 12 | 2.04 | 1.14 to 3.65 | .42 |
| 3-5 | 6 | 1.15 | 0.51 to 2.58 | 9 | 1.32 | 0.68 to 2.56 | 16 | 2.27 | 1.37 to 3.75 | 2 | 1.14 | 0.28 to 4.57 | .43 |
| > 5 | 7 | 0.94 | 0.44 to 1.98 | 19 | 2.15 | 1.35 to 3.40 | 19 | 2.15 | 1.35 to 3.42 | 2 | 0.99 | 0.25 to 4.01 | .43 |

Abbreviation: EP-MHT, estrogen-progestagen menopausal hormone therapy.
*Adjusted for age (time scale) and age at menopause (continuous). Further stratified on year of birth (1925 to 1930, 1930 to 1935, 1935 to 1940, 1940 to 1945, and 1945 to 1950). In analyses according to type of recent EP-MHT, models are additionally adjusted for past use of estrogen + progesterone, estrogen + dydrogesterone, and estrogen + other progestagens.

© 2009 by American Society of Clinical Oncology   **7**

Information downloaded from jco.ascopubs.org and provided by Cadmus ArticleWorks on September 16, 2009 from 65.196.76.80.
Copyright © 2009 by the American Society of Clinical Oncology. All rights reserved.

Copyright 2008 ASCO - All Rights Reserved

Printing or photocopying permitted for up to three copies

PX M5147 Page 8 of 8

# EXHIBIT 194

**DOI:** 10.1093/jnci/djq527
Advance Access publication on xxxx xx, 2011

Case 3:04-cv-01373-JBA   Document 120-35   Filed 11/30/11   Page 1 of 11
© The Author 2011. Published by Oxford University Press.
This is an Open Access article distributed under the terms of the Creative Commons Attribution
Non-Commercial License (http://creativecommons.org/licenses/by-nc/2.5), which permits unrestricted
non-commercial use, distribution, and reproduction in any medium, provided the original work is properly cited.

# ARTICLE

# Breast Cancer Risk in Relation to the Interval Between Menopause and Starting Hormone Therapy

Valerie Beral, Gillian Reeves, Diana Bull, Jane Green for the Million Women Study Collaborators

Manuscript received February 4, 2010; revised November 2, 2010; accepted November 23, 2010.

**Correspondence to:** Valerie Beral, FRS, Cancer Epidemiology Unit, University of Oxford, Richard Doll Bldg, Roosevelt Dr, Oxford, OX3 7LF, UK (e-mail: pa.valerie.beral@ceu.ox.ac.uk).

|  |  |
|---|---|
| **Background** | Although breast cancer risk is greater in users of estrogen–progestin than estrogen-only formulations of menopausal hormonal therapy, reports on their effects have been somewhat inconsistent. We investigated whether the timing of these therapies affected breast cancer incidence. |
| **Methods** | A total of 1 129 025 postmenopausal UK women provided prospective information on hormonal therapy use and other factors relevant for breast cancer risk. We used Cox regression to estimate adjusted relative risks (RRs) of breast cancer in hormonal therapy users vs never users and calculated standardized incidence rates. All statistical tests were two-sided. |
| **Results** | During 4.05 million woman-years of follow-up, 15 759 incident breast cancers occurred, with 7107 in current users of hormonal therapy. Breast cancer incidence was increased in current users of hormonal therapy, returning to that of never users a few years after use had ceased. The relative risks for breast cancer in current users were greater if hormonal therapy was begun before or soon after menopause than after a longer gap ($P_{\text{heterogeneity}} < .001$, for both estrogen-only and estrogen-progestin formulations). Among current users of estrogen-only formulations, there was little or no increase in risk if use began 5 years or more after menopause (RR = 1.05, 95% confidence interval [CI] = 0.89 to 1.24), but risk was statistically significantly increased if use began before or less than 5 years after menopause (RR = 1.43, 95% CI = 1.35 to 1.51). A similar pattern was observed among current users of estrogen–progestin formulations (RR = 1.53, 95% CI = 1.38 to 1.70, and RR = 2.04, 95% CI = 1.95 to 2.14, respectively). At 50–59 years of age, annual standardized incidence rates for breast cancer were 0.30% (95% CI = 0.29% to 0.31%) among never users of hormone therapy and 0.43% (95% CI = 0.42% to 0.45%) and 0.61% (95% CI = 0.59% to 0.64%), respectively, among current users of estrogen-only and estrogen–progestin formulations who began use less than 5 years after menopause. |
| **Conclusions** | There was substantial heterogeneity in breast cancer risk among current users of hormonal therapy. Risks were greater among users of estrogen–progestin than estrogen-only formulations and if hormonal therapy started at around the time of menopause than later. |

J Natl Cancer Inst 2011;103:296–305

There is extensive evidence that breast cancer incidence is increased in current users of menopausal hormone therapy and that the risk returns to that of never users of hormonal therapy soon after use ceases (1–4). Virtually all published reports that have compared the effects of different types of hormonal therapy found greater increases in breast cancer risk with use of estrogen–progestin than with use of estrogen-only formulations [see (4), which summarized results from 22 studies]. Results from some studies in the United States (4–6), including the Women's Health Initiative trial, found little or no increase in breast cancer risk with use of estrogen-only preparations. However, about 90% of the women in the estrogen-only arm of this trial were randomly assigned to hormonal therapy more than 5 years after their menopause, and the Women's Health Initiative investigators recently reported that breast cancer risk was greater if hormonal therapy use began less than 5 years after meno-

pause than after a longer gap, both for estrogen-only and for estrogen–progestin preparations (6). We investigated whether breast cancer incidence varied by the timing of use of different types of hormonal therapy in a large prospective study in the United Kingdom.

## Participants and Methods

### Data Collection and Follow-up

A total of 1.3 million women who were invited for screening by the Breast Screening Programme of the National Health Service were recruited into the Million Women Study from May 1, 1996, through December 31, 2001. They completed a baseline questionnaire approximately a week before they were screened, which asked about sociodemographic and other factors, including the use of hormonal therapy (7). Participants were resurveyed

approximately 3 years after recruitment to update information on hormonal therapy use, menopausal status, and other factors. Study details, including the questionnaires used, can be viewed at www.millionwomenstudy.org. All participants gave written consent to take part in the study, and the Oxford and Anglia Multi-Centre Research Ethics Committee approved the study.

