# EXHIBIT 207



Try *Special K*™ Protein Shakes Today!

**CLICK HERE TO SAVE $2**

Click to get **$2 OFF** COUPON

| | | Search |
| --- | --- | --- |

About Us | Privacy Policy | Site Map
August 7, 2011

| Home | Slideshow Pictures | Image Collection | Quizzes | Diseases & Conditions | Symptom Checker | Procedures & Tests | Medications | MedTerms Dictionary | Pet Health |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

home  >  allergies center  >  allergies a-z list  >  peanut allergy...the shocking facts article

**Featured on MedicineNet**
ADHD Symptoms in Kids
Ease Nighttime Pain
Symptoms of Diabetic Nerve Pain
Concentration Killers

**Peanut Allergy...The Shocking Facts Related Articles**
Allergy
Anaphylaxis
Food Allergy

**Allergy Topics**
Deviated Septum
Sinus Infection
Septoplasty & Turbinectomy
Allergy
Sinus Surgery Info
Allergy RSS
Healthy Living Tips


Chronic Fatigue Syndrome
VIEW SLIDESHOW

**Latest Allergies News**
Hype on Hypoallergenic Dogs Is Just That
Allergies Associated With Lower Rates of Cancers
Health Tip: Will Allergy Shots Work for Me?
Food Allergies in Kids
Allergic Reactions
Want More News? Sign Up for MedicineNet Newsletters!
Health News Feed

| 1 | 2 | Next |

Font Size  A A A

# Peanut Allergy...The Shocking Facts

Recommend   62      0

10 Common Allergy Triggers Slideshow Pictures
Take the Quiz on Allergies.
Allergy Proof Your Home Slideshow

Peanut allergy is the most common cause of deaths from food allergy.

Allergy to peanuts affects 1.3% of the general population. Peanut allergy affects 7 percent of brothers and sisters of persons with the allergy. (*British Medical Journal* 1996;313:518-521.)

**Facts About Peanut Allergy**

**Peanut Allergy Prevalence**

Peanut and tree nut (pecans, walnuts, almonds, etc.) allergy can be a serious condition that affects approximately three million Americans, or 1.1 percent of the population.

Peanuts are the leading cause of severe food allergic reactions, followed by shellfish, fish, tree nuts and eggs. (Food Allergy Network)

**Peanut Allergy Characteristics**

Peanut allergy can be characterized by more severe symptoms, such as gastrointestinal, skin and respiratory symptoms, than other food allergies and by a high rate of symptoms on minimal contact. ("Clinical characteristics of peanut allergy," *Clin. Exp. Allergy*, 1997; "An evaluation of the sensitivity of subjects with peanut allergy to very low doses of peanut protein," *J. Allergy Clin. Immunol.*, 1997)

Severe sufferers also may experience potentially life-threatening anaphylactic shock in response to ingestion of peanuts. Anaphylactic shock is an allergic reaction in which the release of histamine causes swelling, difficulty in breathing, heart failure, circulatory collapse, and sometimes death.

As many as one-third of peanut-sensitive patients have severe reactions, such as fatal and near-fatal anaphylaxis. ("Anaphylactic deaths in asthmatic children," *Allergy Proc.*, 1989)

Avoidance of peanuts is very difficult because peanuts are commonly used as an adulterant in the preparation of foods. (Allergic reaction to inadvertent peanut contact in a child," *Allergy Asthma Proc.*, 1997)

**Peanut Allergy Therapies**

There is no cure for peanut allergy and no therapies that eliminate or reduce the severity of peanut allergy. Current treatments only address the symptoms of an allergic reaction once it has taken place. (The



Preventable Diseases: Do you Know the Stakes?
Take the Quiz  ON WebMD

Your Guide to Symptoms & Signs
Pinpoint Your Pain

Depressed? But Hiding Your Feelings?
You Don't Have to.
Learn More about a Treatment Option
Lilly



**Allergies Resources**
Asthma Concerns? Get Personalized Tips
Allergies and Asthma Q&A
**Featured Centers**
Slideshow: Is There a Fungus Among Us?
Lupus Coping Tips
Why Do Cats Go Outside the Litter Box?
**Health Solutions** From Our Sponsors
Family Planning Options
MS Rx Options

**Also on MedicineNet**
Living with Obstructive Asthma
Type 2 Diabetes: Manage Your Symptoms





American Peanut Council)

Strict avoidance of peanut and peanut-ingredient is the only way to prevent an allergic reaction. (National Institute of Allergy and Infectious Diseases, The American Peanut Council)

Reactions can begin and proceed rapidly, in extreme cases proving fatal within minutes. Severe sufferers must use epinephrine (i.e., adrenaline) to help prevent anaphylactic shock. If administered in time, an injection of epinephrine may reverse the anaphylactic condition by quickly constricting blood vessels, increasing the heart rate, stopping swelling around the face and throat, and relaxing muscles in the lungs. Once administered, immediate hospital follow-up is required. (National Institute of Allergy and Infectious Diseases, American Academy of Allergy, Asthma and Immunology)

**Flying With a Peanut Allergy**

One of the most common staples of air travel is the little bag of peanuts. If you have a peanut allergy, this is a dangerous perk. Below is some great information and some helpful tips for travelers on how make it a positive situation.

Throughout the year, FAN receives many calls from members who are seeking guidance for requesting a peanut-free flight. Below is a set of suggested guidelines for peanut-allergic passengers flying on U.S. carriers. However, each person must create a plan based on his or her particular case.

As of August 2000, the only major U.S. airline that does not serve peanut snacks is United, but you should confirm this with them because airlines have been known to change their policy. This does not mean they are peanut-free, because they may have peanut ingredients in their meals or other passengers may carry peanuts on the plane with them. No airline can guarantee a peanut-free flight. However, some airlines are willing to serve non-peanut snacks upon request; others will make no accommodations.

| 1 | 2 | Next |

### Popular Collections

all images »
all slideshows »



**Scales, Plaques & Eruptions**





**Pill Identifier on RxList**
quick,
easy,
pill finder

Use it Now

**Find a Local Pharmacy**
including
24 hour
pharmacies

Find it Now

Privacy Policy

**Allergies & Asthma**
Improve treatments & prevent attacks.

Enter email address    SUBMIT ▸

See All Slideshows



Quitting Smoking

How to Avoid Weight Gain



**Health Solutions** From Our Sponsors

A Helping Hand for RA          Family Planning Options          Get Help for Depression          Reducing Breakouts
Chronic Lower Back Pain        Fibromyalgia Center              Inflammatory Acne?               Support for Your RA
                                                                                                 Managing Joint Pain
                                                                                                 Osteoarthritis Pain

Health categories:    Slideshows | Diseases & Conditions | Symptoms & Signs | Procedures & Tests | Medications | Image Collection | Quizzes | Dictionary | Pet Health

**Popular health centers:**

Allergies | Arthritis | Blood Pressure | Cancer | Chronic Pain | Cold & Flu | Diabetes | Digestion | Eyesight | Health & Living | Healthy Kids
Hearing & Ear | Heart | Infectious Disease | Men's Health | Mental Health | News & Views | Pregnancy | Sexual Health | Skin | Women's Health | More...

**MedicineNet.com:**

Privacy Policy | Newsletters | RSS | Contact Us | Site Map | WebMD Corporate | WebMD® | Medscape® | eMedicine® | eMedicineHealth® | RxList®



This site complies with the HONcode standard for trustworthy health information: verify here.

©1996-2011 MedicineNet, Inc. All rights reserved. Terms of Use.
MedicineNet does not provide medical advice, diagnosis or treatment. See additional information.



