# EXHIBIT 220



# Important Fax Message
# Please Deliver Immediately

| | | | |
|---|---|---|---|
| **To:** | **Veronica Hammond**<br>**Office of John Eden, MD** | **Fax:** | **011-61-2-9382-6444** |
| **Date:** | **March 7, 2002** | **Time:** | **5:50 PM EST** |
| **From:** | **Adrienne Pitrelli** | **Phone:**<br>**Fax:**<br>**E-mail:** | **609-924-1116**<br>**609-497-2304**<br>**apitrel@dwrite.com** |

**Number of pages (including cover sheet):**     **1**

**Re:          UPS Verification**

Hi, Veronica.

I'm sorry I'm late in getting this to you, but please let this serve as confirmation that we are prepared to absorb the cost of the package that Dr. Eden will send to the journal.  Please send the invoice to us when you receive it.  If you have any questions, please do not hesitate to contact me.  Thank you!

Sincerely,


Adrienne Pitrelli


189 WALL STREET, PRINCETON, NEW JERSEY 08540 • 609/924-1116 • FAX: 609/497-2304

DWRITE 071148

HRT Plaintiffs' Exhibit #  0950J        PAGE 1 of 3

000414

February 20, 2002

James E. Dalen, MD, MPH
Editor, *Archives of Internal Medicine*
1228 E Prince Rd, Suite A
Tucson, AZ 85719

Dear Dr. Dalen:

Please consider the enclosed manuscript, "Progestins and Breast Cancer" for publication in *Archives of Internal Medicine*. This paper reviews the existing knowledge of the role of progesterone in breast cancer and pays close attention to its association with breast cancer risk, survival, and underlying cellular processes.

This article has been neither published previously nor submitted concurrently for publication elsewhere.

Enclosed are five (5) copies of the manuscript and, in accordance with *Archives of Internal Medicine*'s Instructions for Authors, the form on authorship responsibility, financial disclosure, and assignment of copyright, which I have read and signed.

If there are any other materials you require in considering my submission or if you have any questions, please feel free to contact me at 011-612-9382-6777 or at j.eden@unsw@unsw.edu.au.

Thank you for your consideration.

Sincerely,


John Eden, MD

Enclosures

DWRITE 071149

HRT Plaintiffs' Exhibit #  0950J      PAGE 2 of 3

000415

October 30, 2002

Moon H. Kim, MD, Associate Editor
*American Journal of Obstetrics and Gynecology*
Department of Obstetrics/Gynecology
The Ohio State University College of Medicine
5515 Scioto-Darby Road, Suite 202
Columbus, OH 43026

Re: Manuscript #**202968**

Dear Dr. Kim:

I am pleased to learn of your intention to publish my manuscript, "Progestins and Breast Cancer," in the *American Journal of Obstetrics and Gynecology.* I thank you and the reviewers for your constructive suggestions for revision, namely, 1) to take into account the recent report from the Women's Health Initiative (*JAMA* 2002 Jul 17;288:321-33); and 2) to move the preclinical information before the discussion of clinical and epidemiologic data.

In response I now address the WHI trial in the abstract, in detail on page 10, and in the conclusion on page 15. I have also rearranged the preclinical, clinical, and epidemiologic discussions as suggested. Third, I have revised the discussion of the nested, case-controlled study in Australia (page 11), of which I am one of the authors, and which has since been published (Durna EM, et al. *Med J Aust* 2002;177:347-51).

Enclosed are the following materials:
- The revised manuscript on computer disk, prepared according to your guidelines for submitting electronic manuscripts and illustrations
- Two (2) print-outs of the manuscript, and
- The original manuscript with changes indicated in red ink.

If there are any other materials you require or if you have any questions, please contact me at 011-612-9382-6777 or j.eden@unsw.edu.au.

Sincerely,


John Eden, MD

Enclosures

**DWRITE 071150**

HRT Plaintiffs' Exhibit #  0950J        PAGE 3 of 3

**000416**

# EXHIBIT 221

## EDITORS' CHOICE

# Progestins and breast cancer

**John Eden, MD**
*Sydney, Australia*

The relationship between the use of menopausal hormone therapy (ERT, unopposed estrogen therapy; HRT, combined estrogen and progestin therapy) and the development of breast cancer remains controversial. Mechanistic studies examining progestins in human breast cancer cell lines have demonstrated a biphasic cellular response to progesterone; initial exposure to hormone results in a proliferative burst with sustained exposure resulting in growth inhibition. To date, there is no definitive evidence that progestins act in the pathogenesis of breast cancer. Epidemiologic studies have produced inconsistent results, and data from randomized, placebo-controlled trials are limited. Although recent results from the continuous combined therapy arm of the Women's Health Initiative trial showed a small increase in the risk of invasive breast cancer in women on therapy for 5 years or more, a clear consensus regarding the relationship between HRT and breast cancer risk cannot yet be drawn from existing data. Studies have consistently documented that HRT use is associated with improved mortality and survival rates for women with breast cancer. Large-scale, randomized studies on different progestin regimens are needed to critically assess the effect of progestin on breast cancer. (Am J Obstet Gynecol 2003;188:1123-31.)

**Key words:** Progestins, breast cancer, estrogen replacement therapy, hormone replacement therapy, estrogen

Other than skin cancer, breast cancer is the prevailing cancer in women and the second leading cause of cancer-related deaths among women in the United States.[1] Approximately 15% to 25% of all breast cancer occur in women with a positive family history of breast cancer in a first-degree relative (mother, sister, or daughter).[2] Two breast cancer genes (*BRCA1* and *BRCA2*) have been identified[3,4] and account for approximately 5% of cancers. To date, however, the etiology of most human breast cancers is still unknown. Established risk factors include early age at menarche, nulliparity, late age at first birth, and late age at menopause. The relationship between these risk factors and normal ovarian function have led some to hypothesize that exposure to ovarian hormones may increase a woman's risk for breast cancer, but a specific role for estrogen and/or progesterone is unclear.

The use of unopposed estrogen replacement therapy (ERT) for the relief of menopausal symptoms in postmenopausal women has been widespread for several decades. In the 1970s, hormone replacement therapy (HRT, combined estrogen and progestin therapy) was

recommended for protection from endometrial cancer. In postmenopausal women, ERT/HRT is effective in alleviating clinical manifestations of estrogen deficiency, including vasomotor and urogenital symptoms,[5] bone loss,[6-9] cardiovascular risk factors,[10] and acute cognitive decline.[11,12]

Because of the influence of ovarian function on breast cancer, there has been extensive examination of a possible correlation between menopausal hormone therapy and breast cancer risk. Some researchers have proposed that unopposed ERT modestly increases the risk of breast cancer, and the addition of progestin further increases this risk[13-15]; however, a broad review of the literature does not uphold these suppositions. Despite reports to the contrary,[14,15] any association of progesterone with breast cancer risk remains controversial. This article reviews the current understanding of the role of progesterone in breast cancer, with special attention paid to its association with breast cancer risk, survival, and underlying cellular processes.

### Cellular response to progesterone

The requirement for progesterone in normal mammary gland development is well established,[16,17] but its role in the precancerous and cancerous breast remains poorly defined. Studies with knockout mice have demonstrated that progesterone acts through its nuclear receptor to control normal mammary development and

*From the Royal Hospital for Women, University of New South Wales.*
*Received for publication July 9, 2002; revised September 20, 2002; accepted December 3, 2002.*
*Reprints not available from the authors.*
*© 2003, Mosby, Inc. All rights reserved.*
*0002-9378/2003 $30.00 + 0*
*doi:10.1067/mob.2003.201*

1123

HRT Plaintiffs' Exhibit #  0950K      PAGE 1 of 9

000417

1124 Eden

May 2003
Am J Obstet Gynecol

differentiation in preparation for lactation.[18,19] Interestingly, disruptions of mammary development are also observed in mice on deletion of a series of other cellular genes, including cell cycle regulatory proteins such as cyclin D1[20] and transcription factors.[21,22] Taken together, results from knockout studies emphasize that overall control of breast cell proliferation results from a complex balance of hormonal, growth factor, and convergent cell-signaling pathways.[23] The relative role of progesterone in this complex equilibrium is difficult to quantitate.

Research has demonstrated that progesterone can act both as a proliferative and antiproliferative agent in breast tissue. Evidence that progesterone is a proliferative hormone in breast tissue includes the in vivo observations that progesterone levels are greatest during the late luteal phase of the menstrual cycle, a period of high mitotic activity, and that the high progesterone levels during pregnancy induce breast development.[16] However, in vivo observations are inconsistent with results from several randomized clinical trials. In these trials, progesterone was administered topically to women's breasts before lumpectomy[24] or esthetic breast surgery,[25] and epithelial cell cycles in the removed tissue were evaluated. Both studies found that percutaneous progesterone acts in normal breast as an antiproliferative agent by decreasing the number of cycling epithelial cells. In vitro studies of the cellular response to progesterone have also produced inconsistent results, with progesterone capable of acting as a proliferative[26,27] or an antiproliferative agent,[16,28-30] depending on study parameters.

