UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARGARET FRASER
JOSEPH FRASER

    v.                                      Civil No.  3:04CV1373 (JBA)

WYETH, INC.

## J U D G M E N T

This matter came on for trial before a jury and the Honorable Janet Bond Arterton, United States District Judge.

On April 18, 2012, after deliberation, the jury returned a verdict for plaintiffs Margaret Fraser and Joseph Fraser . Margaret Fraser is awarded $3,750,000.00; Joseph Fraser is awarded $250,000.00 in compensatory damages. Plaintiffs are also awarded punitive damages in a amount to be determined by the Court pursuant Conn. Gen. Stat. §52-240b.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the plaintiffs.  Margaret Fraser is awarded $3,750.000.00; Joseph Fraser is awarded $250,000.00 in compensatory damages.  Plaintiffs are also awarded punitive damages in a amount to be determined by the Court pursuant Conn. Gen. Stat. §52-240b.

Dated at New Haven, Connecticut this 20th day of April, 2012.

                                              ROBERTA D. TABORA, Clerk

                                              _____
                                                  Betty J. Torday
                                                  Deputy Clerk

EOD_____