Every study participant had a unique National Health Service number and was followed via record linkage (using that number and other personal details) to data held by the National Health Service Central Registers. These registers routinely collect nationwide information on cancer registrations and deaths [which are coded by use of the *International Classification of Diseases, Tenth Revision* (ICD-10) (8)]. The registers of the National Health Service regularly provided study investigators with precoded data on cause-specific incident cancers and deaths, and the date when each was registered. Information on tumor characteristics was obtained from cancer registry and screening clinic data, as well as from pathology reports and questionnaire data (9).

## Statistical Analyses

The endpoint for these analyses was breast cancer (ICD-10 codes C50 or D05). We excluded women with any type of invasive cancer (except nonmelanoma skin cancer [ICD-10 code C44]) or with in situ breast cancer [ICD-10 code D05] that was registered before recruitment (19729 with breast cancer) and women with unknown hormonal therapy use (247 with breast cancer). Analyses were further restricted to postmenopausal women (defined as those who reported that they had had a natural menopause or a bilateral oophorectomy or those who were aged 53 years or older with an unknown age at menopause [ie, those who started hormonal therapy or had a hysterectomy before their natural menopause; sensitivity analyses were done to assess the effect of including such women]). Woman-years were calculated from the date of recruitment (or, if not postmenopausal at recruitment, from the date when they completed a subsequent questionnaire and reported that they were postmenopausal or when they reached their 53rd birthday) up to the date of cancer registration, the date of death, 48 months after the last study questionnaire was completed, or December 31, 2002, whichever came first. Censoring at 48 months after the time of last contact was done to minimize misclassification of variables over time and the additional censoring in 2002 was done because many UK women ceased hormonal therapy use after the 2002 publication of the first results from the Women's Health Initiative trial (10,11).

The postmenopausal women were classified as being current, past, or never users of hormonal therapy at the time of last contact. This classification was done initially by use of information reported on the recruitment questionnaire, with woman-years contributed to the appropriate category up to the date that they completed the second study questionnaire, when they were reclassified by use of the updated information provided. (The second questionnaire was mailed to participants approximately 3 years after they completed the first questionnaire. By the end of 2002, the censoring date for these analyses, two-thirds of the participants had been mailed the second questionnaire and the response was 65%.) Current users of hormonal therapy were classified further by the type of hormonal therapy last used, their age at first use of hormonal therapy, the interval between menopause and first use of hormonal therapy, and

## CONTEXT AND CAVEATS

### Prior knowledge
Breast cancer risk has generally been found to be greater in users of estrogen–progestin than estrogen-only formulations of menopausal hormonal therapy.

### Study design
Data on use of hormonal therapy from a large prospective study of postmenopausal women in the United Kingdom were used to investigate the incidence and risk of breast cancer according to various aspects of hormonal therapy use.

### Contribution
There was substantial heterogeneity in breast cancer risk among current users of both types of hormonal therapy. Starting hormonal therapy before or soon after the start of menopause was associated with greater risk of breast cancer than starting it later.

### Implications
The timing of the start of hormone therapy relative to that of menopause appears to be an important modifier of associated risk of breast cancer.

### Limitations
Information on use of hormonal therapy was reported on average 1.4 years before breast cancers were diagnosed, and so there could have been some misclassification of the use of hormone therapy among both breast cancer patients and the population at risk, which would slightly dilute estimates of relative risk.

*From the Editors*

the total duration of hormonal therapy use. In analyses with respect to duration of hormonal therapy use, women were classified by the duration reported at last contact and, for those diagnosed with breast cancer, estimates were made of the actual average duration of current use at diagnosis. For past users of hormonal therapy at the time of last contact, their time since last use was estimated, by assuming that it increased by 1 year for every year of follow-up.

Cox regression models, which used attained age as the underlying time variable, were applied to estimate relative risks (RRs) and the associated variances for various aspects of hormonal therapy use; the STATA computing package (STATA Corp, Texas, 2007, release 10.1) was used for all analyses. Analyses were also stratified by age at recruitment (<52, 53–55, 56–58, 59–61, 62–64, or ≥65 years) and adjusted for region of residence (10 areas covered by 10 cancer registries, East Anglia, North West [Manchester and Lancashire], North West [Mersey], Northern and Yorkshire, Oxford, Scotland, South West, Thames, Trent, West), by quintiles of socioeconomic group within the study population, as described previously (7), age at menopause (<42, 43–47, 48–52, or ≥53 years), parity and age at birth of first child (nulliparous or 1–2 or ≥3 children, cross-classified by age at birth of first child <25 or ≥25 years), body mass index (<25, 25–29, or ≥30 kg/m²), and alcohol consumption (<10 or ≥10 g/d). For these analyses, it should be noted that a body mass index of less than 25 kg/m² was referred to as lean or not overweight, that of 25 kg/m² or more was

referred to as overweight, and that of 30 kg/m² or more was referred to as obese. Those participants with missing or unknown values were assigned to a separate category for each variable. Sensitivity analyses were done to assess the effect of additional adjustments, and stratified analyses were also done to assess any deviation from proportional hazards.

Whenever two groups were compared, relative risks and 95% confidence intervals (CIs) are presented. However, when more than two groups were compared, variances were estimated by treating the relative risks as floating absolute risks, yielding floated confidence intervals (fCIs) (12). This method enabled valid comparisons between any two groups, even if neither was the baseline; it did not alter the relative risks but slightly reduced the variances attributed to relative risks that were not defined as 1.0. Consequently, comparison between any two groups, as in the text, must take the variance of each into account (13). Standardized breast cancer incidence rates per 100 women aged 50–59 years per year were calculated by taking incidence rates in never users as the standard and standardizing by age, region, socioeconomic group, age at birth of first child, parity, and alcohol consumption. All statistical tests were two-sided.