# EXHIBIT 208

# DR. TRUDY BUSH

Plaintiffs' Exhibit # 8155

MEETING AGENDA
10/29/97
Wyeth-Ayerst Laboratories

I.    Breast Cancer Manuscript
   - DesignWrite to send author letter to Dr. Creasman
   - Review Figure 1

II.   Alzheimer's Manuscript Outline
   - Discuss comments to outline
   - Confirm target journal hierarchy
   - Confirm Dr. Birge as author, with initial contact from Wyeth-Ayerst

III.  Update Timeline
   - New papers and topics identified
     - Breast Cancer: MS/BC #3, "Myths and Misperceptions of Role of ERT in Breast Cancer"
     - SERMs: MS/SERMs #3, "Clinical Pathways for the Treatment of Menopausal Women"; MS/SERMs #4, "Cost-Effective Strategies for Menopausal Health"
     - CNS: MS/CNS #2, "Impact of ERT/HRT on Enhancement of Cognitive Function"
     - Diabetes: MS/BB #2, "A Role for ERT/HRT in the Management of Type 2 Diabetes"
     - Vision: MS/BB #3, "Improvement of Degenerative Eye Diseases with ERT/HRT"
     - Asthma: MS/BB #4, "Asthma and Menopause"
     - Vasomotor: MS/BB #5, "Impact of Vasomotor Symptoms on Quality of Life in Menopausal Women"
   - Identify appropriate authors/journals for each of the papers above

IV.   SHBG Manuscript
   - DesignWrite to provide copies for review at next meeting
   - DesignWrite to follow-up initial contact with Dr. L. Nachtigall to author paper

V.    Other Issues
   - DesignWrite to follow-up on "Estrogen Deficiency" white paper
   - New projects

Plaintiffs' Exhibit # 8155A

**Premarin Publication Plan**
**Meeting Recap**
**June 23/30, 1998**

## I.    Publication Plan Update

- Submission letter to *J Wom Health* by M. Curtis for "SERMs· A controversial approach for managing postmenopausal health" (MS/SERMs #1) was faxed to WA, 6/22/98.
- Final draft of "Practical strategies for the diagnosis and treatment of Alzheimer's disease in women" (MS/SERMs #2) has been sent to S. Birge for approval prior to submission. Copy of letter to Birge was faxed to WA, 7/1/98.
- L. Mosca has agreed to author "Therapeutic options for prevention of postmenopausal heart disease" (MS/SERMs #4 on grid) and has suggested *Int J Ob/Gyn* as a back-up. Comments by L. Mosca were faxed to WA, 6/25/98.
- DW will move forward on pharmacy CE monograph (MS/SERMs #5 on grid)—Jeff will forward it to the WA group associated with CEs. *J Am Pharm Assn* was suggested as target journal. DW will research alternative journals as back-up.
- The paper with Dr. T. Bush that is currently in progress, "Postmenopausal estrogens and breast cancer: a differing view", will replace the "Myths and misperceptions of the role of ERT in breast cancer" manuscript (MS/BC #3).
- DW will move forward on "Role of HRT in the management of type 2 diabetes" (MS/BB #1 on grid)—Jeff will look into potential author based on Phase IV studies.
- DW will move forward on "Impact of HRT on degenerative eye disorders" (MS/BB #2 on grid)—Jeff suggested Dr. Klein as potential author.
- DW will move forward on "Asthma and Menopause" (MS/BB #3 on grid) with a focus on the problems of older persons with asthma and potential influence of HRT—Jeff suggested Dr. Prenner as chair of advisory board meeting (see below). He may also serve as potential author of paper but this wasn't discussed
- DW will move forward on "Immune function and aging: What is the impact of HRT?" (MS/BB #4 on grid). Author not discussed.
- DW will move forward on "Targeting therapies for the promotion of healthy aging" (MS/AA #1 on grid). Author not discussed.
- The SERMs Advisory Board Summary will replace the "Current strategies for a long standing treatment" manuscript (MS/Rx #2).

Plaintiffs' Exhibit # 8155B

DWRITE 068308

**Premarin Publication Plan**
**Meeting Recap**
**Wednesday, January 28, 1998**

**I.  SERMs Advisory Board Meeting**
- Jeff to give DW the go ahead after internal meetings
- Wyeth to approve suggested speakers following discussion with D. McDonnell and R. Little

**II.  Raloxifene (Evista®) update**
- DW will move forward on compendium surveillance
- FDA approval packet has been requested by DW
- Researcher contacted by DW was not available for pilot study. Need to discuss other researchers with Dr. Colasante.

**III.  Followup on meeting with Trudy Bush**
- Outline for paper submitted for review
- Karen is waiting to hear from Trudy regarding approval of outline and other projects (SERMs paper and Lancet paper editorial)
- Jeff suggested he will contact C. Hammond to author raloxifene editorial rather than Trudy.

**IV.  Publication Plan Update**
- Jeff will contact L. Nachtigall and S  Birge regarding authorship by **FRIDAY(tomorrow)**—Karen will call to nag Jeff on Friday after 1:00 pm
- Karen will refocus SERMs paper to include comparisons with HRT
- Final paper sent to Dr. Creasman for submission (see attached copy of letter)

**V.  Pharmacy CE Monograph**
- DW will go ahead and develop this with the message of potential drug interactions with raloxifene.
- Jeff will provide names of PharmD as potential author

**VI.  MedWatch Reports**
- DW will proceed on Prempro/Premphase Medwatch analysis like tamoxifen one

**VII.  Other Business**
- DW will develop ideas for additional advisory board meetings (eg, patches, combination products used as alternatives to Premarin® family of products; diabetes/asthma

Plaintiffs' Exhibit # 8155C

DWRITE 068307

**Strategic Publications Development Meeting**
**December 5, 2000**
**Meeting Recap**

**Attendees:**
Wyeth-Ayerst: Jamie Durocher, Mark Barbee, Alice Conti, Pam Cobb, Gail Goldsmith
DesignWrite: Karen Mittleman, Bernie Janas

**Strategic Publications Development Grid Update**

➢ SERMs Message
- Curtis' *Drug Safety* invited paper on tolerability of SERMs for breast cancer (SERMs #5)—Outline was disseminated; suggestion to include information on ER- or ER+ tumor types (**Note: Mark** to send DW slide kit #3 from Duke meeting)

➢ Breast Cancer Message
- Nachtigall's Update on Breast Cancer and Progestins (BC #4)—sent via M.A.I.L. on 12/5/00.
- Trudy Bush's paper (BC #3)—sent to *Obstet Gynecol* 11/7/00. **Jamie** needs to follow-up with Trudy on the status of her letter to the editor regarding this issue.
- Fiorica's Mammographic density and HRT (BC #5)—Outline disseminated. **DW** will send Jamie Fiorica's e-mail address (**Note:** Task completed). Suggestion was to send to *Mayo Clinic Proceedings*. **DW** will check to see if journal is indexed by medline (**Note:** Journal is indexed, has a circulation of 126,000, and is peer reviewed); Discussion ensued about incorporating anti-message for tibolone and to include Rena Sellin's data. **DW** will send **Pam** paper on tibolone and breast density. (**Note:** Task completed).

➢ CVD Message
- Speroff's The Impact of Progestins on the Cardioprotective Effects of Hormone Replacement Therapy in Postmenopausal Women (CVD #3)—Outline sent for internal review 12/8/00.
- Relevance of Clincal Markers for CVD Outcomes (CVD #4)—Karas was suggested as new author. **Mark** will follow-up to ask him. (**Note:** Mark has asked Tony to speak with Karas regarding the authorship.)
- Effects of Estrogens on the Cardiovascular System (CVD #8)—new paper to be developed based on the Cardiovascular Group slides from the Duke workshop. **DW** to include inflammation aspects and benefits of estrogens into all CVD papers where possible.

➢ CNS Message
- Fillit's HRT and Prevention of Alzheimer's paper (CNS #3)—Manuscript sent for internal review 12/8/00. **DW** will also send to Fillit for review.
- Sherwin's Endocrine Reviews paper on Estrogens and Cognition (CNS #4)—Barbara is still developing paper and has asked **DW** for help with editing when complete.
- Shulman's Parkinson's and HRT paper (CNS #5)—Paper being updated for submission to *Arch Neurology* or *Parkinsonism and Related Disorders*. Because

Confidential Pursuant to Confidentiality Order

MARTN010-003763

Fillit's paper will be sent to *Arch Neurology*, **DW** suggests the latter journal for submission.

➢ Bundle of Benefits Message
  • Gallagher's Bone Paper (BB #6)—submitted to *Rheumatic Disease Clinics of North America* on 11/13/00. Issue was raised about tibolone and how to provide anti-message; further information and discussion necessary; **Jamie** asked **DW** to send Greendale paper on responders based on Gallagher's comments at Duke workshop. (**Note**: Task completed.)
  • Snow/Seddon's Age-related Macular Degeneration and HRT (BB #2)—Paper was published in Sept/October issue; **Wyeth** to send via M.A.I.L. to Ayerst and Wyeth reps, AAMs, and NAMs (Note: **Pam** said all medical needs is the request by marketing to start the M.A.I.L. process)

➢ Prescribing Message
  • The Use of HRT: An Update (Rx #5)—Legal has given the green light to create paper. **Alice** to contact Veronica Ravnikar for potential authorship. Meeting needs to be set up with Gail Ludmerer to go over the important issues that need to be incorporated.
  • Archer and Pickar Bleeding Reanalysis (Rx #4)—Paper has been published in December issue of *Obstet Gynecol*; **DW** has ordered issues for dissemination.