There is growing evidence that the key to understanding inconsistent data regarding the cellular effects of progesterone lies in the duration of hormone exposure. Cell culture studies with human breast cancer cell lines have demonstrated that the proliferative effects of progesterone are biphasic.[31-33] A single initial pulse of progesterone results in a short-lived induction of genes associated with cell growth, with acceleration through one mitotic cycle.[34,35] However, subsequent pulses of progesterone are inhibitory and result in growth arrest in the second cell cycle.[23,31-33] The finding that the rate and duration of progesterone treatment controls the cellular response to progestin can reconcile disparate in vitro results found in the literature. These studies have led some to propose that transient or intermittent doses of progesterone are growth stimulatory in breast cells, whereas continuous or sustained progesterone is growth inhibitory.[23,32] The biphasic growth response has important implications for the timing of progestin treatments and stresses the need for careful examination of sequential versus continuous administration of progestin in postmenopausal hormone therapy with regard to breast cancer risk. The in vitro studies cited here indicate that continuous, daily administration of progestins may be advantageous.

### Progestins and the biosynthesis of estrogen

Although the ovary serves as the primary source of estrogen for premenopausal women, after menopause estrogen biosynthesis from circulating precursors occurs in some peripheral tissues by the action of several enzymes—17β-hydroxysteroid dehydrogenases (17β-HSD), aromatase, and sulfatases. In the breast, both adipose tissue and malignant tumors have been shown to be capable of synthesizing estrogen,[36,37] and estrogen production by mammary adipose tissue, specifically the stromal component,[38] has been implicated in the development of breast tumors.[39] At present, aromatase inhibitors are successfully used as second-line treatment for breast cancer in postmenopausal women,[40,41] and other compounds, including progestins, are being investigated as potential therapeutic options because of their ability to modulate enzymes involved in estrogen biosynthesis.[42]

17β-HSD consists of a complex group of enzymes[43] that catalyze the bidirectional conversion of inactive estrone to the biologically active estrogen, estradiol. Both in normal breast tissue[44] and in hormone-independent breast cancer cell lines,[45] 17β-HSD activity is in the oxidative direction (promoting the conversion of estradiol to estrone), whereas in hormone-dependent breast cancer cell lines, reductive 17β-HSD activity predominates.[45,46] A series of progestins have been tested in vitro for their ability to affect the relative oxidative/reductive activities of 17β-HSD. Although early data from human breast tumors suggest that progestins can increase oxidative 17β-HSD activity,[47] results from cell culture studies are contradictory. For example, in the hormone-dependent breast cancer cell line T-47D, nomegestrol acetate and medrogestone were shown to significantly decrease reductive 17β-HSD activity.[48-50] In T-47D cells, however, promegestone has no effect on the reductive activity but can increase the oxidative 17β-HSD activity.[45,46] In MCF-7 breast cancer cells, progestins have been shown to increase both reductive and oxidative 17β-HSD activities.[51,52]

Although it has been shown that aromatase activity in breast tissue is influenced by systemic elements such as growth factors and hormonal status,[36,53] studies on the effect of progestins on aromatase are very limited. With use of human breast carcinoma cell lines, Perel et al[54] have demonstrated that promegestone can inhibit aromatase activity by as much as 30%.

Minimizing the production of estradiol with antiaromatase compounds has provided significant therapeutic benefits for women. Importantly, though, in human breast cancer cells, estrone sulfates, and not androgens, are quantitatively the most important precursor of estradiol.[42] Estrone sulfates themselves have no estrogenic effect because they do not bind to the estrogen receptor. The degree of conjugation of estrone is dependent on the balance of estrone sulfatase and estrogen sulfotrans-

HRT Plaintiffs' Exhibit #  0950K      PAGE 2 of 9

000418

Volume 188, Number 5
Am J Obstet Gynecol

ferase activities. Various progestins, including nomege-strol acetate, promegestone, and medrogestone, have been shown to inhibit estrone sulfatase activities[48,49,55] and stimulate sulfotransferase activity[55,56] in hormone-dependent breast cancer cell lines, effectively increasing the formation of biologically inactive sulfate derivatives.

Essentially all the data on progestins and estrogen biosynthetic enzymes have been obtained from studies on breast cancer cell lines. Future analysis of the effect of progestins in breast cancer patients, specifically the inhibition of 17β-HSD and sulfatases and the stimulation of sulfotransferases, could provide insight into a potential role for these compounds in the treatment of the disease.

### Progestins and breast cancer risk

**Epidemiologic studies.** The relationship of post-menopausal hormone use to breast cancer risk has been examined in many epidemiologic studies, with mixed and inconclusive results.[57-60] In the past 25 years there have been more than 50 epidemiologic studies and at least 6 meta-analyses relating to breast cancer risk and hormone therapy.[57] The majority of these studies contain robust data for unopposed ERT[61]; in comparison, few studies specifically address progestins and breast cancer risk. In the large Collaborative Group on Hormonal Factors in Breast Cancer analysis of 51 published studies involving a total of 52,705 women with breast cancer, the majority of women (80%) had used estrogen-only regimens and, therefore, data for progestin and breast cancer could not be extracted.[61] Of the published studies that have assessed the association between combined estrogen and progestin regimens with breast cancer risk,[14,15,62-81] only four have demonstrated significant differences. Two studies demonstrated a significantly higher breast cancer risk with long-term use of HRT (≥6 years, relative risk [RR] = 1.7 for both studies),[64,71] but in one of those the increased risk was significant only in a subpopulation of lean women.[64] The two other observational studies with significant differences have reported a protective effect with HRT use, with reported RRs of 0.36[62] and 0.5.[65]

Two recent epidemiologic studies[14,15] have garnered extensive attention because of their reported modest increase in breast cancer risk in select subpopulations of HRT users. In a reanalysis of Breast Cancer Detection Demonstration Project data, Schairer et al[14] concluded that HRT results in a greater risk of breast cancer than ERT. This conclusion, however, was based on few data associated with progestin use and was limited to a small group of lean women who used progestins for fewer than 15 days; the RRs did not achieve statistical significance. Similarly, Ross et al[15] reported results of a population-based, case-control study that suggest a greater risk of breast cancer with HRT compared with ERT; again, the number of data available for HRT was very limited and comparisons were not statistically significant. Other re-

cent studies that have not received as much attention have demonstrated no significant effect on breast cancer risk.[74,81] For example, a cohort study monitored 5761 postmenopausal women for up to 22 years and reported a lower incidence of breast cancer in women who had used HRT compared with women who had never used HRT (RR = 0.8, 95% CI 0.6-1.1).[81] The lack of consistency from a large number of epidemiologic studies suggests either no effect of combined hormone therapy on breast cancer risk, or at best, a modest but not significant effect with long-term use in a select population of women.

Data from randomized controlled trials examining progestins and breast cancer were very limited until recently. A small, 22-year-long, placebo-controlled clinical trial of HRT use found a significantly lower incidence of breast cancer in women receiving combined therapy (0% incidence) compared with placebo (11.5% incidence, $P > .01$).[82] The results of the continuous combined arm (conjugated equine estrogens [CEE], 0.625 mg/day, with medroxyprogesterone acetate [MPA], 2.5 mg/day) of the Women's Health Initiative (WHI) study involving >16,000 postmenopausal women were published in July 2002.[83] After a mean follow-up of 5.2 years, WHI investigators reported a hazard ratio for risk of invasive breast cancer of 1.26 (95% CI, 1.00-1.59). In absolute terms, after 5.2 years they found that there were eight more breast cancers per 10,000 women per year among HRT users; the absolute increased risk of breast cancer was 0.4%. However, when the investigators performed a subgroup analysis, they found that the only group that had a significantly increased risk of breast cancer was that group of women who had been on HRT before entering the study. In other words, the results from WHI are consistent with previously published observational data[64,71] suggesting that there may be a slightly increased risk of breast cancer after 5 years' use of combined HRT. There was no increased risk of death from combined HRT. The estrogen-alone arm of the WHI is still continuing.

Further, two forms of CIs are presented in the WHI report, nominal and adjusted. The nominal intervals describe the variability in the risk estimates that would arise from a simple trial for a single outcome; for invasive breast cancer these intervals were 1.00-1.59. The adjusted CIs accounted for a Bonferroni correction. The Bonferroni CIs for the breast cancer data were not significant (0.83-1.92).[83]

**HRT in high-risk women.** If HRT does increase breast cancer risk, this outcome would likely be exacerbated in women at high risk for development of the disease. However, several studies examining tumor incidence in women with a family history indicated for breast cancer[78] or tumor recurrence in breast cancer patients[84-90] have failed to demonstrate an association between HRT use in high-risk women and increased incidence of breast cancer. For example, a large prospective cohort study in-

HRT Plaintiffs' Exhibit #  0950K     PAGE 3 of 9

000419

May 2003
Am J Obstet Gynecol

volving >41,000 women with a family history of breast cancer found that women who were receiving HRT did not have a significantly higher breast cancer risk than women who had never used hormones.[78]

Although HRT has traditionally been withheld from women with a personal history of breast cancer,[88,89,91] a few studies in women previously diagnosed with breast cancer have suggested that HRT may have beneficial effects.[87,88,92] A nested, case-controlled study in Australia examined 1122 women with surgically proved breast cancer and found that ERT/HRT use after diagnosis resulted in a significant reduction in recurrence compared with nonuse (RR = 0.62; 95% CI, 0.43-0.87).[92] Also, all-cause mortality (RR = 0.34; 95% CI, 0.19-0.59) and death from primary tumor (RR = 0.40; 95% CI, 0.22-0.72) were both reduced for the subjects using ERT/HRT. The majority of women used continuous combined HRT; the median daily dose of progestin was 50 mg of MPA or 5 mg of norethisterone, a higher dose than commonly given with estrogen, in an attempt to elicit an antiestrogen effect on the breast. To my knowledge, this approach has not been tried previously.