## Results

These analyses included 1 129 025 postmenopausal women who provided prospective information on hormonal therapy use and other factors relevant for breast cancer risk. Their average age at entry into the study was 56.6 years (SD = 4.8 years). At the time of last contact, 615 753 (55%) were ever users of hormonal therapy and 394 697 (35%) were current users. During 4.05 million woman-years of follow-up, 15 759 incident breast cancers occurred, 9632 (61%) in ever users and 7107 (45%) in current users of hormonal therapy. The breast cancers were diagnosed an average of 1.4 years after the time of last contact. Current, past, and never users of hormonal therapy did not differ materially by socio demographic and other factors relevant for breast cancer (Table 1).

We had previously reported on the association between use of hormone therapy and breast cancer risk in this cohort (7). In this report, we updated information both on menopause and on use of hormone therapy over time, so more postmenopausal women are included this analysis (1 129 025 vs 828 923 previously), and a greater proportion had ever used hormone therapy (55% vs 53%

previously). Follow-up has been extended, and there are more incident breast cancers in these analyses (15 759 vs 7140 previously). Because exposure data were updated in this analysis, the average time between breast cancer diagnosis and the last recorded use of hormone therapy was only 1.4 years, whereas it had been 2.6 years previously, and so misclassification of exposure in this analysis was less likely.

Our initial comparison was of breast cancer risk in current and past users of hormone therapy vs that in never users (Figure 1). The adjusted relative risks of breast cancer were statistically significantly increased, both in current and in past users (Figure 1, $P < .001$ for each comparison vs never users). We then compared breast cancer risk among current users by the type of hormonal therapy used and found a statistically significant variation in risk across the types ($P_{heterogeneity} < .001$); the greatest excess risk was among current users of estrogen–progestin hormonal therapy, but risk was also statistically significantly increased in users of estrogen-only preparations and of tibolone (a synthetic steroid with estrogenic, progestogenic, and androgenic activities that is licensed in Europe but not in the United States) ($P < .001$ for each of the three formulations compared with never users).

Although the risk of breast cancer was statistically significantly increased among past users of hormonal therapy (Figure 1), incidence rates declined rapidly after use ceased (Figure 2). In the first 2 years after hormonal therapy use had ceased, breast cancer risk was still slightly, but statistically significantly, increased (RR = 1.16, 95% CI = 1.08 to 1.24; $P < .001$, on the basis of the 1003 exposed women who developed breast cancer in this analysis). Subsequently, and up to 14 years after hormonal therapy use had ceased, the risk in past users of hormonal therapy remained similar to that of never users (RR = 0.99, 95% CI = 0.93 to 1.05, on the basis of 1098 exposed women who developed breast cancer).

The relative risks of breast cancer among current users of estrogen-only and of estrogen–progestin formulations, the two most commonly used types of hormonal therapy were considerably lower for screen-detected than for non–screen-detected breast cancers ($P_{heterogeneity} < .001$, for each type) (Figure 3). Women included in these analyses were screened an average of 7.7 days after they completed the recruitment questionnaire. Breast cancers diagnosed in the first 4 months after recruitment should include virtually all breast cancers found at screening soon after the baseline questionnaire was completed. Among users of the two most

**Table 1.** Characteristics of the study population and details of follow-up, by last reported use of hormonal therapy (HT)

| Characteristic | Current HT (n = 394 697) | Past HT (n = 221 056) | Never HT (n = 513 272) |
|---|---|---|---|
| At recruitment | | | |
|   Mean age, y (SD) | 55.1 (4.3) | 56.7 (4.4) | 57.7 (5.0) |
|   Socioeconomic status, % in upper third | 34 | 34 | 32 |
|   Mean parity, No. of children (SD) | 2.1 (1.2) | 2.2 (1.2) | 2.1 (1.3) |
|   Mean age at birth of first child (for parous women), y (SD) | 23.5 (4.3) | 24.6 (4.2) | 24.5 (4.3) |
|   Mean body mass index, kg/m² (SD) | 25.7 (4.4) | 26.5 (4.6) | 26.5 (4.9) |
|   Strenuous physical activity, % >once a week | 40 | 39 | 37 |
|   Mean alcohol consumption, g/wk (SD) | 48 (55) | 44 (53) | 37 (50) |
|   % Current smoker | 23 | 21 | 20 |
| Follow-up for breast cancer | | | |
|   Woman-years of follow-up for incidence per 1000 women | 1418.8 | 749.3 | 1885.6 |
|   Total No. of incident breast cancers | 7107 | 2525 | 6127 |

**Figure 1.** Risk of breast cancer, by use of hormone therapy. Relative risks (RRs) were calculated, taking never users of hormone therapy as the comparison group (RR = 1.0), stratifying by age, and adjusting by region of residence, socioeconomic status, age at menopause, body mass index, age at birth of first child, parity, and alcohol consumption. Relative risks (and their floated confidence intervals [fCIs]) are represented by **squares and lines**, with the area of every square being inversely proportional to the variance of the logarithm of the relative risk. This presentation thus provides an appropriate indication of the amount of statistical information involved. The **dotted line** represents the relative risk for all current users compared with never users. * = Estimated average total duration of use of hormone therapy at the time of diagnosis of breast cancer. †= Cases denote women with breast cancer.