➢ Estrogens/Progestins/Components Message
  • Dissolution Paper (E/P/C #8)—**DW** will create outline based on Phil Mayer's suggestions.
  • Women's HOPE and LD Papers—Metabolism and Endometrial manuscripts were submitted December 7, 2000.

**Next Meeting: December 21, 2000, 11:00-12:30 in 555-4254**

Confidential Pursuant to Confidentiality Order

MARTN010-003764

# PUBLICATIONS/PRESENTATION SUMMARY, 1998-2000
*January 18, 2001*

| Focus | Title | Author(s) | Program | Venue | Status | Action Steps |
|---|---|---|---|---|---|---|
| **Bone** | **Clinical Markers for Osteoporosis Outcome** | Lane | Review Article | TBD | Manuscript in preparation | |
| | **Estrogen Activity and Novel Tissue Selectivity of Δ8,9-dehydroestrone Sulfate in Postmenopausal Women** | Baracat, Haider, Lopez, Pickar, Dey, Negro-Vilar | Research Paper | *J Clin Endo Metab* | 6/99, Published | |
| | **The Role of Estrogens in the Management of Postmenopausal Bone Loss** | Gallagher | Review Paper | *Rheum Dis Clinics of North America* | 11/00, submitted; 1/00, accepted for publication | |
| | **Estrogens and Osteoporosis** | TBD | 600-word article | *Hospital Management Today* | In preparation | |

*Confidential*

## Plaintiffs' Exhibit # 8155E

DWRITE 067783

# PUBLICATIONS/PRESENTATION SUMMARY, 1998-2000

January 18, 2001

| Focus | Title | Author(s) | Program | Venue | Status | Action Steps |
|---|---|---|---|---|---|---|
| **Breast Cancer** | Is There an Association Between Hormone Replacement Therapy and Breast Cancer? | Creasman | Review Paper | *J Wom Health* | 12/98, Published | |
| | Role of Sex Hormone–Binding Globulin in Modulating Breast Cancer Risk | Nachtigall | Review Paper | *Primary Care Update for Ob/Gyns* | 3/99, Published | |
| | Breast Cancer and HRT in Perspective | Nachtigall | Review Paper | *The Female Patient* | 10/00, Published (Feature article and CME in *Ob/Gyn* issue; feature article in primary care issue) | |
| | Estrogens and Breast Cancer: A Differing View | Bush | Review Paper | *JAMA* Special Women's Health Issue  OB/GYN | 9/00, Submitted (not accepted)  11/00, submitted | |
| | Mammographic Density and HRT | Fiorica | Review Paper | TBD | Initiating | |
| | Breast Cancer and Progestins | Eden | Review Paper | *Women's Health in Primary Care* | Initiating | |

*Confidential*

DWRITE 067784

PUBLICATIONS/PRESENTATION SUMMARY, 1998-2000

*January 18, 2001*

| Focus | Title | Author(s) | Program | Venue | Status | Action Steps |
|-------|-------|-----------|---------|-------|--------|--------------|
| *Breast Cancer* | **Comparative Tolerability of the Selective Estrogen Receptor Modulators in Breast Cancer Treatment and Prevention** | Curtis | Review Article | *Drug Safety* | Manuscript in development | |

*Confidential*

**PUBLICATIONS/PRESENTATION SUMMARY, 1998-2000**

January 18, 2001

| Focus | Title | Author(s) | Program | Venue | Status | Action Steps |
|-------|-------|-----------|---------|-------|--------|--------------|
| *Cardiovascular/Lipids* | **The Role of HRT in the Prevention of Postmenopausal Heart Disease** | Mosca | Review Paper | *Am J Med*<br><br>*Arch Int Med* | Not accepted<br><br>8/00, Published | |
| | **Hormone Replacement Therapy in the Prevention and Treatment of Atherosclerosis** | Mosca | Review Article | *Current Atherosclerosis Reports* | 7/00, Published | |
| | **Effect of MPA on Cardiovascular Parameters** | Adelman | Review Paper | *Arteriosclerosis, Thrombosis, and Vascular Biology* | In preparation | |
| | **Current Issues in Cardioprotective Effects of HRT** | de Vane | | IMS 2000 Proceedings | Author review | |
| | **The Impact of Progestins on The Cardioprotective Effects of HRT in Postmenopausal Women** | Speroff | Review Paper | TBD | Initiating | |
| | **Relevance of Clinical Markers for CVD Outcomes** | Ridker | Review Paper | *JACC* | Initiating | |
| | **Relevance of Clinical Markers for CVD Outcomes** | Blumenthal | Review Paper | *Int'l J Clin Pract* | Initiating | |

*Page 4 of 11*

*Confidential*

# PUBLICATIONS/PRESENTATION SUMMARY, 1998-2000

January 18, 2001

| Focus | Title | Author(s) | Program | Venue | Status | Action Steps |
|---|---|---|---|---|---|---|
| *Cardiovascular/Lipids* | **Estrogen Action May Require A Healthy Endothelium** | Koh | Review Paper | *Arteriosclerosis, Thrombosis, and Vascular Biology* | Manuscript in development | |

Confidential

# PUBLICATIONS/PRESENTATION SUMMARY, 1998-2000
*January 18, 2001*

| Focus | Title | Author(s) | Program | Venue | Status | Action Steps |
|---|---|---|---|---|---|---|
| **CNS** | **Practical Strategies for the Diagnosis and Treatment of Alzheimer's Disease in Women** | Birge | Review Paper | *Clin Geriatr* | 4/99, Published; editorial will accompany paper | |
| | **The New Science of Estrogen Receptors** | Maddox | CE Review Paper | *US Pharmacist* | 4/99, Published | |
| | **Mild Cognitive Impairment: Potential Pharmacological Treatment Options** | Sherwin | Review Paper | *JAGS* | 4/00, Published | |
| | **Role of HRT in the Prevention and Treatment of Alzheimer's Disease** | Fillit/TBD | Review Paper | *Arch Neurol* | Author review | |
| | **Is There A Connection Between Estrogen and Parkinson's Disease?** | Shulman | Review Paper | *Neurology* *Arch Neurol* | Not accepted Revising for resubmission | |
| | **Estrogens and Cognitive Function** | Sherwin | Review Paper | *Endocrine Reviews* | Manuscript in development | |

*Confidential*

DWRITE 067788

# PUBLICATIONS/PRESENTATION SUMMARY, 1998-2000

*January 18, 2001*

| Focus | Title | Author(s) | Program | Venue | Status | Action Steps |
|-------|-------|-----------|---------|-------|--------|--------------|
| CNS | Distribution of Estrogen Receptor Beta Immunoreactivity in | Shughrue and Merchenthaler | Research article | J Comp Neurol | Internal review | |

*Confidential*

PUBLICATIONS/PRESENTATION SUMMARY, 1998-2000
*January 18, 2001*

| Focus | Title | Author(s) | Program | Venue | Status | Action Steps |
|---|---|---|---|---|---|---|
| **Bundle of ERT/HRT Benefits**<br><br>**(Anti-Aging, QOL, Dental, Dermatology, Diabetes, Vision)** | The Pharmacokinetics and Efficacy of Different Estrogens are Not Equivalent | Ansbacher | Review Paper | *Am J Ob/Gyn* | 2/01, to be published | |
| | HRT in the Management of Type 2 Diabetes in Postmenopausal Women | Cefalu | Review Paper | *Ann Int Med*<br><br>*J Women's Health and Gender-based Medicine* | Not accepted<br><br>11/00, Resubmitted with revisions | |
| | Age-Related Eye Diseases: Impact of HRT and Other Risk Factors | Seddon, Snow | Review Paper | *Arch Fam Med*<br><br>*Int J Fertil and Women's Medicine* | 10/99, Not accepted<br><br>11/00, Expected publication date | |
| | Immune Function and Aging: What Is the Impact of HRT? | Ke | Review Paper | *Women's Health in Primary Care*<br><br>*J Women's Health and Gender-Based Medicine* | 9/00, Submitted<br><br>12/00, Submitted | |
| | Aging and Menopause: Targeting Strategies for Therapies | Daynes | Review Paper | *Clinical Geriatrics* | 8/99, Published | |