Another study that examined 2755 women diagnosed with breast cancer observed a rate of breast cancer recurrence of 17 per 1000 person-years in women who used ERT/HRT after diagnosis and 30 per 1000 person-years in nonusers; it also demonstrated a significantly lower risk of recurrence for ERT/HRT users (RR = 0.50; 95% CI, 0.30-0.85).[87] In contrast to the Australian study, most patients (79%) used estrogen without a progestin. These data suggest that HRT use after breast cancer diagnosis may be protective. Although these results must be considered preliminary, the possibility that HRT can improve survival in patients with breast cancer would necessitate major re-evaluation of hormonal treatment of these patients.[93]

**Effect on breast density.** Many studies have demonstrated that women tend to have an increase in parenchymal breast density with HRT use.[94-104] This increase in density occurs soon after initiation of hormones[94,97,99,102] and is sustained throughout therapy[99,105]; however, the effect reverses quickly with cessation of HRT,[103] typically within 2 weeks.[106] Although some data have suggested that increased breast density is associated with a greater breast cancer risk,[107-109] no studies to date have established a link between the rapidly reversible progestin-induced changes in breast density and increases in cancer risk.

**Effect of progestin schedule.** The controversy surrounding progestins and breast cancer risk is compounded by the various progestin regimens currently available. Comparisons of different dosage or duration therapies are not well studied but may prove necessary to obtain an accurate assessment of any role of progestin in breast cancer risk. Because the use of continuous combined progestin is relatively recent, data for this treatment schedule are few. For example, in the reanalysis of the large Nurses' Health Study data set, the number of women using continuous progestin was too low to evaluate any relationship to breast cancer risk.[65]

Of the in vivo studies that have examined breast cancer risk and treatment regimen, several have demonstrated an increased risk for breast cancer with cyclic progestin in comparison with continuous progestin. For example, results from an early population-based, case-control study in Denmark involving 1486 breast cancer patients showed an increased risk with sequential HRT therapy (RR = 1.36; 95% CI, 0.98-1.87), whereas continuous progestin therapy resulted in a nonsignificant reduction in risk (RR = 0.63; 95% CI, 0.26-1.53).[66] A reduction in risk with continuous progestin was also suggested in a cohort study involving 1150 premenopausal women with benign breast disease, where use of continuous 19-nortestosterone derivatives significantly reduced the risk for development of breast cancer (RR = 0.48; 95% CI, 0.25-0.90) over other regimens.[85] More recently, Ross et al[15] and Schairer et al[14] both reported a lower risk estimate with continuous progestins compared with sequential progestins, but the differences in risk between regimens were not statistically significant. In contrast, a large case-control study in Sweden reported that a continuous regimen of HRT was associated with a greater risk of breast cancer compared with a sequential regimen[64]; however, some have argued that statistical considerations weaken this conclusion.[110]

Although no data have linked hormone-induced changes in mammographic density with breast cancer risk, some studies have demonstrated differences in density effects between progestin regimens. In contrast to reports from studies that cite a greater increase in breast density with continuous progestin over sequential progestin,[95,97,98,104,111] the large Postmenopausal Estrogen/Progestin Interventions trial observed no difference in mammographic densities between continuous progestin regimens and sequential progestin regimens.[94]

**Effect of progestin dose.** The use of lower-dose progestins in HRT formulations is relatively recent; therefore, there is little information on their effects. For example, the extensive Collaborative Group on Hormonal Factors in Breast Cancer meta-analysis of epidemiologic data from 51 studies provided no information on progestin dose effects.[61] Although direct examination of lower doses of progestins has not yet been reported, some investigators have suggested that the data linking continuous combined therapy to a lower risk of breast cancer may be explained by the fact that continuous regimens typically use lower doses of progestin (MPA 2.5 mg) than sequential progestin therapy (typically MPA 5 to 10 mg).[15] Indeed, in a study of mammographic density, a 2.5-mg dose of MPA combined continuously with 0.625 mg of CEE resulted in mean density increases of approx-

HRT Plaintiffs' Exhibit # 0950K     PAGE 4 of 9

000420

Volume 188, Number 5
Am J Obstet Gynecol

imately 50% of those observed with a 5-mg dose of MPA,[95] demonstrating that dose effects are highly probable. Given that the introduction of new progestin formulations has complicated analysis of progestin's effects, better-designed investigations are necessary to elucidate any role of progestin dose.[112]

### Progestins and breast cancer survival

Although results from epidemiologic studies remain inconsistent, most of the studies that have examined breast cancer outcome in women who had used ERT/HRT have consistently documented improved mortality[78,87,113-116] and survival rates.[117-123] For example, in the Breast Cancer Detection Demonstration Project, breast cancer mortality for women who were receiving hormones at the time of cancer diagnosis was half the mortality of nonusers (RR = 0.5; 95% CI, 0.3-0.8) up until 10 years after diagnosis.[120] The increase in survival may be due in part to surveillance bias, including a greater frequency of mammography and breast examinations among HRT users,[124,125] but early detection may not be the only explanation. Improved survival has also been attributed to observed hormonal influences on tumor biology. Numerous studies have demonstrated that HRT users have smaller tumors[78,121,122,125-130] that are more well differentiated[60,126-133] and more localized[61,113,126,127,130,131,134] than tumors in nonusers of HRT. In addition, histologic studies have shown that breast tumors in HRT users have a lower proliferation rate (S-phase fraction) than do tumors in nonusers,[127,128,131] although one report demonstrated the opposite effect.[135] The favorable tumor characteristics observed with HRT use imply that exogenous hormones may promote the controlled growth of a malignant locus already in place. In general, breast cancer in HRT users is less aggressive than cancer in nonusers; therefore, prior HRT use is associated with a more favorable clinical outcome for breast cancer patients.

### Conclusions

To date, there is conflicting epidemiologic evidence about the role of progestins in breast cancer. The majority of observational studies have examined estrogen-only regimens and those that were able to deduce progestin effects have differing results. Although two recent epidemiologic studies that garnered significant attention reported slightly elevated risks with HRT, the statistical strength of these conclusions is weak, and a clear consensus on progesterone and breast cancer risk is lacking. In the large, randomized WHI trial, the relationship between the small increase in risk of breast cancer after 5.2 years seen in the HRT arm and the progestin used is not clear. Despite the commercial introduction of new progestin regimens involving varied doses or treatment

schedules, there has been little examination of the different effects of these formulations on breast cancer risk.

Although a consensus regarding the relationship between HRT and breast cancer risk cannot be drawn from existing epidemiologic data, studies have clearly demonstrated that prior or current HRT use results in a paradoxically improved survival for patients with breast cancer. This improved outcome may be due in part to surveillance bias but may also be due to hormone-induced tumor characteristics that result in a more favorable prognosis.

Progesterone action in a normal and neoplastic breast cell is not isolated; a series of important regulatory proteins work in concert to decide cell fate. Results from mechanistic studies with breast cancer cell lines have demonstrated both proliferative and antiproliferative effects of progestins. This disparity in response is thought to result in part from a biphasic cellular response to progestin that depends on duration of treatment. Progestins are proliferative when administered in a transient or sequential mannerm but sustained treatment results in growth arrest. The timing and dose of progesterone treatment, therefore, is likely to influence any biologic response. The implication that sustained progestin may be inhibitory to malignancies already in place corroborates the favorable tumor biology observed in breast cancer patients who use HRT. The cellular effects of progestins on modulating enzymes involved in the localized biosynthesis of estrogens may also prove advantageous for women at risk for breast cancer or as a treatment option.

Despite in vivo consonance between progesterone levels and high mitotic activity in the breast, results from epidemiologic studies are inconsistent and mechanistic studies have not provided a physiologic foundation to implicate progestin in the pathogenesis of breast cancer. It is clear that rigorous, large-scale, double-blind, randomized trials are necessary to clarify the role of progestins and breast cancer risk. Given the variety of formulations available today, differences between progestin doses or treatment schedule must also be carefully examined. Because progestins are now widely used in postmenopausal hormone therapy, it is becoming critically important that their specific effect on breast cancer be clearly understood.

I thank Karen D. Mittleman, PhD, and Stephen M. Parker, ELS, for their editorial assistance.