| Last reported use of hormone therapy | Years of hormone therapy use* | No. Cases†/ Population (1000s) | RR (95% fCI) |
|---|---|---|---|
| Never user | - | 6127/513.3 | 1.00 (0.97 to 1.03) |
| Past user | 3.7 | 2525/221.1 | 1.08 (1.04 to 1.12) |
| Current user | 7.2 | 7107/394.7 | 1.68 (1.64 to 1.72) |
| Estrogen-only | 8.0 | 2131/151.0 | 1.38 (1.32 to 1.44) |
| Estrogen + progestin | 6.8 | 4292/200.6 | 1.96 (1.90 to 2.02) |
| Tibolone | 7.0 | 383/23.7 | 1.38 (1.25 to 1.52) |
| Other/unknown | 7.4 | 301/19.3 | 1.55 (1.38 to 1.73) |

commonly used types of hormone therapy, the relative risks for breast cancer were substantially lower in the first 4 months after recruitment than subsequently (for current users of estrogen-only therapy, RR = 1.19, 95% CI = 1.09 to 1.30 in the first 4 months and RR = 1.50, 95% CI = 1.41 to 1.60 subsequently; and for current users of estrogen–progestin hormonal therapy, the corresponding relative risks were RR = 1.41, 95% CI = 1.31 to 1.52 and 2.32, 95% CI = 2.20 to 2.44; $P_{heterogeneity}$ < .001, for each type). There were also large differences in the hormonal therapy–associated risks for tumors that were estrogen receptor positive compared with those that were estrogen receptor negative and for low-grade compared with high-grade disease ($P_{heterogeneity}$ ≤ .005, for each hormonal therapy type) (Figure 3). Users of estrogen–progestin formulations were also more likely than never users to have tumors involving the lymph nodes than localized disease ($P_{heterogeneity}$ = .009).

The association between use of the two most commonly used types of hormonal therapy (ie, estrogen-only and estrogen–progestin formulations) and risk for breast cancer was next analyzed by the time when hormone use began and by the duration of its use (Figure 4). For current users of both these formulations, the risk of breast cancer was statistically significantly increased among women who started use of hormonal therapy both before age 50 years and at ages 50 years or older, and there were essentially no differences by age at starting. The risk of breast cancer associated with each type of hormonal therapy was also statistically significantly increased with hormonal therapy use for durations of less than 5 years and 5 years or more, respectively, but the risk was significantly greater with the longer duration ($P_{heterogeneity}$ < .001, for each formulation). Among current users of tibolone, the associations were similar to those found for the two more commonly used hormonal therapies (for tibolone users, RR = 1.35, 95% CI = 1.11 to 1.64, for use beginning before age 50 years, vs RR = 1.45, 95% CI = 1.29 to 1.63, for use beginning after age 50 years; RR = 1.20, 95% CI = 1.00 to 1.45, for a total duration of use of <5 years, vs RR = 1.49, 95% CI = 1.32 to 1.69, for a total duration of use of ≥5 years.)

The excess risk of breast cancer in current users was statistically significantly greater if use of hormonal therapy began before or soon after menopause than after a longer gap (Figure 4, $P_{heterogeneity}$ < .001, both for estrogen-only and for estrogen–progestin formulations). Breast cancer risk was statistically significantly increased in

users of estrogen-only hormonal therapy if use began before or less than 5 years after menopause (RR = 1.43, 95% CI = 1.35 to 1.51, P < .001), whereas if such use began 5 years or more after menopause, breast cancer risk was not increased (RR = 1.05, 95% CI = 0.89 to 1.24, P = .6). Breast cancer risk in users of estrogen–progestin hormonal therapy was also statistically significantly greater if use began before or less than 5 years compared with 5 years or more after menopause (RR = 2.04, 95% CI = 1.95 to 2.14, P < .001, and RR = 1.53, 95% CI = 1.38 to 1.70, P < .001, respectively). Corresponding results for tibolone showed a similar pattern but the difference was not statistically significant (RR = 1.49, 95% CI = 1.33 to 1.67, P < .001, and RR = 1.16, 95% CI = 0.92 to 1.47, P = .2).

Additional results on breast cancer risk in relation to the interval between menopause and starting hormonal therapy are shown in Table 2. Breast cancer risk among current users of estrogen-only

**Figure 2.** Risk of breast cancer, in current users and in past users by time since stopping hormone therapy. Relative risks (RRs) were calculated by taking never users of hormone therapy as the comparison group (RR = 1.0), stratifying by age, and adjusting by region of residence, socioeconomic status, age at menopause, body mass index, age at birth of first child, parity, and alcohol consumption. Relative risks (and their floated confidence intervals [fCIs]) are represented by **circles and lines**. The **dotted line** represents the relative risk for all never users. It should be noted that, for current users, time since last use is effectively zero.



**Figure 3.** Risk of breast cancer in current users of hormone therapy by tumor characteristics. Relative risks (RRs) were calculated by taking never users of hormone therapy as the comparison group (RR = 1.0), stratifying by age, and adjusting for region of residence, socioeconomic status, age at menopause, body mass index, age at birth of first child, parity, and alcohol consumption. Relative risks (and their confidence intervals [CIs]) are represented by **squares and lines**, with the area of every square being inversely proportional to the variance of the logarithm of the relative risk. † = Cases denote women with breast cancer.

or estrogen–progestin did not differ statistically significantly by whether women started using hormonal therapy either before or soon after menopause. Most women who had started hormonal therapy in the 5 years after their menopause had begun use almost immediately after the onset of their menopause; in this group, the average time between menopause and starting hormonal therapy was only 0.7 years for users of estrogen-only hormonal therapy and 1.4 years for users of estrogen–progestin hormonal therapy.



**Figure 4.** Risk of breast cancer in current users of estrogen-only and estrogen–progestin hormone therapy by the timing of first use and total duration of use. Relative risks (RRs) were calculated by taking never users of hormone therapy as the comparison group (RR = 1.0, 95% CI = 0.97 to 1.03), stratifying by age, and adjusting for region of residence, socioeconomic status, age at menopause, body mass index, age at birth of first child, parity, and alcohol consumption. Relative risks (and their floated confidence intervals [fCIs]) are represented by **squares and lines**, with the area of every square is inversely proportional to the variance of the logarithm of the relative risk. * = Estimated average total duration of use of hormone therapy at the time of diagnosis of breast cancer. The **dotted line** represents the overall relative risk estimates for current users of each type of hormone therapy. † = Cases denote women with breast cancer.