*Confidential*

DWRITE 067790

# PUBLICATIONS/PRESENTATION SUMMARY, 1998-2000

January 18, 2001

| Focus | Title | Author(s) | Program | Venue | Status | Action Steps |
|---|---|---|---|---|---|---|
| **Bundle of ERT/HRT Benefits**<br><br>*(Anti-Aging, QOL, Dental, Dermatology, Diabetes, Vision)* | Progestins in HRT | Archer | Review Paper | Am J Ob/Gyn | Making author revisions | |
| | Health Policy Formulation for Women's Health: Are We on Target? | Curtis | Review Paper | *JAMA Special Women's Health Issue* | 10/00, Submitted | |
| | HRT and Quality of Life | Freedman | Review Paper | | Manuscript in development | |
| | Recent Insights Into Varying Activity of Estrogens | Dey, Lyttle, Pickar | Review Article | *Maturitas* | 4/00, Published | |
| | Leisure World Cohort: Update and Review | Paganini-Hill | Review Article | *TBD* | Data analysis in progress | |
| | Low-Dose HRT: Clinical Review and Future Directions | Lobo/TBD | Review paper | *Am J Ob/Gyn?*<br>*Menopause?* | Author review | |
| | Round Table on Low-Dose HRT | Shoupe, Mosca, Recker, Sherwin, Archer | Consensus Statement | *Menopausal Medicine* | Author review | |

*Confidential*

DWRITE 067791

# PUBLICATIONS/PRESENTATION SUMMARY, 1998-2000
### January 18, 2001

| Focus | Title | Author(s) | Program | Venue | Status | Action Steps |
|---|---|---|---|---|---|---|
| **Bundle of ERT/HRT Benefits**<br><br>*(Anti-Aging, QOL, Dental, Dermatology, Diabetes, Vision)* | Treatment of UTIs in Postmenopausal Women | Maloney | Research Paper | Urology Nurses Online | Submitted, no journal follow-up | |
| | | | | Am J Nursing | 10/00, submitted | |
| | PVC and Vaginal PH changes | Maloney Oliver | Research Paper | JAGS | Suggested as letter | |
| | | | | J Am Med Directors Assoc | 11/00, accepted for publication 3/01 | |
| | HRT: Effect of Progestin Dose and Time Since Menopause | Archer, Pickar | Research Paper | Ob/Gyn | 7/00, Accepted | |
| | | | | | 10/00, Galleys received | |
| | SERMs: A Controversial Approach for Managing Postmenopausal Health | M. Curtis | Review Paper | J Wom Health | 4/99, Published | |
| | | | Extended Abstract | Menopause Digest | 11/00, Published | |
| | Progestins in HRT | Stanczyk | Review Paper | Am J Ob/Gyn | Initiating | |
| | The Ligand and Binding Profiles of Estrogen Receptors Alpha and Beta Are Species Dependent | Harris | Research Paper | Endocrinology | Internal review | |

*Confidential*

DWRITE 067792

# PUBLICATIONS/PRESENTATION SUMMARY, 1998-2000

*January 18, 2001*

| Focus | Title | Author(s) | Program | Venue | Status | Action Steps |
|-------|-------|-----------|---------|-------|--------|--------------|
| **Pharmacy** | The New Science of Estrogen Receptors | Maddox | CE Review Paper | *US Pharmacist* | 4/99, Published | |
| | | Maddox | NABP Article | *NABP Newsletter* | 10/00, Proofs received | |
| | Dissolution Paper | Baker<br>TBD | Review Article | *US Pharmacist* | Initiating | |

*Confidential*

January 11, 2005

## PUBLICATION PLAN TRACKING REPORT

| MS Topic/No. | Article | Writer | Author | Outline Completed | MS Completed | Draft MS to Author | Author Revis. Rec'd | Final MS Approv | Current Status | Target Journal/ Date Submitted | | Reviewed/ Published | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### SERMs Message

| MS/ SERMs #1 | SERMs: A Controversial Approach for Managing Postmenopausal Health | K. Mittleman, Ph.D. | M. Curtis (713) 636-5929 | 7/25/97 Revised 9/19/97 | 1/12/98 | 2/5/98 | 4/16/98 | 6/12/98 | Published | *J Wom Health* / Ann Intern Med | 6/19 Rev. 9/16, 12/9 | 8/26 (2 Mo Review) 11/8 (1-2 Mo Review) | Accepted 1/8/99 Pub 4/99 Issue Rec |
| MS/ SERMs #2 | Practical Strategies for the Diagnosis and Treatment of Alzheimer's Disease in Women | F. Karo, Ph.D | S. Birge (314) 454-8150 | 10/22/97 | 11/25/97 3/13/98 (Rewrite) | 4/6/98 (New Author) 1/13/98 3/17/98 | 1/29/98 4/24/98 (partial) 6/4/98 | 8/25/98 | Published | *J Fam Pract* Clin Geriatr | 9/16 12/22 Rev 2/22 | 11/8 (1-2 Mo Review) 2/2 | Accepted 2/2/99 Pub 4/99 Issue Rec |
| MS/ SERMs #3 | The Role of Estrogens in the Management of Postmenopausal Bone Loss | K. Ohleth, Ph.D | J C. Gallagher (402) 280-4518 | 7/23/98 11/4/98 | 1/14/00 | 1/21/00 | 2/11/00 | 2/18/00 | Manu In Preparation | Menopause Am J Med | 2/21 | 5/8 (2-3 Mo Review) | |
| MS/ SERMs #4 | Role of HRT in the Prevention of Postmenopausal Heart Disease | E Wenzelcouch, F. Mittleman, Ph.D | L. Mosca (734) 998-7456 | 7/25/97 5/26/99 (updated) | 10/8/98 | 10/9/98 | 10/14/98 | 3/10/99 8/23/99 | Journal Review | Am J Med Arch Intern Med | 3/11 8/30 Rev. 12/9 | 5/18 (2 Mo. Review) 10/30 | Accepted 10/28 w/rev |
| MS/ SERMs #5 | Mild Cognitive Impairment: Potential Pharmacologic Treatment Options | F. Karo, Ph.D. | B. Sherwin (514) 398-6087(h) | 2/18/98 | 9/28/98 | 10/2/98 | 10/14/98 | 1/16/98 | Journal Review | *JAGS* Menopause | 11/27 Rev 6/25, 12/14 | 1/28/99 (2 Mo. Review) | Accepted 3/22 w/rev |

1

Plaintiffs' Exhibit # 8155F

DWRITE 068301

January 11, 2005

## PUBLICATION PLAN TRACKING REPORT

| MS Topic/No. | Article | Writer | Confirmed Author | Outline Completed | MS Completed | Draft MS to Author | Author Revis. Rec'd | Final MS Approv. | Current Status | Target Journal/ Date Submitted | Reviewed/ Published |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Breast Cancer Message** | | | | | | | | | | | |
| MS/BC #1 | Is There an Association Between Hormone Replacement Therapy and Breast Cancer? | K. Mittleman, Ph.D | W. Creasman, (803) 792-4509 | 7/25/97 | 9/11/97 | 11/25/97 | 12/1/1998 | 1/26/98 | Published | *Am J Med* 3/13 / *J Wom Health* 4/27 Rev 11/5 | 3/27 6/3) (2 Mo. Review) | Published 12/98 Issue Rec: |
| MS/BC #2 | Role of Sex Hormone Binding Globulin (SHBG) in Modulating Breast Cancer Risk | A. Contipuch, Ph D | L. Nachtigall (212) 263-6361 | 9/19/1997 | 11/10/97 | 1/12/98 | 1/15/98 | 2/2/98 | Published | *Primary Care Update for Ob Gyns* 3/9 / Obstet Gynecol Survey 6/5 | 4/20 (1-2 Mo. Review) | Rec. Proofs 1/25/99 Pub. 4/99 Issue Rec: |
| MS/BC #3 | Estrogens and Breast Cancer: A Differing View | K. Mittleman, Ph.D | T.L. Bush (410) 706-2865 | 1/26/98 | 4/21/98 Revised 7/22/98 | 4/22/98 | 5/14/98 | 1/14/00 | Author Revisions In Progress | *Am J Med* 1/18 / Contemp Ob-Gyn | 3/31 (2-3 Mo. Review) | |
| **Bundle of Benefits Message** | | | | | | | | | | | |
| MS/BB #1 | A Role for ERT/HRT in the Management of Type 2 Diabetes | K. Ohleth, Ph.D | W. Cefalu (802) 656-2530 | 7/9/98 | 3/15/99 | 3/15/99 | 5/14/99 | 11/10/99 | Journal Review | *Ann Intern Med* / Diabetes Care 11/10 | 1/1000 (2 Mo Review) | |
| MS/ BB #2 | Age-related Eye Diseases Impact of HRT and Other Risk Factors | C. Tozzi, Ph D | J. Seddon/ K. Snow (617) 573-3285 | 7/28/98 | 10/26/98 | 1/1/99 | 6/1/99 | 8/6/99 | Journal Review | *Arch Fam Med* 8/6 / *Int J Fertil Womens Med* 10/4 | 10/6/99 (2 Mo Review) 12/31 | Accepted |