REFERENCES

1. American Cancer Society. Cancer facts and figures—1998. Atlanta (GA): American Cancer Society; 1998.
2. Schneider HP. HRT and cancer risk: separating fact from fiction. Maturitas 1999;33(1 Suppl):S65-72.
3. Miki Y, Swensen J, Shattuck-Eidens D, Futreal PA, Harshman K, Tavigian S, et al. A strong candidate for the breast and ovarian cancer susceptibility gene BRCA1. Science 1994;266:66-71.

HRT Plaintiffs' Exhibit #  0950K      PAGE 5 of 9

000421

4. Wooster R, Neuhausen SL, Mangion J, Quirk Y, Ford D, Collins N, et al. Localization of a breast cancer susceptibility gene, BRCA2, to chromosome 13q12-13. Science 1994;265:2088-90.
5. Johnson SR. Menopause and hormone replacement therapy. Med Clin North Am 1998;82:297-320.
6. Cauley JA, Seeley DG, Ensrud K, Ettinger B, Black D, Cummings SR, et al. Estrogen replacement therapy and fractures in older women. Ann Intern Med 1995;122:9-16.
7. Notelovitz M. Estrogen therapy and osteoporosis: principles and practice. Am J Med Sci 1997;313:2-12.
8. Brunelli MP, Einhorn TA. Medical management of osteoporosis: fracture prevention. Clin Orthop 1998;348:15-21.
9. Eastell R. Treatment of postmenopausal osteoporosis. N Engl J Med 1998;338:736-46.
10. Mosca L. The role of hormone replacement therapy in the prevention of postmenopausal heart disease. Arch Intern Med 2000;160:2263-72.
11. Paganini-Hill A, Henderson VW. Estrogen replacement therapy and risk of Alzheimer disease. Arch Intern Med 1996;156:2213-7.
12. Kawas C, Resnick S, Morrison A, Brookmeyer R, Corrada M, Zonderman A, et al. A prospective study of estrogen replacement therapy and the risk of developing Alzheimer's disease: the Baltimore Longitudinal Study of Aging. Neurology 1997; 48:1517-21.
13. Colditz GA, Hankinson SE, Hunter DJ, Willett WC, Manson JE, Stampfer MJ, et al. The use of estrogens and progestins and the risk of breast cancer in postmenopausal women. N Engl J Med 1995;332:1589-93.
14. Schairer C, Lubin J, Triosi R, Sturgeon S, Brinton L, Hoover R. Menopausal estrogen and estrogen-progestin replacement therapy and breast cancer risk. JAMA 2000;283:485-91.
15. Ross RK, Paganini-Hill A, Wan PC, Pike MC. Effect of hormone replacement therapy on breast cancer risk: estrogen versus estrogen plus progestin. J Natl Cancer Inst 2000;92:328-32.
16. Graham JD, Clarke CL. Physiological action of progesterone in target tissues. Endocr Rev 1997;18:502-19.
17. Clarke CL, Sutherland RL. Progestin regulation of cellular proliferation. Endocr Rev 1990;11:266-301.
18. Lydon JP, DeMayo FJ, Funk CR, Mani SK, Hughes AR, Montgomery CA Jr, et al. Mice lacking progesterone receptor exhibit pleiotropic reproductive abnormalities. Genes Dev 1995;9: 2266-78.
19. Humphreys RC, Lydon JP, O'Malley BW, Rosen JM. Use of PRKO mice to study the role of progesterone in mammary gland development. J Mammary Gland Biol Neoplasia 1997;2:343-54.
20. Sicinski P, Donaher JL, Parker SB, Li T, Fazeli A, Gardner H, et al. Cyclin D1 provides a link between development and oncogenesis in the retina and breast. Cell 1995;82:621-30.
21. Liu X, Robinson GW, Wagner KU, Garrett L, Wynshaw-Boris A, Hennighausen L. Stat5a is mandatory for adult mammary gland development and lactogenesis. Genes Dev 1997;11:179-86.
22. Udy GB, Towers RP, Snell RG, Wilkins RJ, Park SH, Ram PA, et al. Requirement of STAT5b for sexual dimorphism of body growth rates and liver gene expression. Proc Natl Acad Sci U S A 1997;94:7239-44.
23. Lange CA, Richer JK, Horwitz KB. Hypothesis: progesterone primes breast cancer cells for cross-talk with proliferative or antiproliferative signals. Mol Endocrinol 1999;13:829-36.
24. Chang KJ, Lee TTY, Linares-Cruz G, Fournier S, De Lignieres B. Influences of percutaneous administration of estradiol and progesterone of human breast epithelial cell cycle in vivo. Fertil Steril 1995;63:785-91.
25. Foidart J-M, Colin C, Denoo X, Desreux J, Béliard A, Fournier S, et al. Estradiol and progesterone regulate the proliferation of human breast endothelial cells. Fertil Steril 1998;69:963-9.
26. Edery M, McGrath M, Larson L, Nandi S. Correlation between in vitro growth and regulation of estrogen and progesterone receptors in rat mammary epithelia cells. Endocrinology 1984; 115:1691-7.
27. McGrath M, Palmer S, Nandi S. Differential response of normal rat mammary epithelial cells to mammogenic hormones and EGF. J Cell Physiol 1985;125:182-91.
28. Malet C, Spritzer P, Guillaumin D, Kuttenn F. Progesterone effect on cell growth, ultrastructural aspect and estradiol receptors

of normal human breast epithelial (HBE) cells in culture. J Steroid Biochem Mol Biol 2000;73:171-81.
29. Clark JH, Peck EJ Jr. Female sex steroids: receptors and function. New York: Springer-Verlag; 1979.
30. McManus MJ, Welsch CW. The effect of estrogen, progesterone, thyroxine, and human placental lactogen on DNA synthesis of human breast ductal epithelium maintained in athymic nude mice. Cancer 1984;54:1920-7.
31. Sutherland RL, Prall OW, Watts CK, Musgrove EA. Estrogen and progestin regulation of cell cycle progression. J Mammary Gland Biol Neoplasia 1998;3:63-72.
32. Groshong SD, Owen GI, Grimison B, Schauer IE, Todd MC, Langan TA, et al. Biphasic regulation of breast cancer cell growth by progesterone: role of the cyclin-dependent kinase inhibitors, p21 and p27Kip1. Mol Endocrinol 1997;11:1593-607.
33. Musgrove EA, Lee CS, Cornish AL, Swarbrick A, Sutherland RL. Antiprogestin inhibition of cell cycle progression in T-47D breast cancer cells is accompanied by induction of the cyclin-dependent kinase inhibitor p21. Mol Endocrinol 1997;11:54-66.
34. Hissom JR, Moore MR. Progestin effects on growth in the human breast cancer cell line T-47D—possible therapeutic implications. Biochem Biophys Res Commun 1987;145:706-11.
35. Musgrove EA, Lee CSL, Sutherland RL. Progestins both stimulate and inhibit breast cancer cell cycle progression while increasing expression of transforming growth factor , epidermal growth factor receptor, c-fos, and c-myc genes. Mol Cell Biol 1991;11:5032-43.
36. James VHT, McNeill JM, Lai LC, Newton CJ, Ghilchik MW, Reed MJ. Aromatase activity in normal breast and breast tumor tissues: in vivo and in vitro studies. Steroids 1987;50:269-79.
37. Blankenstein MA, Van DV, Maitimu-Smeele I, Donker GH, de Jong PC, Daroszewski J, et al. Intratumoral levels of estrogens in breast cancer. J Steroid Biochem Mol Biol 1999;69:293-7.
38. Bulun SE, Price TM, Aitken J, Mahendroo MS, Simpson ER. A link between breast cancer and local estrogen biosynthesis suggested by quantification of breast adipose tissue aromatase cytochrome P450 transcripts using competitive polymerase chain reaction after reverse transcription. J Clin Endocrinol Metab 1993;77:1622-8.
39. Miller WR. Aromatase activity in breast tissue. J Steroid Biochem Mol Biol 1991;39:783-90.
40. Murray R. Role of anti-aromatase agents in postmenopausal advanced breast cancer. Cancer Chemother Pharmacol 2001; 48:259-65.
41. Iqbal S, Miller WR. New drugs in breast cancer. Exp Opin Pharmacother 2001;2:975-85.
42. Chetrite GS, Pasqualini JR. The selective estrogen enzyme modulator (SEEM) in breast cancer. J Steroid Biochem Mol Biol 2001;76:95-104.
43. Andersson S, Moghrabi N. Physiology and molecular genetics of 17-hydroxysteroid dehydrogenases. Steroids 1997;62:143-7.
44. Pollow K, Boquoi E, Baumann J, Schmidt-Gollwitzer M, Pollow B. Comparison of the in vitro conversion of estradiol-17 beta to estrone of normal and neoplastic human breast tissue. Mol Cell Endocrinol 1977;6:333-48.
45. Nguyen B-L, Chetrite G, Pasqualini JR. Transformation of estrone and estradiol in hormone-dependent and hormone-independent human breast cancer cells: effects of the antiestrogen ICI 164,384, danazol, and promegestone (R-5020). Breast Cancer Res Treat 1995;34:139-46.
46. Malet C, Vacca A, Kuttenn F, Mauvais-Jarvis P. 17-Estradiol dehydrogenase (E2DH) activity in T47D cells. J Steroid Biochem Mol Biol 1991;39:769-75.
47. Fournier S, Brihmat F, Durand JC, Sterkers N, Martin PM, Kuttenn F, et al. Estradiol 17-hydroxysteroid dehydrogenase, a marker of breast cancer hormone dependency. Cancer Res 1985;45:2895-9.
48. Pasqualini JR, Chetrite G, Nguyen B-L, Maloche C, Delalonde L, Talbi M, et al. Estrone sulfate-sulfatase and 17-hydroxysteroid dehydrogenase activities: a hypothesis for their role in the evolution of human breast cancer from hormone-dependence to hormone-independence. J Steroid Biochem Mol Biol 1995; 53:407-12.