**Table 2.** Associations between risk of breast cancer among current users of estrogen-only hormonal therapy (HT) and among current users of estrogen–progestin HT, by time between menopause and starting HT*

| Timing of HT use | Estrogen-only HT | | Estrogen–progestin HT | |
|---|---|---|---|---|
| | No. | RR* (95% CI) | No. | RR* (95% CI) |
| Women who started HT | | | | |
|   Before menopause | 1091 | 1.49 (1.40 to 1.58) | 2364 | 2.10 (2.00 to 2.20) |
|   <5 y after menopause | 833 | 1.36 (1.27 to 1.46) | 1464 | 1.99 (1.89 to 2.10) |
|   ≥5 y after menopause | 151 | 1.05 (0.90 to 1.24) | 364 | 1.53 (1.38 to 1.69) |
| Women with a natural menopause or bilateral oophorectomy, who started HT after menopause | | | | |
|   <5 y after menopause | 663 | 1.40 (1.30 to 1.52) | 1427 | 2.05 (1.94 to 2.17) |
|   ≥5 y after menopause | 97 | 1.08 (0.88 to 1.31) | 336 | 1.61 (1.44 to 1.79) |
| Women with duration of HT use of <5 years, who started HT | | | | |
|   Before or <5 y after menopause | 474 | 1.31 (1.19 to 1.43) | 1206 | 1.76 (1.66 to 1.87) |
|   ≥5 y after menopause | 69 | 0.86 (0.68 to 1.09) | 192 | 1.34 (1.16 to 1.54) |
| Women with duration of HT use of ≥5 years, who started HT | | | | |
|   Before or <5 y after menopause | 1441 | 1.36 (1.29 to 1.43) | 2605 | 2.27 (2.18 to 2.36) |
|   ≥5 y after menopause | 81 | 1.09 (0.88 to 1.36) | 170 | 1.65 (1.42 to 1.92) |

* Relative risks (RRs) were calculated by taking never users of HT as the comparison group (RR = 1.0) stratifying by region of residence, socioeconomic status, body mass index, parity, age at first birth, and alcohol consumption; except for analyses by duration of HT use results are also adjusted by age at menopause. Small numbers of women with breast cancer (10 using estrogen-only HT and 19 using estrogen–progestin HT) had missing information on duration of HT use and were not included in analyses relating to duration of use.

Among women who started hormonal therapy 5 years or more after menopause, the average time between menopause and starting hormonal therapy was 10.3 years for estrogen-only and 9.3 years for estrogen–progestin formulations. Women who started hormonal therapy before their menopause had, by definition, an unknown age at menopause. To assess how this affected the results, we did sensitivity analyses restricted to women with a known age at menopause (natural or bilateral oophorectomy) who started hormonal therapy after menopause. The risk estimates among these women were similar to those observed among all women (Table 2). We also did sensitivity analyses to assess the effect of not adjusting for age at menopause and found that the estimates were very slightly lower in the unadjusted analysis than the adjusted analysis (eg, among women who started hormonal therapy after a natural menopause or bilateral oophorectomy, the unadjusted vs adjusted values were RR = 1.35 vs RR = 1.40 for estrogen-only use beginning <5 years after menopause and were RR = 0.94 vs RR = 1.08 for estrogen-only use beginning ≥5 years after menopause; and corresponding unadjusted vs adjusted values among users of estrogen–progestin hormonal therapy were RR = 2.06 vs RR = 2.05 and RR = 1.47 vs RR = 1.61, respectively).

The average duration of hormonal therapy use was longer in women who started hormonal therapy less than 5 years after menopause than after a longer gap (Figure 4). However, the greater risk among those who started hormonal therapy at around the time of menopause was consistently observed for both short and long duration use of each hormonal therapy type (Table 2). The relative risk estimates of Table 2 with respect to duration of use were not adjusted by age at menopause because among current users of hormonal therapy of a given age, age at menopause and time from menopause to starting hormonal therapy were completely confounded with duration of hormonal therapy use. Sensitivity analyses of the effect of adjusting for age at menopause (see above) suggested that omission of this variable in the model was unlikely to have materially affected the results.

Among never users of hormonal therapy, the standardized incidence rate for breast cancer at age 50–59 years was 0.30% (95% CI = 0.29% to 0.31%) per year. For users of estrogen-only hormonal therapy aged 50–59 years beginning use before or less than 5 years after menopause, the standardized incidence rate was 0.43% (95% CI = 0.42% to 0.45%), and for such use beginning 5 years or more after menopause, the standardized incidence rate did not differ statistically significantly from that of never users (ie, standardized incidence rate = 0.32%, 95% CI = 0.27% to 0.37%). The corresponding standardized incidence rates for estrogen–progestin hormonal therapy were 0.61% (95% CI = 0.59% to 0.64%) and 0.46% (95% CI = 0.41% to 0.51%).

As expected, breast cancer incidence rates among never users of hormone therapy increased with body mass index (Figure 5). However, contrary to the trends among never users of hormonal therapy, standardized incidence rates among current users of hormonal therapy varied little by body mass index (Figure 5). The different relationships between breast cancer incidence and body mass index among never users and among current users mean that the proportionate increase in risks for breast cancer associated with use of hormonal therapy was greater among lean women than among obese women (eg, for current users of estrogen-only hormonal therapy, RR = 1.65, 95% CI = 1.53 to 1.78 among lean women and RR = 1.22, 95% CI = 1.13 to 1.31 among overweight and obese women) (Figure 6). Within subgroups defined by their body mass index, risks of breast cancer were still statistically significantly greater if hormonal therapy use began at around the time of menopause than after a longer gap (Figure 6). Among overweight and obese current users of estrogen-only hormonal therapy, no statistically significant increase in breast cancer risk was observed if hormonal therapy use began 5 years or more after menopause (RR = 0.91, 95% CI = 0.73 to 1.14, P = .4).

Apart from body mass index, none of the adjustment factors substantially modified the effect of hormonal therapy on breast cancer risk. Additional adjustment by other factors associated with



**Figure 5.** Standardized incidence rates for breast cancer in current users of hormone therapy by the type of hormone therapy used and women's body mass index. Standardized incidence rates per 100 women aged 50–59 years per year were calculated by taking never users of hormone therapy as the standard and standardizing by age, region of residence, socioeconomic status, age at menopause, age at birth of first child, parity, and alcohol consumption. It should be noted that incidence rates are plotted against the mean body mass index within each subgroup. 95% confidence intervals are shown (error bars).

breast cancer risk, including age at menarche, height, and having a first-degree relative with breast cancer, did not alter the main findings. Also use of analyses that stratified rather than adjusted for potential confounders gave very similar results to those in this analysis, indicating that there was little deviation from the assumption of proportional hazards.