DWRITE 068302

January 11, 2005

3

## PUBLICATION PLAN TRACKING REPORT

| MS Topic/No | Article | Writer | Confirmed Author | Outline Completed | MS Completed | Draft MS to Author | Author Revis. Rec'd | Final MS Approv. | Current Status | Target Journal/ Date Submitted | Reviewed/ Published |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MS/BB #3 | Is There a Connection Between Estrogens and Parkinson's Disease? | S. Elkabes, Ph.D. | L. Shulman (305) 243-6731 | 2/9/99 | 5/12/99 | 5/25/99 Rev 7/23/99 | 7/9/99 | 9/13/99 | Author Review | *Am Neurol* 9/14 / *Arch Neurol* 1/21/00 | Rej *Am Neurol* 11/23/99 / 11/28 (2 Mo Review) / 3/20 |
| MS/BB #4 | Immune Function Impact of Aging and Menopause | J. Smith, Ph.D. | R. Daynes (801) 581-3013 | 11/18/98 | 8/23/99 | 8/24/99 | 9/13/99 | 9/20/99 | Author Review | *Lancet* 1/21/00 / Clin Geriatr | 3/5 (2 Mo. Review) |
| **Anti-Aging Message** | | | | | | | | | | | |
| MS/ AA #1 | Aging and Menopause Targeting Strategies for Therapies | J. Smith, Ph.D. | R. Daynes (801) 581-3013 | 7/17/98 | 2/24/99 | 2/27/98 | 3/28/99 | 4/12/99 | Journal Review | *Clin Geriatr* 4/13 / Menopause | 6/26/99 (2 Mo Review) / Accepted 5/13/99 Rev sent 5/22 CME sent 6/22 Pub. 8/99 Issue Rec. |
| **Treatment Strategies** | | | | | | | | | | | |
| MS/Rx #1 | Health Policy Formulation for Women's Health: Are We on Target? | Steve Parker | M.G. Curtis (713) 636-5531 | 6/7/99 | 8/19/99 | 1/18/00 | 2/1/00 | 2/1/00 | Manu. In Prep | *JAMWA* 2/14 / Am J Pub Health | 4/14 (2 Mo Review) |
| MS/Rx #2 | SERMs Advisory Board Summary | A. Contuoch, Ph D | NA | 3/21/98 | 6/11/98 | NA | NA | 6/23/98 | Replaces Paper | NA | NA |

DWRITE 068303

January 11, 2005

## PUBLICATION PLAN TRACKING REPORT

### Estrogens/Progestins

| MS Topic/No. | Article | Writer | Confirmed Author | Outline Completed | MS Completed | Draft MS to Author | Author Revis. Rec'd | Final MS Approv. | Current Status | Target Journal / Date Submitted | Reviewed/ Published |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MS/ E+P #1 | The New Science of Estrogen Receptors (CE Monograph) | K. Olleth, Ph.D/ K. Mittleman, Ph.D | R. Maddox (910) 893-1685 | 1/27/99 | 2/24/99 | 2/24/99 | 2/24/99 | 2/26/99 | Published | US Pharmacist — 3/1 | 3/25 (<1 Mo. Review); Published 4/99 Issue Received |
| MS/ E+P #2 | All Estrogens Are Not the Same for Postmenopausal Health | K. Olleth, Ph.D | R. Ansbacher (734) 763-4344 | 11/24/98 | 3/10/99 | 6/25/99 | 7/30/99 | 11/19/99 | Journal Review | Am J Obstet Gynecol / Obstet Gynecol — 11/19 | 1/28/00 (2 Mo. Review) |
| MS/ E+P #3 | NABP Article: Generic Therapeutic Substitutions | K. Mittleman, Ph.D | R. Maddox (910) 893-1685 | 4/28/99 | 4/30/99 | 4/30/99 | 5/5/99 | 5/10/99 | Journal Review | NABP Newsletter — 5/21 | 7/1/99 (1 Mo Review); Due on Web site 1/00 |
| MS/ E+P #4 | Progestins in HRT | K. Mittleman, Ph.D | D. Archer | 1/8/99 | 1/29/99 | 2/24/99 | 11/15/99 | 1/20/00 | Author's Revisions In Progress | Am J Obstet Gynecol — 1/28 | 3/24 (2 Mo. Review) |
| MS/ E+P #5 | MPA and Cardivascular Responses | K. Mittleman, Ph.D | S. Adelman | 7/8/99 | 7/22/99 | 1/26/00 | 2/4/00 | 2/14/00 | Awaiting Client Input | Circulation Arterioscler Thromb Vasc Biol — 2/18 | 4/14 (2 Mo. Review) |

MARTN010-00574

Confidential Pursuant to Confidentiality Order

## STRATEGIC PUBLICATION PLAN TRACKING REPORT

| Pub. No. | MS Topic/No. | Article | Author | Journal | Status | Distribution Type | Audience |
|---|---|---|---|---|---|---|---|
| **SERMs Message** | | | | | | | |
| 1 | SERMs #1 | Selective Estrogen Receptor Modulators: A Controversial Approach for Managing Postmenopausal Health | M.G. Curtis | *Journal of Women's Health* | Published: Apr 1999, 8(3):321-334 | | |
| 2 | SERMs #2 | Comparative Tolerability of The Selective Estrogen Receptor Modulators in Breast Cancer Treatment And Prevention | M.G. Curtis | *Drug Safety* | Submitted: 1/30/01. | | |
| 3 | SERMs #3 | SERMs as an Alternative to Hormonal Therapy? | M.G. Curtis/*Journal of Women's Health* | *Menopause Digest* | Extended abstract prepared from April 1999 paper. Published: 2000, 12(4):27-28. | | |
| **Breast Cancer Message** | | | | | | | |
| 3 | BC #1 | Is There an Association Between Hormone Replacement Therapy and Breast Cancer? | W.T. Creasman | *Journal of Women's Health* | Published: Dec 1998; 7(10):1231-1246. | M.A.I.L. Sent 8/11/99 | |
| 4 | BC #2 | Sex Hormone-Binding Globulin and Breast Cancer Risk | L.E. Nachtigall | *Primary Care Update For Ob/Gyns* | Published: Mar/Apr 1999;6(2):39-45. | | |
| 5 | BC #3 | Hormone Replacement Therapy and Breast Cancer: A Qualitative Review | T.L. Bush M. Whiteman J. Flaws | *Obstetrics and Gynecology* | Rejected by *JAMA*. Submitted to *Ob/Gyn*: 11/7/00. Tentative approval by *Ob/Gyn*: 1/9/01. Publication target: May 2001. | | |
| 6 | BC #4 | Breast Cancer and HRT in Perspective | L. Nachtigall | *The Female Patient (Primary Care Edition)* | Published: Oct 2000, 25(10):55-61 | M.A.I.L. Sent 12/5/00 | |
| | | | | *The Female Patient (Ob/Gyn Edition; CME)* | Published: Oct 2000, 25(10):77-83. | | |