HRT Plaintiffs' Exhibit #  0950K     PAGE 6 of 9

000422

Volume 188, Number 5
Am J Obstet Gynecol

49. Chetrite G, Paris J, Botella J, Pasqualini JR. Effect of nomegestrol acetate on estrone-sulfatase and 17-hydroxysteroid dehydrogenase activities in human breast cancer cells. J Steroid Biochem Mol Biol 1996;58:525-31.

50. Chetrite GS, Ebert C, Wright F, Philippe J-C, Pasqualini JR. Effect of Medrogestone on 17-hydroxysteroid dehydrogenase activity in the hormone-dependent MCF-7 and T-47D human breast cancer cell lines. J Steroid Biochem Mol Biol 1999;68:51-6.

51. Adams EF, Coldham NG, James VHT. Steroidal regulation of oestradiol-17 dehydrogenase activity of the human breast cancer cell line MCF-7. J Endocrinol 1988;118:149-54.

52. Coldham NG, James VHT. A possible mechanism for increased breast cell proliferation by progestins through increased reductive 17 beta-hydroxysteroid dehydrogenase activity. Int J Cancer 1990;45:174-8.

53. Miller WR, Mullen P. Factors influencing aromatase activity in the breast. J Steroid Biochem Mol Biol 1993;44:597-604.

54. Perel E, Daniilescu D, Kharlip L, Blackstein M, Killinger DW. Steroid modulation of aromatase activity in human cultured breast carcinoma cells. J Steroid Biochem 1988;29:393-9.

55. Chetrite GS, Ebert C, Wright F, Philippe A-C, Pasqualini JR. Control of sulfatase and sulfotransferase activities by medrogestone in the hormone-dependent MCF-7 and T-47D human breast cancer cell lines. J Steroid Biochem Mol Biol 1999;70:39-45.

56. Chetrite G, Le Nestour E, Pasqualini JR. Human estrogen sulfotransferase (hEST1) activities and its mRNA in various breast cancer cell lines: effect of the progestin, promegestone (R-5020). J Steroid Biochem Mol Biol 1998;66:295-302.

57. Bush TL, Whiteman M, Flaws J. Hormone replacement therapy and breast cancer: a qualitative review. Obstet Gynecol 2001; 98:498-508.

58. Campagnoli C, Biglia N, Cantamessa C, Lesca L, Sismondi P. HRT and breast cancer risk: a clue for interpreting the available data. Maturitas 1999;33:185-90.

59. Santen RJ, Pinkerton J, McCartney C, Petroni GR. Risk of breast cancer with progestins in combination with estrogen as hormone replacement therapy. J Clin Endocrinol Metab 2001; 86:16-23.

60. Beral V, Banks E, Reeves G, Appleby P. Use of HRT and the subsequent risk of cancer. J Epidemiol Biostat 1999;4:191-210.

61. Collaborative Group on Hormonal Factors in Breast Cancer. Breast cancer and hormone replacement therapy: collaborative reanalysis of data from 51 epidemiological studies of 52 705 women with breast cancer and 108 411 women without breast cancer. Lancet 1997;350:1047-59.

62. Gambrell RD Jr, Maier RC, Sanders BI. Decreased incidence of breast cancer in postmenopausal estrogen-progestogen users. Obstet Gynecol 1983;62:435-43.

63. Ng E-H, Gao F, Ji C-Y, Ho G-H, Soo K-C. Risk factors for breast carcinoma in Singaporean Chinese women: the role of central obesity. Cancer 1997;80:725-31.

64. Magnusson C, Baron JA, Correia N, Bergström R, Adami H-O, Persson I. Breast-cancer risk following long-term oestrogen- and oestrogen-progestin-replacement therapy. Int J Cancer 1999; 81:339-44.

65. Colditz GA, Rosner B. Cumulative risk of breast cancer to age 70 years according to risk factor status: data from the Nurses' Health Study. Am J Epidemiol 2000;152:950-64.

66. Ewertz M. Influence of non-contraceptive exogenous and endogenous sex hormones on breast cancer risk in Denmark. Int J Cancer 1988;42:832-8.

67. Kaufman DW, Palmer JR, de Mouzon J, Rosenberg L, Stolley PD, Warshauer ME, et al. Estrogen replacement therapy and the risk of breast cancer: results from the Case-Control Surveillance Study. Am J Epidemiol 1991;134:1375-85.

68. Palmer JR, Rosenberg L, Clarke EA, Miller DR, Shapiro S. Breast cancer risk after estrogen replacement therapy: results from the Toronto Breast Cancer Study. Am J Epidemiol 1991;154:1386-95.

69. Yang CP, Daling JR, Band PR, Gallagher RP, White E, Weiss NS. Noncontraceptive hormone use and risk of breast cancer. Cancer Causes Control 1992;3:475-9.

70. La Vecchia C, Negri E, Franceschi S, Favero A, Nanni O, Filiberti R, et al. Hormone replacement treatment and breast cancer risk: cooperative Italian study. Br J Cancer 1995;72:244-8.

71. Persson I, Weiderpass E, Bergkvist L, Bergström R, Schairer C. Risks of breast and endometrial cancer after estrogen and estrogen-progestin replacement. Cancer Causes Control 1999;10: 253-60.

72. Stanford JL, Weiss NS, Voigt LF, Daling JR, Habel LA, Rossing MA. Combined estrogen and progestin hormone replacement therapy in relation to risk of breast cancer in middle-aged women. JAMA 1995;274:137-42.

73. Newcomb PA, Longnecker MP, Storer BE, Mittendorf R, Baron J, Clapp RW, et al. Long-term hormone replacement therapy and risk of breast cancer in postmenopausal women. Am J Epidemiol 1995;142:788-95.

74. Moorman PG, Kuwabara H, Millikan RC, Newman B. Menopausal hormones and breast cancer in a biracial population. Am J Public Health 2000;90:966-71.

75. Schuurman AG, van den Brandt PA, Goldbohm RA. Exogenous hormone use and the risk of postmenopausal breast cancer: results from the Netherlands Cohort Study. Cancer Causes Control 1995;6:416-24.

76. Levi F, Lucchini F, Pasche C, La Vecchia C. Oral contraceptives, menopausal hormone replacement therapy and breast cancer risk. Eur J Cancer Prev 1996;5:259-66.

77. Persson I, Thurfjell E, Bergstrom R, Holmberg L. Hormone replacement therapy and the risk of breast cancer: nested case-control study in a cohort of Swedish women attending mammography screening. J Clin Epidemiol 1997;52:758-61.

78. Sellers TA, Mink PJ, Cerhan JR, Zheng W, Anderson K, Kushi LH, et al. The role of hormone replacement therapy in the risk for breast cancer and total mortality in women with a family history of breast cancer. Ann Intern Med 1997;127:973-80.

79. Brinton LA, Brogan DR, Coates RJ, Swanson CA, Potischman N, Stanford JL. Breast cancer risk among women under 55 years of age by joint effects of usage of oral contraceptives and hormone replacement therapy. Menopause 1998;5:145-51.

80. Henrich JB, Kornguth PJ, Viscoli CM, Horwitz RI. Postmenopausal estrogen use and invasive versus in situ breast cancer risk. J Clin Epidemiol 1998;51:1277-83.

81. Lando JF, Heck KE, Brett KM. Hormone replacement therapy and breast cancer risk in a nationally representative cohort. Am J Prev Med 1999;17:176-80.

82. Nachtigall LE, Nachtigall RH, Nachtigall RD, Beckman EM. Estrogen replacement therapy II: a prospective study in the relationship to carcinoma and cardiovascular and metabolic problems. Obstet Gynecol 1979;54:74-9.

83. Writing Group for the Women's Health Initiative Investigators. Risks and benefits of estrogen plus progestin in healthy postmenopausal women: principal results from the Women's Health Initiative randomized controlled trial. JAMA 2002;288:321-33.

84. Dupont WD, Page DL, Parl FF, Plummer WD Jr, Schuyler PA, Kasami M, et al. Estrogen replacement therapy in women with a history of proliferative breast disease. Cancer 1999;85: 1277-83.

85. Plu-Bureau G, Le MG, Sitruk-Ware R, Thalabard JC, Mauvais-Jarvis P. Progestogen use and decreased risk of breast cancer in a cohort study of premenopausal women with benign breast disease. Br J Cancer 1994;70:270-7.