## Discussion

In this large prospective study, we found substantial and clinically important heterogeneity in the effects of hormonal therapy on breast cancer incidence among postmenopausal women. Among current users of hormonal therapy, there were independent effects of the type of hormonal therapy used, the time between menopause and first use of hormonal therapy, and the duration of hormonal therapy use. Some of these findings confirm what is already well known, for example, that current users of estrogen–progestin preparations are at the greatest risk of breast cancer and that the associated risk increases with duration of use (1–4). We have previously reported (7) such findings in this cohort, but with updated information on hormonal therapy use and menopausal status and extended follow-up, these analyses include more postmenopausal

| | | NOT OVERWEIGHT (BMI less than 25kg/m²) | | | | | OVERWEIGHT (BMI 25kg/m² or more) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Last reported hormone therapy use | Years of hormone therapy use* | No. Cases† | RR (95% fCI) | RR (95% fCI) | | Years of hormone therapy use* | No. Cases† | RR (95% fCI) | RR (95% fCI) | |
| **Never user** | - | 2300 | 1.00 (0.96 to 1.04) | | | - | 3465 | 1.00 (0.96 to 1.04) | | |
| **Current user of estrogen-only** | 8.2 | 980 | 1.65 (1.54 to 1.76) | | | 7.9 | 1060 | 1.22 (1.15 to 1.30) | | |
| <5 years, menopause to first hormone therapy use | 8.4 | 889 | 1.69 (1.58 to 1.81) | | | 8.2 | 957 | 1.27 (1.19 to 1.35) | | |
| 5+ years, menopause to first hormone therapy use | 5.4 | 68 | 1.30 (1.02 to 1.65) | | | 5.9 | 77 | 0.91 (0.73 to 1.14) | | |
| **Current user of estrogen-progestin** | 6.9 | 2293 | 2.20 (2.11 to 2.30) | | | 6.7 | 1839 | 1.81 (1.73 to 1.90) | | |
| <5 years, menopause to first hormone therapy use | 7.1 | 2067 | 2.30 (2.19 to 2.42) | | | 6.9 | 1631 | 1.89 (1.79 to 1.99) | | |
| 5+ years, menopause to first hormone therapy use | 5.3 | 193 | 1.71 (1.49 to 1.98) | | | 5.2 | 157 | 1.39 (1.19 to 1.63) | | |

**Figure 6.** Risk of breast cancer in current users estrogen-only and estrogen–progestin hormone therapy, by the timing of first use and women's body mass index. Relative risks (RRs) were calculated by taking never users of hormone therapy as the comparison group (RR = 1.0), stratifying by age, and adjusting by region of residence, socio economic status, age at menopause, body mass index, age at birth of first child, parity, and alcohol consumption. Relative risks (and their floated confidence intervals [fCIs]) are represented by **squares and lines**, with the area of every square is inversely proportional to the variance of the logarithm of the relative risk. * = Estimated average total duration of use of hormone therapy at the time of diagnosis of breast cancer. The **dotted line** represents the overall relative risk estimates for current users of each type of hormone therapy. † = Cases denote women with breast cancer.

women, a greater number of ever users of hormone therapy, and more incident breast cancers, with a shorter time between last reporting hormone use and the diagnosis of breast cancer. As well we presented new analyses showing that the interval between menopause and initiating hormonal therapy use has an important modifying effect on breast cancer risk.

The Million Women Study includes one in every four UK women who were aged 50–64 years at the time of recruitment. The characteristics of the study population are similar to those of women of a comparable age in the United Kingdom, with slightly greater proportions using hormonal therapy [33% at recruitment vs 31% nationwide (7,11)] and from the upper socioeconomic classes (28% from the top socioeconomic quintile in the recruitment areas) than in the general UK population. All study participants were followed by record linkage to routinely collected national cancer registration and death data. Information on cancer site and date of diagnosis was coded before notification to the study investigators, thus providing nondifferential ascertainment of incident cancers. To minimize differential reporting of exposures, information on hormonal therapy use was collected before any diagnosis of cancer and updated whenever possible during follow-up. [There is excellent agreement between women's reported use of hormonal therapy and general practitioner prescription records (14).]

A limitation of this study is that information on use of hormonal therapy was reported an average of 1.4 years before the breast cancers were diagnosed. Over this period, an estimated 97% of those classified as never users of hormonal therapy would still have been never users, and 88% of those classified as current users would still have been current users. Such residual misclassification of hormonal therapy use would slightly dilute the estimates of relative risk but would not produce spurious associations. Correcting for such misclassification, by use of the regression dilution approach (15), would increase the logarithm of the relative risk among current users of either type by a factor of approximately 1.2.

We found that the risks of breast cancer associated with hormonal therapy were considerably lower for screen-detected breast cancers than for non–screen-detected breast cancers (Figure 3), consistent with findings from meta-analyses (16,17), showing that use of hormonal therapy decreases mammographic sensitivity and specificity. The greater risks for estrogen receptor–positive than estrogen receptor–negative breast cancer have also been reported previously (18), as has a greater risk of lymph node involvement in users of estrogen–progestin therapy (19). It has been suggested that part of the increased hormone therapy–associated risk of breast cancer observed in this study may have resulted from selective recruitment of hormonal therapy users who already had symptoms of breast cancer. If that had happened, there would have been a greater excess of hormonal therapy–associated breast cancer soon after recruitment than subsequently. However, the opposite was found: the risk of breast cancer was lower in the first 4 months after recruitment than afterward (RR = 1.19 vs RR = 1.50, for estrogen-only; and RR = 1.41 vs RR = 2.32, for estrogen–progestin hormonal therapy), largely reflecting the lower hormonal therapy–associated risks observed for screen-detected breast cancers than for non–screen-detected breast cancers.