3/15/2001Confidential

Page 1

**Plaintiffs' Exhibit # 8155G**

MARTN010-005745

| Pub. No. | MS Topic/No. | Article | Author | Journal | Status | Distribution Type | Audience |
|---|---|---|---|---|---|---|---|
| 7 | BC #5 | Mammographic Density and HRT | D. Fiorica | *Mayo Clinic Proceedings* | Outline approved by author: 11/30/00. Manuscript sent to author for review: 2/27/01.<br><br>Submission target: March 2001. | | |
| 8 | BC #6 | Do Progestins Have a Role in Breast Cancer? | J. Eden | *Women's Health in Primary Care* | Outline in preparation.<br><br>Submission target: April 2001. | | |
| **Cardiovascular Message** | | | | | | | |
| 9 | CVD #1 | Hormone Replacement Therapy in the Prevention And Treatment of Atherosclerosis | L. Mosca | *Current Atherosclerosis Reports* | Published: July 2000, 2(4):297-302. | | |
| 10 | CVD #2 | The Role of HRT in the Prevention of Postmenopausal Heart Disease | L. Mosca | *Archives of Internal Medicine* | Published: Aug 2000; 160:2263-2272.<br><br>Letters response sent: 10/12/00; rev. 11/1/00. | | |
| 11 | CVD #3 | The Impact of Progestins on the Cardioprotective Effects of Hormone Replacement Therapy in Postmenopausal Women | L. Speroff | *TBD* | Outline sent to author by client<br><br>Submission target: April 2001. | | |
| 12 | CVD #4 | Relevance of Clinical Markers for CVD Outcomes | C. Rackley | *Journal of the American College of Cardiology* | Outline in client review. Author needs to be confirmed.<br><br>Submission target: April 2001. | | |
| 13 | CVD #5 | How Well Do Clinical Markers Predict CVD Outcomes? | TBD | *International Journal of Clinical Practice* | Will be developed from CVD #4 with PCP focus.<br><br>Submission target: April 2001. | | |

MARTIN010-005746

| Pub. No. | MS Topic/No. | Article | Author | Journal | Status | Distribution Type | Audience |
|---|---|---|---|---|---|---|---|
| 14 | CVD #6 | Can a Healthy Endothelium Influence the Cardiovascular Effects of HRT? | K. Koh | *Arteriosclerosis, Thrombosis, and Vascular Biology* | Manuscript in progress. Submission target: March 2001. | | |
| 15 | CVD #7 | Current Issues in Cardioprotective Effects of HRT | P. de Vane | In A. R. Genazzani, ed. *Controversies in Cardiovascular Disease and HRT.* (IMS 2000 Proceedings) | Submitted: 12/5/00. Galleys sent to journal: 1/31/01. Publication target: April 30, 2001. | M.A.I.L. when published? | |
| 16 | CVD #8 | Current Issues in Cardiovascular Health for Women | W. Post R. Karas M. Flather R. Blumenthal T. Clarkson C. Rackley G. Rosano | TBD | Outline reviewed by group: 2/24/01. Changes in progress. | | |
| **CNS Message** | | | | | | | |
| 17 | CNS #1 | Practical Strategies for the Diagnosis and Treatment of Alzheimer's Disease | S.J.Birge | *Clinical Geriatrics* | Published: Apr 1999; 7(4):56-74 | | |
| 18 | CNS #2 | Mild Cognitive Impairment: Potential Pharmacological Treatment Options | B. Sherwin | *Journal of the American Geriatrics Society* | Published: Apr 2000; 48(4):431-441 | | |
| 19 | CNS #3 | The Role of HRT in the Prevention of Alzheimer's Disease | H. Fillit | *Archives of Neurology* | Revised manuscript to be sent to author for review: 3/15/01. Submission target: March 2001. | | |
| 20 | CNS #4 | Estrogens and Cognitive Function | B. Sherwin | *Endocrine Reviews* | Manuscript in progress. Publication target: June 2001. | | |

MARTIN010-005747

| Pub. No. | MS Topic/No. | Article | Author | Journal | Status | Distribution Type | Audience |
|---|---|---|---|---|---|---|---|
| 21 | CNS #5 | Is There a Connection Between Estrogen and Parkinson's Disease? | L. Shulman | *Parkinsonism and Related Disorders* | Rejected by *Neurology*. Revisions in progress.<br><br>Submission target: March 2001. | | |
| **Bundle of Benefits Message** | | | | | | | |
| 22 | BB #1 | The Use of Hormone Replacement Therapy in Postmenopausal Women with Type 2 Diabetes | W. Cefalu | *Journal of Women's Health and Gender Based Medicine* | Accepted: 12/15/00. Galleys sent back: 2/26/01.<br><br>Publication date: April 2001. | | |
| 23 | BB #2 | Age-Related Eye Diseases: Impact of Hormone Replacement Therapy and Other Risk Factors | K. Snow/J. Seddon | *International Journal of Fertility (Women's Medicine Edition)* | Published: Sept/Oct 2000;300-313. | | |
| 24 | BB #3 | Immune Function and Aging: What is the Impact of HRT? | R. Ke | *Journal of Reproductive Immunology* | Rejected by *Women's Health in Primary Care*: 11/14/00. Resent to author for submission to *Women's Health and Gender-Based Medicine*: 12/11/00; rejected. Preparing submission to *Journal of Reproductive Immunology*<br><br>Publication target: August 2001 | | |
| 25 | BB #4 | The Treatment of Urinary Tract Infections in Postmenopausal Women | C. Maloney | *American Journal of Nursing* | Submitted: 10/21/00. DW contacted journal: 1/22/01, 2/7/01; and 3/12/01: paper still out for review.<br><br>Publication target: June 2001. | | |

Order
Confidential Pursuant to Confidentiality
MARTN010-005748

| Pub. No. | MS Topic/No. | Article | Author | Journal | Status | Distribution Type | Audience |
|---|---|---|---|---|---|---|---|
| 26 | BB #5 | Clinical Markers for Osteoporosis Outcomes | N. Lane/Q. Rehman | *Annals of Internal Medicine* | Manuscript sent to authors for review: 2/14/01.<br><br>Submission target: March 2001. | | |
| 27 | BB #6 | The Role of Estrogens in the Management of Postmenopausal Bone Loss | J.C. Gallagher | *Rheumatic Disease Clinics of North America* | Submitted: 11/13/00. Galley proofs sent to journal: 1/8/00. Final galleys approved: 1/30/00.<br><br>Publication date: March 2001. | WLF proposed | RSMs, AAMs |
| 28 | BB #7 | Estrogens and Osteoporosis | V. Montgomery-Rice | *International Hospital Management* | Manuscript sent to Pallavi Kumar for 600 word article. Submitted: 12/00.<br><br>Publication date: March 17, 2001. | | |
| 29 | BB #8 | Quality of Life and Menopause: The Role of HRT | M. Freedman | *Journal of Women's Health* | Manuscript sent to author for review: 2/15/01.<br><br>Submission target: March 2001. | | |
| 30 | BB #9 | Aging and Menopause: Targeting Strategies or Therapies (CME) | R. Davies | *Clinical Geriatrics* | Published: Aug 1999; 7(9):56-65 | | |
| **Treatment Strategies** | | | | | | | |
| 31 | Rx #1 | Health Policy Formulation for Women's Health: Are We on Target? | M.G. Curtis | *New England Journal of Medicine* | Rejected by *JAMA*: 2/05/01. Abstract submitted for review to *New England Journal of Medicine*: 2/17/01.<br><br>Publication target: September 2001. | | |

Confidential Pursuant to Confidentiality Order

MARTN010-005749

| Pub. No. | MS Topic/No. | Article | Author | Journal | Status | Distribution Type | Audience |
|---|---|---|---|---|---|---|---|
| 32 | Rx #2 | SERMs Advisory Board Summary | NA | NA | NA | | |
| 33 | Rx #3 | Effect of Local Conjugated Estrogens on Vaginal pH and Urogenital Health in Elderly Women | C. Maloney and M.L. Oliver | Journal of the American Medical Directors Association | Published: March 2001; 2(2):51-55 | | |
| 34 | Rx #4 | Hormone Replacement Therapy: Effect of Progestin dose and time Since Menopause on Endometrial Bleeding | D. Archer J. Pickar | Obstetrics and Gynecology | Published: Dec 2000; 96(6)1899-905. | WLF via Ayersl/AAMs | PCPs |
| 35 | Rx #5 | The Physician's Role in the Use of ERT/HRT | V. Ravnikar G. Ludmerer | TBD | Outline discussed with author: 2/1/01 Changes will be made based on author's comments. | | |
| **Estrogens/Progestins/Components** | | | | | | | |
| 36 | E/P/C #1 | The New Science of Estrogen Receptors (CE Monograph) | R. Maddox | US Pharmacist | Published: Apr 1999; 24(4):87-98. | | |
| 37 | E/P/C #2 | The Pharmacokinetics and Efficacy of Different Estrogens Are Not Equivalent | R. Ansbacher | American Journal of Obstetrics and Gynecology | Accepted: 6/21/00. Galleys sent back: 1/23/01. Publication date: February 2001. | | |
| 38 | E/P/C #3 | NABP Article | R. Maddox | NABP Newsletter | Published in 4th Quarter 2000 National Newsletter on website: http://nabp.net | M.A.I.L. or Voicemail | |
| 39 | E/P/C #4 | Progestins in HRT | F. Stanczyk | American Journal of Obstetrics and Gynecology | Outline sent by author. Manuscript in progress. Submission target: April 2001. | | AAMs Trade |
| 40 | E/P/C #5 | Recent Insights into the Varying Activity of Estrogens | M. Dey, C.R. Lyttle, J.H. Picker | Maturitas (Supplement) | Published: Apr 2000; 34:S25-S35 | | |