86. Col NF, Hirota LK, Orr RK, Erban JK, Wong JB, Lau J. Hormone replacement therapy after breast cancer: a systematic review and quantitative assessment of risk. J Clin Oncol 2001;19:2357-63.

87. O'Meara ES, Rossing MA, Daling JR, Elmore JG, Barlow WE, Weiss NS. Hormone replacement therapy after a diagnosis of breast cancer in relation to recurrence and mortality. J Natl Cancer Inst 2001;93:754-61.

88. Eden JA, Bush T, Nand S, Wren BG. A case-control study of combined continuous estrogen-progestin replacement therapy among women with a personal history of breast cancer. Menopause 1995;2:67-72.

89. Dew J, Eden J, Beller E, Magarey C, Schwartz P, Crea P, et al. A cohort study of hormone replacement therapy given to women previously treated for breast cancer. Climacteric 1998;1:137-42.

90. Eden JA, Durna EM, Wren BG, Heller G, Leader LR. HRT after breast cancer: the latest results from the Royal Hospital for Women breast cancer study [abstract]. Proceedings of the 5th

HRT Plaintiffs' Exhibit #  0950K    PAGE 7 of 9

000423

Australasian Menopause Society Congress, Melbourne, Australia, 23-27 Oct, 2001. Melbourne: The Society; 2001.
91. Cobleigh MA, Berris RF, Bush T, Davidson NE, Robert NJ, Sparano JA, et al. Estrogen replacement therapy in breast cancer survivors. JAMA 1994;272:540-5.
92. Durna EM, Wren BG, Heller GZ, Leader LR, Sjoblom P, Eden JA. Hormone replacement therapy after a diagnosis of breast cancer: cancer recurrence and mortality. Med J Aust 2002;177:347-51.
93. Cuzick J. Is hormone replacement therapy safe for breast cancer patients? J Natl Cancer Inst 2001;93:733-4.
94. Greendale GA, Reboussin BA, Sie A, Singh HR, Olson LK, Gatewood O, et al. Effects of estrogen and estrogen-progestin on mammographic parenchymal density. Ann Intern Med 1999;4:262-9.
95. Laya MB, Gallagher JC, Schreiman JS, Larson EB, Watson P, Weinstein L. Effect of postmenopausal hormone replacement therapy on mammographic density and parenchymal pattern. Radiology 1995;196:433-7.
96. McNicholas MM, Heneghan JP, Milner MH, Tunney T, Hourihane JB, MacErlaine DP. Pain and increased mammographic density in women receiving hormone replacement therapy: a prospective study. AJR Am J Roentgenol 1994;163:311-5.
97. Lundström E, Wilczek B, von Palffy Z, Söderqvist G, von Schoultz B. Mammographic breast density during hormone replacement therapy: differences according to treatment. Am J Obstet Gynecol 1999;181:348-52.
98. Persson I, Thurfjell E, Holmberg L. Effect of estrogen and estrogen-progestin replacement regimens on mammographic breast parenchymal density. J Clin Oncol 1997;15:3201-7.
99. Sterns EE, Zee B. Mammographic density changes in perimenopausal and postmenopausal women: is effect of hormone replacement therapy predictable? Breast Cancer Res Treat 2000;59:125-32.
100. Erel CT, Seyisoglu H, Senturk ML, Akman C, Ersavasti G, Benian A, et al. Mammographic changes in women on hormonal replacement therapy. Maturitas 1996;25:51-7.
101. Stomper PC, Van Voorhis BJ, Ravnikar VA, Meyer JE. Mammographic changes associated with postmenopausal hormone replacement therapy: a longitudinal study. Radiology 1990; 174:487-90.
102. Ozdemir A, Konus O, Nas T, Erba G, Cosar S, Isik S. Mammographic and ultrasonographic study of changes in the breast related to HRT. Int J Gynaecol Obstet 1999;67:23-32.
103. Colacurci N, Fornaro F, de Franciscis P, Mele D, Palermo M, del Vecchio W. Effects of a short-term suspension of hormone replacement therapy on mammographic density. Fertil Steril 2001;76:451-5.
104. Sendag F, Cosan Terek M, Ozsener S, Oztekin K, Bilgin O, Bilgen I, et al. Mammographic density changes during different postmenopausal hormone replacement therapies. Fertil Steril 2001;76:445-50.
105. Rutter CM, Mandelson MT, Laya MB, Seger DJ, Taplin S. Changes in breast density associated with initiation, discontinuation, and continuing use of hormone replacement therapy. JAMA 2001;285:171-6.
106. Harvey JA, Pinkerton JV, Herman CR. Short-term cessation of hormone replacement therapy and improvement of mammographic specificity. J Natl Cancer Inst 1997;89:1623-5.
107. Boyd NF, Byng JW, Jong RA, Fishell EK, Little LE, Miller AB, et al. Quantitative classification of mammographic densities and breast cancer risk: results from the Canadian National Breast Screening Study. J Natl Cancer Inst 1995;87:670-5.
108. Kato I, Beinart C, Bleich A, Su S, Kim M, Toniolo PG. A nested case-control study of mammographic patterns, breast volume, and breast cancer (New York City). Cancer Causes Control 1995;6:431-8.
109. Byrne C, Schairer C, Wolfe J, Parekh N, Salane M, Brinton LA, et al. Mammographic features and breast cancer risk: effects with time, age, and menopause status. J Natl Cancer Inst 1995; 87:1622-9.
110. Speroff L. Postmenopausal estrogen-progestin therapy and breast cancer: a clinical response to an epidemiologic report. Contemp OB/GYN 2000;103-22.
111. Stomper PC, D'Souza DJ, DiNitto PA, Arredondo MA. Analysis of parenchymal density on mammograms in 1353 women 25-79 years old. AJR Am J Roentgenol 1996;167:1261-5.
112. Shoupe D. HRT dosing regimens: continuous versus cyclic—pros and cons. Int J Fertil 2001;45:7-15.
113. Hunt K, Vessey M, McPherson K. Mortality in a cohort of long-term users of hormone replacement therapy: an updated analysis. Br J Obstet Gynaecol 1990;97:1080-6.
114. Henderson BE, Paganini-Hill A, Ross RK. Decreased mortality in users of estrogen replacement therapy. Arch Intern Med 1991; 151:75-8.
115. Grodstein F, Stampfer MJ, Colditz GA, Willett WC, Manson JE, Joffe M, et al. Postmenopausal hormone therapy and mortality. N Engl J Med 1997;336:1769-75.
116. Willis DB, Calle EE, Miracle-McMahill HL, Heath CW Jr. Estrogen replacement therapy and risk of fatal breast cancer in a prospective cohort of postmenopausal women in the United States. Cancer Causes Control 1996;7:449-57.
117. Bergkvist L, Adami H-O, Persson I, Bergström R, Krusemo UB. Prognosis after breast cancer diagnosis in women exposed to estrogen and estrogen-progestogen replacement therapy. Am J Epidemiol 1989;130:221-8.
118. Bonnier P, Romain S, Giacalone PL, Laffargue F, Martin PM, Piana L. Clinical and biological prognostic factors in breast cancer diagnosed during postmenopausal hormone replacement therapy. Obstet Gynecol 1995;85:11-7.
119. Persson I, Yuen J, Bergkvist L, Schairer C. Cancer incidence and mortality in women receiving estrogen and estrogen-progestin replacement therapy—long-term follow-up of a Swedish cohort. Int J Cancer 1996;67:327-32.
120. Schairer C, Gail M, Byrne C, Rosenberg PS, Sturgeon SR, Brinton LA, et al. Estrogen replacement therapy and breast cancer survival in a large screening study. J Natl Cancer Inst 1999;91:264-70.
121. Fowble B, Hanlon A, Freedman G, Patchefsky A, Kessler H, Nicolaou N, et al. Postmenopausal hormone replacement therapy: effect on diagnosis and outcome in early-stage invasive breast cancer treated with conservative surgery and radiation. J Clin Oncol 1999;17:1680-8.
122. Jernstrom H, Frenander J, Ferno M, Olsson H. Hormone replacement therapy before breast cancer diagnosis significantly reduces the overall death rate compared with never-use among 984 breast cancer patients. Br J Cancer 1999;80:1453-8.
123. DiSaia PJ, Brewster WR, Ziogas A, Anton-Culver H. Breast cancer survival and hormone replacement therapy: a cohort analysis. Am J Clin Oncol 2000;23:541-5.
124. LaCroix AZ, Burke W. Breast cancer and hormone replacement therapy. Lancet 1997;350:1042-3.
125. Gajdos C, Tartter PI, Babinszki A. Breast cancer diagnosed during hormone replacement therapy. Obstet Gynecol 2000;95:513-8.
126. Bonnier P, Bessenay F, Sasco AJ, Beedassy B, Lejeune C, Romain S, et al. Impact of menopausal hormone-replacement therapy on clinical and laboratory characteristics of breast cancer. Int J Cancer 1998;79:278-82.
127. Salmon RJ, Ansquer Y, Asselain B, Languille O, Lesec G, Remvikos Y. Clinical and biological characteristics of breast cancers in post-menopausal women receiving hormone replacement therapy for menopause. Oncol Rep 1999;6:699-703.
128. Holli K, Isola J, Cuzick J. Low biologic aggressiveness in breast cancer in women using hormone replacement therapy. J Clin Oncol 1998;16:3115-20.
129. O'Connor IF, Shembekar MV, Shousha S. Breast carcinoma developing in patients on hormone replacement therapy: a histological and immunohistological study. J Clin Pathol 1998; 51:935-8.
130. Magnusson C, Holmberg L, Norden T, Lindgren A, Persson I. Prognostic characteristics in breast cancers after hormone replacement therapy. Breast Cancer Res Treat 1996;38:325-34.
131. Squitieri R, Tartter PI, Ahmed S, Brower ST, Theise ND. Carcinoma of the breast in postmenopausal hormone user and nonuser control groups. J Am Coll Surg 1994;178:167-70.