That hormonal therapy–associated relative risks for breast cancer were attenuated among overweight and obese women has been found in many studies (3,4,9). However, when incidence rates, rather than relative risks, were calculated, it was clear that this apparent attenuation was driven by adiposity-related breast cancer incidence among never users of hormonal therapy. Among never users, but not among users of hormonal therapy, incidence rates for breast cancer increased with increasing adiposity (Figure 5). Hence, the proportionate increase in breast cancer risk among hormone users was smaller among overweight and obese women than among leaner women. Circulating levels of endogenous estrogens increase with increasing body mass index among nonusers of hormonal therapy, and this observation explains most, if not all, of the increased risk of postmenopausal breast cancer with increasing adiposity (20). Because endogenous estrogen levels normally increase with adiposity among postmenopausal women, it seems plausible that hormonal therapy would change women's net exposure to sex hormones to a greater extent among leaner women than among obese women. Indeed, among obese women using estrogen-only hormonal therapy, breast cancer incidence rates did not differ statistically significantly from those of never users (Figure 5).

The epidemiological evidence has consistently shown that breast cancer risk among users of hormonal therapy returns to that of never users soon after use ceases (1–4), as is illustrated in Figure 2. The observed decline in breast cancer incidence rates in the United States and many other countries after 2002 that followed reductions in the prevalence of hormonal therapy use (21,22) provides independent support for the epidemiological data. If use of hormonal therapy merely accelerated the presentation of preexistent breast cancers, incidence rates in past users would be expected to fall well below those of never users. However, no marked reduction in breast cancer risk was observed after hormonal therapy use ceased (Figure 2), indicating that the breast cancers diagnosed while women used hormonal therapy were not just those that would have occurred anyway.

A new finding of this study, which has been little investigated previously, is that the interval between menopause and starting hormonal therapy has a substantial effect on breast cancer risk. A similar finding was first reported by Women's Health Initiative investigators (6), and results from a French study (23) suggested possible similar associations, but only in certain subgroups. In this large study, we found greater risks of breast cancer if hormonal therapy use began either before or soon after menopause than after a longer gap; and this pattern of risk was seen across different types of hormonal therapy, among women who used hormonal therapy for either short or long durations, and also in lean and in overweight and obese women. The findings were similar when various sensitivity analyses were done, such as restricting analyses to women with a bilateral oophorectomy or natural menopause who started hormonal therapy after their menopause.

The substantial heterogeneity in hormonal therapy–associated risks of breast cancer that we found, with independent effects of the type of hormonal therapy used, the interval between menopause and starting hormonal therapy, and the duration of hormonal therapy use could well account for much of the apparent variation in hormonal therapy–associated risks across studies (4). The populations that have been studied vary in terms of the prevalence of

obesity and the interval between menopause and starting hormonal therapy. For example, in the Women's Health Initiative randomized trials, some 80% of participants were overweight or obese (5,10) and approximately 90% were randomly assigned to hormonal therapy 5 years or more after their menopause (6). Among users of estrogen-only hormonal therapy, we found little or no increase in the risk of breast cancer among overweight or obese women who started hormonal therapy 5 years or more after menopause (RR = 0.91, 95% CI = 0.73 to 1.14), consistent with findings from the Women's Health Initiative trial (RR = 0.77, 95% CI = 0.59 to 1.01) (10). The corresponding value for users of estrogen–progestin hormonal therapy in our data (RR = 1.39, 95% CI = 1.18 to 1.64) was also consistent with findings from the Women's Health Initiative trial (RR = 1.26, 95% CI = 1.00 to 1.59) (5). Moreover, breast cancer incidence rates in the estrogen–progestin randomized trial were similar to those observed here (0.46% per year in this study for use beginning 5 years or more after menopause and 0.43% per year in the randomized trial vs 0.3% per year in nonusers of hormone therapy both in this study and in the trial). However, breast cancer incidence rates in this study were highest among current users of estrogen–progestogen who began use less than 5 years after menopause (0.61% per year), and no comparable randomized data are available because the large majority of women were randomly assigned to estrogen–progestin more than 5 years after their menopause (6). Hence, the findings from randomized trials of hormonal therapy with respect to breast cancer risk may not apply to women who start using hormonal therapy at around the time of their menopause.