MARTN010-005750

| Pub. No. | MS Topic/No. | Article | Author | Journal | Status | Distribution Type | Audience |
|---|---|---|---|---|---|---|---|
| 41 | E/P/C #6 | Is Low-Dose Hormone Replacement Therapy Efficacious and Desirable? | R. Lobo M. Whitehead | *Climacteric* | Submitted: 12/28/00. Reviewers' comments received: 1/22/01 Revised paper sent to author for resubmission: 2/15/01. Initial galleys sent back to journal: 3/12/01. Publication target: June 2001. | | |
| 42 | E/P/C #7 | Roundtable on Low-Dose HRT | D. Shoupe L. Mosca R. Recker B. Sherwin D. Archer | *Menopausal Medicine* | Based on Low-Dose Advisory Board. Submission target: March 2001. | | |
| 43 | E/P/C #8 | The Pharmacist's Role in Direct to Consumer Advertising (Dissolution Paper) | D. Baker, PharmD? | *U.S. Pharmacist* | Outline sent to client: 2/02/01. | | |
| **Women's HOPE Clinical Trial Publications** | | | | | | | |
| 44 | WHOPE #1 | Relief of Vasomotor Symptoms and Vaginal Atrophy with Lower Doses of Conjugated Equine Estrogens and Medroxyprogesterone Acetate (Lead Paper) | HOPE Investigators (Utian, Shoupe, Bachmann, Pinkerton, Pickar) | *Fertility and Sterility* | Submitted: 11/9/00. Comments received: 1/3/01. Revised paper sent to journal: 1/12/01. Accepted: 1/26/01 (per phone conversation). Publication target: June 2001 | | |
| 45 | WHOPE #2 | Effects of Lower Doses of Conjugated Equine Estrogens and Medroxyprogesterone Acetate on Endometrial Bleeding | HOPE Investigators (Archer, Lewis, Dorin, Schneider, Pickar) | *Fertility and Sterility* | Submitted: 11/09/00. Comments received: 1/3/01. Revised paper sent to journal: 1/12/01. Accepted: 1/26/01 (per phone conversation). | | |

MARTIN010-005751

Publication target:
June 2001

Page 8

3/15/2001 Confidential

MARTN010-005752

Confidential Pursuant to Confidentiality Order

| Pub. No. | MS Topic/No. | Article | Author | Journal | Status | Distribution Type | Audience |
|---|---|---|---|---|---|---|---|
| 46 | WHOPE #3 | Effects of Lower Doses of Conjugated Equine Estrogens and Medroxyprogesterone Acetate on Plasma Lipids and Lipoproteins, Coagulation Factors, and Carbohydrate Metabolism | HOPE Investigators (Lobo, Bush, Carr, Pickar) | *Fertility and Sterility* | Submitted: 12/7/00. Comments received: 2/19/01. Revised paper sent to author for resubmission: 2/21/01. Publication target: July 2001. | | |
| 47 | WHOPE #4 | Endometrial Effects of Lower Doses of Conjugated Equine Estrogens and Medroxyprogesterone Acetate | HOPE Investigators (Pickar, Yeh, Wheeler, Cunnane, Speroff) | *Fertility and Sterility* | Submitted: 12/7/00. Revisions received: 2/07/01. Changes made; paper resubmitted: 2/12/01. Publication target: July 2001 | | |
| 48 | WHOPE #5 | Effects of Lower Doses of Conjugated Equine Estrogens and Medroxyprogesterone Acetate on Bone | HOPE Investigators (Lindsay, Gallagher, Pickar) | *JAMA* | Manuscript will be completed after bone data are available in 1st Qtr 2001. | | |
| 49 | WHOPE #6 | Metabolic Effects of Two Years of Treatment with Lower Doses of Conjugated Equine Estrogens and Medroxyprogesterone Acetate | HOPE Investigators (TBD) | *TBD* | Manuscript will be completed after data are available in 1st Qtr 2001. | | |
| **Associated Low-Dose Papers** | | | | | | | |
| 50 | LD #1 | Effects of Low-Dose, Continuous Combined Conjugated Estrogens and Medroxyprogesterone Acetate on Menopausal Symptoms, Body Weight, Bone Density, and Metabolism in Postmenopausal Women | M. Gambacciani, Ciaponi, Cappagli, and Genazzani | *American Journal of Obstetrics and Gynecology* | Submitted: 9/20/00. Rejected by *Menopause* and resubmitted to *Am J Obstet Gynecol* (notified by author: 2/4/01). Publication target: October 2001. | | |

Confidential Pursuant to Confidentiality Order

MARTN010-005753

| Pub. No. | MS Topic/No. | Article | Author | Journal | Status | Distribution Type | Audience |
|---|---|---|---|---|---|---|---|
| 51 | LD #2 | Modifications in Lipid Profile and Endothelial Function in Response to Low-Dose Estrogen Replacement Therapy in Menopausal Women at Risk for Coronary Artery Disease | G. Rosano M. Fini F. Leonardo S. Zoncu D. Onorati C. Sarais G. Mercuro | Lancet | GMA requested edit be done: 10/24/00. Paper reviewed by author: 2/24/01. Final edits in progress; paper to be given to author: 3/17/01. Submission target: March 2001. | | |

STRIS016-031183

## STRATEGIC PUBLICATION PLAN TRACKING REPORT – COMPLETED PAPERS

| Pub. No. | MS Topic/No. | Article | Author | Journal | Status | Distribution Type | Audience |
|---|---|---|---|---|---|---|---|
| **SERMs Message** | | | | | | | |
| 1 | SERMs #1 | Selective Estrogen Receptor Modulators: A Controversial Approach for Managing Postmenopausal Health | M.G. Curtis | *Journal of Women's Health* | Published: Apr 1999; 8(3):321-334 | | |
| 2 | SERMs #3 | SERMS as an Alternative to Hormonal Therapy? | M.G. Curtis/*Journal of Women's Health* | *Menopause Digest* | Extended abstract prepared from April 1999 paper. Published: 2000; 12(4):27-28 | | |
| 3 | SERMs #4 | SERMs Advisory Board Summary | NA | NA | NA | | |
| **Breast Cancer Message** | | | | | | | |
| 4 | BC #1 | Is There an Association Between Hormone Replacement Therapy and Breast Cancer? | W.T. Creasman | *Journal of Women's Health* | Published: Dec 1998; 7(10):1231-1246. | M.A.I.L. Sent 8/11/99 | |
| 5 | BC #2 | Sex Hormone-Binding Globulin and Breast Cancer Risk | L.E. Nachtigall | *Primary Care Update For Ob-Gyns* | Published: Mar/Apr 1999;6(2):39-45 | | |
| 6 | BC #3 | Hormonic Replacement Therapy and Breast Cancer: A Qualitative Review | T.L. Bush M. Whiteman J. Flaws | *Obstetrics and Gynecology* | Published: Sep 2001; 98(3):498-508. | W.I.F. 9/25/01 | Field |
| 7 | BC #4 | Breast Cancer and HRT in Perspective | L. Nachtigall | *The Female Patient (Primary Care Edition)* | Published: Oct 2000; 25(10):55-61. | M.A.I.L. Sent 12/5/00 | |
| | | | | *The Female Patient (Ob. Gyn. Edition, CME)* | Published: Oct 2000; 25(10):77-83. | | |