Volume 188, Number 5
Am J Obstet Gynecol

Eden 1131

132. Harding C, Knox WF, Faragher EB, Baildam A, Bundred NJ. Hormone replacement therapy and tumour grade in breast cancer: prospective study in screening unit. BMJ 1996;312:1646-7.

133. Bilimoria MM, Winchester DJ, Sener SF, Motykie G, Sehgal UL, Winchester DP. Estrogen replacement therapy and breast cancer: analysis of age of onset and tumor characteristics. Ann Surg Oncol 1999;6:200-7.

134. Strickland DM, Gambrell RD Jr, Butzin CA, Strickland K. The relationship between breast cancer survival and prior postmenopausal estrogen use. Obstet Gynecol 1992;80:400-4.

135. Cobleigh MA, Norlock FE, Oleske DM, Starr A. Hormone replacement therapy and high S phase in breast cancer. JAMA 1999;281:1528-30.

**Bound volumes available to subscribers**

Bound volumes of the American Journal of Obstetrics and Gynecology are available to subscribers (only) for the 2003 issues from the publisher, at a cost of $122.00 for domestic, $156.22 for Canada, and $146.00 for international for Vol. 188 (January-June) and Vol. 189 (July-December). Shipping charges are included. Each bound volume contains a subject and author index, and all advertising is removed. The binding is durable buckram with the Journal name, volume number, and year stamped in gold on the spine. *Payment must accompany all orders.* Contact Mosby, Subscription Customer Service, 6277 Sea Harbor Dr, Orlando, FL 32887. Telephone (800)654-2452 or (407)345-4000. Fax (407)363-9661.

**Subscriptions must be in force to qualify. Bound volumes are not available in place of a regular Journal subscription.**

HRT Plaintiffs' Exhibit #  0950K      PAGE 9 of 9

000425

# EXHIBIT 222

FILED

OCT 31 2011

22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
BY_____ DEPUTY

# MISSOURI CIRCUIT COURT
# TWENTY-SECOND JUDICIAL CIRCUIT
### (CITY OF ST. LOUIS)

MEISENZAHL

**VS**

WYETH, et al.

CASE NO. 042-9651    DIVISION #1                    Oct. 31, 2011

## ORDER/JUDGMENT/MEMORANDUM

The Court hereby continues the case on Defendants' Motion. Defendant is ordered to have Dr. Wick reviewed the "new" pathology slide and to provide his opinions within a reasonable time. Defendants are not allowed any additional expert witnesses, without leave of court.

Defendants' to pay all expenses of Plaintiffs as a result of this continuance which includes all vendors, expert fees, travel expenses, hotel expenses, technical rental equipment.

Case continued to October 1, 2012, Status Conference December 1, 2011 at 11:00 a.m. Court clarifies that the Motions to Exclude Blume, Parisian, Holland, Austin, Tilley, Maloney, & Cronin & Graham are denied.

Motion MM/So Ordered. Hipple Broom

621-6115         Alan R. Ohm  by GTNo. #27636
                 Judge 314-980-4160

FORM 14 (Rev 11/02)

# EXHIBIT 223

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DORIS PACE LOEWEN, and KENNETH LOEWEN, | ) |
| | ) |
|       Plaintiffs, | ) |
| | ) |
| vs. | )   CV 03-J-2166-S |
| | )   LEAD |
| WYETH, INC., et al., | ) |
| | ) |
|       Defendants. | ) |
| _____ | ) |
| GINGER WRIGHT, | ) |
| | ) |
|       Plaintiff, | ) |
| | )   CV 03-J-3240-S |
| vs. | )   CONSOLIDATED |
| | ) |
| WYETH, INC., | ) |
| | ) |
|       Defendant. | ) |
| _____ | ) |
| MARY EDDINGS, et al., | ) |
| | ) |
|       Plaintiffs, | ) |
| | )   CV 04-J-1419-S |
| vs. | )   CONSOLIDATED |
| | ) |
| WYETH PHARMACEUTICALS, INC., et al., | ) |
| | ) |
|       Defendants. | ) |
| _____ | ) |
| ELIZABETH ADERHOLD, | ) |
| | ) |
|       Plaintiff, | )   CV 04-J-1888-S |
| | )   CONSOLIDATED |
| vs. | ) |
| | ) |
| WYETH PHARMACEUTICALS, INC., et al., | ) |
| | ) |
|       Defendants. | |

## ORDER

This case comes before the court on defendants' motion to exclude expert testimony by plaintiffs' expert witnesses Drs. Matthew Hollon and Adriane Fugh-Berman (doc. 79), defendants' brief in support of said motion (doc. 80), plaintiffs' memorandum brief in opposition thereto (doc. 116), and defendants' reply to plaintiffs' memorandum brief (doc. 137). Both plaintiffs and defendants also filed evidence in support of their respective positions. Having considered the motions, evidence and pleadings filed to date, as well as the relevant law, the court finds as follows:

## PROCEDURAL BACKGROUND

This case arises from the claims brought by plaintiffs, who are women diagnosed with breast cancer while taking various hormone therapy medications developed, manufactured, and marketed by the defendants. *See* Amended Complaint (doc. 26), at ¶¶ 2-5, 158. Plaintiffs assert, in essence, that the medications they took caused them to develop breast cancer, and that defendants knew or should have known about the increased risk of cancer that the use of these medications entailed. *See id.* at ¶¶ 101-112. Plaintiffs assert various causes of action against defendants accordingly, supported by testimony of numerous experts. *See id.* at ¶¶ 101-168. Defendants deny plaintiffs' claims. Defendants filed the current motion moving the court to disallow

2

testimony by plaintiffs' expert witnesses Drs. Matthew Hollon and Adriane Fugh-Berman (doc. 79). Specifically, in their supporting brief, defendants move the court to exclude the testimony of these experts for four reasons: such testimony "is irrelevant because it has no connection with their prescribing physicians or her [sic] alleged injury" (doc. 80, at 6-7); the "vast majority" of these two experts' reports "simply present a selective narrative summary" that does not "involve any application of 'scientific, technical or other specialized knowledge'" as required by Federal Rule of Evidence 702 (doc., 80, at 13); the testimony "is not based on sufficient data or a reliable scientific methodology" (doc. 80, at 18-19); and, with respect only to Dr. Hollon, such testimony "improperly speculates about Wyeth's intent, motive, knowledge, and state of mind" (doc. 80, at 22).[1] Plaintiffs filed a memorandum brief in opposition to defendants' motion, requesting the court to deny the plaintiffs' motion in its entirety (doc. 116). Defendants filed a reply to plaintiffs' memorandum brief (doc. 137).

---

[1] Defendants challenge the testimony of Dr. Hollon specifically on one additional ground: essentially, defendants allege that his testimony on the standard of care is inadmissible because it is based on his personal opinions. *See* Defendants' Brief, at 24-25. Having offered no legal reasoning supporting such allegations, however, save two oblique references to opinions of other federal district courts and quotations of sentence fragments from an Eighth Circuit case from 1972, the court sees no reason why Dr. Hollon's testimony regarding the standard of care should be excluded on these grounds.

## STANDARD OF REVIEW

Federal Rule of Evidence 702, as construed by the United States Supreme Court in *Daubert v. Merrell Dow Pharmaceuticals, Inc*., 509 U.S. 579 (1993), requires expert scientific evidence to be both reliable and relevant, such that it appropriately assists the trier of fact. *See, e.g., United States v. Henderson*, 409 F.3d 1293, 1302 (11th Cir. 2005). Rule 702 requires that such evidence or testimony "assist the trier of fact to understand the evidence or to determine a fact in issue." *Daubert*, 509 U.S. at 590. The Rule, in respect to all such matters, "establishes a standard of evidentiary reliability." *Id.* It "requires a valid . . . connection to the pertinent inquiry as a precondition to admissibility." *Id*. at 592. Where such testimony's factual basis, data, principles, methods, or their application are called sufficiently into question, the trial judge must determine whether the testimony has "a reliable basis in the knowledge and experience of [the relevant] discipline." *Kumho Tire Co., Ltd. v. Carmichael*, 526 U.S. 137, 149 (1999) (citing *Daubert*, 509 U.S. at 592). Simply put, the evidence must be relevant to issues in the case.