## References

1. International Agency for Research on Cancer. *Monograph on the Evaluation of Carcinogenic Risks to Humans. Hormonal Contraception and Post-Menopausal Hormonal Therapy.* Vol 72. Lyon, France: IARC Press; 1999.
2. International Agency for Research on Cancer. *Monograph on the Evaluation of Carcinogenic Risks to Humans. Combined Estrogen/Progestogen Contraceptives and Combined Estrogen/Progestogen Menopausal Therapy.* Vol 91. Lyon, France: IARC Press; 2008.
3. Collaborative Group on Hormonal Factors in Breast Cancer. Breast cancer and hormone replacement therapy: collaborative reanalysis of data from 51 epidemiological studies of 52 705 women with breast cancer and 108 411 women without breast cancer. *Lancet.* 1997;350(9084):1047–1059.
4. Medicines and Healthcare products Regulatory Agency. *UK Public Assessment Report. Hormone-Replacement Therapy: Safety Update.* London, UK: MHRA; 2007. http://www.mhra.gov.uk/Safetyinformation/. Accessed April 27, 2009.
5. The Women's Health Initiative Randomized Controlled Trial. Effects of conjugated equine estrogen in postmenopausal women with hysterectomy. *JAMA.* 2004;291(14):1701–1712.
6. Prentice RL, Manson JA, Langer, et al. Benefits and risks of postmenopausal hormone therapy when it is initiated soon after menopause. *Am J Epidemiol.* 2009;170(1):12–23.
7. Million Women Study Collaborators. Breast cancer and hormone replacement therapy in the Million Women Study. *Lancet.* 2003;362(9382):419–427.
8. World Health Organisation. *International Classification of Diseases.* 10th ed. Geneva, Switzerland: World Health Organisation; 1988.
9. Reeves GK, Travis R, Green J, et al. Incidence of breast-cancer risk and its subtypes in relation to individual and multiple low-penetrance genetic susceptibility loci. *JAMA.* 2010;304(4):426–434.
10. Rossouw JE, Anderson GL, Prentice RL, et al; Writing Group for the Women's Health Initiative Investigators. Risks and benefits of estrogen plus progestin in healthy postmenopausal women: principal results from the Women's Health Initiative randomized controlled trial. *JAMA.* 2002;288(3):321–333.
11. Watson J, Wise L, Green J. Prescribing for hormone therapy for menopause, tibolone, and bisphosphonates in women in the UK between 1991 and 2005. *Eur J Clin Pharmacol.* 2007;63(9):843–849.
12. Easton DF, Peto J, Babiker AG. Floating absolute risk: an alternative to relative risk in survival and case-control analysis avoiding an arbitrary reference group. *Stat Med.* 1991;10(7):1025–1035.
13. Collaborative Group on Hormonal Factors in Breast Cancer. Breast cancer and hormonal contraceptives: further results. *Contraception.* 1996;54(4): 1S–106S.
14. Banks E, Beral V, Cameron R, et al. Agreement between general practice prescription data and self-reported use of hormone replacement therapy and treatment for various illnesses. *J Epidemiol Biostat.* 2001;6:357–363.
15. MacMahon S, Peto R, Cutler J, et al. Blood pressure, stroke, and coronary heart-disease. Part 1. Prolonged differences in blood-pressure: prospective observational studies corrected for the regression dilution bias. *Lancet.* 1990;335(8692):765–774.
16. Banks E. Hormone replacement therapy and the sensitivity and specificity of breast cancer screening: a review. *J Med Screen.* 2001;8:29–35.
17. Chiarelli AM, Kirsh VA, Klar NS, et al. Influence of patterns of hormone replacement therapy use and mammographic density on breast cancer detection. *Cancer Epidemiol Biomarkers Prev.* 2006;15(1):1856–1862.
18. Althuis MD, Fergenbaum JH, Garcia-Closas M, et al. Etiology of hormone receptor–defined breast cancer: a systematic review of the literature. *Cancer Epidemiol Biomarkers Prev.* 2004;13(10):1558–1568.
19. Chlebowski RT, Anderson GL, Gass M, et al. Estrogen plus progestin and breast cancer incidence and mortality in postmenopausal women. *JAMA.* 2010;304(10):1684–1692.
20. Endogenous Hormones and Breast Cancer Collaborative Group. Body mass index, serum sex hormones, and breast cancer risk in postmenopausal women. *J Natl Cancer Inst.* 2003;95(19):1218–1226.
21. Ravdin PM, Cronin KA, Howlader N, et al. The decrease in breast-cancer incidence in 2003 in the United States. *N Engl J Med.* 2007;356(16): 1670–1674.
22. Kumle M. Declining breast cancer incidence and decreased HT use. *Lancet.* 2008;372(9639):608–610.
23. Fournier A, Mesrine S, Boutron-Ruault M-C, Clavel-Chapelon F. Estrogen-progestagen menopausal hormone therapy and breast cancer: does delay from menopause onset to treatment initiation influence risks? *J Clin Oncol.* 2009;27:5138–5143.

## Funding

Public funds from Cancer Research UK and the UK Medical Research Council.

## Notes

The funders did not influence the conduct of the study or the preparation of this report.

Steering Committee: Emily Banks, Valerie Beral, Ruth English, Jane Green, Julietta Patnick, Richard Peto, Gillian Reeves, Martin Vessey, and Matthew Wallis.

National Health Service Breast Screening Centres collaborating in the Million Women Study (in alphabetical order): Avon, Aylesbury, Barnsley, Basingstoke, Bedfordshire and Hertfordshire, Cambridge and Huntingdon, Chelmsford and Colchester, Chester, Cornwall, Crewe, Cumbria, Doncaster, Dorset, East Berkshire, East Cheshire, East Devon, East of Scotland, East Suffolk, East Sussex, Gateshead, Gloucestershire, Great Yarmouth, Hereford and Worcester, Kent (Canterbury, Rochester, Maidstone), Kings Lynn, Leicestershire, Liverpool, Manchester, Milton Keynes, Newcastle, North Birmingham, North East Scotland, North Lancashire, North Middlesex, North Nottingham, North of Scotland, North Tees, North Yorkshire, Nottingham, Oxford, Portsmouth, Rotherham, Sheffield, Shropshire, Somerset, South Birmingham, South East Scotland, South East Staffordshire, South Derbyshire, South Essex, South Lancashire, South West Scotland, Surrey, Warrington Halton St Helens and Knowsley, Warwickshire Solihull and Coventry, West Berkshire, West Devon, West London, West Suffolk, West Sussex, Wiltshire, Winchester, Wirral, and Wycombe.

Million Women Study Co-ordinating Centre: Simon Abbott, Miranda Armstrong, Krys Baker, Angela Balkwill, Vicky Benson, Valerie Beral,

Judith Black, Anna Brown, Diana Bull, Ben Cairns, James Chivenga, Barbara Crossley, Gabriella Czanner, Dave Ewart, Sarah Ewart, Lee Fletcher, Toral Gathani, Laura Gerrard, Adrian Goodill, Jane Green, Isobel Green, Joy Hooley, Sau Wan Kan, Carol Keene, Oksana Kirichek, Nicky Langston, Maria-Jose Luque, Lynn Pank, Kirstin Pirie, Gillian Reeves, Andrew Roddam, Emma Sherman, Moya Simmonds, Elizabeth Spencer, Helena Strange, Sian Sweetland, Alison Timadjer, Sarah Tipper, Joanna Watson, Stephen Williams, and Lucy Wright.

We thank Adrian Goodill for drawing the figures, all the women who participated in the Million Women Study, collaborators from the National Health Service Breast Screening Centres, members of the study co-ordinating centre, and the study steering committee (listed below).

**Affiliation of authors:** Million Women Study Co-ordinating Centre, Cancer Epidemiology Unit, University of Oxford, Oxford, UK (VB, GR, DB, JG).