Confidential

Page 1

10/19/2001 1:24 PM

PX 8155 H

Confidential Pursuant to Confidentiality Order

STRISO16-031184

| Pub. No. | MS Topic/No. | Article | Author | Journal | Status | Distribution Type | Audience |
|---|---|---|---|---|---|---|---|
| 8 | BC #8 | Introduction | J. Fiorica | Women's Health in Primary Care (Supplement) | Published: October 2001, Supplement 5-36. | M.A.I.L. when published. Voicemail will go to field to announce its publication. | Field |
| | | Inconsistency in Epidemiologic Findings on Postmenopausal Hormone Therapy and Breast Cancer | L. Speroff | | | | |
| | | The Impact of HRT on Mammography | J. Fiorica | | | | |
| | | A Rationale for Estrogen Use in Breast Cancer Survivors | P. DiSaia | | | | |
| | | Mechanisms for Hormonal Regulation of Breast Tissue | J. Fiorica, B. Boman | | | | |
| | | Postmenopausal Hormone Therapy Informed Patients, Shared Decisions | M. Blackwood, W. Creasman, L. Speroff | | | | |
| | | Patient Education Handout | | | | | |
| **Cardiovascular Message** | | | | | | | |
| 9 | CVD #1 | Hormone Replacement Therapy in the Prevention and Treatment of Atherosclerosis | L. Mosca | Current Atherosclerosis Reports | Published: July 2000; 2(4):297-302. | | |
| 10 | CVD #2 | The Role of HRT in the Prevention of Postmenopausal Heart Disease | L. Mosca | Archives of Internal Medicine | Published: Aug 2000; 160(Aug 14/18):2263-2272. Letter: response sent 10/12/00; rev.11/1/00. | | |
| 11 | CVD #7 (NA) | Current Issues in Cardioprotective Effects of HRT | P. de Vane | In: A. R. Genazzani, ed. Controversies in Cardiovascular Disease and HRT. (IMS 2000 Proceedings) | Published: June 2001 | M.A.I.L. when published? | |

Confidential Pursuant to Confidentiality Order

STRISO16-031185

| Pub. No. | MS Topic/No. | Article | Author | Journal | Status | Distribution Type | Audience |
|---|---|---|---|---|---|---|---|
| 12 | CVD #9 | Prevention of Heart Disease in Women: Is Postmenopausal Estrogen Therapy Warranted? (Point-Counterpoint) "The HERS Trial Does Not Confute A Cardioprotective Effect of Hormone Replacement Therapy" | I.H. Thorneycroft | Menopause Management | Published July/Aug 2001;16-28. | | |
| **CNS Message** | | | | | | | |
| 13 | CNS #1 | Practical Strategies for the Diagnosis and Treatment of Alzheimer's Disease | S.J. Birge | Clinical Geriatrics | Published Apr 1999; 7(4):56-74 | | |
| 14 | CNS #2 | Mild Cognitive Impairment: Potential Pharmacological Treatment Options | B. Sherwin | Journal of the American Geriatrics Society | Published Apr 2000; 48(4):431-441 | | |
| **Osteopenia Message** | | | | | | | |
| 15 | OP #2 | The Role of Estrogens in the Management of Postmenopausal Bone Loss | J.C. Gallagher | Rheumatic Disease Clinics of North America | Published Feb 2001;27(1):143-162 | WLF proposed M. Barbee to review for distribution type. | RSMs, AAMs |
| 16 | OP #5 | The Real Benefit of Hormone Replacement (Company Profile) | Wyeth-Ayerst Pharmaceuticals | Hospital Management International 2001 | Published 2001:p81 | | |
| **Bundle of Benefits Message** | | | | | | | |
| 17 | BB #1 | The Use of Hormone Replacement Therapy in Postmenopausal Women with Type 2 Diabetes | W. Cefalu | Journal of Women's Health and Gender Based Medicine | Published April 2001;10(3):241-256. | | |
| 18 | BB #2 | Age-Related Eye Diseases: Impact of Hormone Replacement Therapy and Other Risk Factors | K. Snow/J. Seddon | International Journal of Fertility (Women's Medicine Edition) | Published Sept/Oct 2000;45(5):300-313 | | |
| 19 | BB #7 | Aging and Menopause: Targeting Strategies for Therapies (CME) | R. Davies | Clinical Geriatrics | Published Aug 1999; 7(8):56-66 | | |
| **Treatment Strategies** | | | | | | | |
| 20 | Rx #2 | Effect of Local Conjugated Estrogens on Vaginal pH and Urogenital Health in Elderly Women | C. Maloney and M.L. Oliver | Journal of the American Medical Directors Association | Published March 2001;2(2):51-55. | | |

Confidential Pursuant to Confidentiality
Order

STRIS016-031186

| Pub. No. | MS Topic/No. | Article | Author | Journal | Status | Distribution Type | Audience |
|---|---|---|---|---|---|---|---|
| 21 | Rx #3 | Hormone Replacement Therapy: Effect of Progestin Dose and Time Since Menopause on Endometrial Bleeding | D. Archer, J. Pickar | *Obstetrics and Gynecology* | Published: Dec 2000, 96(6):899-905. | WLF via Ayerst/AAMs | PCPs |
| **Estrogens/Progestins/Components** | | | | | | | |
| 22 | E/P/C #1 | The New Science of Estrogen Receptors (CE Monograph) | R. Maddox | *US Pharmacist* | Published: Apr 1999, 24(4):87-98. | | |
| 23 | E/P/C #2 | The Pharmacokinetics and Efficacy of Different Estrogens Are Not Equivalent | R. Ansbacher | *American Journal of Obstetrics and Gynecology* | Published: Feb 2001, 184(5):255-263. | | |
| 24 | E/P/C #3 | NABP Article | R. Maddox | *NABP Newsletter* | Published: 4th Quarter 2000, on website: http://nabp.net | M.A.I.L. or Voicemail | AAMs Trade |
| 25 | E/P/C #5 | Recent Insights into the Varying Activity of Estrogens | M. Dey, C.R. Lyttle, J.H. Pickar | *Maturitas* (Supplement) | Published: Apr 2000, 34:S25-S33. | | |

April 7, 2001

Morton A. Stenchever, MD, Associate Editor
130 Nickerson Street, Suite 211
Seattle, WA 98109-1658
(206) 286-1783

RE: Manuscript #00-11027

Dear Dr. Stenchever:

I am enclosing our revised manuscript entitled "Hormone Replacement Therapy and Breast Cancer: A Qualitative Review" as well as our responses to the editors.  Sadly, the first author of this manuscript (Dr. Trudy Bush) passed away on March 14, 2001.  When I spoke to Nancy in the editorial office to let her know about Dr. Bush's death, she told me that the policy of the journal is to not include deceased persons as authors on manuscripts.

While I understand the general reason for such a policy, I implore the editorial office to make an exception this time.  Dr. Bush conceived many of the ideas in the manuscript and played a major role in writing it.  She was responsible for addressing all of the reviewers' concerns in the previous draft, and it was not until after the manuscript reached the editors' meeting that Dr. Bush passed away.  Dr. Bush considered the enclosed manuscript to be some of her most important work and as her colleague and friend, I want to make sure that the scientific/medical community can credit her with this work.

Thus I am asking that Dr. Bush remain listed as first author of the manuscript with me as corresponding author.  If the editors feel that they cannot honor this request, I request that you allow us to withdraw the paper and publish it elsewhere.

In response to the editor's query about financial support, Dr. Bush did not receive any funds from Wyeth-Ayerst Laboratories or any other source for this review.  While Dr. Bush had received

DWRITE 045157

April 7, 2001


Morton A. Stenchever, MD, Associate Editor
130 Nickerson Street, Suite 211
Seattle, WA 98109-1658
(206) 286-1783


RE: Manuscript #00-11027


Dear Dr. Stenchever:

I am enclosing our revised manuscript entitled "Hormone Replacement Therapy and Breast Cancer: A Qualitative Review" as well as our responses to the editors. Sadly, the first author of this manuscript (Dr. Trudy Bush) passed away on March 14, 2001. When I spoke to Nancy in the editorial office to let her know about Dr. Bush's death, she told me that the policy of the journal is to not include deceased persons as authors on manuscripts.

While I understand the general reason for such a policy, I implore the editorial office to make an exception this time. Dr. Bush conceived many of the ideas in the manuscript and played a major role in writing it. She was responsible for addressing all of the reviewers' concerns in the previous draft, and it was not until after the manuscript reached the editors' meeting that Dr. Bush passed away. Dr. Bush considered the enclosed manuscript to be some of her most important work and as her colleague and friend, I want to make sure that the scientific/medical community can credit her with this work.

Thus I am asking that Dr. Bush remain listed as first author of the manuscript with me as corresponding author. If the editors feel that they cannot honor this request, I request that you allow us to withdraw the paper and publish it elsewhere.

In response to the editor's query about financial support, Dr. Bush did not receive any funds from Wyeth-Ayerst Laboratories or any other source for this review. While Dr. Bush had received

Plaintiffs' Exhibit # 8155I

DWRITE 045157