Faced with a proffer of expert scientific testimony, the trial judge must determine at the outset whether the expert is proposing to testify to (1) scientific knowledge (2) that will assist the trier of fact to understand or determine a fact in issue. This entails a preliminary assessment of whether the reasoning or methodology

4

underlying the testimony is scientifically valid and of whether that reasoning or methodology properly can be applied to the facts in issue. *Daubert*, 509 U.S. at 592-593. This primary assessment required by courts has become known as a "gatekeeping function" in which the court should admit testimony only if it is reliable and relevant. *Rink v. Cheminova, Inc.*, 400 F.3d 1286, 1291 (11th Cir. 2005).

"The burden of establishing qualification, reliability, and helpfulness rests on the proponent of the expert opinion . . . ." *U.S. v. Frazier*, 387 F.3d 1244, 1260 (11th Cir. 2004). Because the plaintiffs' experts' methodology is challenged by the current motion, the burden falls to the plaintiffs to establish that their experts' testimony will be reliable. To make this determination, the court must consider whether (1) the expert is qualified to testify competently regarding the matter he intends to address; (2) the methodology through which the expert reached his conclusion is sufficiently reliable as determined by the inquiries mandated by *Daubert;* and (3) the testimony will assist the trier of fact, through the application of scientific expertise, to understand the evidence or determine a fact in issue. *See United States v. Douglas*, 489 F.3d 1117, 1124-25 (11th Cir. 2007).

In determining the reliability of a particular scientific expert opinion, the court must consider, to the extent possible, "(1) whether the expert's theory can be and has been tested; (2) whether the theory has been subjected to peer review and publication;

5

(3) the known or potential rate of error of the particular scientific technique; and (4) whether the technique is generally accepted in the scientific community." *Quiet Tech. DC-8, Inc. v. Hurel-Dubois UK Ltd.*, 326 F.3d 1333, 1341 (11th Cir. 2003) (citing *McCorvey v. Baxter Healthcare Corp.*, 298 F.3d 1253, 1256 (11th Cir. 2002)). "Notably, however, these factors do not exhaust the universe of considerations that may bear on the reliability of a given expert opinion, and a federal court should consider any additional factors that may advance its Rule 702 analysis." *Id*. (citing *Kumho Tire Co.*, 526 U.S. at 150).

The court's focus is solely on the principles and methodology, not on the conclusions they generate. Therefore, whether the proposed testimony is scientifically correct is not a consideration for this court, but only whether or not the expert's testimony, based on scientific principles and methodology, is reliable. *Allison v. McGhan Medical Corp.*, 184 F.3d 1200, 1312 (11th Cir. 1999). A "district court's gatekeeper role under *Daubert* 'is not intended to supplant the adversary system or the role of the jury.'" *Maiz v. Virani,* 253 F.3d 641, 666 (11th Cir. 2001) (quoting *Allison*, 184 F.3d at 1311). "[V]igorous cross-examination, presentation of contrary evidence, and careful instruction on the burden of proof are the traditional and appropriate means of attacking shaky but admissible evidence." *Allison*, 184 F.3d at 1311 (quoting *Daubert*, 509 U.S. at 596). The correctness of an expert's conclusions is thus left to

6

the trier of fact to determine. *See, e.g.*, *U.S. v. Brown*, 415 F.3d 1257, 1267 (2005) (citing *U.S. v. Copeland*, 20 F.3d 412, 413 (11ᵗʰ Cir. 1994)).

## LEGAL ANALYSIS

Under *Daubert*, an expert must (i) be qualified, and must (ii) offer testimony, grounded in a sufficiently reliable methodology, (iii) that will assist the trier of fact. *See Douglas*, 489 F.3d at 1124-25. Defendants do not expressly challenge the qualification of the experts; nonetheless, plaintiffs' memorandum brief establishes without question that both experts are qualified to opine "in the area of the marketing and promotional practices of drug companies, especially . . . where the drug is used to treat menopausal symptoms." *See* Plaintiffs' Memorandum Brief (doc. 116), at 7-9. Defendants do, however, assert a host of reasons why plaintiffs' experts testimony is allegedly inadmissible. While these allegations are detailed *supra* at 3, they can be summarized succinctly: defendants assert that Drs. Hollon and Fugh-Berman are offering testimony that is not relevant, is not sufficiently scientific, technical or specialized, and is not grounded in reliable methodology.

With respect to the latter of these allegations, the Supreme Court has established that a *Daubert* analysis makes "certain that an expert, whether basing testimony upon professional studies or personal experience, employs in the courtroom the same level of intellectual rigor that characterizes the practice of an expert in the relevant field."

7

*Kumho Tire Co., Ltd., v. Carmichael*, 526 U.S. 137, 152 (1999). By his own avowal, as plaintiffs detail in their memorandum brief and the attached exhibits, Dr. Hollon "reached his opinions by applying the same methodology that he applied in his research and writing of peer-reviewed published articles on this subject."[2] Plaintiffs' Memorandum Brief (doc. 116), at 11. Likewise, Dr. Fugh-Berman "reached her opinions through application of scientific knowledge, acquired through her experiences as a physician, professor, public health scientist and researcher, to the facts of the case generally." *Id.* As the Advisory Committee's comments to Rule 702 establish, "Nothing in this amendment is intended to suggest that experience alone–or experience in conjunction with other knowledge, skill, training or education–may not provide a sufficient foundation for expert testimony." FED. R. EVID. 702 ADV. COM. CMT.; *see also Kumho Tire Co.*, 526 U.S. at 156 ("no one denies that an expert might draw a conclusion from a set of observations based on extensive and specialized experience"). In light of these observations, the court is hard-pressed to find fault with the methodology of plaintiffs' experts.

As to whether plaintiffs' experts' testimony is "sufficiently" scientific or technical, plaintiffs establish a compelling case for admissibility in their memorandum brief:

---

[2] Plaintiffs quote an extensive passage from one of Dr. Hollon's published articles in which he spells out in great detail the steps of his methodology. *See* Plaintiffs' Memorandum Brief (doc. 116), at 11.

> Both doctors are able to educate jurors as to how a drug
> company communicates information on the risks and
> benefits of a drug to treating physicians and patients. As
> professionals, using their training and experiences, each can
> assist the jurors in understanding how Defendants
> performed their marketing and promotional activities, and
> how Defendants communicated risks and benefits . . . . Drs.
> Hollon and Fugh-Berman can certainly assist jurors in
> understanding the mass of documentary material regarding
> Defendants' marketing and promotional activities. They can
> assist the jury in understanding what constitutes reasonable
> behavior in the complex and technical world of
> pharmaceutical promotional practices and the impact of
> those practices on a specific physician's understanding of
> the true risks and true benefits of the Defendants' products
> taken by Plaintiffs.

Plaintiffs' Memorandum Brief (doc. 116), at 12-13. The court is satisfied that the

knowledge base comprising the procedures, duties, obligations, and responsibilities

that pharmaceutical marketing entails is sufficiently specialized, technical and

unfamiliar to the lay individual that the proffered testimony fits squarely within the

requirements of Rule 702.

Finally, the testimony in question also meets the "relevancy" prong of *Daubert*.

Defendants cite to Justice Cardozo's famous opinion in *Palsgraf v. Long Island R.R.

Co.*, 162 N.E. 99, 99-100 (N.Y. 1928), for the proposition that plaintiffs' allegations

with respect to Wyeth's marketing practices amount to little more than "[p]roof of

negligence in the air" because "there is no evidence that Plaintiffs' treating physicians

relied on those marketing practices in deciding to prescribe HT to Plaintiffs', or that

9

Plaintiffs relied upon them in deciding to take HT." Defendants' Brief (doc. 80), at 7. Yet as plaintiffs extensively detail in their memorandum brief, three of the four plaintiffs in these consolidated cases have testified that they were exposed directly to marketing materials provided by the defendants and their representatives (*see* Plaintiffs' Memorandum Brief (doc. 116), at 16-17), and the testimony of each of plaintiffs' treating physicians indicates that they were "directly or indirectly influenced by Wyeth's marketing and promotional activities in prescribing Wyeth's hormone-treatment product (*id.* at 19).[3]

In sum, plaintiffs' experts are well-qualified to opine on their respective areas of expertise, their testimony sits comfortably within the confines of Rule 702 as construed under the *Daubert* line of cases, and it is relevant and sufficiently reliable so as to provide assistance to the trier of fact.

## CONCLUSION

For the reasons stated herein, the court is of the opinion that defendants' motion to exclude the testimony of Drs. Matthew Hollon and Adriane Fugh-Berman is due to be denied.

---

[3] Defendants argue that Dr. Hollon cannot speculate about Wyeth's intent, motive, knowledge and state of mind. *See* Defendants' Brief (doc. 80), at 22-23. Plaintiffs concede "that Dr. Hollon's personal views as to intent, motive, and state of mind are not germane and should not be heard by the jury." Plaintiffs' Brief (doc. 116), at 22. Thus, any testimony by Dr. Hollon which constitutes his personal views as to the intent, motive, and state of mind of Wyeth is expressly **EXCLUDED**.

10

It is therefore **ORDERED** that plaintiffs' motion be and hereby is **DENIED**.

**DONE** and **ORDERED** this the 14th day of November 2011.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE